**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Anjana Samant (AS 5163)
Tammy Marzigliano (TM 2934)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC.; SCORES ENTERTAINMENT, INC.<br><br>Defendants. | **CONSENT TO BE A PARTY PLAINTIFF**<br><br>Jury Trial Demanded |

I consent to be a party plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate Outten & Golden LLP to represent me in the suit.

_Siri Diaz_
Signature

Siri Diaz
Print name

309 62nd St.
Address

W.NY, NJ. 07093
City, State, and Zip Code