UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SIRI DIAZ, individually and on behalf of
all others similarly situated,
        Plaintiff(s),

    -against-

SCORES HOLDING COMPANY, INC., GO
WEST ENTERTAINMENT, INC., SCORES
ENTERTAINMENT, INC.,
        Defendant(s).
-------------------------------------------------------X

JUDGE BERMAN
Index No. 07 CIV. 8718

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                       S.S.:
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 11th day of October 2007, at approximately 2:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon Scores Holding Company, Inc. at 533-535 West 27th Street, New York, NY 10001, by personally delivering and leaving the same with Curtis Smith, CFO, who informed deponent that he is an officer authorized by law to receive service at that address.

       Curtis Smith is a black male, approximately 40 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 200 pounds with black hair and brown eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
26th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08