Berman/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIRI DIAZ, CAROLYN SIEGEL, TALIA
BUMB, BLERTA VIKKI, DANIELLE          :   Case No. 07 Civ. 8718 (RMB)(THK)
OWIMRIN, on behalf of themselves and
all others similarly situated,        :

                                      :
                Plaintiffs,
                                      :
       -against-                          STIPULATION AND ORDER
                                      :
SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a        :
SCORES WEST SIDE; and SCORES
ENTERTAINMENT, INC., a/k/a SCORES     :
EAST SIDE,
                Defendants.           :
------------------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Defendants Scores Holding Company Inc. and Go West Entertainment, Inc. to respond to the Amended Class Action Complaint dated November 6, 2007 in the above-captioned action is hereby extended from November 26, 2007 to December 21, 2007. Defendants Scores Holding Company, Inc. and Go West Entertainment, Inc. a/k/a Scores West Side admit that they have been properly served.

OUTTEN & GOLDEN LLP                       GREENBERG TRAURIG, LLP

By: _____               By: _____
    Adam T. Klein (AK-3293)                   Jerrold F. Goldberg (JG-7471)
    Justin M. Swartz (JS-7989)                Neil A. Capobianco (NC-5262)

3 Park Avenue, 29th Floor                 200 Park Avenue
New York, New York 10016                  New York, New York 10166
(212) 245-1000                            (212) 801-9200

*Attorneys for Plaintiffs*                *Attorneys for Defendants Scores Holding*
*and the Putative Class*                  *Company Inc. & Go West Entertainment, Inc.*

SO ORDERED:
_____RMB_____                         Dated: __11/14/07__, 2007
        U.S.D.J.

Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07