Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIRI DIAZ, individually and on behalf of all
others similarly situated,

    Plaintiff(s),
 -against-               AFFIDAVIT OF SERVICE
                        07 CIV 8718

SCORES HOLDING COMPANY, INC.,
GO WEST ENTERTAINMENT, INC., et al.,

    Defendant(s)
-----------------------------------------------------------X
STATE OF NEW YORK )
         S.S.:
COUNTY OF ALBANY )

   DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

   That on the 16TH day of November, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND CLASS ACTION COMPLAINT AND AMENDED CLASS ACTION COMPLAINT AND CIVIL COVER SHEET AND INDIVIDUAL RULES AND PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ AND PRACTICES OF RICHARD M. BERMAN AND ECF GUIDELINES AND PROCEDURES AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND A NOTICE OF PRE-TRIAL CONFERENCE SET FOR NOVEMBER 29, 2007 upon SCORES ENTERTAINMENT, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

   Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 47 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

_____
DEBORAH LaPOINTE

Sworn to before me this
16TH day of November, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com