UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, on behalf
of themselves and all others similarly situated,

                Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST
ENTERTAINMENT, INC. a/k/a SCORES WEST
SIDE; and SCORES ENTERTAINMENT, INC., a/k/a
SCORES EAST SIDE.

                Defendants.

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

No. 07 Civ. 8718 (RMB)

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tammy Marzigliano, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Richard J. Burch |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

Richard Burch is a member in good standing of the bars of the State of Texas, the U.S. District Court of Appeals for the Fifth Circuit, and the U.S. District Courts of the Northern, Western, Southern, and Eastern Districts of Texas.

There are no pending disciplinary proceedings against Richard J. Burch in any State or Federal Court.

Dated: December 4, 2007
City, State: New York, NY

Respectfully submitted,

Sponsor's: Tammy Marzigliano
SDNY Bar: TM2934
Firm Name: OUTTEN & GOLDEN, LLP
Address: 3 Park Avenue, 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  -against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.<br><br>     Defendants. | **DECLARATION OF TAMMY MARZIGLIANO IN SUPPORT OF *PRO HAC VICE* APPLICATION OF RICHARD J. BURCH**<br><br>No. 07 Civ. 8718 (RMB) |

   I, TAMMY MARZIGLIANO, declare under penalty of perjury:

   1.  I am an associate at the law firm of Outten & Golden LLP, counsel for Plaintiffs in the above-captioned matter. I am admitted to practice before the United States District Court for the Southern District of New York and am fully familiar with the individual rules of this Court and the local rules, as well as with the procedural history of this matter. I make this declaration in support of the application for admission *pro hac vice* of Richard J. Burch.

   2.  Mr. Burch is a member in good standing of the bars of the State of Texas, the U.S. District Court of Appeals for the Fifth Circuit, and the U.S. District Courts of the Northern, Western, Southern, and Eastern Districts of Texas. The certificate of good standing with respect to Mr. Burch is annexed as Exhibit A.

   3.  Mr. Burch is a shareholder at the law firm of Bruckner Burch, PLLC, located at 1415 Louisiana, Suite 2125, Houston, Texas, 77002.

   4.  Mr. Burch has not been subjected to discipline by any court or administrative

body.

5.   Mr. Burch is fully familiar with the individual rules of this Court and the local rules of the United States District Court for the Southern District of New York.

6.   Mr. Burch has worked on this case for approximately two months and is fully familiar with the facts of this case.

7.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 4, 2007

*Jeremy Manigliano*
Tammy Marzigliano
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Attorney for Plaintiffs

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Richard J. Burch** Federal ID No. 21615 duly admitted to practice in said Court on **November 25, 1997** and is in good standing as a member of the bar of said Court.

Dated November 26, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
K. Chudomelka
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.

                Defendants.

[Proposed] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

No. 07 Civ. 8718 (RMB)

Upon the motion of Tammy Marzigliano, attorney for Plaintiffs, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard J. Burch |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December ____, 2007
City, State: New York, New York

                                                                 _____
                                                                 Honorable Judge Berman

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Anjana Samant (AS 5163)
Tammy Marzigliano (TM 2934)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(*pro hac vice* motion forthcoming)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.<br><br>Defendants. | Certificate of Service of Motion to Admit Counsel *Pro Hac Vice*<br><br>No. 07 Civ. 8718 (RMB) |

I, James Yu, certify that the following is true and correct. I am an adult over the age of 18 and not a party to this action.

On December 5, 2007, I served, via overnight delivery, a copy of Plaintiffs' Motion to Admit Counsel *Pro Hac Vice*, Tammy Marzigliano's declaration with supporting exhibit, and a proposed order upon counsel for Scores Holding Company, Inc. and Go West Entertainment, Inc. at the following address:

Jerrold F. Goldberg, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

On the same day, I also sent a copy of the same documents to our agent, Demovsky Lawyer Service, via hand delivery, to serve upon the Secretary of State on behalf of Scores Entertainment.

Dated: New York, NY
December 5, 2007

                                  Respectfully Submitted,

                                  By: _____
                                      James Yu
                                      Paralegal
                                      Outten & Golden LLP
                                      3 Park Avenue, 29th Floor
                                      New York, New York 10016
                                      Telephone: (212) 245-1000