UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.

      Defendants.

[Proposed] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

No. 07 Civ. 8718 (RMB)

Upon the motion of Tammy Marzigliano, attorney for Plaintiffs, and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard J. Burch |
| Firm Name: | BRUCKNER BURCH PLLC |
| Address: | 1415 Louisiana, Suite 2125 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 17, 2007
City, State: New York, New York

_____
Honorable Judge Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2007