OUTTEN & GOLDEN LLP
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Anjana Samant (AS 5163)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

BRUCKNER BURCH PLLC
Richard J. Burch (Texas Bar No. 24001807) (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07 Civ. 8718 (RMB) |

PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION AND COURT-AUTHORIZED
NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

**Please take notice that**, upon the annexed Memorandum of Law in Support of Plaintiff's Motion for Conditional Certification And Court-Authorized Notice Pursuant To Section 216(B) of The FLSA, dated January 18, 2008, Plaintiffs will move this Court, before the Honorable Richard M. Berman, 500 Pearl Street, Room 650, at a time and date to be determined by the Court, for an ORDER.

Dated: January 18, 2008
      New York, New York

                                       Respectfully submitted,
                                       **OUTTEN & GOLDEN LLP**
                                       By:

                                       /s/ Justin Swartz
                                       Justin M. Swartz (JS 7989)


**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Anjana Samant (AS 5163)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807) (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

**Attorneys for Plaintiffs and the Putative Class**

1