# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07-8718 (RMB)<br><br>**DECLARATION OF CAROLYN SIEGEL** |

I, Carolyn Siegel, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and correct:

1. I worked at Scores' West Side location from approximately May 1st, 2007 through approximately May 31st, 2007.

2. During my employment with Scores, I worked as a server.

3. Throughout my employment with Scores, I was paid less than the minimum wage. Upon information and belief, Scores paid me about $4.60 per hour. I have attached copies of my pay stubs as Exhibit A.

4. In addition, Scores did not pay me any hourly wages for the time it required me to work "in training." I worked approximately 6-7 total hours over two days, shadowing another server at the start of my employment with Scores. I did not receive any compensation in wages or tips for this time.

5. Nobody at Scores ever informed me about a federal law regarding a tip credit at any time during my employment at Scores. Nobody at Scores ever told me that I would be paid less than the minimum wage because I would receive tips. Nobody at Scores ever told me that my tips would be used as a credit against the minimum wage that Scores was required to pay me. When I started working at Scores and during the entire course of my employment, nobody ever gave me or showed me a copy of any laws, rules, or regulations regarding the tip credit and minimum wages. While working at Scores, I never saw any posters, signs, or notices regarding any law, rule, or regulation regarding the tip credit or an employer's deductions from wages and tips.

6. Throughout my employment at Scores, I was not allowed to retain all of the tips that I received.

7. During my employment at Scores, I estimate that I received a portion of my tips in Diamond Dollars. Diamond Dollars are imitation currency in denominations of $20.00 that customers can buy from Scores using their credit cards. I have attached a copy of a Diamond Dollar to this declaration as Exhibit B.

8. Many customers used Diamond Dollars to tip workers, including other servers like me, as well as cocktail servers, bartenders, and dancers.

9. I understood that, pursuant to company policy and practice, Scores deducted and retained a portion of tips whenever workers (including servers, cocktail servers, bartenders, and dancers) presented Scores with the Diamond Dollars they received as tips and asked to exchange them for cash.

10. Scores made it difficult for me to exchange Diamond Dollars for cash. It permitted us to cash-in our Diamond Dollars only during designated times and only

through designated personnel; however, no one ever told me when this window of time was.

11. When I tried to exchange my Diamond Dollars for cash after I stopped working at Scores, Scores refused to do so.

12. It is my understanding that Scores' policies and practices with respect to Diamond Dollars applied in the same manner to all workers who receive Diamond Dollars as tips, including all dancers, servers, cocktail servers, and bartenders.

13. When I started working at Scores, Christina, the girl who trained me, gave me a training manual with information about my job duties and some of Scores' employment policies.

14. Scores enforced a strict uniform policy, requiring all servers to wear a corset, a skirt or skort, stockings, and knee-length boots.

15. Scores did not permit me to wear "street clothes" to work.

16. Occasionally, Scores held theme nights and required servers, including me, to wear uniforms consistent with the theme. During my employment, Scores held an "American Beauties" promotion around Memorial Day, requiring servers to wear uniforms with red-white-and-blue coloring, army fatigue designs, or other patriotic-themed uniforms.

17. Scores never reimbursed me (or any other worker, to my knowledge) for the cost of purchasing, laundering, or maintaining uniforms.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      January 17, 2008

_____
Carolyn Siegel

# Exhibit A



**GO WEST ENTERTAINMENT, INC.**
\*\* Office Generated \*\*

SIEGEL, CAROLYN J.        2177        200
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    S    1    NY    1    1052    08-12-2007    08-29-2007

| | | | |
|---|---|---|---|
| REGULAR | 4.600 | 3.91 | 17.99 |
| TIPS | | | 9.97 |
| | | | 27.96 |

SOCIAL SECURITY  -1.73   46.97
MEDICARE         -0.41   10.99
FWT               0.00   42.20
SWT               0.00   12.12
SDI              -0.14    1.94
LWT                       
TIPS             -9.97    7.95
MR               15.00  149.29

757.73        2.75

1052

0103 8555
7490
3554 4774

*Replace Ck # 1981*

---

**GO WEST ENTERTAINMENT, INC.**
\*\* Office Generated \*\*

SIEGEL, CAROLYN J.        2177        200
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    S    1    NY    1    1053    08-12-2007    08-29-2007

| | | | |
|---|---|---|---|
| REGULAR | 4.600 | 27.95 | 128.57 |
| TIPS | | | 105.85 |
| CCTIP | | | 375.40 |

SOCIAL SECURITY  -37.81   83.05
MEDICARE          -8.84   19.42
FWT              -42.20   84.40
SWT              -12.12   24.24
SDI               -1.20    3.00
LWT               -7.95   15.90
TIPS            -105.85  245.17
MR                15.00

609.82       1,339.59       -200.97       408.85       30.71

1053

*Replace Ck # 1930*

| EMPLOYEE NAME | | EMP.NO | DEPT. | CLOCK # | CONTROL NUMBER | |
|---|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | | 2177 | 200 | | P-0531-163322/20276 | GO WEST E |
| S.S. NUMBER | FWT EXEMP SWT EXEMP | CHECK # | PERIOD END | CHECK DATE | DEDUCTIONS & REIMBURSEM | |
| | S-1    NY S-1 | 1930 | 05/20/07 | 06/01/07 | | |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEA |
| | | | | | SOCIAL SECURITY | - 37.81 | |
| REGULAR | 4.600 | 27.95 | 128.57 | 160.31 | MEDICARE | - 8.84 | |
| TIPS | | | 105.85 | 129.35 | FWT | - 42.20 | |
| CCTIP | | | 375.40 | 412.15 | NEW YORK SWT | - 12.12 | |
| | | | | | NEW YORK SDI | - 1.20 | |
| | | | | | NY-NEW YORK CITY | - 7.95 | |
| | | | | | TIPS | - 105.85 | |
| | | TOTAL | 609.82 | 701.81 | TOTAL | -215.97 | |

MESSAGE



| EMPLOYEE NAME | EMP.NO | DEPT | CLOCK # | CONTROL NUMBER | |
|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | 2177 | 200 | | P-0517-162052/20276 | GO WEST EN |
| S.S. NUMBER | FWT EXEMP | SWT EXEMP | CHECK # | PERIOD END | CHECK DATE |
| | S-1 | NY S-1 | 1874 | 05/06/07 | 05/18/07 |

EARNINGS

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 4.600 | 6.90 | 31.74 | 31.74 |
| TIPS | | | 23.50 | 23.50 |
| CCTIP | | | 36.75 | 36.75 |
| TOTAL | | | 91.99 | 91.99 |

DEDUCTIONS & REIMBURSEME[NTS]

| DESCRIPTION | CURRENT | YEAR |
|---|---|---|
| SOCIAL SECURITY | - 5.70 | |
| MEDICARE | - 1.33 | |
| NEW YORK SDI | - 0.46 | |
| TIPS | - 23.50 | |
| TOTAL | -30.99 | |

MESSAGE



| EMPLOYEE NAME | EMP.NO | DEPT | CLOCK # | CONTROL NUMBER | |
|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | 2177 | 200 | | P-0614-163201/20276 | GO WEST |
| S.S. NUMBER | FWT EXEMP | SWT EXEMP | CHECK # | PERIOD END | CHECK DATE |
| | S-1 | NY S-1 | 1981 | 06/03/07 | 06/15/07 |

| EARNINGS | | | | | DEDUCTIONS & REIMBURSEM |
|---|---|---|---|---|---|
| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YE |
| REGULAR | 4.600 | 3.91 | 17.99 | 178.30 | SOCIAL SECURITY | -1.73 | |
| TIPS | | | 9.97 | 139.32 | MEDICARE | -0.41 | |
| CCTIP | | | | 412.15 | FWT | | |
| | | | | | NEW YORK SWT | | |
| | | | | | NEW YORK SDI | -0.14 | |
| | | | | | NY-NEW YORK CITY | | |
| | | | | | TIPS | -9.97 | |
| | | TOTAL | 27.96 | 729.77 | TOTAL | -12.25 | |

MESSAGE



| EMPLOYEE NAME | | | | EMP. NO. | DEPT. | CLOCK # | CONTROL NUMBER | | EMPLOYER NAME |
|---|---|---|---|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | | | | 2177 | 200 | | P-0531-163322/20276 | | GO WEST ENTERTAINMENT, INC. |
| S.S. NUMBER | FWT EXEMPT | SWT EXEMPT | CHECK # | PERIOD END | CHECK DATE | | | | |
| | S-1 | NY S-1 | 1930 | 05/20/07 | 06/01/07 | | | | |

EARNINGS

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 4.600 | 27.95 | 128.57 | 160.31 |
| TIPS | | | 105.85 | 129.35 |
| CCTIP | | | 375.40 | 412.15 |

DEDUCTIONS & REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 37.81 | 43.51 |
| MEDICARE | 8.84 | 10.17 |
| FWT | 42.20 | 42.20 |
| NEW YORK SWT | 12.12 | 12.12 |
| NEW YORK SDI | 1.20 | 1.66 |
| NY-NEW YORK CITY | 7.95 | 7.95 |
| TIPS | 105.85 | 129.35 |

MISCELLANEOUS

| TOTAL | TOTAL | NET PAY |
|---|---|---|
| 609.82 / 701.81 | -215.97 | 393.85 |

PAYROLL BY CompuPay

| EMPLOYEE NAME | | | | EMP. NO. | DEPT. | CLOCK # | CONTROL NUMBER | EMPLOYER NAME |
|---|---|---|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | | | | 2177 | 200 | | P-0517-162052/20276 | GO WEST ENTERTAINMENT, INC. |
| S.S. NUMBER | FWT EXEMP | SWT EXEMP | CHECK # | PERIOD END | CHECK DATE | | | |
| | S-1 | NY S-1 | 1874 | 05/06/07 | 05/18/07 | | | |

| EARNINGS | | | | | DEDUCTIONS & REIMBURSEMENTS | | | MISCELLANEOUS |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE | DESCRIPTION | CURRENT | YEAR-TO-DATE | |
| REGULAR | 4.600 | 6.90 | 31.74 | 31.74 | SOCIAL SECURITY | 5.70 | 5.70 | |
| TIPS | | | 23.50 | 23.50 | MEDICARE | 1.33 | 1.33 | |
| CCTIP | | | 36.75 | 36.75 | NEW YORK SDI | 0.46 | 0.46 | |
| | | | | | TIPS | 23.50 | 23.50 | |
| **TOTAL** | | | 91.99 | 91.99 | **TOTAL** | -30.99 | | **NET PAY** 61.00 |

| EMPLOYEE NAME | | | EMP. NO. | DEPT. | CLOCK # | CONTROL NUMBER | EMPLOYER NAME |
|---|---|---|---|---|---|---|---|
| SIEGEL, CAROLYN J. | | | 2177 | 200 | | P-0614-163201/20276 | GO WEST ENTERTAINMENT, INC. |
| S.S. NUMBER | FWT EXEMPT | SWT EXEMPT | CHECK # | PERIOD END | CHECK DATE | | |
| | S-1 | NY S-1 | 1981 | 06/03/07 | 06/15/07 | | MISCELLANEOUS |

### EARNINGS

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 4.600 | 3.91 | 17.99 | 178.30 |
| TIPS | | | 9.97 | 139.32 |
| CCTIP | | | | 412.15 |
| TOTAL | | | 27.96 | 729.77 |

### DEDUCTIONS & REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 1.73 | 45.24 |
| MEDICARE | 0.41 | 10.58 |
| FWT | | 42.20 |
| NEW YORK SWT | | 12.12 |
| NEW YORK SDI | 0.14 | 1.80 |
| NY-NEW YORK CITY | | 7.95 |
| TIPS | 9.97 | 139.32 |
| TOTAL | -12.25 | |

NET PAY 15.71

PAYROLL BY CompuPay

# Exhibit B



