# Exhibit I




- SCRH Vision
- Operations
- NEW:::::::::::::
- Licensee Media Services
- Intellectual Property
- Licensing
- Request Info
- Stock Quotes
- SEC Filings
- Press Releases
- Opportunities
- News
- Contact
- Home

**THE SCRH Vision**: Scores Holding Company Inc, ("SCRH"), is the owner of the intellectual property rights to the SCORES (TM) trademark. The rights to the Scores trademarks were established under common law based upon the substantial and continuous use of these trademarks in interstate commerce since as early as 1991. The service mark, SCORES, is registered with the United States Patent and Trademark Office.

The Scores name is one of the most recognizable names in adult entertainment and SCRH intends to maximize the value of the brand through licensing the Scores name to top-tier adult nightclubs that can meet its stringent quality-of-experience criteria and financial parameters as well as other licensing opportunities in media and merchandising such as:

- Video & DVD
- The Internet
- Cable Television
- Clothing Lines
- Calendars
- Magazines

The company, through its Master License Agreement with Entertainment Management Services, Inc., ("EMS"), currently has eight clubs licensing the "Scores" name.

1. In March 2007. EMS then entered into a Sublicense Agreement with DDL of Los Angeles LLC.to use the "SCORES LOS ANGELES" brand name at its adult nightclub located at 2065 South Santa Fe Avenue, Los Angeles, CA 90021. DDL of Los Angeles will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

2. In April 2007. EMS then entered into a Sublicense Agreement with Silver Bourbon, Inc. to use the "SCORES NEW ORLEANS" brand name at its adult nightclub located at 416 Bourbon St., New Orleans, La 70130. Silver Bourbon, Inc. will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

3. In July 2006 the sublicense agreement for Scores Miami with SMG Entertainment,Inc. was terminated at the time the property was sold.

4. In May 2007 the sublicense agreement for Scores Lake Geneva with Lake Geneva Entertainment, Inc. was terminated at the time the property was sold.

5. On March 31st, 2003 EMS entered into a Sublicense Agreement with 333 East 60th Street, Inc., to use the "SCORES" brand name at its "SCORES EAST" adult nightclub located at East 60th street in Manhattan, New York City and will pay royalties to EMS equal to 4.99% of the gross revenues earned at SCORES EAST. EMS shall pay royalties to SCRH as described in the Master License Agreement.

6. On March 31st, 2003. EMS then entered into a Sublicense Agreement with Go West Entertainment, Inc. This Sublicense authorizes GO West to use the "SCORES" brand name at its "SCORES WEST" adult nightclub located at 536 West 28th Street, Manhattan, New York

City and will pay royalties to EMS equal to 4.99% of the gross revenues earned by Go West at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

7. On June 13th, 2003. EMS then entered into a Sublicense Agreement with Stone Park Entertainment, Inc. to use the "SCORES CHICAGO" brand name at its adult nightclub located at 4003 Lake Street, Stone Park, Illinois. Stone Park Entertainment will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as
described in the Master License Agreement

8. On February 27th, 2004. EMS then entered into a Sublicense Agreement with Club 2000 Eastern Avenue, Inc. to use the "SCORES BALTIMORE" brand name at its adult nightclub located at 2000 Eastern Avenue, Baltimore, Maryland. Club 2000 Eastern Avenue will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

9. On March 26th, 2004. EMS then entered into a Sublicense Agreement with SMG Entertainment, Inc. to use the "SCORES MIAMI" brand name at its adult nightclub located at 17450 Biscayne Boulevard, North Miami Beach, Florida. SMG Entertainment will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

10. On September 7th, 2004. EMS then entered into a Sublicense Agreement with Lake Geneva Entertainment, Inc. to use the "SCORES of LAKE GENEVA" brand name at its adult nightclub located in Lake Geneva, Wisconsin. Lake Geneva Entertainment, Inc. will pay a fixed fee to EMS at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

11. On December 6th, 2004. EMS then entered into a Sublicense Agreement with DD11, LLC. to use the "SCORES LAS VEGAS" brand name at its adult nightclub located at 3355 Procyon Street, Las Vegas, Nevada. DD11, LLC will pay a fixed fee to EMS at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

12. On January 3rd, 2006. EMS then entered into a Sublicense Agreement with Bash Entertainment, LLC. to use the "SCORES PHILADELPHIA" brand name at its adult nightclub located at 450 N. 6th Street, Philadelphia, PA 19123-4004. Bash Entertainment, LLC will pay royalties to EMS equal to 4.99% of the gross revenues earned at that location. EMS shall pay royalties to SCRH as described in the Master License Agreement.

Bash Entertainment, LLC is currently awaiting zoning approval from the city of Philadelphia.

**Sublicense Terminations:**

1. In July 2006 the sublicense agreement for Scores Miami with SMG Entertainment,Inc. was terminated at the time the property closed for business.

2. In May 2007 the sublicense agreement for Scores Lake Geneva with Lake Geneva Entertainment, Inc. was terminated at the time the property was sold.

3. On July 30th, 2004. EMS then entered into a Sublicense Agreement with D.B.D. Management, Inc. to use the "SCORES Ft. LAUDERDALE" brand name at its adult nightclub located at 3411 North Federal Highway, Ft. Lauderdale, Florida. In June 2006 this sublicense agreement with D.B.D. Management, Inc. was terminated at the time the property was sold.

(To view the EMS Master License Agreement, click on "SEC Filings" on the left side of this page; then click on the 8K filed on 2003-04-16; and then click on "Ex-10.2").


©2006 Scores Holding Company. All rights reserved