| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **BRUCKNER BURCH PLLC** |
| Adam T. Klein (AK 3293) | Richard J. Burch (Texas Bar No. 24001807) |
| Justin M. Swartz (JS 7989) | (admitted *pro hac vice*) |
| Anjana Samant (AS 5163) | 1415 Louisiana, Suite 2125 |
| Tammy Marzigliano (TM 2934) | Houston, Texas 77002 |
| Cara E. Greene (CG 0722) | Telephone: (713) 877-8788 |
| 3 Park Avenue, 29th Floor | |
| New York, New York 10016 | |
| Telephone: (212) 245-1000 | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.

    Defendants.

**NOTICE OF APPEARANCE**

No. 07 Civ. 8718 (RMB)

PLEASE TAKE NOTICE that Cara E. Greene of OUTTEN & GOLDEN, LLP hereby appears in the above-entitled proceeding on behalf of Plaintiffs Siri Diaz, Carolyn Siegel, Talia Bumb, Blerta Vikki, and Danielle Owimrin, individually, and on behalf of a class of others similarly situated, and that she hereby demands service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: New York, New York
       January 31, 2008

                                  /s/ Cara E. Greene
                                  Cara E. Greene (CG 0722)

                                  **Outten & Golden, LLP**
                                  3 Park Ave, 29th Floor
                                  New York, NY 10016
                                  Telephone: (212) 245-1000
                                  **Attorneys for Plaintiffs**