UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X
SIRI DIAZ, CAROLYN SIEGEL, TALIA :
BUMB, BLERTA VIKKI, DANIELLE          Case No. 07 Civ. 8718 (RMB)(THK)
OWIMRIN, on behalf of themselves and  :
all others similarly situated,
                                      :

             Plaintiffs,      :

   -against-                           :

SCORES HOLDING COMPANY, INC.; GO      :
WEST ENTERTAINMENT, INC. a/k/a
SCORES WEST SIDE; and SCORES          :
ENTERTAINMENT, INC., a/k/a SCORES     :
EAST SIDE,
             Defendants.      :
—————————————————————X

## STATEMENT PURSUANT TO RULE 7.1
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Scores Holding Company Inc. ("Scores Holding") and Go West Entertainment, Inc. ("Go West"), nongovernmental corporate parties, certify that:

   1.   Scores Holding and Go West have no parent corporations; and

   2.   No publicly held company owns 10 percent or more of the stock of either Scores Holding or Go West.

Dated: New York, New York
       February 1, 2008

                                                        GREENBERG TRAURIG, LLP

                                                          By: _____
                                                            Neil A. Capobianco (NC-5262)

                                                             200 Park Avenue
                                                             New York, New York 10166
                                                             (212) 801-9200