UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────X
SIRI DIAZ, CAROLYN SIEGEL, TALIA          :
BUMB, BLERTA VIKKI, DANIELLE                  Case No. 07 Civ. 8718 (RMB)(THK)
OWIMRIN, on behalf of themselves and      :
all others similarly situated,
                                          :
             Plaintiffs,
                                          :
    -against-
                                          :
SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a            :
SCORES WEST SIDE; and SCORES
ENTERTAINMENT, INC., a/k/a SCORES         :
EAST SIDE,
             Defendants.                  :
──────────────────────────────X

ORAL ARGUMENT IS REQUESTED

**NOTICE OF CROSS-MOTION OF DEFENDANTS SCORES
HOLDING COMPANY, INC. and GO WEST ENTERTAINMENT, INC.
TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

To:   Adam T. Klein, Justin M. Swartz, Tammy Marzigliano, and Anjana Samant, Esqs.
      Outten & Golden LLP
      *Attorneys for Plaintiffs and the Putative Collective Action and Putative Class*
      3 Park Avenue, 29th Floor
      New York, New York  10016
      (212) 245-1000

      Richard J. Burch, Esq.
      Bruckner Burch PLLC
      *Attorneys for Plaintiffs and the Putative Collective Action and Putative Class*
      1415 Louisiana, Suite 2125
      Houston, Texas  77002
      (713) 877-8788

      **PLEASE TAKE NOTICE** that, upon the annexed Statement Pursuant to Local Civil

Rule 56.1 ("56.1 Stat."), the annexed Declaration of Irika Sargent ("Sargent Decl.") dated

February 1, 2008, the annexed Declaration of Curtis Smith ("Smith Decl.") dated February 1,

238643884v1

2008, and the accompanying Memorandum of law in support of the instant motion, and all prior pleadings and proceedings heretofore had herein, Defendants Scores Holding Company Inc. (hereinafter "Scores Holding") and Go West Entertainment, Inc. (hereinafter "Go West"), by their attorneys Greenberg Traurig, LLP will move this Court, pursuant to Rules 12(b)(1), 12(b)(6), 12(b)(7), and 56, before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order:

1. Dismissing or, in the alternative, granting summary judgment to Scores Holding on the grounds that Scores Holding is the licensor of the "Scores" name and is not a joint employer of any member of the putative collective action or putative class;

2. Dismissing Plaintiffs' claims on behalf of putative collective action members or putative class members who have not worked at Go West Entertainment, Inc. a/k/a Scores West Side on the grounds that such members' employer or alleged employer has not been named as a defendant in this action; and

3. Dismissing Plaintiffs' state law claims on the grounds that Congress intended for wage/hour claims to be pursued on an opt-in basis only and the Court should to exercise jurisdiction over the state law claims, which Plaintiffs seek to pursue on a Rule 23 opt-out basis.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court-established briefing schedule, opposition papers, if any, should be served so as to be received by the undersigned on or before February 15, 2008.

Dated: New York, New York
February 1, 2008

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: _____
Jerrold F. Goldberg (JG-7471)
Neil A. Capobianco (NC-5262)

200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for Defendants Scores Holding Company, Inc. and Go West Entertainment, Inc. a/k/a Scores West Side*