UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
SIRI DIAZ, CAROLYN SIEGEL, TALIA        :
BUMB, BLERTA VIKKI, DANIELLE               Case No. 07 Civ. 8718 (RMB)(THK)
OWIMRIN, on behalf of themselves and      :
all others similarly situated,
                                                                      :
                           Plaintiffs,
                                                                      :
            -against-
                                                                      :
SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a               :
SCORES WEST SIDE; and SCORES
ENTERTAINMENT, INC., a/k/a SCORES       :
EAST SIDE,
                           Defendants.               :
———————————————————X

**DECLARATION OF IRIKA SARGENT IN SUPPORT
OF DEFENDANTS' CROSS-MOTION TO DISMISS OR
ALTERNATIVELY FOR SUMMARY JUDGMENT AND IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND
COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**

**IRIKA SARGENT** hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate at Greenberg Traurig, LLP, attorneys for Defendants Scores Holding Company Inc. and Go West Entertainment, Inc. The statements made in this declaration are based upon my own personal knowledge and my review of the documents, deposition testimony and exhibits, and information obtained in the discovery conducted to date in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter from Aaron Lovaas, Counsel to clubs operating under the "Scores" name in Chicago and Las Vegas, to Plaintiffs' counsel, Justin Swartz, dated October 12, 2007.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the Secretary of Labor Amicus Letter Brief in *Long John Silver's Rests., Inc. v. Cole*, No. 05-CV-3039 (D.S.C. Filed Dec. 13, 2005).

4. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of the deposition testimony of Carolyn Siegel, taken January 8, 2008.

5. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of the deposition testimony of Talia Bumb, taken January 24, 2008.

6. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of the deposition testimony of Blerta Vikki, taken January 28, 2008.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Blerta Vikki's 2005 tax return, which was marked at her deposition as Vikki Exhibit 13.

8. Attached hereto as Exhibit 7 is a true and accurate copy of Blerta Vikki's 2004 Go West 1099 tax form, which was marked at her deposition as the first page of Vikki Exhibit 7.

9. Attached hereto as Exhibit 8 is a true and accurate copy of Blerta Vikki's 2005 Go West 1099 tax form, which was marked at her deposition as the first page of Vikki Exhibit 8.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2008

_____
Irika Sargent