

Randal D. Shimon ♦
randy@shimon-lovaas.com

Aaron D. Lovaas ♦♦
aaron@shimon-lovaas.com

Corrine L. Neuffer ♦♦♦
corrine@shimon-lovaas.com

Kristan E. Lehtinen
kristan@shimon-lovaas.com

Mark A. Smith
mark@shimon-lovaas.com

**SHIMON & LOVAAS**
**A PROFESSIONAL CORPORATION**

ATTORNEYS AT LAW
3016 W. Charleston Blvd., Suite 210
Las Vegas, Nevada 89102

Phone (702) 388-1011
Fax (702) 387-1011

www.shimon-lovaas.com

♦Admitted in Nevada and Arizona
♦♦Also holds Masters in Business Administration
♦♦♦Admitted in Nevada and California

# FAX COVER SHEET

| To: | Justin M. Swartz, Esq. | Fax: | 212-977-4005 |
|---|---|---|---|
| Pages: | 2, including cover | Date: | October 12, 2007 |
| Re: | Scores Las Vegas and Scores Chicago<br>Diaz v. Scores Holding (1:07-cv-087180-RMB) | From: | Danielle Kelley, paralegal to Aaron D. Lovaas, Esq. |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

Please review the attached correspondence.

OUTTEN & GOLDEN LLP
RECEIVED  10/15/07
☐ MAIL          ☐ BY HAND
☐ FAX           ☐ FEDEX
TIME:

*IF YOU DO NOT RECEIVE ALL PAGES PLEASE CALL (702) 388-1011. THIS FACSIMILE MESSAGE AND ANY ATTACHED DOCUMENTS ARE LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN IT TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES MAIL.*

Randal D. Shimon  ♦
randy@shimon-lovaas.com
Aaron D. Lovaas  ♦♦
aaron@shimon-lovaas.com
Corrine L. Neuffer  ♦♦♦
corrine@shimon-lovaas.com
Kristan E. Lehtinen
kristan@shimon-lovaas.com
Mark A. Smith  ♦♦♦♦
mark@shimon-lovaas.com



SHIMON & LOVAAS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
3016 W. Charleston Blvd., Suite 210
Las Vegas, Nevada 89102

Phone (702) 388-1011
Fax (702) 387-1011

www.shimon-lovaas.com

♦ Admitted in Nevada and Arizona
♦♦ Also holds Masters in Business Administration
♦♦♦ Admitted in Nevada and California
♦♦♦♦ Admitted in Nevada and Illinois

October 12, 2007

**Sent Via U.S. Mail and Facsimile: (212) 977-4005**

Justin M. Swartz, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016

Re:  **Scores Las Vegas and Scores Chicago**
     **Diaz v. Scores Holding (1:07-cv-087180-RMB)**

Dear Mr. Swartz:

This office represents individuals/entities with ownership interest in Scores Las Vegas ("LV") and Scores Chicago ("Chicago"). It has come to our attention that you have recently filed a class action lawsuit in the Southern District of New York against Scores Holding Co., Inc., Go West Entertainment, Inc. and Scores Entertainment, Inc. (collectively "Defendants"). In this lawsuit, you allege that Defendants own and operate LV and Chicago and you are seeking to represent all employees who have worked at Defendants' club, LV and Chicago.

This correspondence is to advise you that LV and Chicago are separate and distinct entities from each other and from the Defendants you are suing. The employees you are suing on behalf of in New York do not have the same employer as those working for LV and those working for Chicago. LV and Chicago merely pay a licensing fee to use the Scores name and there is no connection between LV, Chicago and Defendants regarding the business operations, management, policies, procedures and ownership.

Should you proceed with any claims directly against LV and/or Chicago or seek damages against them, LV and Chicago will vigorously defend any such lawsuit filed against them, requesting an award of all attorney's fees and costs incurred in defending a frivolous claim.

Thank you for your attention to the foregoing.

Very truly yours,

SHIMON & LOVAAS
A PROFESSIONAL CORPORATION

Aaron D. Lovaas, Esq.

ADL:dk

Arizona Office: 5225 N. Central Ave., Suite 103, Phoenix, AZ 85012