86554RGH.txt

1

1        TALIA BUMB
2        T A L I A  B U M B ,
3    having been called as a witness and duly sworn
4    by the notary (Marlene Lee), was examined and
5    testified as follows:
6            EXAMINATION BY MR. CAPOBIANCO:
7        Q.    Could you please state your name
8    for the record.
9        A.    Talia Bumb.
10       Q.    And have you ever had your
11   deposition taken before?
12       A.    No.
13       Q.    Well, I'm sure your attorney has
14   discussed the process with you, but let me just
15   go through a couple of ground rules so that we
16   can make sure we understand each other and that
17   we can create a clear record.
18            The first ground rule is that we
19   need to speak orally. So let's try to avoid
20   any "uh-huhs," or "huh-uhs," or things that may
21   not be clear on the record. If we slip into
22   conversational-speak, I may ask, "Is that a
23   yes? A no?" and ask for clarity.
24       A.    Okay.
25       Q.    The second thing, do you

2

1        TALIA BUMB

86554RGH.txt

32

1            TALIA BUMB
2    Q.   Let me show you what was marked as
3  Siegel Exhibit 4. I ask you if you've ever
4  seen that document.
5    A.   No, I've never seen this before.
6    Q.   So you said you never noticed any
7  of the postings on the wall in the downstairs
8  office?
9    A.   No.
10   Q.   Could this have been on the wall in
11 that office?
12   A.   Not that I know of.
13   Q.   I'm asking if it could have been.
14   A.   I never saw it.
15   Q.   Could it have been on the wall?
16   A.   I don't know.
17   Q.   Did you notice anything that was on
18 the wall in that office?
19   A.   Besides the schedule? No.
20   Q.   Did you understand that you would
21 be making 4.60 per hour, plus tips?
22   A.   Approximately that, after I talked
23 to the waitress.
24   Q.   After you spoke to Anelise?
25   A.   Yeah.

33

Page 29

```
                    86554RGH.txt
 1                  TALIA BUMB
 2      Q.   Which was during training?
 3      A.   Yes.
 4      Q.   Tell me about -- tell me what
 5 happened when you got to the club on that
 6 Sunday for training. What time did you get
 7 there?
 8      A.   I don't remember what time I came
 9 in.
10      Q.   What happened once you got there?
11      A.   Once I got there, I met with
12 Anelise.
13      Q.   Were you already in your uniform?
14      A.   No. I changed into my uniform when
15 I got there.
16      Q.   Where did you get the uniform from?
17      A.   From Alberto.
18      Q.   When did Alberto give you the
19 uniform?
20      A.   He gave it to me my first day of
21 training.
22      Q.   On that Sunday?
23      A.   Yeah.
24      Q.   So did you first speak to Alberto
25 on that Sunday? Or did you first speak to
```

```
 1                  TALIA BUMB
 2 Anelise?
 3      A.   I don't recall who I spoke with
```

```
                      86554RGH.txt
 4    first.
 5        Q.    But at some point Alberto gave you
 6    the uniform.
 7        A.    Yes.
 8        Q.    Did you have any conversation at
 9    the time he gave you the uniform?
10        A.    He said it will be taken out of my
11    check.
12        Q.    He said that?
13        A.    Yeah.
14        Q.    Did you ever notice if it was taken
15    out of your check?
16        A.    I never -- I never looked at the --
17    yeah.  I never checked to see, I mean.
18        Q.    Did he say how much would be taken
19    out of your check?
20        A.    He said it would be $50 out of the
21    first check and $50 out of the second check.
22        Q.    Did you ever have any response to
23    that?
24        A.    What do you mean?  What do you mean
25    by that?
```

0                                                                    35

```
 1                    TALIA BUMB
 2        Q.    When he told you that you'd have
 3    $50 taken out of your first check and $50 taken
 4    out of your second check for the uniform -- is
 5    that what HE told you?
 6        A.    Yes.
                     Page 31
```

86554RGH.txt

10     Q.    What did she tell you about how you
11  should interact with the bartender?
12     A.    What did she tell me about
13  interacting with the bartender?
14     Q.    Yes.
15     A.    She was showing me, like, how to --
16  the computer prints out our order, and how do I
17  take the order to the bartender so that they
18  can make the drinks.
19     Q.    Okay. Anything else?
20     A.    Not that I recall at this time.
21     Q.    How long was your time there for
22  training on that Sunday?
23     A.    For a couple of hours.
24     Q.    And were you in uniform at that
25  time?

                                                    37

1                   TALIA BUMB
2      A.    Yes.
3      Q.    And did you bring -- did you say
4   black boots you were told to bring?
5      A.    Yes.
6      Q.    Did you have -- own a pair of black
7   boots?
8      A.    No.
9      Q.    You had to purchase them?
10     A.    Yes.
11     Q.    And have you worn those black boots
12  since you purchased them?

Page 33

```
                    86554RGH.txt
13       A.    Yes.
14       Q.    How frequently have you worn them?
15       A.    Maybe a couple times a week.
16       Q.    Since you purchased them in July?
17       A.    Since it got cold out.
18       Q.    Did you purchase them in June or
19  July of 2007?
20       A.    Yes.
21       Q.    How much were they, the black
22  boots?
23       A.    They were $80.
24       Q.    Where did you purchase them?
25       A.    DSW.
```

                                                                38

```
1                   TALIA BUMB
2        Q.    And did you have to purchase
3   anything else in connection with your Scores
4   employment?
5        A.    Like hosiery.
6        Q.    Did you not own any hosiery at the
7   time you applied for the job?
8        A.    I'm not sure.  Not that I recall.
9        Q.    So what did you purchase in the way
10  of hosiery?
11       A.    Like black -- black stockings.
12       Q.    Black stockings.
13       A.    Uh-huh.
14       Q.    How many pair did you purchase?
15       A.    Throughout my employment there,
                        Page 34
```

86554RGH.txt

13    A.    Yes.
14    Q.    The same way that a customer did?
15    A.    Yes.
16    Q.    Now, did you receive any tips when
17 you were working for Go West?
18    A.    Yes.
19    Q.    And in what form were tips
20 received?
21    A.    Cash.
22    Q.    All were in cash?
23    A.    Some were credit card tips as well.
24    Q.    Did you ever receive any diamond
25 dollars?

                                                    80

1              TALIA BUMB
2     A.    Yes.
3     Q.    How many?
4     A.    Twenty.
5     Q.    You received $20 in diamond
6 dollars?
7     A.    Yes.
8     Q.    How did you receive it?
9     A.    From a customer.
10    Q.    Now, when you were doing your
11 end-of-night accounting for tips, was that
12 accounted for at that time?
13    A.    I tried to turn it in.
14    Q.    Let me ask you. You testified,
15 before, that at the end of the night you

Page 72

86554RGH.txt

16  counted your tips.
17      A.  Uh-huh.
18      Q.  And the $20 -- $20 diamond dollars
19  that you received, was that part of the tips
20  that you counted at the end of the night?
21      A.  Yes.
22      Q.  It was?
23      A.  Yes.
24      Q.  And you handed in diamond dollars
25  at that time?

                                                    81

1                   TALIA BUMB
2       A.  Yes.
3       Q.  And did you account for it
4   separately than the cash tips?
5       A.  I'm not sure how the manager wrote
6   it -- well, he didn't write it down because he
7   said it was expired, so he didn't account for
8   it.
9       Q.  So it was the manager who told --
10  the manager who was overseeing the counting
11  process that told you it was expired?
12      A.  Yes.
13      Q.  And who was that manager?
14      A.  I believe it was Alberto.
15      Q.  So did you ever attempt to exchange
16  any diamond dollars?
17      A.  That one with Alberto.  He told me
18  it was expired, so I couldn't.
                        Page 73

86554RGH.txt

19     Q.    So what did you do with it?
20     A.    I don't recall at this time.
21     Q.    Do you still have it?
22     A.    No.
23     Q.    You don't recall what you did with
24  it, though?
25     A.    No.

                                                          82

1              TALIA BUMB
2      Q.    Did anyone else ever attempt to
3  give you any diamond dollars?
4      A.    No.
5      Q.    Just that one customer on that one
6  occasion?
7      A.    Yes.
8      Q.    Did you review your paycheck when
9  you received it?
10     A.    Not thoroughly.
11     Q.    Did you look at it in the way that
12  we just looked at it now?
13     A.    No.
14     Q.    Did there appear to be any
15  inaccuracies in the paycheck when you reviewed
16  it?
17     A.    I didn't really check it for
18  inaccuracies.
19     Q.    Well, what did you check it for?
20     A.    To see how much it was, and then I
21  cashed it.

```
                        86554RGH.txt
20      Q.    Well, how weren't you fairly
21 compensated?
22      A.    As before, I don't think I received
23 compensation for the time that I was -- the
24 correct amount of compensation for the time I
25 was there in my tips and things.

0
                                                              93


1                      TALIA BUMB
2       Q.    So you've talked about your feeling
3  that you didn't receive all your credit card
4  tips.
5       A.    Yes.
6       Q.    Is there any other aspect in which
7  you feel you weren't fairly compensated?
8       A.    Well, the diamond dollars incident.
9       Q.    The $20 diamond dollars that you
10 didn't get reimbursed for because it was
11 expired?
12      A.    Yes.
13      Q.    But you don't know what you did
14 with those $20 diamond dollars.
15      A.    No.  I didn't get the money for it.
16      Q.    But the bill itself.  You don't
17 know what happened to the bill itself?
18      A.    No.
19      Q.    Now, did you look at the bill after
20 you were told that it had expired?  Did you see
21 an expiration date on it?
22      A.    Yes.
                        Page 84
```

86554RGH.txt

23    Q.    And is it true that the expiration
24  date was in the past at the time you received
25  it?

94

1                    TALIA BUMB
2     A.    Yes.
3     Q.    Is there any other way in which you
4  feel you were not fairly compensated?
5     A.    I had to buy stuff for the uniform.
6     Q.    The boots?
7     A.    Yes.
8     Q.    And the hosiery?
9     A.    Yes.
10    Q.    Did you buy anything else?
11    A.    Those are the main items I
12  remember.
13    Q.    Do you know if there was anything
14  else?
15    A.    Those are the only things I can
16  recall at this time.
17    Q.    Have you spoken to any current or
18  former employees of Go West since you left?
19    A.    No.
20    Q.    Do you know anything about how the
21  East Side club is run?
22    A.    No.
23    Q.    Did you know there was an East Side
24  club?
25    A.    Yes.

Page 85