01-28-08-Diaz  .txt

1

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    ----------------------------------------x
     SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA
4    VIKKI, DANIELLE OWIMRIN, on behalf of themselves
     and others similarly situated,
5                         Plaintiffs,
                  -against-
6    SCORES HOLDING COMPANY, INC.; GO WEST
     ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE, and
7    SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST
     SIDE
8                         Defendants.

9    CIVIL ACTION NO.: 07 Civ. 8718(RMB)
     ----------------------------------------x
10

11                   DRAFT COPY

12                 200 Park Avenue
                   New York, New York
13

14                 January 28, 2008
                   10:10 a.m.
15

16

17           DEPOSITION of BLERTA VIKKI, a
     non-party witness herein, pursuant to Notice,
18   before Ronald A. Marx, a Notary Public of the
     State of New York.
19

20

21

22

23        ELLEN GRAUER COURT REPORTING, LLC
          126 East 56th Street, Fifth Floor
24           New York, New York 10022
                  212-750-6434
25               REF:  86582

2

1

2    A P P E A R A N C E S :

3

                              01-28-08-Diaz  .txt
4     OUTTEN & GOLDEN LLP

5     Attorneys for Plaintiff

6          3 Park Avenue

7          New York, New York 10016

8     BY:  CARA E. GREENE, ESQ.

9          PHONE 212.245-1000

10         FAX 212.977.4005

11         E-MAIL ceg@outtengolden.com

12

13    GREENBERG TRAURIG, LLP

14    Attorneys for Defendant

15         Met Life Building

16         200 Park Avenue

17         New York, New York 10166

18    BY:  NEIL A. CAPOBIANCO, ESQ.

19         PHONE 212.801.9302

20         FAX 212.805.5501

21         E-MAIL capobiancon@gtlaw.com

22

23

24

25

                                                   3
1

2                    FEDERAL STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED by

5     and between the attorneys for the respective

6     parties herein, that the sealing, filing, and

7     certification of the within deposition be

8     waived; that such deposition may be signed and

```
                        01-28-08-Diaz  .txt
 9    sworn to before any officer authorized to

10    administer an oath, with the same force and

11    effect as if signed and sworn to before the

12    officer before whom said deposition is taken.

13              IT IS FURTHER STIPULATED AND AGREED

14         that all objections, except as to form, are

15         reserved to the time of trial.

16

17                    *    *    *    *

18

19

20

21

22

23

24

25

                                              4

 1

 2                          INDEX

 3    ----------------TESTIMONY-----------------

 4

 5              (EXHIBITS RETAINED BY )

 6

 7

 8

 9

10

11

12

13
```

01-28-08-Diaz  .txt

21    the next day and she was saying I better go over

22    with you tonight and when you come the next day

23    you know -- you know I explain to you all about

24    the club what you should do and stuff.

25        Q    Okay.  Now, before -- so you said you

                                                    19

1                    Warning:Draft Copy

2    started you think about February, March of 2004

3    at the Scores East Club?

4        A    No.  West Club.

5        Q    You started at the West Club?

6        A    Yes.

7        Q    So this discussion you had with

8    Robert was at the West Club?

9        A    Yes.

10       Q    I'm sorry.

11       A    They just opened up the west side.

12   It was probably a month when they open up and I

13   just started there and they got the managers in

14   the east side that was working in the west side

15   to get us started.

16       Q    Okay.  So the discussion you had with

17   Robert and Lisa was in connection with you

18   working at the Scores West Club?

19       A    Yes.

20       Q    And you said that was in February or

21   March 2004?

22       A    That's correct.

23       Q    Okay.  Now prior to working at Scores

24   West in February March of 2004, where did you

25   work prior to that?

                    Page 16

01-28-08-Diaz  .txt

5      A     What you mean?

6      Q     Did she tell you when you would start

7   or what time?

8      A     Yes.  Oh, yes.  She said, you know,

9   you can start tonight or tomorrow.  And she said

10   before you start I'm going to give you audition,

11   you know, about the club, the rules and -- and I

12   didn't start that night because I didn't have,

13   you know, the dress with me and I didn't have

14   the money to pay because I had to pay for the

15   dress to go to work.  Next day I start.  I

16   bought the dress.  I bought everything over

17   there before I started to work.  She would

18   explain to me all the rules, you know everything

19   about the club.

20      Q     Okay.  So let me ask you.  Where did

21   you buy the dress?

22      A     At Scores.

23      Q     You bought it at Scores.  Did you

24   understand that you had to buy it from Scores?

25      A     Yes.

                                          41

1                  Warning:Draft Copy

2      Q     Or did you understand you could buy

3   it somewhere else?

4      A     I had to buy from Scores because I

5   couldn't find the dress what they were looking

6   for anywhere else.

7      Q     Did you have the money to buy the

8   dress?

9      A     I took a -- you know, I took it from

                        Page 34

01-28-08-Diaz  .txt

10    my account I mean.

11         Q    So you had the money to buy the

12    dress?

13         A    Yes.

14         Q    Okay.  And what else did you have to

15    purchase to work your first night?

16         A    You mean what I should pay out or

17    what you mean by that?

18         Q    Well, what did you have to buy to

19    wear?

20         A    I had to pay for the dress.  I had to

21    pay for high heels.  I had to pay for underwear

22    I have to pay for garters.

23         Q    Now is a garter different from the

24    underwear or is that the same thing?

25         A    No.  It's different from underwear.

                                              42

1                    Warning:Draft Copy

2         Q    So there was underwear and there's a

3    garter?

4         A    Yes.

5         Q    Okay.  And you bought all of those

6    things from Scores?

7         A    Yes.

8         Q    Do you remember how much they were?

9         A    I remember dress was $180.   I

10    remember.  The high heels was $80.  And the

11    underwear was 40.  And the garter 20.

12         Q    And then once you purchased those

13    things did they belong to you?

14         A    Yes.

                        Page 35

01-28-08-Diaz  .txt

4    I couldn't find anywhere.  Like they made their
5    own design, you know.  It's --
6         Q    Now, the high heels that you
7    purchased, could you wear those high heels
8    outside of work?
9         A    To me, no, because I'm not
10   comfortable.  I would not -- they would not look
11   good.  Like personally I'm talking for myself.
12   I don't know for anybody else.
13        Q    She weren't your personal taste in
14   high heels?
15        A    No.
16        Q    But you say somebody else could have
17   worn such a thing?
18        A    Could be.  I don't know about
19   somebody else.
20        Q    What about the dresses?  You said you
21   wouldn't wear those dresses outside?
22        A    Nobody will wear those dresses out.
23        Q    Nobody would wear those dresses?
24        A    No.  Completely not.
25        Q    This is New York.  Nobody would wear

                                                47
1                   Warning:Draft Copy
2    those dresses out?
3         A    Could be New York, but I don't think
4    those dresses would be -- no.
5         Q    You don't think so.
6         A    Yes.  Thousand percent, no.
7         Q    Now why did you ask to go from the
8    west side to the east side?
                        Page 39

01-28-08-Diaz  .txt

9     A     Why?  I just -- I just want to switch

10    clubs, you know and -- I don't know.  Just

11    feel -- I got -- not tired, but I just felt to

12    switch clubs and just wanted to change, to move.

13        Q     Was there somebody that you wanted to

14    work with?

15        A     No.  Not really but I just -- not

16    feeling, you know, myself there.  I just wanted

17    to move, you know.

18        Q     Was it easier for you to get to the

19    east side club?

20        A     It was easy to get because I was

21    taking the train you know from my house there.

22    It was easy than to the west side.  I had to --

23    you know it's hard for me in the nighttime to

24    get back home.

25        Q     Okay.  Now, let me ask you that.  How

48

1                    Warning:Draft Copy

2     did you get to -- when you worked on west side

3     how did you get there?

4         A     By train and bus.

5         Q     Where did you live?  Where were you

6     living when you first started working?

7         A     Brooklyn.

8         Q     Where in Brooklyn?

9         A     Bensonhurst.  You want directly the

10    address?

11        Q     What was your address when you first

12    started working there?

13        A     I give you two addresses.  I don't

Page 40

01-28-08-Diaz  .txt

21      A      For me and I would -- I never got the

22   tip.  Almost three years I work over there I

23   never got a penny.

24      Q      You got the $500?

25      A      Yes.

                                              63

1                  Warning:Draft Copy

2       Q      And how did you get the $500?

3       A      Funny money.

4       Q      In was in funny money?

5       A      Yes.

6       Q      So that was all you received from the

7    customer?

8       A      Yes.

9       Q      Was the funny money?

10      A      Yes.

11      Q      Did you receive it all at once?

12      A      Yes.

13      Q      They would hand it to you before you

14   had to dance in the room?

15      A      No.  You would start dancing and you

16   would come with the funny money.  The host will

17   come with the funny money after 10, 15 minutes,

18   20 minutes, 30 minutes but he will come.

19      Q      The host would come into the room?

20      A      Yes.

21      Q      During -- while you were dancing --

22      A      Yes.

23      Q      -- the host would come into the room?

24      A      Yes.

25      Q      So you would get $500 in funny money?

                     Page 53

01-28-08-Diaz  .txt

64

1                    Warning:Draft Copy
2        A     Yes.
3        Q     Did some customers give you money
4    over and above that money?
5        A     (Indicating)
6        Q     Did --
7        A     No, because the customers always tip
8    me by credit card to the -- you know, and I
9    never got that money.  They never give it to me.
10    You know, not me but to all the girls, you know.
11    And I never asked.  But he was saying I left
12    your tip and if I would say you know to the
13    customers I don't get the tip, you know, I would
14    get a large trouble.  If I was asking you know
15    if he tip with credit card where's my tip.  I
16    get in trouble, like forget it.  And always -- I
17    never -- I never asked them.
18        Q     Okay.  Let me go to the issue of the
19    house fee.  Was the house fee always the same
20    amount of money?
21        A     It was 180.
22        Q     Always 180?
23        A     Saturdays was I believe 160 or 140.
24    I don't remember.  Because I --
25        Q     Saturdays was less?

65

1                    Warning:Draft Copy
2        A     Yes -- no.  Sundays.  I'm sorry.
3    Sundays was something -- I don't remember.  It's

Page 54

01-28-08-Diaz .txt

4    been awhile for me I didn't work over there and
5    it's changed, you know.
6         Q     Let me ask you this.  Was the house
7    fee always the same amount of money?
8         A     I mean, six days a week was -- no.
9    I'm sorry.  Mondays was 160.  And rest of the
10   days and Sunday was same thing.  Monday or
11   Sundays was probably 140, 160.  Sometimes was --
12   Sunday was a little busy.  I couldn't afford it.
13   I will pay probably $80 because -- I mean I
14   couldn't, you know.  I'm going minus, only I had
15   to work those days.  I was.
16        Q     When did you pay the house fee?
17        A     To the house mom.
18        Q     When though?
19        A     When?  End of the night.
20        Q     The end of the night you paid the
21   house fee?
22        A     Yes.  I couldn't leave if I was not
23   paying the house fee.  I had to pay.
24        Q     Could you pay the house fee in funny
25   money?

                                              66
1                    Warning:Draft Copy
2         A     Yes.
3         Q     Did you typically pay it with funny
4    money?
5         A     Half and half.  Whatever, you know.
6    Sometimes you know I didn't have funny money and
7    will pay cash and I would go home with zero.
8    Depends on the night.  Or maybe I cashed funny

                    **Page 55**

01-28-08-Diaz  .txt

9   money and I think maybe I'm going to take -- I'm

10  going to make funny money later.  I never did

11  it.  Was never busy and I had to pay with my

12  money the money I made the night before.

13      Q      So you could end up with less money

14  than you started with?

15      A      Oh yeah.  Of course.

16      Q      So you could actually loose money by

17  working a whole shift?

18      A      Not one time.  Some of the times.

19      Q      Excuse me?

20      A      It's -- yes.  So many times that

21  happened.

22      Q      That happened several times?

23      A      Yes.  Like sometimes -- I mean I will

24  go to the manager.  I will say I can't -- I

25  can't pay.  I'm not going to pay 180.  You know,

                                                67

1                 Warning:Draft Copy

2   pay 80 or you 90 a hundred or 60, you know,

3   because I couldn't afford it.  I had to pay DJ

4   and I had to pay house mom and makeup parties.

5   I couldn't afford it.

6       Q      So you could negotiate a lower house

7   fee if it was slow?

8       A      Maybe two or three times.

9       Q      Who did you negotiate that with?

10      A      Not negotiate.  I will ask you know

11  and if I didn't -- if -- I mean, I will say to

12  the managers, general manager.

13      Q      So Robert?

                    Page 56

01-28-08-Diaz .txt

1

2    A    If you go on stage it's $40.  If you

3    don't want to keep on the stage it's a hundred

4    dollars.  And if you on stage, it doesn't

5    matter.  If you go all night on the stage I

6    mean, in the end when you going to go home, if

7    you go to the VIP room for two hours you still

8    have to pay him $100.  Doesn't matter if you --

9    if you went all night long on the stage.  You

10   go more than two hours, two hours is enough.  He

11   needs -- you have to pay him a hundred dollars.

12   Q    You paid him less if you went on the

13   stage?

14   A    40.  I will pay him 60 because you

15   know -- I would say I will -- he was -- I mean,

16   that's how he works for tips.

17   Q    Now, so you would tip the DJ?

18   A    Yes.

19   Q    Now, did you ever tip the DJ to play

20   certain music that you wanted played?

21   A    Sometimes, yes.  Because he was

22   saying I don't have that song, you know.  He

23   will play that kind of trick and I would say all

24   right.  I'm going to tip you at the end.  I'll

25   give you $20.

78

1    Warning:Draft Copy

2    Q    And then he would have the music?

3    A    Yes.

4    Q    Or did you bring your own music?

5    A    No.  I never bring my own music.  He

Page 65

```
                          01-28-08-Diaz  .txt
 6      had you know.
 7                      MR. CAPOBIANCO:  I'd like to
 8                have this marked as Vikki Exhibit 1.
 9                     (^ Plaintiff's ^ Plaintiffs' ^
10                Defendant's ^ Defendants' Exhibit #,
11                description, was marked for
12                identification, as of this date.)
13          Q    Now, Ms. Vikki, when you first went
14      to Scores to apply for the job, did you fill out
15      any paperwork at that time?
16          A    I don't remember. I remember on east
17      side but I don't remember.
18          Q    Now, this document that we marked as
19      Vikki Exhibit 1, is this in your handwriting?
20          A    This one, yes.
21          Q    Yes.  And this address here, 928 59th
22      Street, was that one of your addresses?
23          A    Yes.  It's one of -- I used to live
24      with my aunt a long time.  I just see I
25      remember.  Since when I moved to New York.  The
```

                                                           79

```
 1                  Warning:Draft Copy
 2      first address I had.
 3          Q    So this was the address you had when
 4      you first moved to New York?
 5          A    Yes.
 6          Q    Okay.
 7          A    I'm sorry.  I didn't -- I didn't
 8      remember this address.  It's been awhile.
 9          Q    How long did you live at that
10      address?
```

                          Page 66

01-28-08-Diaz  .txt

6    had you know.

7                    MR. CAPOBIANCO:  I'd like to

8                have this marked as Vikki Exhibit 1.

9                    (^ Plaintiff's ^ Plaintiffs' ^

10               Defendant's ^ Defendants' Exhibit #,

11               description, was marked for

12               identification, as of this date.)

13        Q    Now, Ms. Vikki, when you first went

14    to Scores to apply for the job, did you fill out

15    any paperwork at that time?

16        A    I don't remember. I remember on east

17    side but I don't remember.

18        Q    Now, this document that we marked as

19    Vikki Exhibit 1, is this in your handwriting?

20        A    This one, yes.

21        Q    Yes.  And this address here, 928 59th

22    Street, was that one of your addresses?

23        A    Yes.  It's one of -- I used to live

24    with my aunt a long time.  I just see I

25    remember.  Since when I moved to New York.  The

                                                      79

1                    Warning:Draft Copy

2    first address I had.

3        Q    So this was the address you had when

4    you first moved to New York?

5        A    Yes.

6        Q    Okay.

7        A    I'm sorry.  I didn't -- I didn't

8    remember this address.  It's been awhile.

9        Q    How long did you live at that

10   address?

                        Page 66

01-28-08-Diaz  .txt

11    A    About a month.

12    Q    One month.  So do you think was this

13    the application you filled out when you first

14    started?

15    A    Because I put this address because my

16    aunt were not moving anywhere.  That's why I put

17    the address.  You know, it was like anything I

18    was -- for taxes, like 1099, this address was

19    changing.  I would move, you know, get a

20    roommate.  I went will be at a different

21    address.  You know, that's why I put her address

22    down.

23    Q    I see.  So when you first came to New

24    York, you lived with your aunt for a month and

25    she lived at 928 59th Street --

80

1                    Warning:Draft Copy

2    A    Correct.

3    Q    Apartment six?

4    A    That's right.

5    Q    And where did you move after that?

6    A    I moved -- I moved two or three -- I

7    move to 6412 but before that I moved to 6 -- I

8    don't remember.  I moved for couple of months.

9    Six months I moved in Dyker Heights.  I don't

10    remember the address.

11    Q    Hold on for a second.  Let's start

12    with the beginning.  You lived with your aunt

13    for a month?

14    A    Yes.

15    Q    And then you moved to another place?

01-28-08-Diaz  .txt

11        A    About a month.

12        Q    One month.  So do you think was this

13    the application you filled out when you first

14    started?

15        A    Because I put this address because my

16    aunt were not moving anywhere.  That's why I put

17    the address.  You know, it was like anything I

18    was -- for taxes, like 1099, this address was

19    changing.  I would move, you know, get a

20    roommate.  I went will be at a different

21    address.  You know, that's why I put her address

22    down.

23        Q    I see.  So when you first came to New

24    York, you lived with your aunt for a month and

25    she lived at 928 59th Street --

                                              80

1                    Warning:Draft Copy

2        A    Correct.

3        Q    Apartment six?

4        A    That's right.

5        Q    And where did you move after that?

6        A    I moved -- I moved two or three -- I

7    move to 6412 but before that I moved to 6 -- I

8    don't remember.  I moved for couple of months.

9    Six months I moved in Dyker Heights.  I don't

10    remember the address.

11        Q    Hold on for a second.  Let's start

12    with the beginning.  You lived with your aunt

13    for a month?

14        A    Yes.

15        Q    And then you moved to another place?

01-28-08-Diaz  .txt

16      A      Yes.

17      Q      Did you live alone?  Were you living

18   with someone else?

19      A      With my friend.

20      Q      With your friend.  Which friend was

21   this?

22      A      Friend.  I shared the rent.

23      Q      What's her name?

24      A      What's her name?  What's her name?  I

25   don't remember.  It's been...

                                            81

1                  Warning:Draft Copy

2      Q      Well.  Here on the next page you list

3   a friend Elda.  Was this Elda?

4      A      Elda, no.  It's not that one.  It's

5   different friend.

6      Q      Okay.  So how long did you live at

7   the place you lived at right after you lived

8   with your aunt?

9      A      About four months.

10     Q      Four months?

11     A      And then I moved.

12     Q      And do you remember where that was?

13     A      Where?  In Dyker Heights.  Was 77th

14   Street I believe was between ninth and 10th

15   Avenue but I don't remember.

16     Q      Dyker Heights?

17     A      Yes.  Brooklyn.

18     Q      That's a neighborhood?

19     A      Yes.  I don't remember exact.

20     Q      So you lived there about four months?

Page 68

01-28-08-Diaz  .txt

16      A    Yes.

17      Q    Did you live alone?  Were you living

18  with someone else?

19      A    With my friend.

20      Q    With your friend.  Which friend was

21  this?

22      A    Friend.  I shared the rent.

23      Q    What's her name?

24      A    What's her name?  What's her name?  I

25  don't remember.  It's been...

                                          81

1                    Warning:Draft Copy

2      Q    Well.  Here on the next page you list

3  a friend Elda.  Was this Elda?

4      A    Elda, no.  It's not that one.  It's

5  different friend.

6      Q    Okay.  So how long did you live at

7  the place you lived at right after you lived

8  with your aunt?

9      A    About four months.

10      Q    Four months?

11      A    And then I moved.

12      Q    And do you remember where that was?

13      A    Where?  In Dyker Heights.  Was 77th

14  Street I believe was between ninth and 10th

15  Avenue but I don't remember.

16      Q    Dyker Heights?

17      A    Yes.  Brooklyn.

18      Q    That's a neighborhood?

19      A    Yes.  I don't remember exact.

20      Q    So you lived there about four months?

Page 68

01-28-08-Diaz  .txt

21          A     Yes.

22          Q     This is where you moved after you

23   lived with your aunt?

24          A     Yes.

25          Q     And then after you lived with your

                                              82

1                     Warning:Draft Copy

2    friend for four months in Dyker heights where

3    did you move?

4           A     I moved to 6412.

5           Q     Okay?

6           A     20th Avenue.

7           Q     20th Avenue.  And did you live there

8    by yourself?

9           A     Yes.

10          Q     And how long did live there?

11          A     About approximately a year.

12          Q     One year?

13          A     Yes.

14          Q     And then where did you move?

15          A     I moved to 70th Street.  2025 70th --

16   I moved there for about couple of months.  I

17   don't remember exact.

18          Q     Couple of months?

19          A     Yes.  Could be, you know, until I

20   moved with high husband.

21          Q     So where did you live -- how long did

22   you live -- you said you were there only a

23   couple of months at 70th Street?

24          A     Could be more four months or three

25   months.  I don't remember.

                       Page 69

01-28-08-Diaz .txt

21    A    Yes.
22    Q    This is where you moved after you
23    lived with your aunt?
24    A    Yes.
25    Q    And then after you lived with your

                                                    82

1                    Warning:Draft Copy
2    friend for four months in Dyker heights where
3    did you move?
4         A    I moved to 6412.
5         Q    Okay?
6         A    20th Avenue.
7         Q    20th Avenue.  And did you live there
8    by yourself?
9         A    Yes.
10        Q    And how long did live there?
11        A    About approximately a year.
12        Q    One year?
13        A    Yes.
14        Q    And then where did you move?
15        A    I moved to 70th Street.  2025 70th --
16    I moved there for about couple of months.  I
17    don't remember exact.
18        Q    Couple of months?
19        A    Yes.  Could be, you know, until I
20    moved with high husband.
21        Q    So where did you live -- how long did
22    you live -- you said you were there only a
23    couple of months at 70th Street?
24        A    Could be more four months or three
25    months.  I don't remember.

01-28-08-Diaz  .txt

83

1                    Warning:Draft Copy
2        Q      Were you living by yourself there?
3        A      I was living -- no.  With cousin
4    could be.  Related to me.
5        Q      You were living with a cousin?
6        A      Yes.
7        Q      Did you move into his or her house?
8        A      To her house.
9        Q      You moved into her house?
10       A      Yes.
11       Q      And then where did you move?
12       A      I moved -- and then Bay Ridge with my
13   fiance.
14       Q      Okay.
15       A      My house now.
16       Q      What is his name?
17       A      Kurt.
18       Q      Kurt.  Did you meet him at the club?
19       A      No.
20       Q      And what's that address?
21       A      Where I used to live?
22       Q      With Kurt.  Where you moved after you
23   lived with your cousin.
24       A      I moved to 1-74th Street.
25       Q      One-74 --

84

1                    Warning:Draft Copy
2        A      Street, apartment 1N.  1N, Brooklyn
3    New York 11 -- I do not remember the zip code.
4        Q      Okay.  And what -- how long did you
                        Page 70

01-28-08-Diaz  .txt

83

1                    Warning:Draft Copy

2        Q      Were you living by yourself there?

3        A      I was living -- no.  With cousin

4    could be.  Related to me.

5        Q      You were living with a cousin?

6        A      Yes.

7        Q      Did you move into his or her house?

8        A      To her house.

9        Q      You moved into her house?

10        A      Yes.

11        Q      And then where did you move?

12        A      I moved -- and then Bay Ridge with my

13    fiance.

14        Q      Okay.

15        A      My house now.

16        Q      What is his name?

17        A      Kurt.

18        Q      Kurt.  Did you meet him at the club?

19        A      No.

20        Q      And what's that address?

21        A      Where I used to live?

22        Q      With Kurt.  Where you moved after you

23    lived with your cousin.

24        A      I moved to 1-74th Street.

25        Q      One-74 --

84

1                    Warning:Draft Copy

2        A      Street, apartment 1N.  1N, Brooklyn

3    New York 11 -- I do not remember the zip code.

4        Q      Okay.  And what -- how long did you

                    Page 70

01-28-08-Diaz  .txt

5        live there?

6            A    I lived there seven months.  Yes.

7        Seven.

8            Q    Seven months?

9            A    Six, seven months I lived there.

10           Q    Okay.  And where did you move after

11       that?

12           A    3821 Laurel Avenue.  We bought a

13       house.

14           Q    30 --

15           A    3821 Laurel Avenue.

16           Q    Laurel?

17           A    Yes.

18           Q    Okay.

19           A    Brooklyn, York 11224.

20           Q    How long did you live there?

21           A    We been living there since we bought

22       a house.  It's our house.

23           Q    When did you buy it?

24           A    Last year and -- yes.  Last year in

25       October 30th or 29th.

                                                      85

1                     Warning:Draft Copy

2            Q    Of 07 or 06?

3            A    06.  I'm sorry.  06.  It -- it's been

4        a year and 14 months we moved there.

5            Q    So now, prior to living with your

6        aunt for that month, where did you live?

7            A    I don't understand.

8            Q    You said you lived with your aunt at

9        928 59th Street?

                         Page 71

01-28-08-Diaz  .txt

6    with one of the -- you know the house mom told

7    me you can't work for no other club.  If they

8    find out you're going to get fired.

9        Q    The next one says, I will not receive

10   any employee benefits such as employee pension

11   plan, employee health plan, vacation pay, sick

12   pay or any other fringe benefit plan that may be

13   offered by Scores to its actual employees.  Was

14   that true?

15       A    I don't understand that question.

16       Q    Well, did you receive any employee

17   benefits while you worked for Scores?

18       A    I don't remember.

19       Q    Well for example, when you went on

20   vacation, did you get vacation pay?

21       A    No.

22       Q    Number C says I will pay all my own

23   business expenses that I incur while performed

24   under this independent entertainer agreement.

25   Did you pay your business expenses when you

                                            123

1                Warning:Draft Copy

2    worked for Scores?

3                MS. GREENE:  Objection.

4        A    I don't understand that question.

5    Clarify the question please?

6        Q    Well, if you purchased dresses, did

7    you -- did you pay for the cost of the dress?

8        A    Of course, yes.

9        Q    When you took the bus who paid the

10   cost of the bus?

                    Page 103

01-28-08-Diaz  .txt

11      A     I paid.

12      Q     When you took a taxi, who paid that

13   cost?

14      A     I paid.

15      Q     When you purchased makeup who paid

16   that cost?

17      A     I paid.

18      Q     Okay.  And all of the outfits that

19   you wear there, who paid for those?

20      A     I mean, I paid.

21      Q     Okay.  And did you ever have any

22   surgery for -- so that you would better in the

23   club?

24      A     No.

25      Q     Did some of the girls that you know

                                              124

1                Warning:Draft Copy

2   ever have surgery?

3      A     Yes.

4      Q     Who paid for that surgery?

5      A     They pay.

6      Q     Let's turn the page to D.  I am

7   responsible for the payment of my own income

8   taxes.  Let's just stop there.  Was that true?

9      A     What you mean?  I pay all -- I don't

10   understand that.

11      Q     Well, did you pay your own -- did you

12   pay taxes from the money that you received from

13   Scores when you cashed in your diamond dollars?

14      A     I paid form 1099.  Yes I did.  End of

15   year I had to pay.  I mean I had to do other

01-28-08-Diaz .txt

5      dollars and receiving $1,512 or a check for that

6      amount?

7            A      No.

8            Q      Now were the diamond dollars that you

9      used on the west side the same as the diamond

10     dollars on the east side?

11           A      No.  Different.

12           Q      They were different.  So do you

13     remember at the end of your Go West employment

14     that you -- when you -- after you left the West

15     Club do you remember going back one time to cash

16     in your diamond dollars, all the ones you had

17     left?

18           A      No.

19           Q      You don't remember doing that?

20           A      No.

21           Q      I mean, $1,512 --

22           A      I never cashed that amount.

23           Q      You never --

24           A      Cashed this kind of amount of money.

25           Q      You never cashed that much money in?

                                                    148

1                       Warning:Draft Copy

2            A      No.

3            Q      So this --

4            A      I will remember if I did.  But no.

5            Q      Okay.  So you're saying that this

6      doesn't reflect any money that you received or a

7      check that you received?

8            A      No.  I never had this form.  I don't

9      know what's this is about.

                       Page 124

01-28-08-Diaz  .txt

3    160 cash?

4        A    Yes.

5        Q    And that's what it was throughout

6    your employment?

7        A    Yes.

8        Q    The whole time you worked for Scores?

9        A    (Indicating).

10        Q    Now if you look at the bottom of page

11    three of this cash disbursements journal do you

12    see that?

13        A    Yes.

14        Q    It says a diamond dollar pay-in of

15    $1,170?

16        A    Yes.

17        Q    So do you remember receiving a check

18    for more than a thousand dollars for the diamond

19    dollars you cashed in?

20        A    No, I don't.  I don't remember.

21        Q    If you look towards the top of the

22    page, it says diamond dollar payout of $1,656.

23    Do you remember receiving a check that high?

24        A    No.

25        Q    For diamond dollars you paid --

154

1                    Warning:Draft Copy

2    cashed in?

3        A    No.  I don't remember.  They will not

4    cash more than a thousand.  How I could get a

5    check for $1,600?

6        Q    So you're saying that this document

7    doesn't reflect checks you received?

Page 129

01-28-08-Diaz  .txt

8     A     Because the rules you cannot get a

9     check of a thousand dollars, but more of that

10    you can't -- you can't -- they're not going to

11    cash it for you.  How it's possibe I get a check

12    for $1,600?  When the rules -- they don't cash

13    it for you.  That's why I don't understand.  And

14    I'm not lying from that.

15        Q     So are you saying you never had to

16    cash -- you never had more than a thousand

17    dollars to cash in?

18        A     No.  They will not cash it for you.

19        Q     So sometimes you did have more than a

20    thousand dollars that you tried to cash in?

21        A     Maybe I had for two days because

22    sometimes you know I'm busy.  I can't catch the

23    time from the -- to be cashed out, you know.

24    And I can't go you know or -- my cash for

25    30 minutes.  And after that whatever is behind

                                                    155

1                     Warning:Draft Copy

2     the line, you know, he said I don't have any

3     more checks.  Tomorrow.  But I would never cash

4     more than a thousand dollars.  Thousand dollar

5     is a limit.  I don't know what is going on on

6     those two.

7         Q     Who is the he who wouldn't cash more

8     than a thousand --

9         A     The guy who cashed the funny money.

10    He would say I don't have any more checks.  Come

11    tomorrow.

12        Q     Do you know his name?

                     Page 130

01-28-08-Diaz .txt

5        A     No.  Because I never had cash.  Maybe
6    hundred dollars funny money or -- you know.  I
7    would cash it.  I will say I need cash, you
8    know, at least, you know, something.  Okay.  But
9    not very often.
10       Q     I'm not sure I understand your
11   answer.  Are you saying that sometimes you could
12   exchange diamond dollars?
13       A     Maybe one hundred funny money I will
14   exchange.  Maybe once in three months.
15       Q     You mean if you you needed the cash?
16       A     Yes.  I need it.  I said at least,
17   you know, $40, $40 or a hundred dollars.  Yes.
18       Q     Now did you ever receive diamond
19   dollars that was expired?
20       A     I do receive once.
21       Q     Once you received it?  Were you able
22   to cash it in?
23       A     No.
24       Q     I thought you said you were able
25   to --

                                        167
1                   Warning:Draft Copy
2        A     Once yes, but once no, because once
3    was only one.  I didn't even go.  Maybe I would
4    but I didn't go often, because I didn't have
5    that patience you know to see please, and coming
6    in time, come a time, see him, go talk to a
7    manager, you know.  It was too much of
8    aggressive for me.  I was getting like tired,
9    you know, for $20 funny money to talk to them.

                   Page 140

01-28-08-Diaz  .txt

10    People going to be like oh, why you accept it.

11    You should see it but it's dark.  You can't

12    really see it or somebody should just take the

13    money and --

14        Q    You said too much what, harass?

15             MS. GREENE:  Aggressive.

16        A    I was getting -- I mean, I was tired.

17             MR. CAPOBIANCO:  I still

18             haven't heard the word.

19             MS. GREENE:  Aggressive.

20        Q    Too much aggressive?

21        A    Yeah, because if you go after that --

22    I mean, I will say for $20 was a lot work for

23    me.  Talk to him, talk to the manager.  Go to

24    Guiseppe, go to Lenny say, you know, it's okay.

25    I mean, it was too much.  It was not -- for a

                                        168

1             Warning:Draft Copy

2    lot of work I had to do it was not worth it.

3        Q    So on two occasions you accepted $20

4    diamond dollars that were expired?

5        A    No.  Once I had about a hundred

6    dollars.  And 50 percent of that 50-50.  The

7    second time I had only one dance and I did and

8    it was expired.  I just didn't even go after

9    that.

10        Q    So that was one $20 bill?

11        A    Yes.

12        Q    Now, did you -- could you check the

13    diamond dollar when you received it to see if it

14    was expired?

                    Page 141

01-28-08-Diaz .txt

15      A     I mean, I could but sometimes it's

16   very dark and you can't tell by the colors and

17   you know -- like I'm not, you know, go to the

18   light and --

19      Q     Well don't they look different?

20   Don't they change the way they look when they

21   print the new money?

22      A     When inside the club and it's dark

23   you know the colors -- the lights changing.  You

24   can't really -- because sometimes it's similar.

25   Depends how they print it.

                                                  169

1                Warning:Draft Copy

2       Q     Now, was it up to you to decide

3    whether or not you wanted to dance on the stage

4    or not?

5       A     No.

6                MS. GREENE:  Objection.

7       Q     It wasn't up to you?

8       A     No.

9       Q     Who was it up to?

10      A     I had to.  What I told you in the

11   beginning if I didn't have to go on the stage

12   managers -- the house mom told me it was -- if

13   you don't want to go to the stage you have to

14   pay $100.  If you go to the stage you pay 40.

15      Q     All right.  But it was up to you to

16   decide whether or not you wanted to go on the

17   stage and dance on the stage or not dance on the

18   stage?

19      A     Yes, but I had to go because if I

Page 142

01-28-08-Diaz  .txt

14    stage.  You have to go.  And I'm like explaining
15    like why it have to be me.
16        Q     You said that to whom?
17        A     To the house mom, to the manager, to
18    the DJ, two or three of them.
19        Q     All three of them you said why does
20    it have to be me?
21        A     Yes.
22        Q     What did they say?
23        A     I'm sorry.  It's all you.
24        Q     It's all you?
25        A     Yes.  All you to come to the stage.

                                                        175
1                     Warning:Draft Copy
2     Just you.  Stage is yours now.  You know, had
3     to.
4         Q     Now, do you know -- did you know any
5     of the bartenders when you worked there?
6         A     I know by face, but not by names.
7         Q     Did you ever discuss how the diamond
8     dollars worked for the bartenders?
9         A     No.
10        Q     No.  So do you know if they ever even
11    received diamond dollars, the bartenders?
12        A     No.
13        Q     What about the cocktail waitresses?
14    Do you know if they received diamond dollars?
15        A     I don't know.
16        Q     And do you know if they did receive
17    diamond dollars how it worked for them?
18        A     I don't know.
                        Page 147

01-28-08-Diaz  .txt
1                    Warning:Draft Copy
2          A      I don't remember.
3          Q      And the house mom was Lisa?
4          A      Both.  Yes both of -- I mean, yes.
5     Both of those.
6          Q      Lisa and who?
7          A      Lisa and Gina.
8          Q      And they both told you this?
9          A      Yes.
10         Q      Now, did you want to dance closer
11    than six inches to the customer?
12         A      No.
13         Q      Did you know why they were telling
14    you not to dance closer than six inches to the
15    customer?
16         A      I don't know.
17         Q      Did you ever get in trouble for
18    dancing too close to a customer?
19         A      No.
20         Q      No one ever said anything to you
21    about it?
22         A      No.
23         Q      All right.  I'd like to have this
24    marked as Vikki Exhibit 11.
25                     (^ Plaintiff's ^ Plaintiffs' ^

                                                      185
1                    Warning:Draft Copy
2                 Defendant's^ Defendants' Exhibit #,
3                 description, was marked for
4                 identification, as of this date.)
5          Q      Ms. Vikki have you ever seen this
                        Page 155

01-28-08-Diaz  .txt

6    document before that is marked as Vikki

7    Exhibit 11?

8         A    I believe yes, but I never -- I never

9    you know read all.  It was given to us the time

10   we working.  You know.  And it was not like I

11   take it home and read it over there.  Like I do

12   you understand you know all of the questions

13   what we signed up.

14        Q    So you signed it without reading it?

15        A    Prob -- yeah.

16        Q    Can we turn to the last page?  Is

17   this your signature on this document?

18        A    Yes it is.

19        Q    Okay.  When did you sign this?

20        A    I don't -- I don't remember when I

21   signed this.  Exact date.  I don't remember.

22        Q    Well it's dated January 17th, 2008?

23        A    I never worked on January 7th, 2008.

24        Q    Right.  Is this your signature?

25        A    It is my signature but the date is

                                              186

1                    Warning:Draft Copy

2    not correct.

3         Q    The date is incorrect?

4         A    I never went in January 17th, 2008

5    over there.  How that date?

6         Q    Well, let me ask you.  Look at

7    paragraph one here.  It says I worked at Scores

8    East location and west location from

9    approximately March 2003.  Is that when you

10   started working, in March 2003, or did you start

                        Page 156

01-28-08-Diaz  .txt

11    in 2004?

12        A    I started there the west -- I mean I

13    don't the west side just opened up.  Probably

14    was one, two or three months after the west side

15    opened.  That's when I started over there.  I

16    don't remember exactly the date.  And that's

17    what I said.  I start after couple of months the

18    west side opened.  I don't remember.

19        Q    You worked -- you started a couple of

20    months after the west side opened up?

21        A    Yes.

22        Q    So you didn't work at the east side

23    first?

24        A    No.  West side.

25        Q    So the west side was new at the time

                                                    187

1                    Warning:Draft Copy

2    you worked there?

3        A    Yes.

4        Q    You don't know whether it was 2003 or

5    2004?

6        A    I don't remember.

7        Q    Okay.  Now if you look at paragraph

8    five down here, it says that you had to pay a

9    house fee for every shift, and that the house

10    fee ranged from $40 to $180.

11        A    $40 probably was a DJ.  I don't

12    remember.

13        Q    If you turn to Paragraph nine?

14        A    Yes.

15        Q    It says here during my employment at

                    Page 157

01-28-08-Diaz  .txt

16    Scores I estimate that I received approximately
17    75 percent of my tips in diamond dollars.  Is
18    that true?
19         A     I don't remember but I -- I don't
20    know.
21         Q     You don't know if it's true?
22         A     I don't know if it's true.
23         Q     Okay.  Let's look at Number 12.  It
24    says here Scores policy and practices with
25    respect to diamond dollars applied to all

                                            188
1                    Warning:Draft Copy
2    workers who received diamond dollars as tips
3    including all dancers, servers, cocktail servers
4    and bartenders.
5         A     What you mean by that?
6         Q     Well, when I asked you before if you
7    knew if the bartenders or cocktail waitresses
8    received diamond dollars.  You said you didn't
9    know.  Is that right?
10        A     Yes.  I don't know.
11        Q     So the truth is you don't really know
12    if Scores' policy for the bartenders and the
13    cocktail servers are the same?
14        A     I don't know.  Could be but I don't
15    know.  I can't say yes.  I can't say.  I don't
16    know.
17                    MR. CAPOBIANCO:  I'd like to
18              have this marked as Vikki exhibit 12.
19                    (^ Plaintiff's ^ Plaintiffs' ^
20              Defendant's ^ Defendants' Exhibit #,
                        Page 158

01-28-08-Diaz  .txt

21          description, was marked for

22          identification, as of this date.)

23     Q    Ms. Vikki can we put this aside for a

24 second, this Exhibit 12?  I want to just go back

25 to Exhibit 11 for a second.

                                                189

1                    Warning:Draft Copy

2      A    Sure.

3      Q    Do you know who prepared this

4 document?

5      A    No.

6      Q    Now before you signed it, did you see

7 a copy of this document?

8      A    No.

9      Q    Do you know where you signed this

10 document?

11     A    Where I signed this?  I signed this

12 in the dressing room and I went out.

13     Q    You signed it in the dressing room?

14     A    Yes.

15     Q    So did you decide what would be put

16 into this document?

17     A    What you mean by that?

18     Q    Did you decide what would be written

19 here?

20     A    I didn't even read that.  That was --

21 you had to sign and I just signed it.

22     Q    Do you know if anyone else in the

23 club had to pay house fees besides you?

24     A    About what?

25     Q    Excuse me?

                    Page 159