| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Go West Entertainment, Inc.<br>533-535 W.27th Street<br>New York, NY 10011<br><br>212-868-4900 | | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2005<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy A<br>For<br>Internal Revenue Service Center<br>File with Form 1096. | |
| PAYER'S Federal identification number<br>13-4171900 | RECIPIENT'S Identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | | |
| RECIPIENT'S name<br>Blerta Gore | | 7 Nonemployee compensation<br>$ 1736.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. | |
| Street address (including apt. no.)<br>1022 77th st. | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | |
| City, state, and ZIP code<br>Brooklyn, NY 11228 | | 11 | 12 | | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>NY 13-4171900 | 18 State income<br>$ | |

Form 1099-MISC                     48-0971237                     Department of the Treasury - Internal Revenue Service

Vikki-8

Go West Ent. DD$ 2006
## Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005

Filter Criteria includes: 1) Vendor IDs from WG0017 to WG0017. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/18/05 |  | 78000 | Fee | 96.00 |  |
|  |  | 10200 | Blerta Gore |  | 96.00 |
| 8/6/05 |  | 78000 | FEES | 96.00 |  |
|  |  | 10200 | Blerta Gore |  | 96.00 |
| 8/6/05 |  | 78000 | FEES | 32.00 |  |
|  |  | 10200 | Blerta Gore |  | 32.00 |
| 11/4/05 |  | 77000 | DD$ PAY OUT | 1,512.00 |  |
|  |  | 10200 | Blerta Gore |  | 1,512.00 |
|  | Total |  |  | 1,736.00 | 1,736.00 |