

| Wayne N. Outten | |
|---|---|
| Anne Golden | |
| Adam T. Klein | |
| Laurence S. Moy | *Advocates for Workplace Fairness* |
| Gary Phelan | |
| Kathleen Peratis | |
| Piper Hoffman | |
| Justin M. Swartz | |

Jack A. Raisner
Allegra L. Fishel
Lewis M. Steel
[illegible] Lzar
[illegible]
Deborah L. McKenna
Rene S. Roupinian
Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
[illegible]
[illegible]
[illegible]

February 11, 2008

**BY HAND DELIVERY**
Honorable Richard M. Berman
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  *Diaz et al. v. Scores Holding Co., Inc. et al.*
     07 Civ. 8718 (RMB) (THR)

Dear Judge Berman:

We represent Plaintiffs and the putative class in the above referenced matter. Plaintiffs write to respectfully request a one week extension to file (1) Plaintiffs' opposition to Defendants' Motion to Dismiss or Alternatively for Summary Judgment, and (2) Plaintiffs' reply memorandum in further support of their Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, both of which are currently due on February 15, 2008. Defendants do not oppose this request and request a commensurate extension to their time to file their reply memorandum.

The parties propose the following revised briefing schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' opposition to Defendants' Motion to Dismiss or Alternatively for Summary Judgment and Plaintiffs' reply memorandum in further support of their Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA | February 15, 2008 | February 22, 2008 |
| Defendants' reply memorandum in further support of their Motion to Dismiss or Alternatively for Summary Judgment | February 29, 2008 | March 7, 2008 |

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com

Honorable Richard M. Berman
February 11, 2008
Page 2 of 2

    This is Plaintiffs' first request for an extension. This extension will not affect any deadlines in this matter, other than deadlines related to briefing these motions. Thank you in advance for you attention to this matter.

Respectfully submitted,

/s/ Justin M. Swartz

cc:    Neil Capobianco
       Jerry Goldberg
       Richard J. Burch

---

Extensions granted on consent.

SO ORDERED.
Date: 2/13/08
Richard M. Berman, U.S.D.J.