# OUTTEN & GOLDEN

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

Jack A. Raisner
[illegible]
Lewis M. Steel
Wendi S. Lazar
[illegible] Ruan
Deborah L. McKenna
René S. Roupinian
Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

*Advocates for Workplace Fairness*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

January 31, 2008

**Via Hand Delivery**
Honorable Richard M. Berman
United States District Judge
500 Pearl Street, Room 650
New York, NY 10007

Re:   *Diaz, et. al. v. Scoresholdings, Inc., et al.*, No. 07-8718 (RMB)

Dear Judge Berman:

We represent Plaintiffs and the putative class in the above-captioned matter. On January 24, 2008, we asked the Court to extend the January 31, 2008 deadline to add additional parties until the Plaintiff was able to conduct a Fed. R. Civ. P. 30(b)(6) deposition concerning the Defendants' corporate structure. This was Plaintiffs' first such request and Defendants did not oppose it.

The parties have scheduled the Fed. R. Civ. P. 30(b)(6) deposition for February 7, 2008. Plaintiffs respectfully request an extension through February 21, 2008 to amend their complaint to add new parties. Defendants do not oppose this request.

Thank you for your attention to this matter.

Respectfully submitted,

*Tammy Marzigliano*
Tammy Marzigliano

cc:   Neil Copabianco, Esq. (via fax)
      Justin M. Swartz, Esq.

*Extension Granted.*
**SO ORDERED:**
Date: 2/20/08
Richard M. Berman, U.S.D.J.