# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE. <br><br> Defendants. | No. 07-8718 (RMB) Supp 2+3 <br><br> [Proposed] CASE MANAGEMENT PLAN |
|---|---|

**MEMO ENDORSED**

The following [Proposed] Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties held a conference on November 26, 2007. Rex Burch, Justin M. Swartz, and Tammy Marzigliano attended for Plaintiffs. Jerrold Goldberg and Neil Capobianco attended for Defendants Scores Holding Company, Inc. and Go West Entertainment, Inc., a/k/a Scores West Side. Counsel for Defendant Scores Entertainment Inc., a/k/a Scores East Side has not appeared.

2. The parties agreed that joinder of additional parties (other than any parties who opt in pursuant to 29 U.S.C. §216(b), and amendment of the pleadings, will be completed by January 31, 2008.

3. The parties discussed the nature and basis of their claims and defenses and the possibilities for a prompt settlement. The parties also discussed the subjects on which they

*NY 238596235v2 11/27/2007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007

believe they will require discovery and the arrangements for such discovery. Given that the action is brought as a collective action under 29 U.S.C. §216(b) and a class action under Rule 23 the parties anticipate both discovery as to plaintiffs' class certification issues, defendants' anticipated motion for decertification of an FLSA collective, and the merits of the action. The parties agreed that non-expert discovery related to plaintiffs' motion for class certification and defendants' anticipated motion for decertification of an FLSA collective will be completed by ~~May 31,~~ *March 21* 2008 *including expert*. The parties further agreed that all other discovery would be completed by ~~November 30, 2008~~ *May 21, 2008*. *RMB*

    4.    The parties agreed that private mediation may be appropriate and will revisit the issue after upon review by plaintiffs' counsel of various time and payroll records to be produced by defendants.

    5.    The parties agreed to exchange the information required by Rule 26(a)(1) of the Fed. R. Civ. Proc. by December 14, 2007. *pursuant to court's individual Rules*

    6.    Plaintiffs intend to file a Motion for Court Authorized Notice pursuant to 29 U.S.C. §216(b) as soon as practicable.

    7.    The parties agreed that service of documents by email and/or overnight mail is effective service and is complete upon emailing or mailing.

    8.    By prior stipulation, Defendants' Motion to Dismiss is due on December 21, 2007. The parties agreed that Plaintiffs response to Defendants' Motion to Dismiss is due on January 22, 2008; and Defendants' Reply is due on February 8, 2008.

Sections 9 a through d to be set at the conference with the Court:

    9.    Motions

        a.    Joint Pre-trial Order to be submitted by _____

      b.    Final Pre-Trial Conference _____

      c.    Trial _____

      d.    Other *[handwritten: Settlement Conference with principals on June 5, 2008 @ 9:30 AM]*

By: /s/ Justin M. Swartz
    Justin M. Swartz (JS-7989)

**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807) (*pro hac vice* motion forthcoming)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

*Attorneys for Plaintiffs and the Putative Class*

Dated: 11/28/07


Dated: New York, New York
      11/29/[ ], 2007

By: /s/ Jerrold Goldberg
    Jerrold Goldberg (JG-7471)

**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Defendants Scores Holding Company, Inc. and Go West Entertainment, Inc. aka Scores West Side*

Dated: 11/28/07


SO ORDERED
*[signature: RMB]*
U.S.D.J.