# EXHIBIT 6



# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

*Of Counsel*
Jack A. Raisner
Allegra L. Fishel
Lewis M. Steel
Wendi S. Lazar
Deborah L. McKenna
Nantiya Ruan

———

Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

January 24, 2008

**Via Hand Delivery**

Honorable Richard M. Berman
United States District Judge
500 Pearl Street, Room 650
New York, NY 10007

Re: *Diaz, et. al. v. Scores Holding Co., Inc., et. al.*, No. 07-8718 (RMB)

Dear Judge Berman,

We represent the plaintiffs in the above-captioned matter. We write to respectfully request an extension of the current January 31, 2008 deadline to add additional parties. This is the Plaintiffs' first such request. Defendants do not oppose this request.

The parties are working together to schedule a Rule 30(b)(6) deposition concerning Defendants' corporate structure. Once the deposition is completed, the parties will amend their complaint shortly thereafter.

The parties intend to set a date for the Rule 30(b)(6) deposition next week. The parties will notify the Court of a proposed new deadline for the addition of parties on or before February 4, 2008.

Thank you for your attention to this matter.

Sincerely,

Tammy Marzigliano

cc:  Justin M. Swartz, Esq.
     Neil Copabianco, Esq. (via fax)

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com