# EXHIBIT 12

# COPY

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------x
3    SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
     BLERTA VIKKI, DANIELLE OWIMRIN, on
4    behalf of themselves and all others
     similarly situated,

5
                              Plaintiffs,
6
                - against -
7
     SCORES HOLDING COMPANY, INC., GO WEST
8    ENTERTAINMENT, INC., a/k/a SCORES WEST
     SIDE; and SCORES ENTERTAINMENT, INC.,
9    a/k/a SCORES EAST SIDE,

10                            Defendants.
     Case No. 07 Civ. 8718 (RMB)
11   ------------------------------------x

12
                      200 Park Avenue
13                    New York, New York

14
                      January 8, 2008
15                    10:25 a.m.

16

17            Deposition of CAROLYN J. SIEGEL,

18   before Marlene Lee, CSR, CRR, a Notary Public

19   of the State of New York.

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24               New York, New York 10022
                      212-750-6434
25                    REF: 86395

2

1    A P P E A R A N C E S:

2

3    OUTTEN & GOLDEN LLP

4    Attorneys for the Witness and Plaintiffs

5        Three Park Avenue
         New York, New York   10016
6
     BY:   TAMMY MARZIGLIANO, ESQ.
7          212-245-1000              (Telephone)
           tm@outtengolden.net       (E-mail)
8          212-977-4005              (Fax)

9

10

11   GREENBERG TRAURIG LLP

12   Attorneys for the Defendants

13       200 Park Avenue
         New York, New York   10166
14
     BY:   NEIL A. CAPOBIANCO, ESQ.
15         212-801-9302              (Telephone)
           capobiancon@gtlaw.com     (E-mail)
16         212-805-5501              (Fax)

17

18

19

20

21

22

23

24

25

44

```
 1                    SIEGEL
 2   informed of that?
 3        A.    I don't.
 4        Q.    Do you remember when your first
 5   night of work was?
 6        A.    Yes.  It was a Wednesday.  The
 7   beginning of May.  I don't know the date.
 8        Q.    If you look at Siegel Exhibit 1,
 9   does that help you identify what day it was?
10        A.    Yes, it does.
11        Q.    What day was it?
12        A.    Wednesday, May 2nd.
13        Q.    What happened -- who told you what
14   time you were supposed to come to work?
15        A.    I don't remember.
16        Q.    Do you remember seeing a schedule?
17        A.    No.
18        Q.    Do you remember seeing a schedule
19   at any point that you were there?
20        A.    No.
21        Q.    How did you generally know when you
22   were supposed to go to work next?
23        A.    I know I got my schedule from Gus.
24   I don't remember if it was over the phone or in
25   person.
```

45

                         SIEGEL

1

2       Q.     So at some point Gus told you

3   verbally when to come in?

4       A.     Yes.

5       Q.     When you were in any of the

6   non-customer areas of the club, did you ever

7   notice any postings on the wall?

8       A.     No.  Actually, to amend that, yes.

9   The dancer dressing room had a poster that I

10  noticed.

11      Q.     Of what?

12      A.     Of the stage fees.

13      Q.     Anything else?

14      A.     Not that I recall.

15      Q.     I'd like to show you --

16             MR. CAPOBIANCO:  I'd like to have

17         this marked as Siegel Exhibit 4.

18             (Siegel Exhibit 4 for

19         identification, document.)

20      Q.     With respect to Siegel Exhibit 4,

21  did you ever notice while you were working at

22  Go West that this document was posted on any

23  wall in any of the non-customer areas of the

24  club?

25      A.     No.

46

                              SIEGEL

1

2        Q.    Did you come to have an

3    understanding that you would be making 4.60 per

4    hour plus tips?

5        A.    Yes.

6        Q.    When did you arrive at that

7    understanding?

8        A.    I don't remember.

9        Q.    Do you remember how you came to

10   understand that?

11       A.    I think it was just an assumption

12   that I made.

13       Q.    An assumption based on what?

14       A.    Based on previous employment.

15       Q.    So your first day of employment was

16   May 2nd.

17       A.    Yes.

18       Q.    What happened on May 2nd when you

19   appeared at the club?  Well, let me ask you

20   this.  Did you come in what you called your

21   uniform?

22       A.    No.

23       Q.    You did not?

24       A.    No.

25       Q.    Did you bring it with you?

47

                              SIEGEL

1     A.    Yes.

2     Q.    So you came in street clothes and

3  changed into it in -- where?

4     A.    In the women's bathroom.

5     Q.    In the women's bathroom.  Okay.

6  Did you clock in on that occasion?

7     A.    Yes.

8     Q.    Is that the first time that you

9  clocked in?

10    A.    Yes.

11    Q.    And do you remember what time you

12 were supposed to be at work on your first day?

13    A.    Seven o'clock.

14    Q.    Were you on time?

15    A.    No.  I was not.

16    Q.    You were late?

17    A.    Yes.

18    Q.    Do you remember why?

19    A.    I had the time wrong.  I thought it

20 was 7:30.

21    Q.    Prior to actually starting work,

22 how were you informed what to wear to work?

23    A.    I was given a uniform.

24    Q.    And that was just by one of the

48

```
                         SIEGEL
 1
 2    other waitresses on your first training day?
 3         A.    No.  It wasn't.
 4         Q.    How did you -- who gave you the
 5    uniform?
 6         A.    It was a host.
 7         Q.    The host gave you the uniform.  And
 8    that was just for your first session of
 9    training?
10         A.    Yes.
11         Q.    And then you said you had to trade
12    skirts with somebody?
13         A.    Yes.
14         Q.    Was somebody else wearing a skirt?
15         A.    Yes.
16         Q.    And you had to go, both, into the
17    bathroom and trade skirts?
18         A.    Yes.
19         Q.    What did the work outfit look like?
20         A.    It was a corset that zipped up the
21    front and laced up the back.  And then a skort
22    (sic).  It's a skirt with kind of built-in
23    underwear, I guess you could call it.
24         Q.    What color?
25         A.    Black.
```

49

                              SIEGEL

1
2        Q.    Any other aspect to this work
3   outfit?
4        A.    Yes.
5        Q.    What?
6        A.    Tights and black boots.
7        Q.    Were you supplied with the tights?
8        A.    No.
9        Q.    Were you informed that you needed
10  to wear tights?
11       A.    Yes.
12       Q.    Could the tights be of any color?
13       A.    As far as I know.
14       Q.    Did you own a pair of tights?
15       A.    Yes.
16       Q.    Who informed you that you needed to
17  wear tights?
18       A.    That, I don't remember.
19       Q.    Who informed you that you needed to
20  wear black boots?
21       A.    I don't recall exactly.
22       Q.    Were you required to wear black
23  boots as opposed to other type of black
24  footwear?
25       A.    Yes.

50

1                          SIEGEL
2          Q.    Did you own a pair of black boots?
3          A.    Yes.
4          Q.    And when you first -- when you
5    showed up for work on your first night of
6    training, did you -- were you wearing tights
7    and black boots?
8          A.    Yes.
9          Q.    Did you --
10         A.    No.   I wasn't wearing them.
11         Q.    Did you have to change into tights
12   and black boots on your first night of
13   training?
14         A.    Yes.
15         Q.    You did.
16         A.    Yes.
17         Q.    Where did you obtain those items?
18         A.    I had brought them with me, so Gus
19   must have told me that I needed to wear them.
20         Q.    Did Gus also tell you there was a
21   black outfit that they would provide you with?
22         A.    I don't remember.
23         Q.    This black outfit that you were
24   required to wear, did you ever wear it outside
25   of work?

51

```
 1                          SIEGEL
 2          A.    No.
 3          Q.    Did you ever wear it to or from
 4    work?
 5          A.    No.
 6          Q.    Did you pay for it?
 7          A.    No.
 8          Q.    Do you still have it?
 9          A.    No.
10          Q.    What did you do with it?
11          A.    I returned it to the establishment
12    upon leaving.
13          Q.    On the day you left?
14          A.    Yes.
15          Q.    Is the work outfit that you were
16    given something that you felt you could wear
17    outside of the establishment?
18          A.    No.
19          Q.    Why not?
20          A.    It was too revealing.
21          Q.    Too revealing for your personal
22    taste?
23          A.    Yes.
24          Q.    Is it something that you could see
25    other women wearing out in an evening in
```

52

                              SIEGEL
 1
 2   Manhattan?
 3        A.    No.  Not that I have seen.
 4        Q.    Not that you have seen?  You work
 5   in other bars in Manhattan; right?
 6        A.    Yes.
 7        Q.    You've never seen women coming in
 8   dressed as the work outfit at Scores?
 9        A.    No.
10        Q.    When you arrived for your first day
11   of work, did you need to fill out any
12   paperwork?
13        A.    I don't remember.
14        Q.    Do you remember if you filled out
15   any papers other than the application at any
16   point in time?
17        A.    I don't.
18             MR. CAPOBIANCO:  I'd like to have
19        this marked as Siegel 5.
20             (Siegel Exhibit 5 for
21        identification, document.)
22        Q.    Is this your signature on Siegel
23   Exhibit 5?
24        A.    Yes, it is.
25        Q.    Do you know what this document is?

67

                              SIEGEL
1
2    diamond dollar?

3        A.    Yes.

4        Q.    Tell me about that.

5        A.    I started my shift, and I asked, if
6    I remember -- I think it was a waitress -- how
7    we exchange them.  And she said listen for the
8    announcement from the DJ.  And at the end of
9    the night I hadn't heard it.  And so I asked a
10   host -- I don't know if it was that same night
11   or the next time I went in.  And he said, "Oh,
12   it can only be done at that specific time of
13   the night.  You have to listen for the
14   announcement," which, again, I never heard.

15              And on a third occasion, I asked --
16   I believe it was another host.  And he said,
17   "You have to wait for the announcement."  And
18   again, I was unable to exchange them.

19       Q.    In the tip-counting process, did
20   you ever see anyone give in diamond dollars at
21   that point?

22       A.    No.

23       Q.    So do I understand correctly you
24   asked three different people, two hosts and one
25   waitress, how you exchange diamond dollars, and

68

                         SIEGEL
 1
 2    they all said you have to wait for an
 3    announcement by the DJ?
 4          A.    Yes.
 5          Q.    And you never heard an
 6    announcement?
 7          A.    No.
 8          Q.    Did you ever ask anyone else?
 9          A.    Yes.  After I had left and went
10    back to pick up a paycheck, I asked if I could
11    cash them in.  And I was told I could not
12    because I was no longer employed there.
13          Q.    Who did you ask?
14          A.    The person at the door.
15          Q.    Who was that?
16          A.    I don't remember.
17                MR. CAPOBIANCO:  I'd like to have
18          this marked as Siegel Exhibit 8.
19                (Siegel Exhibit 8 for
20          identification, diamond dollar.)
21          Q.    Ms. Siegel, do you recognize this
22    document that has been marked as Siegel Exhibit
23    8?
24          A.    Yes.
25          Q.    Is this a document or is this a

69

                          SIEGEL

1

2      copy of something you turned over to your

3      attorney?

4           A.     It appears to be.

5           Q.     Is this what the diamond dollar

6      that you received looked like?

7           A.     Yes.

8           Q.     Did all three of the ones you

9      received look the same?

10          A.     Yes.

11          Q.     Do you still possess those three

12     diamond dollars?

13          A.     No.

14          Q.     Where are they?

15          A.     Two I gave to my attorney.  One was

16     misplaced.

17          Q.     But they all look the same?

18          A.     Yes.

19          Q.     Did you review your paycheck when

20     you received it?

21          A.     Yes.

22          Q.     How many paychecks did you receive

23     while you worked for Scores?

24          A.     While I worked there?  Or after I

25     no longer worked there?

88

SIEGEL

1
2     you objected to the tip-sharing?

3          A.     That's not exactly fair to say.

4          Q.     What would you -- explain to me

5     what -- how your pay, your compensation from Go

6     West differed from what you would consider full

7     compensation for your work.

8          A.     Well, the number of hours that I

9     worked that I wasn't paid for, including

10    training days, as well as their failure to

11    allow me to exchange diamond dollars.

12         Q.     Anything else?

13         A.     Can you repeat the main question?

14         Q.     Sure.   How is it that you feel that

15    the compensation you received from Go West

16    differed from what you would consider full

17    compensation for your work?

18         A.     Oh.   Also that I had to provide

19    elements of what they required me to wear as a

20    uniform.

21         Q.     That you had to provide elements?

22         A.     Yes.

23         Q.     What elements are those?

24         A.     They required me to wear tights and

25    boots which, had I not owned, I would have had

89

                        SIEGEL

1

2   to purchase.  And there were also theme nights

3   that required additional clothing.

4        Q.    Did you work any of those theme

5   nights?

6        A.    I did.

7        Q.    What theme night did you work?

8        A.    I worked the American Beauties

9   promotion --

10       Q.    Okay.

11       A.    -- which required that we be

12  dressed in red, white, & blue, or some kind of

13  outfit inspired by Americana.  The examples

14  given were a flag dress, some kind of military

15  outfit, or a Betsy Ross costume.

16       Q.    What night was that?

17       A.    It was the week of Memorial Day.

18       Q.    Did you end up purchasing such a --

19       A.    I did not, but I know people who

20  did.

21       Q.    Who is it that described what it

22  was that you would need to wear on that day?

23       A.    There was a memo.

24       Q.    A memo?

25       A.    Yes.

90

```
 1                      SIEGEL
 2       Q.    Did you keep the memo?
 3       A.    No.  It was not distributed.  It
 4  was posted in the waiters' station.
 5       Q.    Any other way in which the
 6  compensation you received from Go West differed
 7  from what you would define as full compensation
 8  for your work?
 9       A.    Not that I recall.
10       Q.    What are you hoping to accomplish
11  by this lawsuit?
12       A.    Getting compensation for those
13  employees in the class whose damages have built
14  up over time, and preventing illegal wage
15  practices in the future.
16       Q.    When did you first consider
17  bringing a lawsuit?
18       A.    I didn't -- it wasn't my idea to
19  bring it.  I don't know if that's what you're
20  asking.
21       Q.    Whose idea was it to bring the
22  lawsuit?
23       A.    I'm not sure.  I joined after it
24  was in progress.
25       Q.    Let me ask you this: Did somebody
```

95

SIEGEL

1

2  believe that it's not accurate?

3          A.    No.

4          Q.    At the time you got this check, did

5  you compare the hours' listing with what you

6  recall about the shifts you worked?

7          A.    No.

8          Q.    So with respect to the hours that

9  were recorded for your work and what you say

10  you worked, are the only differences what you

11  referred to as training and then the delay in

12  getting your card on your first day of work on

13  May 2nd?

14          A.    As far as I can tell.

15          Q.    By the way, what is the card that

16  you were referring to?

17          A.    A server card.

18          Q.    A what --

19          A.    Server card.

20          Q.    What function did it perform?

21          A.    It allowed me to access the menu

22  screens on the computer.

23          Q.    So could you place orders?

24          A.    Yes.

25          Q.    And did it also serve a

96

1                          SIEGEL

2    time-keeping function?

3         A.    Yes.

4         Q.    So you were supposed to punch in

5    and punch out using it?

6         A.    Yes.

7         Q.    After you received the card, was it

8    your practice to come in and punch in

9    immediately?

10        A.    No.

11        Q.    What was your practice?

12        A.    I came in.  I changed into my

13   uniform, put my bag and coat in the coat check

14   area, and then punched in.

15        Q.    And what about punching out?  What

16   was your punch-out process?

17        A.    I don't remember exactly, but I

18   remember punching out and then changing out of

19   my uniform and into my street clothes.

20        Q.    What about picking up your coat and

21   bag?

22        A.    That happened after I was changed

23   out of my uniform, unless I had to get my

24   clothes from my bag.

25        Q.    Did you keep your clothes in a

97

<pre>
 1                         SIEGEL
 2    locker?
 3         A.      No.
 4         Q.      Did you have a locker?
 5         A.      No.
 6         Q.      Let's talk about the end-of-night
 7    process.  You talked about the sharing of tips
 8    at the end of the night.  Did you physically
 9    hand the tips that you were sharing with the
10    other workers, yourself?
11         A.      No.
12         Q.      How did that happen?
13         A.      The other waitress that I was
14    working with either handed it directly to the
15    busers or the bartender or to the host who then
16    distributed it.
17         Q.      Were you sharing tips with anyone
18    other than the busers and the bartenders?
19         A.      And the other waitress?
20         Q.      And the other waitress.
21         A.      No.
22         Q.      So the tips that you received
23    personally were shared only with the -- your
24    partner waitress, the busers, and the
25    bartenders?
</pre>

99

SIEGEL

Q.    We can look back at this page P 262
or any of the other documents in Exhibit 9 for
this question.  Were there any other deductions
from your wages, other than the ones that are
recorded here on this document?

A.    I don't understand your question.

Q.    Did you suffer any deductions from
your wages, somebody taking parts of your wage,
other than what's recorded as a deduction and
reimbursement here on this document?

A.    Not that I know of, but it could
have happened without my knowledge.

Q.    Well, what could have happened
without your knowledge?

A.    I didn't know the total credit card
tip number.  I only know what came in my
paycheck.  So anything is possible.

Q.    Any other aspect of what you don't
know that could have resulted in a deduction
from your wage?

A.    I don't understand your question.

Q.    You gave me an example of something
that you don't know but could have resulted in
a deduction from your wage.

100

SIEGEL

1

2      A.     Yes.

3      Q.     I'm asking if there's any other

4   theoretical possibility you have that something

5   was improperly deducted from your wages.

6      A.     Well, had I cashed in diamond

7   dollars, there would have been deductions.

8      Q.     How do you know that?

9      A.     It was what two different people

10  said.

11     Q.     And who were they?

12     A.     One was a waitress and one was a

13  bus boy.

14     Q.     And what did they tell you?

15     A.     They said that 10 percent was taken

16  off the top by the club.  And then taxes were

17  also taken out.

18     Q.     So did you understand that when you

19  cashed in diamond dollars, you would be

20  receiving cash right then and there?

21     A.     That was my understanding.

22     Q.     Did you ever work at any other

23  clubs that have the Scores name?

24     A.     No.

25     Q.     Do you have any knowledge of the

101

```
 1                         SIEGEL
 2    practices at the other clubs that used the
 3    Scores name?
 4          A.    No.
 5          Q.    Who would you consider to be your
 6    supervisors when you worked at Go West?
 7          A.    Gus and Spiro.
 8          Q.    Gus and Spiro.  Anyone else?
 9          A.    Not that I can recall.
10          Q.    Did you take instructions or
11    receive instructions on how to do your job from
12    anyone else?
13          A.    What kind of instructions?
14          Q.    Any type of instruction.
15    Work-related instruction.
16          A.    Sometimes waitresses or bartenders.
17          Q.    What about the host?
18          A.    The host -- I don't remember.
19          Q.    We haven't talked too much about
20    Spiro.  What was the nature of your
21    interactions with Spiro?
22          A.    He was one of the managers.
23          Q.    Right.
24          A.    I --
25          Q.    Did you specifically have any
```