# EXHIBIT 13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

SCORES HOLDING COMPANY, INC., GO WEST ENTERTAINMENT, INC., a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE,

Defendants.

Case No. 07 Civ. 8718 (RMB)

-----------------------------------x

200 Park Avenue
New York, New York

January 24, 2008
4:05 p.m.

Deposition of TALIA BUMB, before Marlene Lee, CSR, CRR, a Notary Public of the State of New York.

ELLEN GRAUER COURT REPORTING CO. LLC
126 East 56th Street, Fifth Floor
New York, New York 10022
212-750-6434
REF: 86554

95cdec69-5b25-43b0-8a30-42ab18959fd1

A P P E A R A N C E S:

OUTTEN & GOLDEN LLP
Attorneys for the Witness and Plaintiffs
Three Park Avenue
New York, New York 10016

BY: TAMMY MARZIGLIANO, ESQ.
212-245-1000 (Telephone)
tm@outtengolden.net (E-mail)
212-977-4005 (Fax)

GREENBERG TRAURIG LLP
Attorneys for the Defendants
200 Park Avenue
New York, New York 10166

BY: NEIL A. CAPOBIANCO, ESQ.
212-801-9302 (Telephone)
capobiancon@gtlaw.com (E-mail)
212-805-5501 (Fax)

BUMB

Q. What area of the club were you working in?

A. The main floor.

Q. Where is the main floor in relation to the bar?

A. It's in front of the bar, like down the steps in front of the bar.

Q. Right by the stage?

A. Yeah.

Q. What were you told at the end of training? Were you told to come back on another day or to report for work?

A. Yeah. They told me to come back another day.

Q. And when was that?

A. I can't remember what day that was.

Q. How much longer after that Sunday was it?

A. Maybe a day or two.

Q. And what was your purpose for coming back that subsequent day?

A. Another day of training.

Q. With someone else?

A. I can't remember who it was with.

Q. But it was with someone else?

A. It could have been Anelise again, but I'm not sure. It could have been someone else.

Q. And did you go back to Go West on that second day of training?

A. Yes.

Q. And what time did you get there?

A. I can't remember.

Q. How long did you stay?

A. I can't remember.

Q. Did you learn anything on the second day of training that you didn't learn the first day of training?

A. I may have.

Q. Do you recall what?

A. No.

Q. Do you recall speaking to anyone on that second day of training?

A. Yeah. I spoke to people. I just don't remember specifically who.

Q. Did you discuss any work-related issues?

A. I don't remember anything

BUMB

specifically.

Q. Did you -- was Alberto there on that second day?

A. I can't remember.

Q. How -- what happened at the end of the day? At the end of your training on that day?

A. At the end of my training on that day? Oh, yeah. Alberto was there, because that's the day they told me I was, like, officially -- could officially start. I was done with training, and my next day -- the next time I worked would be a regular work day. Yeah.

Q. So he told you, you were done with training?

A. Yes.

Q. Do you know how he reached that conclusion?

A. No.

Q. Did he tell you, "You know enough?" or "you're fully trained"?

A. I don't really recall the conversation.

BUMB

Q. Let me ask you: During your training, were you physically carrying any drinks to the customers?

A. Yes.

Q. Were you doing any other physical carrying during training?

A. Carrying napkins. Trays. Clearing tables. Glasses.

Q. I want to make sure you were doing this on training days, not on your regular days of work.

A. During training, yeah.

Q. And the person that was training you, were they doing work as well?

A. Yes.

Q. And were you working in partnership with this other person? Or was there another partner?

Do you understand the question?

A. Yeah, I understand.

Q. As I understand it, at Go West the cocktail waitresses typically worked in pairs.

A. Yeah. I was working in pairs. I just don't remember exactly with who.

BUMB

Q. Do you remember any of the bartenders who you personally handed it to?

A. I remember one bartender named Rose.

Q. Rose?

A. Yeah.

Q. Anyone else?

A. That's the only name I remember.

Q. And what about the barbacks? Did you physically hand money to the barbacks as well?

A. I don't recall.

Q. Do you remember the names of any of the barbacks?

A. No, I don't. I know I gave the money for the barbacks to someone. I just can't remember if we gave it to a manager to give to them, or directly to the barback. I know I gave money to them. I just can't remember who I gave it to directly.

Q. Was anybody else involved in this tip-sharing?

A. I only recall the waitresses, barbacks, bartenders, and the managers being

BUMB

there.

Q. Did the manager get a share of the tips?

A. Not that I know of.

Q. Did this process happen on every day that you worked there?

A. Yes.

Q. And did you work till cash-out on every day that you worked?

A. Yes, I did.

Q. And --

A. Except the training days.

Q. Right. The training days you didn't work that late.

A. Correct.

Q. But the days starting after training, you worked all the way till cash-out.

A. Yes.

Q. So after the cash-out, after you've given the monies to the bartenders and barbacks, then what happens?

A. Then we go change into our street clothes and go home.

Q. When do you clock out?

BUMB

A. After we -- well, I would always forget to clock out. Honestly, I don't know.

Q. Do you know when you were supposed to clock out?

A. No.

Q. So you went directly from counting your money, telling the manager what your -- how much tips you earned that evening, handing the shares to the bartender and the barbacks, to changing your clothes --

A. Yes.

Q. --and leaving?

A. Yes.

Q. And that's the process you followed every evening that you worked?

A. Yeah.

Q. Do you remember the names of any of the managers that oversaw or sat there when you were counting your tips?

A. I only remember Alberto.

Q. How many days in total did you work, other than training?

A. Total time I was there?

Q. Yeah.

BUMB

A. I'd say approximately -- approximately around 10 days or something.

Q. Tell me what the work outfit looked like.

A. It was a black corsette and a short black skirt.

Q. Did you ever wear it to or from work?

A. No.

Q. Did you ever wear it outside of work?

A. No.

Q. Did you ever wear any outfit like it outside of work?

A. No.

Q. Have you ever seen any other woman wearing an outfit like it, like out for an evening?

A. No.

Q. Do you know what time you were scheduled to work on any of your days of work?

A. I know for happy hour I had to be there at 4:00. And the other nights, either seven or eight o'clock.

BUMB

Q. When you say "seven or eight," you don't remember? Or it varied?

A. It varied.

Q. When you worked happy hour, what time did you leave?

A. I'd say around 4:30 in the morning.

Q. And what was happy hour?

A. Where they open the club early so people could come after work and have drinks.

Q. But other than being open earlier, did it vary -- did what was happening in the club or your job vary at all from other nights when it wasn't happy hour?

A. No.

Q. Basically it was your same job. You just had to report to work earlier?

A. Yes.

Q. Did you arrive at work on time?

A. Yes.

Q. Did your manager -- did anyone ever speak to you about your arrival time at work?

A. No.

Q. Did you ever arrive to work in your work outfit?

BUMB

drank?

A. Yes.

Q. Did you pay at the same price that the customer was charged?

A. I don't recall if we got an employee discount.

Q. How did you get a drink?

A. How did we get a drink? Placed the order.

Q. You had to go through the POSI touch system?

A. Yes.

Q. The same way that a customer did?

A. Yes.

Q. Now, did you receive any tips when you were working for Go West?

A. Yes.

Q. And in what form were tips received?

A. Cash.

Q. All were in cash?

A. Some were credit card tips as well.

Q. Did you ever receive any diamond dollars?

BUMB

A. Yes.

Q. How many?

A. Twenty.

Q. You received $20 in diamond dollars?

A. Yes.

Q. How did you receive it?

A. From a customer.

Q. Now, when you were doing your end-of-night accounting for tips, was that accounted for at that time?

A. I tried to turn it in.

Q. Let me ask you. You testified, before, that at the end of the night you counted your tips.

A. Uh-huh.

Q. And the $20 -- $20 diamond dollars that you received, was that part of the tips that you counted at the end of the night?

A. Yes.

Q. It was?

A. Yes.

Q. And you handed in diamond dollars at that time?

BUMB

A. Yes.

Q. And did you account for it separately than the cash tips?

A. I'm not sure how the manager wrote it -- well, he didn't write it down because he said it was expired, so he didn't account for it.

Q. So it was the manager who told -- the manager who was overseeing the counting process that told you it was expired?

A. Yes.

Q. And who was that manager?

A. I believe it was Alberto.

Q. So did you ever attempt to exchange any diamond dollars?

A. That one with Alberto. He told me it was expired, so I couldn't.

Q. So what did you do with it?

A. I don't recall at this time.

Q. Do you still have it?

A. No.

Q. You don't recall what you did with it, though?

A. No.