# EXHIBIT 18

333 EAST 60TH STREET INC. – SCORES EAST



NEW ENTERTAINER HIRE PACKET

ENTERTAINER
NAME _____ Alerta Gore_____

STGE
NAME _Marissa_____ DATE _01. 15 2005_

<u>MANAGER'S CHECKLIST:</u>
I VERIFY THE FOLLOWING FORMS AND ITEMS ARE CONTAINED
HEREIN, AND ARE COMPLETELY FILLED OUT AND SIGNED…

____X____ PLEASE CHECK…

_____ ENTERTAINER APLICATION

_____ I-9 FORM

_____ W-9 FORM

_____ ENTERTAINER AGREEMANT

_____ COPY OF:
PASSPORT OR DRIVERS LICENSE OR STATE ISSUED ID

_____ SOCIAL SECURITY OR OTHER LEGAL PROOF OF TO
WORK

MANAGER'S SIGNATURE _____

GW 0212

STAGE NAME _____                    ENTERTAINER ID# G 0001

# 333 EAST 60th STREET INC.
333 EAST 60TH STREET • NEW YORK, NY 10022

## APPLICATION FOR ENTERTAINERS

POSITION DESIRED: _____     ARE YOU EMPLOYED NOW?: _____

HAVE YOU EVER PERFORMED AT SCORES?: _____

### PERSONAL INFORMATION

NAME: _____ Gore _____ Blerla _____     SOC. SEC.# REDACTED
       LAST      FIRST      MIDDLE

PRESENT ADDRESS: REDACTED _____ Brooklyn _____ NY 11354
      STREET      CITY      STATE      ZIP

PERMANENT ADDRESS: _____
      STREET      CITY      STATE      ZIP

PHONE NUMBER: REDACTED _____     ARE YOU 18 YEARS OR OLDER?     YES_Y___     NO_____

ARE YOU EITHER A U. S. CITIZEN OR AN ALIEN AUTHORIZED TO WORK IN THE UNITED STATES?     YES_X___     NO_____

DATE OF BIRTH: 06. 25  84     HEIGHT: 5  0     WEIGHT: 115

HAVE YOU EVER BEEN CONVICTED OF A FELONY OR MISDEMEANOR WITHIN THE LAST 5 YEARS:     NO_____     YES:_____

IF YES, PLEASE DESCRIBE: _____

IDENTIFICATION: _____ DRIVERS LICENSE # _____     OTHER:_____

**PLEASE CHECK THE SHIFTS YOU ARE AVAILABLE TO WORK.**

|            | 5-2      | 7-4      |
|------------|----------|----------|
| MONDAY     | _____ | _____ |
| TUESDAY    | _____ | _____ |
| WEDNESDAY  | _____ | _____ |
| THURSDAY   | _____ | _____ |
| FRIDAY     | _____ | _____ |
| SATURDAY   | _____ | _____ |
| SUNDAY     | _____ | _____ |

RESERVED FOR PICTURE

GW 0213

PAGE 2

**EXPERIENCE**

| COMPANY | POSITION | DATES | REASON FOR LEAVING |
|---|---|---|---|

_____ I understand and agree that I may be required to take one or more physical examinations as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.

_____ I consent to take such test(s) at such time as designated by the company and to release the company, it's directors, Officers, Agents or employees from any claim arising in the connection with the use of such test(s).    YES_____ NO_____

_____ I consent to having a background check performed by the Company as a condition of entering into an Independent Contractor Agreement or continuation of that agreement. YES_____ NO_____

_____ I understand that should my application be accepted, I will be an independent contractor , not an employee, and that all aspects of the relationship will be governed by an Independent Contractor Agreement.

\* \*    You will not be denied contractor status solely because of a conviction record, unless the offense is related to the job for which you have applied.

IN CASE OF EMERGENCY PLEASE NOTIFY:_____

RELATIONSHIP        NAME              ADDRESS              PHONE

I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT FALSIFIED STATEMENTS ON THIS APPLICATION AUTOMATIC ARE GROUNDS FOR AUTOMATIC TERMINATION OF THE INDEPENDNET CONTRACTOR AGREEMENT.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND FOR THE REFERENCES LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE ALL PARTIES FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM ANY SUCH PERSON PROVIDING THE SAME TO YOU.

I UNDERSTAND AND AGREE THAT IF THE INDEPENDENT CONTRACTOR AGREEMENT IS FOR NO DEFINITE PERIOD AND MAY BE TERMINATED AT ANY TIME WITH OUT PRIOR NOTICE.

DATE:_____    SIGNATURE_____

## DO NOT WRITE BELOW THIS LINE

INTERVIEWED BY:_____

DATE:_____

POSITION HIRED FOR:_____

HIRE DATE:_____

APPROVED:_____

PIC ID_____    SS_____

COMMENTS:

GW 0214

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136

# Employment Eligibility Verification

## INSTRUCTIONS

PLEASE READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS FORM.

**Anti-Discrimination Notice.** It is illegal to discriminate against any individual (other than an alien not authorized to work in the U.S.) in hiring, discharging, or recruiting or referring for a fee because of that individual's national origin or citizenship status. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1 - Employee.
All employees, citizens and noncitizens, hired after November 6, 1986, must complete Section 1 of this form at the time of hire, which is the actual beginning of employment. The employer is responsible for ensuring that Section 1 is timely and properly completed.

**Preparer/Translator Certification.** The Preparer/Translator Certification must be completed if Section 1 is prepared by a person other than the employee. A preparer/translator may be used only when the employee is unable to complete Section 1 on his/her own. However, the employee must still sign Section 1.

### Section 2 - Employer.
For the purpose of completing this form, the term "employer" includes those recruiters and referrers for a fee who are agricultural associations, agricultural employers or farm labor contractors.

Employers must complete Section 2 by examining evidence of identity and employment eligibility within three (3) business days of the date employment begins. If employees are authorized to work, but are unable to present the required document(s) within three business days, they must present a receipt for the application of the document(s) within three business days and the actual document(s) within ninety (90) days. However, if employers hire individuals for a duration of less than three business days, Section 2 must be completed at the time employment begins. Employers must record: 1) document title; 2) issuing authority; 3) document number, 4) expiration date, if any; and 5) the date employment begins. Employers must sign and date the certification. Employees must present original documents. Employers may, but are not required to, photocopy the document(s) presented. These photocopies may only be used for the verification process and must be retained with the I-9. However, employers are still responsible for completing the I-9.

### Section 3 - Updating and Reverification.
Employers must complete Section 3 when updating and/or reverifying the I-9. Employers must reverify employment eligibility of their employees on or before the expiration date recorded in Section 1. Employers CANNOT specify which document(s) they will accept from an employee.

- If an employee's name has changed at the time this form is being updated/ reverified, complete Block A.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee is still eligible to be employed on the same basis as previously indicated on this form (updating), complete Block B and the signature block.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee's work authorization has expired or if a current employee's work authorization is about to expire (reverification), complete Block B and:
  - examine any document that reflects that the employee is authorized to work in the U.S. (see List A or C).
  - record the document title, document number and expiration date (if any) in Block C, and complete the signature block.

**Photocopying and Retaining Form I-9.** A blank I-9 may be reproduced, provided both sides are copied. The Instructions must be available to all employees completing this form. Employers must retain completed I-9s for three (3) years after the date of hire or one (1) year after the date employment ends, whichever is later.

For more detailed information, you may refer to the INS Handbook for Employers, (Form M-274). You may obtain the handbook at your local INS office.

**Privacy Act Notice.** The authority for collecting this information is the Immigration Reform and Control Act of 1986, Pub. L. 99-603 (8 USC 1324a).

This information is for employers to verify the eligibility of individuals for employment to preclude the unlawful hiring, or recruiting or referring for a fee, of aliens who are not authorized to work in the United States.

This information will be used by employers as a record of their basis for determining eligibility of an employee to work in the United States. The form will be kept by the employer and made available for inspection by officials of the U.S. Immigration and Naturalization Service, the Department of Labor and the Office of Special Counsel for Immigration Related Unfair Employment Practices.

Submission of the information required in this form is voluntary. However, an individual may not begin employment unless this form is completed, since employers are subject to civil or criminal penalties if they do not comply with the Immigration Reform and Control Act of 1986.

**Reporting Burden.** We try to create forms and instructions that are accurate, can be easily understood and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. Accordingly, the reporting burden for this collection of information is computed as follows: 1) learning about this form, 5 minutes; 2) completing the form, 5 minutes; and 3) assembling and filing (recordkeeping) the form, 5 minutes, for an average of 15 minutes per response. If you have comments regarding the accuracy of this burden estimate, or suggestions for making this form simpler, you can write to the Immigration and Naturalization Service, HQPDI, 425 I Street, N.W., Room 4034, Washington, DC 20536. OMB No. 1115-0136.

**EMPLOYERS MUST RETAIN COMPLETED FORM I-9**
**PLEASE DO NOT MAIL COMPLETED FORM I-9 TO INS**

Form I-9 (Rev. 11-21-91)N

GW 0215

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136

# Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Infante Gore | Bierta | | |

| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
|---|---|---|---|
| REDACTED | | | |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Brooklyn | | | REDACTED |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A_____)
☐ An alien authorized to work until ___/___/___
(Alien # or Admission #) _____

| Employee's Signature | Date (month/day/year) |
|---|---|

**Preparer and/or Translator Certification.** *(To be completed and signed if Section 1 is prepared by a person other than the employee.)* I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): ___/___/___ | | ___/___/___ | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Bierta Gore | |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|

## Section 3. Updating and Reverification. To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____    Document #: _____    Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91)N Page 2

GW 0216

# LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Eligibility** |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Permanent Resident Card or Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor or hospital record

12. Day-care or nursery school record

**AND**

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I 179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

# 333 East 60th Street, Inc.
## 333 East 60th Street, New York, New York 10022

## Entertainer Independent Contractor Agreement

As an Entertainer and independent contractor for 333 East 60th Street, Inc. dba Scores, ("Scores"), located at 333 East 60th Street, New York, New York 10022, I agree to conform to the following state and city regulations governing the operation of adult entertainment nightclubs in New York City.

1. While working I am to only dance topless in the areas designated by Management as adult entertainment areas within Scores and outside of these areas I am to remain fully clothed at all times.

2. While dancing on stage or for a customer I am not permitted to engage in any simulated acts of masturbation, sexual intercourse or sodomy, or to touch or fondle my genitals, pubic region or anus.

3. While dancing for a customer I am not permitted to engage in fondling and/or touching any part of their body that is likely to cause sexual arousal to the customer.

4. While working I am to sign in and sign out at the front door reception desk when arriving or leaving work. I am not to have my boyfriend, husband or partner visit me while at work at Scores or leave Scores with a customer and I am not to knowingly meet or socialize with Scores' customers outside of Scores.

5. While working at Scores I am to immediately report to Scores' Management any improper physical or verbal advance or suggestion of any kind made to me by either a customer or staff member.

**I confirm that I am an independent contractor and not an employee of Scores. As an independent contractor:**

A. I have the right to perform services for others during the term of this Agreement and will not be required to devote my full time to providing these services to Scores.

B. I will not receive any employee benefits, such as employee pension plan, employee health plan, vacation pay, sick pay or any other fringe benefit plan that may be offered by Scores to its actual employees.

C. I will pay all my own business expenses that I incur while performed under this Independent Entertainer Agreement.

GW 0222

D. I am responsible for the payment of my own income taxes and FICA, (Social Security and Medicare taxes), incurred while performing under this Independent Contractor Agreement.

E. I will provide all dresses and other supplies required by me to carry out my work as an entertainer at Scores.

F. I agree that in the event that a customer disputes a credit card charge with Scores then Scores will have the right to either withhold payment due to me or deduct any amounts paid to me from the disputed charge from any future payments due to me.

G. I agree that either party may terminate this Agreement effective immediately by giving written notice of termination, with or without cause.

H. I agree that violation of any part of this agreement is grounds for automatic termination.

I. This Agreement does not create a partnership or employee relationship and the laws of the state of New York shall govern this Agreement. This is the entire agreement between the parties.

Signature:

*Blerta Gore*      Date: *11. 15 2005*

Print Name: *Blerta Gore*

Address:

REDACTED

REDACTED

*Brooklyn*   ZIP: *11204*

GW 0223

60/17

# 333 EAST 60TH STREET INC.



## NEW ENTERTAINER HIRE PACKET
## SCORES EAST

ENTERTAINER
NAME _Blerta Gore_

STAGE
NAME _Marissa_          DATE _01. 04   05_

MANAGER'S CHECKLIST:
I VERIFY THE FOLLOWING FORMS AND ITEMS ARE CONTAINED
HEREIN, AND ARE COMPLETELY FILLED OUT AND SIGNED...

____X____     PLEASE CHECK...

_____     ENTERTAINER APLICATION

_____     I-9 FORM

_____     W-9 FORM

_____     ENTERTAINER AGREEMENT

_____     COPY OF PASSPORT OR DRIVER LICENSE OR
              FEDERAL/STATE ISSUED PHOTO ID

_____     COPY OF VALID SOCIAL SECURITY CARD
              OR PROOF OF ELIGIBILITY TO WORK

MANAGER'S SIGNATURE _____

GW 0224

STAGE NAME _Marissa_                                    ENTERTAINER ID# _60117_

# 333 EAST 60th STREET INC.
### 333 EAST 60TH STREET * NEW YORK, NY 10022

## SCORES EAST
## APPLICATION FOR ENTERTAINERS/
## INDEPENDENT CONTRACTOR

POSITION DESIRED: _Dencer_          ARE YOU EMPLOYED NOW?: _School_

HAVE YOU EVER PERFORMED AT SCORES?: _No_

### PERSONAL INFORMATION

NAME: _Gore_ _BPerta_
        LAST        FIRST        MIDDLE            SOC. SEC.# REDACTED

PRESENT ADDRESS: REDACTED
                    STREET        CITY                STATE        ZIP

PERMANENT ADDRESS: _____
                    STREET        CITY                STATE        ZIP

PHONE NUMBER: _____ ARE YOU 18 YEARS OR OLDER?   YES _X_   NO _____

ARE YOU EITHER A U. S. CITIZEN OR AN ALIEN AUTHORIZED TO WORK IN THE UNITED STATES?   YES _X_   NO _____

DATE OF BIRTH: _06.25.1984_   HEIGHT: _5-6_                    WEIGHT: _115_

HAVE YOU EVER BEEN CONVICTED OF A FELONY OR MISDEMEANOR WITHIN THE LAST 5 YEARS:   NO _____   YES: _____

IF YES, PLEASE DESCRIBE: _____

IDENTIFICATION: _____ DRIVERS LICENSE # _____   OTHER: _____

**PLEASE CHECK THE SHIFTS YOU ARE AVAILABLE TO WORK.**

|           | 5-2 | 7-4 |
|-----------|-----|-----|
| MONDAY    |     |     |
| TUESDAY   |     |     |
| WEDNESDAY |     |     |
| THURSDAY  |     |     |
| FRIDAY    |     |     |
| SATURDAY  |     |     |
| SUNDAY    |     |     |

RESERVED FOR PICTURE

GW 0225

PAGE 2

**EXPERIENCE**

| COMPANY | POSITION | DATES | REASON FOR LEAVING |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

_____ I understand and agree that I may be required to take one or more physical examinations as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.

_____ I consent to take such test(s) at such time as designated by the company and to release the company, it's directors, Officers, Agents or employees from any claim arising in the connection with the use of such test(s).   YES_____ NO_____

_____ I consent to having a background check performed by the Company as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.   YES_____ NO_____

_____ I understand that should my application be accepted, I will be an independent contractor , not an employee, and that all aspects of the relationship will be governed by an Independent Contractor Agreement.

*  *     You will not be denied contractor status solely because of a conviction record, unless the offense is related to the job for which you have applied.

IN CASE OF EMERGENCY PLEASE NOTIFY:   FREnd        Elda                                    REDACTED
RELATIONSHIP                NAME                                    ADDRESS                      PHONE

I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT FALSIFIED STATEMENTS ON THIS APPLICATION AUTOMATIC ARE GROUNDS FOR AUTOMATIC TERMINATION OF THE INDEPENDNET CONTRACTOR AGREEMENT.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND FOR THE REFERENCES LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE ALL PARTIES FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM ANY SUCH PERSON PROVIDING THE SAME TO YOU.

I UNDERSTAND AND AGREE THAT IF THE INDEPENDENT CONTRACTOR AGREEMENT IS FOR NO DEFINITE PERIOD AND MAY BE TERMINATED AT ANY TIME WITH OUT PRIOR NOTICE.

DATE: 04.04.05     SIGNATURE _____

### DO NOT WRITE BELOW THIS LINE

INTERVIEWED BY:_____

_____DATE:_____

POSITION HIRED FOR:_____

_____HIRE DATE:_____

APPROVED:_____

PIC ID_____     SS_____

COMMENTS:

GW 0226

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136

## Employment Eligibility Verification

### INSTRUCTIONS
#### PLEASE READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS FORM.

**Anti-Discrimination Notice.** It is illegal to discriminate against any individual (other than an alien not authorized to work in the U.S.) in hiring, discharging, or recruiting or referring for a fee because of that individual's national origin or citizenship status. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1 - Employee.** All employees, citizens and noncitizens, hired after November 6, 1986, must complete Section 1 of this form at the time of hire, which is the actual beginning of employment. The employer is responsible for ensuring that Section 1 is timely and properly completed.

**Preparer/Translator Certification.** The Preparer/Translator Certification must be completed if Section 1 is prepared by a person other than the employee. A preparer/translator may be used only when the employee is unable to complete Section 1 on his/her own. However, the employee must still sign Section 1.

**Section 2 - Employer.** For the purpose of completing this form, the term "employer" includes those recruiters and referrers for a fee who are agricultural associations, agricultural employers or farm labor contractors.

Employers must complete Section 2 by examining evidence of identity and employment eligibility within three (3) business days of the date employment begins. If employees are authorized to work, but are unable to present the required document(s) within three business days, they must present a receipt for the application of the document(s) within three business days and the actual document(s) within ninety (90) days. However, if employers hire individuals for a duration of less than three business days, Section 2 must be completed at the time employment begins. Employers must record: 1) document title; 2) issuing authority; 3) document number, 4) expiration date, if any; and 5) the date employment begins. Employers must sign and date the certification. Employees must present original documents. Employers may, but are not required to, photocopy the document(s) presented. These photocopies may only be used for the verification process and must be retained with the I-9. However, employers are still responsible for completing the I-9.

**Section 3 - Updating and Reverification.** Employers must complete Section 3 when updating and/or reverifying the I-9. Employers must reverify employment eligibility of their employees on or before the expiration date recorded in Section 1. Employers CANNOT specify which document(s) they will accept from an employee.

- If an employee's name has changed at the time this form is being updated/ reverified, complete Block A.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee is still eligible to be employed on the same basis as previously indicated on this form (updating), complete Block B and the signature block.

- If an employee is rehired within three (3) years of the date this form was originally completed and the employee's work authorization has expired or if a current employee's work authorization is about to expire (reverification), complete Block B and:

  - examine any document that reflects that the employee is authorized to work in the U.S. (see List A or C).

  - record the document title, document number and expiration date (if any) in Block C, and complete the signature block.

**Photocopying and Retaining Form I-9.** A blank I-9 may be reproduced, provided both sides are copied. The Instructions must be available to all employees completing this form. Employers must retain completed I-9s for three (3) years after the date of hire or one (1) year after the date employment ends, whichever is later.

For more detailed information, you may refer to the INS Handbook for Employers, (Form M-274). You may obtain the handbook at your local INS office.

**Privacy Act Notice.** The authority for collecting this information is the Immigration Reform and Control Act of 1986, Pub. L. 99-603 (8 USC 1324a).

This information is for employers to verify the eligibility of individuals for employment to preclude the unlawful hiring, or recruiting or referring for a fee, of aliens who are not authorized to work in the United States.

This information will be used by employers as a record of their basis for determining eligibility of an employee to work in the United States. The form will be kept by the employer and made available for inspection by officials of the U.S. Immigration and Naturalization Service, the Department of Labor and the Office of Special Counsel for Immigration Related Unfair Employment Practices.

Submission of the information required in this form is voluntary. However, an individual may not begin employment unless this form is completed, since employers are subject to civil or criminal penalties if they do not comply with the Immigration Reform and Control Act of 1986.

**Reporting Burden.** We try to create forms and instructions that are accurate, can be easily understood and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. Accordingly, the reporting burden for this collection of information is computed as follows: 1) learning about this form, 5 minutes; 2) completing the form, 5 minutes; and 3) assembling and filing (recordkeeping) the form, 5 minutes, for an average of 15 minutes per response. If you have comments regarding the accuracy of this burden estimate, or suggestions for making this form simpler, you can write to the Immigration and Naturalization Service, HQPDI, 425 I Street, N.W., Room 4034, Washington, DC 20536. OMB No. 1115-0136.

#### EMPLOYERS MUST RETAIN COMPLETED FORM I-9
#### PLEASE DO NOT MAIL COMPLETED FORM I-9 TO INS

Form I-9 (Rev. 11-21-91)N

GW 0227

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Gore | Blerta | | |

| Address (Street Name and Number) | | Date of Birth (month/day/year) |
|---|---|---|
| REDACTED | | 06 25 84 |

| | State | Zip Code | Social Security # |
|---|---|---|---|
| Brooklyn | Ny | 11219 | REDACTED |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A_____)
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission #)

Employee's Signature

Date (month/day/year)

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature

Print Name

Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): ___/___/___ | | _____ | | _____ |
| Document #: _____ | | ___/___/___ | | |
| Expiration Date (if any): ___/___/___ | | | | ___/___/___ |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91)N Page 2

GW 0228

## LISTS OF ACCEPTABLE DOCUMENTS

### LIST A

**Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Permanent Resident Card or Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

### LIST B

**Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor or hospital record

12. Day-care or nursery school record

**AND**

### LIST C

**Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

---

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 10/4/00)Y Page 3

GW 0229

# 333 East 60th Street, Inc.

333 East 60th Street, New York, New York 10022

## SCORES EAST

## Entertainer / Independent Contractor Agreement

As an Entertainer and independent contractor for 333 East 60th Street, Inc. dba Scores, ("Scores"), located at 333 East 60th Street, New York, New York 10022, I agree to conform to the following state and city regulations governing the operation of adult entertainment nightclubs in New York City.

1. While working I am to only dance topless in the areas designated by Management as adult entertainment areas within Scores and outside of these areas I am to remain fully clothed at all times.

2. While dancing on stage or for a customer I am not permitted to engage in any simulated acts of masturbation, sexual intercourse or sodomy, or to touch or fondle my genitals, pubic region or anus.

3. While dancing for a customer I am not permitted to engage in fondling and/or touching any part of their body that is likely to cause sexual arousal to the customer.

4. While working I am to sign in and sign out at the front door reception desk when arriving or leaving work. I am not to have my boyfriend, husband or partner visit me while at work at Scores or leave Scores with a customer and I am not to knowingly meet or socialize with Scores' customers outside of Scores.

5. While working at Scores I am to immediately report to Scores' Management any improper physical or verbal advance or suggestion of any kind made to me by either a customer or staff member.

**I confirm that I am an independent contractor and not an employee of Scores. As an independent contractor:**

A. I have the right to perform services for others during the term of this Agreement and will not be required to devote my full time to providing these services to Scores.

B. I will not receive any employee benefits, such as employee pension plan, employee health plan, vacation pay, sick pay or any other fringe benefit plan that may be offered by Scores to its actual employees.

C. I will pay all my own business expenses that I incur while performed under this Independent Entertainer Agreement.

GW 0234

D.    I am responsible for the payment of my own income taxes and FICA, (Social Security and Medicare taxes), incurred while performing under this Independent Contractor Agreement.

E.    I will provide all dresses and other supplies required by me to carry out my work as an entertainer at Scores.

F.    I agree that in the event that a customer disputes a credit card charge with Scores then Scores will have the right to either withhold payment due to me or deduct any amounts paid to me from the disputed charge from any future payments due to me.

G.    I agree that either party may terminate this Agreement effective immediately by giving written notice of termination, with or without cause.

H.    I agree that violation of any part of this agreement is grounds for automatic termination.

I.    This Agreement does not create a partnership or employee relationship and the laws of the state of New York shall govern this Agreement. This is the entire agreement between the parties.

**Signature:**

Date: 01.04. 2005

Blerta Gore
**Print Name:**

**Address:**

REDACTED

Brooklyn Ny 11219

ZIP:

GW 0235

9595    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| 333 East 60th St, Inc.<br>533-535 W.27th St<br>New York, NY 10001<br><br>212-868-4900 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | **2005**<br>Form 1099-MISC | **Miscellaneous Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number REDACTED | 4 Federal income tax withheld<br>$ | **Copy A**<br>**For** |
|---|---|---|---|
| 20-0211028 | | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | **Internal Revenue Service Center** |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| BLERTA GORE | $ 35806.00 | $ |

File with Form 1096.

For Privacy Act and Paperwork Reduction Act Notice, see the **2005 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ |
|---|---|---|
| REDACTED | | |

| City, state, and ZIP code | 11 | 12 |
|---|---|---|
| BROOKLYN, NY 11219 | | |

| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
|---|---|---|---|

| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no.<br>NY 20-0211028 | 18 State income<br>$<br>$ |
|---|---|---|---|---|

Form 1099-MISC    49-0071237    Department of the Treasury - Internal Revenue Service

GW 0243

11/8/07 at 11:03:50.25

333 East 60th St, Inc. DDS 2005-2006
**Cash Disbursements Journal**
For the Period From Jan 1, 2005 to Dec 31, 2005
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

Page: 1

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|-----------------|-------------|---------------|
| 1/7/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 306.00 | 306.00 |
| 1/7/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 16.00 | 16.00 |
| 1/11/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 612.00 | 612.00 |
| 1/12/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 144.00 | 144.00 |
| 1/14/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 630.00 | 630.00 |
| 1/14/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 96.00 | 96.00 |
| 1/18/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 144.00 | 144.00 |
| 1/19/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 80.00 | 80.00 |
| 1/20/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 160.00 | 160.00 |
| 1/21/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 702.00 | 702.00 |
| 1/21/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 80.00 | 80.00 |
| 1/26/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 160.00 | 160.00 |
| 1/27/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 144.00 | 144.00 |
| 1/28/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 540.00 | 540.00 |
| 1/28/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 80.00 | 80.00 |
| 1/31/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 540.00 | 540.00 |
| 2/16/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 64.00 | 64.00 |
| 2/17/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 96.00 | 96.00 |
| 2/18/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 900.00 | 900.00 |
| 2/24/05 | | 77000 10200 | DDS PAYOUT BLERTA GORE VIKKI | 540.00 | 540.00 |
| 3/10/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 80.00 | 80.00 |
| 3/23/05 | | 78000 10200 | FEE BLERTA GORE VIKKI | 144.00 | 144.00 |
| 3/25/05 | | 77000 10200 | DDS Payout BLERTA GORE VIKKI | 558.00 | 558.00 |

GW 0244

11/8/07 at 11:03:50.26

333 East 60th St, Inc. DD$ 2005-2006
## Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|-------------|---------------|
| 3/25/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/20/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/21/05 | | 77000 | DD$ Payment | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 4/21/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/22/05 | | 77000 | DD$ PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 5/3/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/5/05 | | 77000 | DD$ Payout | 396.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 396.00 |
| 5/5/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 5/10/05 | | 77000 | DD$ Payout | 378.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 378.00 |
| 5/11/05 | | 77000 | DD$ Payout | 360.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 360.00 |
| 5/17/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/18/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/19/05 | | 77000 | CK | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 5/19/05 | | 77000 | | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 5/20/05 | | 77000 | | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 5/24/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/25/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/26/05 | | 77000 | DD$ PAYOUTS | 774.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 774.00 |
| 5/26/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/3/05 | | 77000 | DD PAYOUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 6/7/05 | | 77000 | DD PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 6/7/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 6/9/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |

GW 0245

11/8/07 at 11:03:50.28

333 East 60th St, Inc. DD$ 2005-2006

Page: 3

## Cash Disbursements Journal

### For the Period From Jan 1, 2005 to Dec 31, 2005

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/10/05 | | 77000 | DD PAYOUT | 612.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 612.00 |
| 6/10/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/13/05 | | 77000 | DD PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 6/14/05 | | 77000 | DD PAYOUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 6/14/05 | | 77000 | DD PAYOUT | 1,656.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,656.00 |
| 6/14/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 6/16/05 | | 77000 | DD$ Payout | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 6/22/05 | | 77000 | DD$ PAYOUT | 468.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 468.00 |
| 6/23/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/28/05 | | 77000 | DD$ PAYOUT | 972.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 972.00 |
| 6/30/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 7/1/05 | | 77000 | DD PAYOUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 7/1/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 7/5/05 | | 77000 | DD$ PAYOUT-House Account | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 7/13/05 | | 77000 | DD$ PAYOUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 7/13/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/11/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/16/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/17/05 | | 77000 | DD$ PAYOUT | 234.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 234.00 |
| 8/17/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/20/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 8/20/05 | | 78000 | FEES | 16.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 16.00 |
| 8/22/05 | | 77000 | DD$ Payout | 1,170.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,170.00 |

GW 0246

11/8/07 at 11:03:50.30

333 East 60th St, Inc. DDS 2005-2006
Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

Page: 4

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|------------------|--------------|---------------|
| 8/22/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 8/25/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/26/05 | | 77000 | DDS PAYOUT | 432.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 432.00 |
| 8/26/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 8/31/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 9/2/05 | | 77000 | DDS PAYOUT | 576.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 576.00 |
| 9/2/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 9/6/05 | | 77000 | DDS PAYOUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 10/18/05 | | 77000 | DDS PAY OUT | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 10/18/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 10/19/05 | | 77000 | DDS PAY OUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 10/19/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 10/20/05 | | 77000 | DDS PAY OUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 10/20/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 10/26/05 | | 77000 | DDS PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 10/26/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 11/3/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/7/05 | | 77000 | DDS PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 11/7/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 11/9/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/16/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/17/05 | | 77000 | DDS PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 11/17/05 | | 77000 | DDS PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |

GW 0247

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| 333 EAST 60TH STREET INC<br>533-535 WEST 27TH STREET<br>NEW YORK, NY 10001<br><br>TEL NO. : (212)868-4900 | $ | **2006**<br>Form 1099-MISC | Miscellaneous Income |
| | 2 Royalties<br>$ | | |
| | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 20-0211028 | REDACTED | $ | $ |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| BLERTA GORE-VIKKI | $  20994.00 | $ |

EMPLOYER COPY

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|
| REDACTED | | $ |

| City, state, and ZIP code | 11 | 12 |
|---|---|---|
| BROOKLYN, NY 11219 | | |

| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|
| 004-20274-060093 | 2nd TIN not. ☐ | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**

41-1628061

Department of the Treasury - Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

GW 0248

11/8/-7 at 11:04:44.99

Page: 1

### 333 East 60th St, Inc. DD\$ 2005-2006
### Cash Disbursements Journal
For the Period From Jan 1, 2006 to Dec 31, 2006
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|-----------------|-------------:|--------------:|
| 1/19/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 144.00 | 144.00 |
| 1/20/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 720.00 | 720.00 |
| 1/20/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 32.00 | 32.00 |
| 1/22/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 16.00 | 16.00 |
| 1/24/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 450.00 | 450.00 |
| 1/24/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 144.00 | 144.00 |
| 1/26/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 32.00 | 32.00 |
| 1/27/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 1,116.00 | 1,116.00 |
| 1/27/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 80.00 | 80.00 |
| 1/31/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 252.00 | 252.00 |
| 1/31/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 144.00 | 144.00 |
| 2/1/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 540.00 | 540.00 |
| 2/1/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 144.00 | 144.00 |
| 2/2/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 450.00 | 450.00 |
| 2/2/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 80.00 | 80.00 |
| 2/15/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 126.00 | 126.00 |
| 2/15/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 32.00 | 32.00 |
| 2/21/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 32.00 | 32.00 |
| 3/1/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 972.00 | 972.00 |
| 3/1/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 144.00 | 144.00 |
| 3/3/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 828.00 | 828.00 |
| 3/17/06 | | 77000<br>10200 | DD\$ PAY OUT<br>BLERTA GORE VIKKI | 450.00 | 450.00 |
| 3/17/06 | | 78000<br>10200 | FEES<br>BLERTA GORE VIKKI | 64.00 | 64.00 |

GW 0249

11/8/07 at 11:04:45.01

333 East 60th St, Inc. DD$ 2005-2006

## Cash Disbursements Journal

For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

Page: 2

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|------------|------------------|--------------|---------------|
| 3/23/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 3/24/06 | | 77000 | DD$ PAY OUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 3/24/06 | | 78000 | FEES | 64.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 64.00 |
| 3/26/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 3/27/06 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 3/28/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 3/29/06 | | 77000 | DD$ PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 3/29/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 3/31/06 | | 77000 | DD$ PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 3/31/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/4/06 | | 77000 | DD$ PAY OUT | 270.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 270.00 |
| 4/4/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/6/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/12/06 | | 77000 | DD$ PAY OUT | 1,224.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,224.00 |
| 4/12/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/19/06 | | 77000 | DD$ PAY OUT | 270.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 270.00 |
| 4/19/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/20/06 | | 77000 | DD$ PAY OUT | 432.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 432.00 |
| 4/20/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/26/06 | | 77000 | DD$ PAY OUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 4/26/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/28/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 5/3/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |

GW 0250

11/8/07 at 11:04:45.02

333 East 60th St, Inc. DD$ 2005-2006

**Cash Disbursements Journal**

For the Period From Jan 1, 2006 to Dec 31, 2006

Page: 3

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|-----------------|-------------|--------------|
| 5/4/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 32.00 | 32.00 |
| 5/8/06 | | 77000 10200 | DD$ PAY OUT BLERTA GORE VIKKI | 630.00 | 630.00 |
| 5/8/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 112.00 | 112.00 |
| 5/9/06 | | 77000 10100 | DD$ PAY OUT BLERTA GORE VIKKI | 720.00 | 720.00 |
| 5/9/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 144.00 | 144.00 |
| 5/10/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 80.00 | 80.00 |
| 5/16/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 80.00 | 80.00 |
| 5/18/06 | | 77000 10200 | DD$ PAY OUT BLERTA GORE VIKKI | 594.00 | 594.00 |
| 5/18/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 144.00 | 144.00 |
| 5/21/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 20.00 | 20.00 |
| 5/24/06 | | 77000 10100 | DD$ PAY OUT BLERTA GORE VIKKI | 1,386.00 | 1,386.00 |
| 5/24/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 144.00 | 144.00 |
| 5/25/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 80.00 | 80.00 |
| 5/30/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 32.00 | 32.00 |
| 5/31/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 32.00 | 32.00 |
| 6/1/06 | | 78000 10100 | FEES BLERTA GORE VIKKI | 32.00 | 32.00 |
| 6/6/06 | | 77000 10200 | DD$ PAY OUT BLERTA GORE VIKKI | 1,226.00 | 1,226.00 |
| 6/8/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 144.00 | 144.00 |
| 6/9/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 32.00 | 32.00 |
| 6/14/06 | | 77000 10200 | DD$ PAY OUT BLERTA GORE VIKKI | 720.00 | 720.00 |
| 6/14/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 160.00 | 160.00 |
| 6/15/06 | | 78000 10200 | FEES BLERTA GORE VIKKI | 20.00 | 20.00 |
| 6/21/06 | | 77000 10100 | CASHOUT BLERTA GORE VIKKI | 450.00 | 450.00 |

GW 0251

11/8/07 at 11:04:45 04

Page: 4

333 East 60th St, Inc. DD$ 2005-2006
### Cash Disbursements Journal
For the Period From Jan 1, 2006 to Dec 31, 2006
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|------|---------|-----------|------------------|--------------|---------------|
| 6/21/06 | | 78000 | FEE | 160.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 160.00 |
| 6/22/06 | | 78000 | FEE | 20.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 20.00 |
| 6/22/06 | | 77000 | CASHOUT | 378.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 378.00 |
| 6/27/06 | | 78000 | Fees | 40.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 40.00 |
| 6/28/06 | | 78000 | Fees | 160.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 160.00 |
| 7/6/06 | | 77000 | DD$ Payout | 216.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 216.00 |
| 7/19/06 | | 78000 | Fees | 20.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 20.00 |
| | Total | | | 20,994.00 | 20,994.00 |

GW 0252