| | |
|---|---|
| OUTTEN & GOLDEN LLP<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Anjana Samant (AS 5163)<br>Tammy Marzigliano (TM 2934)<br>Cara E. Greene (CG 0722)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | BRUCKNER BURCH PLLC<br>Richard J. Burch (Texas Bar No.<br>24001807) (admitted *pro hac vice*)<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002<br>Telephone: (713) 877-8788 |

**MEMO ENDORSED**

**P3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08

**NOTICE OF PLAINTIFFS' MOTION FOR DISCOVERY UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f) AND 12(d)**

Please take notice that, upon the annexed Memorandum of Law in Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, in Support of Plaintiffs' Motion for Discovery Under Federal Rule of Civil Procedure ("Rules") 56(f) and 12(d), and in Further Support of Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, dated February 22, 2008; the annexed Response to Defendants' Local Civil Rule 56.1 Statement ("56.1 Statement"); the

annexed 56.1 Statement of Plaintiffs' Disputed Facts; the annexed Declaration of Tammy Marzigliano, dated February 22, 2008; and all other prior pleadings and proceedings herein, will move this Court, pursuant to Fed. R. Civ. P. 56(f) and 12(d), before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, for an Order:

1. denying Defendants' Motion to Dismiss or in the Alternative for Summary Judgment ("Defendants' Motion ") under Fed. R. Civ.P. 56(f)(1);

*or, in the alternative,*

2. continuing Defendants' Motion to enable Plaintiffs time to obtain affidavits, take depositions, and to undertake other discovery under Fed. R. Civ. P. 56(f)(2) and to give Plaintiffs a reasonable opportunity to present all the material that is pertinent to the motion under Fed. R. Civ. P. 12(d);

*and*

3. granting any other just relief.

Dated: New York, New York
February 22, 2008

Respectfully submitted,

/s/ Justin M. Swartz
**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Anjana Samant (AS 5163)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

2

BRUCKNER BURCH PLLC
Richard J. Burch (Texas Bar No. 24001807) (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

Attorneys for the Plaintiffs and the Putative Class

> Motion (#34) is denied as not in conformity w. the Court's briefing schedule (could have + should have been included in Response to motion to dismiss). Take up discovery issues w. J. Katz.
>
> SO ORDERED:
> Date: 2/25/08    Richard M. Berman
> Richard M. Berman, U.S.D.J.

3