# Greenberg Traurig

Eric B. Sigda
212-801-9386



March 13, 2008

**VIA FEDERAL EXPRESS**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Diaz v. Scores Holding Co., et al.
            Civil Action No.: 07 Civ. 8718 (RMB)(THK)

Dear Judge Katz:

    We represent defendants in the above-referenced action and are in receipt of Plaintiffs' letter of March 13, 2008 requesting a conference regarding discovery. We write to advise the Court that we have spoken with Plaintiffs' counsel and have agreed to meet to discuss resolving the discovery issues referenced in the March 13, 2008 letter. We also write to join in Plaintiffs' request to extend the date to complete all discovery, class certification discovery, and merits discovery to May 21, 2008. Certainly, if the Court wishes to hold a discovery conference, we will make ourselves available.

                              Respectfully,

                              Eric B. Sigda

cc:    Tammy Marzigliano, Esq.

*[Handwritten order:]* The deadlines are extended to May 21, 2008. The parties are to provide a status report to the Court by April 7, 2008 and are to indicate when they believe a settlement conference would be most useful.

**SO ORDERED**
3/17/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE