UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,            07-cv-8718(RMB)
BLERTA VIKKI, DANIELLE OWIMRIN,
SUSAN LEVIN, on behalf of themselves and all
others similarly situated,

                          Plaintiffs,            **NOTICE OF**
                                                    **APPEARANCE**

-against-

SCORES HOLDING COMPANY, INC.,;
GO WEST ENTERTAINMENT, INC., a/k/a
SCORES WEST SIDE; ENTERTAINMENT
MANAGEMENT SERVICES, INC., and
333 EAST 60TH STREET, INC., a/k/a SCORES
EAST SIDE.

                          Defendants.
------------------------------------------------------------X

TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:

      IT IS HEREBY NOTICE THAT Jerrold F. Goldberg, Esq., and Eric B. Sigda, Esq., of Greenberg Traurig LLP, hereby appears as counsel in this case for the Defendant, Scores Holding Company, *et al.*,, and request that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated:       March 20, 2008

Respectfully submitted,

_____                        _____
By: Jerrold F. Goldberg (JG-7471)       By: Eric B. Sigda (ES-1827)
goldbergj@gtlaw.com                          sigdae@gtlaw.com
Greenberg Traurig, LLP                     Greenberg Traurig, LLP