Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SIRI DIAZ, CAROLYN SIEGEL, et al.,

        Plaintiffs,

-against-                                       AFFIDAVIT OF SERVICE
                                                        07 Civ. 8718 (RMB)

SCORES HOLDING COMPANY, INC., et al.,

        Defendant.
------------------------------------------------------X
STATE OF NEW YORK    )
                                S.S.:
COUNTY OF ALBANY     )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 19TH day of March, 2008, at approximately the time of 1:00P.M., deponent served a true copy of the SUMMONS AND SECOND AMENDED CLASS ACTION COMPLAINT AND INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ upon 333 EAST 60TH STREET, INC., c/o Registered Agent, Corporation Service Company at 80 State Street, Sixth Floor, Albany, New York by personally delivering and leaving the same with NIKKI CHAPPLE, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 185 pounds with black hair and brown eyes.

DEBORAH LaPOINTE
Sworn to before me this
19TH day of March, 2008

NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com