**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SIRI DIAZ, CAROLYN SIEGEL, et al.,

        Plaintiff(s),

-against-                                            AFFIDAVIT OF SERVICE
                                                                 07 CV 8718(RMB)
SCORES HOLDING COMPANY, INC.,
GO WEST ENTERTAINMENT, INC., et al.,

        Defendant(s)
-------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 21ST day of March, 2008, at approximately the time of 110A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND SECOND AMENDED CLASS ACTION COMPLAINT AND INDIVIDUAL RULES AND PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ AND PRACTICES OF JUDGE RICHARD M. BERMAN AND ECF GUIDELINES AND PROCEDURES AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon ENTERTAINMENT MANAGEMENT SERVICES, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 47 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
21ST day of March, 2008

NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany Co.
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com