# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, on
behalf of themselves and all others similarly
situated,

              Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a SCORES
WEST SIDE; and SCORES ENTERTAINMENT,
INC., a/k/a SCORES EAST SIDE.

              Defendants.

No. 07-8718 (RMB)

**DECLARATION OF
TALIA BUMB**

I, Talia Bumb, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and correct:

1.      I worked at Scores' West Side location for approximately a month in July 2007.

2.      During my employment with Scores, I worked as a cocktail server.

3.      Throughout my employment with Scores, I was paid less than the minimum wage. Upon information and belief, Scores paid me approximately $4.75 per hour. I have attached a copy of one of my paystubs from Scores as Exhibit A.

4.      Nobody at Scores ever informed me about a federal law regarding a tip credit at any time during my employment at Scores. Scores management never told me that I would be paid less than the minimum wage because I would receive tips. Nobody at Scores ever told me that my tips would be used as a credit against the minimum wage that Scores was required to pay me. When I started working at Scores and during the

entire course of my employment, nobody ever gave me or showed me a copy of any laws, rules, or regulations regarding the tip credit and minimum wages. While working at Scores, I never saw any posters, signs, or notices regarding any law, rule, or regulation regarding the tip credit or an employer's deductions from wages and tips.

5.    Throughout my employment at Scores, I was not allowed to retain all of the tips that I received.

6.    During my employment at Scores, I received a portion of my tips in Diamond Dollars. Diamond Dollars are imitation currency in denominations of $20.00 that customers can buy from Scores using their credit cards.

7.    Many customers used Diamond Dollars to tip workers, including other cocktails servers like myself, as well as servers, bartenders, and dancers.

8.    I understood that, pursuant to company policy and practice, Scores deducted and retained a portion of tips whenever workers (including servers, cocktail servers, bartenders, and dancers) presented Scores with the Diamond Dollars they received as tips and asked to exchange them for cash.

9.    Scores made it difficult for me and other workers to exchange Diamond Dollars for cash. When I tried to exchange my Diamond Dollars for cash, Scores refused, telling me that my Diamond Dollars had "expired."

10.    Scores' policies and practices with respect to Diamond Dollars apply in the same manner to all cocktails servers who received Diamond Dollars as tips.

11.    When I started working at Scores, my manager, Alberto, gave me an employee handbook and training manual, and indicated that the rules in them applied to me. I have attached a copy of the training manual as Exhibit B.

2

12.    Scores enforced a strict uniform policy, requiring all servers to wear a corset, a skirt or skort, stockings, and boots.

13.    Scores did not permit me to wear "street clothes" to work.

14.    When I started working at Scores, Scores gave me a corset and skirt to wear as part of my uniform but told me they would deduct $100 from my paychecks to cover the cost of these items.

15.    Scores never reimbursed me or, to my knowledge, any other worker for the cost of purchasing, laundering, or maintaining uniforms.

16.    I estimate that I spent $100 to purchase clothing and accessories to satisfy the uniform requirement.  I estimate that I spent approximately $5 per week to launder and maintain my uniforms.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        January 17, 2008

_____
Talia Bumb

3

**Exhibit A**

| | EMPLOYEE NAME | | EMP NO/CLOCK | | CLOCK 2 | CONTROL NUMBER | | EMPLOYER NAME | |
|---|---|---|---|---|---|---|---|---|---|
| | RUMB, TALIA | | 5143 200 | | | P-0831-114433/20276 | | GO WEST ENTERTAINMENT INC. | |
| SER NUMBER | FWT EXEMP | SWT EXEMP | CHECK & PERIOD END | | CHECK DATE | | | | |
| S-2 | NY S-2 | | 2216 08/26/07 | | 08/31/07 | **DEDUCTIONS & REIMBURSEMENTS** | | **MISCELLANEOUS** | |
| | | **EARNINGS** | | | | DESCRIPTION | CURRENT | YEAR-TO-DATE | |
| | | | | | | SOCIAL SECURITY | 54.02 | 54.02 | |
| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE | | MEDICARE | 12.63 | 12.63 | |
| REGULAR | 4.600 | 57.73 | 265.56 | 265.56 | | FWT | 61.81 | 61.81 | |
| TIPS | | | 328.50 | 328.50 | | NEW YORK SWT | 23.08 | 23.08 | |
| CCTIP | | | 277.23 | 277.23 | | NEW YORK SDI | 1.20 | 1.20 | |
| | | | | | | NY-NEW YORK CITY | 15.01 | 15.01 | |
| | | | | | | TIPS | 328.50 | 328.50 | |
| | | TOTAL | 871.29 | 871.29 | | **TOTAL** | -496.25 | **NET PAY** | 375. |

MESSAGE:



PAYROLL BY **CompuPay**

P051

**Exhibit B**



---

# SERVICE TRAINING MANUAL
## BAR OPERATIONS
● COCKTAIL SERVERS ● BARTENDERS
● BAR BACKS ● FLOOR HOSTS

---

*Produced by: Scores/Updated  JANUARY 2007*

P090

# SCORES' TRAINING PROGRAM

## Introduction

Every employee at Scores goes through comprehensive training designed to encompass all aspects of their particular work area and their specific position. The Scores' training philosophy is built around **teamwork, emphasizing outstanding service, hospitality, guest satisfaction and complete product knowledge** which will result in our creating and maintaining **a professional and winning sales/service team!**

**At Scores, we believe that in every service opportunity, there is a sales opportunity. And in every sales opportunity, there is a service opportunity. Service is the most important thing we "sell".** But the premise of this manual is simple ... **Selling is an integral part of the service process. The Scores motto: "TO SELL IS TO SERVE, TO SERVE IS TO SELL!"**

## Scores Employee Handbook

When you were hired, you received a copy of the <u>**Scores Employee Handbook**</u>. The hand book will provide you with an introduction to the Scores' showroom family, an overview of our operation, and the services we provide to our guests. The majority of our handbook details employment policies and our rules of conduct that each and every employee must follow to maintain their employment in the Scores organization.

It is **imperative** that you not only **read**, but **absorb** the information it contains before you begin your first day of training, to prepare the proper foundation for a smooth and successful training period. **Be sure to keep your hand book for future reference throughout your tenure as a Scores sales/service team member.**

## Training Program Overview

The Scores' training program is divided into the following service areas of the Scores' showroom operation, with training for each of our sales/service team members...

- **Door Operations**: Reception hostess, Diamond Dollar hostess, Coat check, Humidor hostess and Doorman.

- **Bar Operations**: Cocktail server, bartenders, bar back and floor host.

- **Restaurant Operations**: Food server, bus person and host.

- **Management Operations**: All sales/service team managers.

Your service training manual provides you with all the necessary "nuts and bolts" service information for your new position and contains all of the vital Scores' modus operandi that will enable you to become a successful Scores' sales/service team member. **You will be required to "own" all the information it contains and actually execute and bring all of it to life on the Scores' showroom stage, to achieve that goal.**

Along with this manual, you will be given your training schedule, which will outline your daily training activities, the name of your trainer and a detailed description of your required uniform. Upon the successful completion of your training period, determined by your trainer and immediate senior manager, you will be given a test which will re-affirm our decision that you are ready to operate on your own. After successfully completing the test, you will be put on the regular service schedule.

**As you begin your training period, we take this opportunity to once again congratulate you on your new challenge and position.**

P092

# THE SALES/SERVICE TEAM & ITS RESPONSIBILITIES:

It is the Scores philosophy that our organization will only be successful if we create and nurture a winning team. We believe that "we are only as strong as our weakest link," and that if we work together, our guests will want to come back again and again. For the team to work effectively, it is important for each of you to know the responsibilities of your fellow employees, here is an overview of each team position...

## MANAGER:
Open, oversee and close service.
Hire, train, motivate, coach and discipline staff.
Support and enable staff to provide for every guest request.
Create, exemplify and support and environment of hospitality for guests and staff.

## DOORMAN:
Create first best impression of Scores.
Recognize, welcome and greet guests, check customer ID's.
Open door, direct guests, handle inquiries.
Bid farewell, open door.

## VALET:
(We do not provide valet service at all locations.)
Create first best impression of Scores. Recognize, welcome and greet guests, open car doors and receive keys. Upon guest's departure, valet must open car door, return keys and bid farewell.

## RECEPTION HOSTESS:
Create first impression of Scores.
Recognize, welcome and greet guests.
Accept, process and record guest entrance fees.
Sell, process and record club merchandise items.
Handle inquiries or refer to manager.

P093

## HUMIDOR HOSTESS:
Create first impression of Scores.
Recognize, welcome and greet guest.
Accept, process and record all cigar sales.
Sell, process and record cigar, cigarette and candy items.
Handle inquiries or refer to manager.

## DIAMOND DOLLAR HOSTESS:
Recognize, welcome and greet guests.
Explain, process and record Diamond Dollar sales.
Handle guest inquiries, give directions or refer to manager.

## COAT CHECK:
Warmly greet guests and exchange coats/hats/umbrellas/bag with ticket.
Neatly organize and constantly keep clean coatroom.
Handle inquiries or refer to manager.
Wish guests a good night.

## RESTAURANT HOST/FLOOR HOSTS:
Create first impression of Scores.
Recognize, welcome and greet guests.
Own and communicate special guest requests.
Assist in the design of floor plan/seating chart.
Seat guests and make them comfortable.
Take and confirm reservations/handle inquiries.

## COCKTAIL SERVER:
Warmly greet guests.
In charge of guests experience.
Serve beverages, wines and food.
Prepare table for service; oversee all aspects of service at table.
Assist with fellow servers station; maintain clean bar station
Completion of opening/closing sideward duties.

P094

### FOOD SERVER:

Warmly greet guests.
In charge of guest's experience.
Present menus, food and wine menus, create meal.
Prepare table for service.
Serve food, wine and beverages.
Oversee all aspects of service at table.
Input orders in computer/reconcile checks.
Assist with fellow server's station.
Service of beverages.
Maintain clean bar station.
Completion of opening/closing sideward duties.
Prepare and serve coffee (when no coffee runner)

### BARTENDER:

Warmly greet guests.
In charge of guest's experience.
Prepare and serve beverages and wine to customers and servers.
Present food menus, serve food.
Keep bar surface and bar back area clean and neat at all times.
Inventory bar stock, keep organized.
Handle computer transactions, responsible for drawer and all cash at your bar.
Assist servers.
Completion of opening/closing side work duties.

### BAR BACK:

Stock bar areas.
Assist servers, bartenders.
Clear tables, keep all floor areas clean.
Completion of opening/closing side work duties.

P095

## BUS PERSON:

Stock bus/server areas.
Reset tables correctly and accurately.
Assist in stocking server stations, coffee station, and kitchen condiment station.
Clear tables between courses.
Ensure that guest tables are current. Completion of opening/closing side work duties.

---

### YOU MUST BE ON TIME!

*All* employees are required to be dressed in their uniforms and at their stations *15 minutes prior to when their shift is scheduled to start*. This is especially important for any staff member that has an opening shift. The club's open at *5:00PM, 7:00PM or 8:00PM and no later that*. If you are not ready at your station, dressed 15 minutes prior to opening (4:45PM, 6:45PM or 7:45PM), you will face *suspension and/or termination* of your job. This rule applies to every employee in every department of the club. *No exceptions.*

---

P096

# BAR OPERATIONS

P097

### *FIRST IMPRESSIONS:*

Everyone working in Bar Operations plays a distinctive and vital role at Scores... you set the service tone and mood of the guest for the rest of their visit. For that reason a pleasant disposition and neat appearance are required and <u>must</u> always be maintained. **You are the first and most important factor that may very well determine if that guest becomes a Scores regular.**

## *ATTIRE AND APPEARANCE:*

Scores is the number one gentlemen's club in the nation. We stress proper attire, appearance and demeanor.

●Cocktail Servers... You are required to wear your uniform purchased from your Manager. Before you begin training, you are to wear over the calf polishable black dress boots and nude panty hose. Your hair should always be well groomed, make-up tastefully applied. Nails should be neat and manicured. You are on stage and part of the "show" at Scores. Not only must you play the part, you must look the part as well!

●Female Bartenders... (Same as Cocktail Servers).

●Male Bartenders and Bar Backs... You are required to wear your uniform, purchased from your Manager, before you begin training. Black <u>polished</u> shoes are required. **No sneakers or boots.** Your hair should be well groomed, nails clean and neat and all areas shaveable should be cleanly shaved. Well groomed beards and mustaches <u>are</u> permissible.

●Floor Hosts... You are required to wear black tuxedos, white shirt and black bow ties with cummerbunds. Black polished shoes are required. **No sneakers or boots.** Your hair should be well groomed, nails clean and neat and all facial areas shaveable should be cleanly shaved. Well groomed beards and mustaches <u>are</u> permissible.

P098

●Employee Name Tags are to be worn at all times and are considered part of your uniform. Ask your Manager for one if you lose or break it. Cocktail Servers and Bartenders must also have a pen, wine opener, cigarette lighter and pen flash light. These are also considered part of your uniform, "Tools of the Trade," and you are required to have them at all times.

## I.    COCKTAIL SERVERS

Along with our Entertainers, you are the stars on our Showroom floor. It is **imperative** that you develop a good working relationship with our Entertainers and that you work in tandem, exuding that "Showtime" attitude of anticipation, excitement and enthusiasm that inspires positive guest interaction, and contributes to the fantasy we create for our guests every night. It's your warm greeting, friendly smile and your sincere courteous demeanor that express your "Showtime" attitude that make the difference between an ordinary experience and the Scores' Fantasy.

It is vitally important that you greet your guests warmly and enthusiastically. Learn their names and use them when you greet them in the future. Second, but certainly not the least, you are responsible for providing their service throughout their visit to Scores. You are responsible for controlling the table by setting the pace (when possible) and by anticipating all your guests needs before they arise.

Always remember...

Any time a guest needs to ask you for something, you've made a mistake. You are the host of each of the tables you serve. **Your job is to help your guests relax and not need to ask for assistance.** The only way to accomplish this is to figure what they need, even before they know it themselves! **So be organized, watch your tables and section at all times, anticipate and react immediately to accomplish this goal.**

P099

**Opening Side-work**

1.     Your side-work is to be completed 15 minutes prior to the Showroom
       opening time.

       ● Check all tables, make sure they are in proper position, wipe clean if
       necessary, organize and straighten chairs.  Put down ashtrays and stock
       extra ones.
       ● Clean, wipe and dry all wine lists, menus, check presenters and any other
       menus being used, organize menu boxes.  Replace any check presenters that
       show any damage or have torn inside credit card flaps or after cleaning them
       you deem them unguestworthy!  (Available from office).
       ● Prepare silverware wraps for the entire shift
       ● Salt and Pepper Shakers... <u>Daily</u> - Refill if necessary and wipe clean.
       <u>Weekly</u> - Empty and run through dishwasher, dry overnight, then refill the
          next day (Sunday night is salt & pepper night! Monday refill).
       ● Organize credit card slips, replenish from office.
       ● Fold napkins for champagne presentation.
       ● Scores Happy Hour is from 5:00 pm to 8:00 pm Wednesday at the
       Eastside and Thursday on the Westside. Guests receive 2 for 1 cocktails,
       beer or wine by the glass.  Micros/Posi-touch is programmed for Happy
       Hour during this time.  Guests receive both beverages upon ordering.  You
       must ring in both beverages per order on Micros or Posi-touch .

2.     **Closing Sidework**

       ● Remove all glassware, ashtrays and any menus from your tables and
       station.  Wipe down all your tables.
       ● Straighten and organize menu boxes.
       ● Take unused ashtrays back to the kitchen and place on designated shelf.
       Store all salt and pepper shakers in their designated space (Sunday night is
       salt & pepper night).
       ● Take trays to kitchen to be washed.

P100

- Server Closeout:
1. Make sure all of your checks are closed and signed properly, and turned into your Bartender.
2. Count your tips with the designated Manager and distribute fairly and properly.

## Point of Sale Operations

A significant portion of your training period will deal with Micros or Posi-touch operations, our point of sale system. Your trainer will explain and guide you through all the necessary Micros/Posi-touch functions involving...

- Opening/closing checks
- Ordering
- Tip procedures
- End of the shift server close out

## II.    BARTENDERS

Scores Bartenders are in reality the Beverage Service Team Captains of our Bar Operations staff. While responsible for the following...

- Making and dispensing all beverages
- Attending to every guest need
- Total point of sales accountability
- Daily beverage inventory accountability
- Bar cleanliness and daily maintenance

Scores Bartenders are responsible for keeping our Cocktail Servers organized, happy and in line, and if that were not enough, they have to keep our beautiful Entertainers smiling as well!

Page 12

**Opening Duties**

1.    Your bar must be ready to open 15 minutes prior to the Showroom opening.

● Set-up your wells and liquor stations.  Utilizing your Bar Bible, inventory your liquor and make sure your bar is pared according to the Bar Par List in your Bible (each bar is set to its own par).  If you are missing any bottles, or your par is off, record that information on a "Missing Bottle Report" form, which is contained in the flap of your Bible.  Turn report into your opening Manager.  **Your Manager should rectify the par problem at that time, by removing extra bottle or getting you a missing one to bring the bar back to par.**
● Check your coolers. Check wine and champagne pars.  Organize and clean coolers if necessary.  They must always be kept neatly organized and clean.
● Have a Manager open your register.  Count your cash in your drawer. Report any cash discrepancies to the manager on duty, immediately.
● Make sure you have form Schedule 17, the Register Reconciliation Form.

On the east side when you count your bank, on your Micros screen touch "Pay Screen" touch "Start Bank" and enter drawer amount. Micros will print a receipt which you will staple to the back of the Register Reconciliation Form. Then fill out the top of the form with day, date and your name, etc. Put this form under your register for future use.

On the Westside your manager has already entered your bank and printed a receipt. Count your bank and make sure it matches your receipt. Make sure the receipt is stapled to your register Reconciliation Form. Then fill out the top of the form with day, date and your name, etc. Put this form under your register for future use.

- Organize your station. Make sure the work area around the point of sale is clean, and your supplies are stored neatly. Check and secure your supplies from the office if needed.
  - ▸ Pens
  - ▸ Paperclips
  - ▸ Rubber Bands
  - ▸ Scotch Tape
  - ▸ Staples
  - ▸ Paper Rolls
  - ▸ Ink Cartridges
  - ▸ Comp Chit Pads
  - ▸ Credit Card Slips
  - ▸ Matches
  - ▸ Candle Fuel

- Check your menus, wine books and martini menus; clean and wipe. Replace any stained or torn page.
- Set-up your front bar top. Clean bar top if necessary. Fill and organize napkin/straw containers, arrange on bar with candles, martini menus and any other display item that may be in use at the time.
- Organize Bar preparation station. Set-up mats, strainers, mixing glasses and cups, beer opener, wine decanting gauze and wine decanters. Check wine buckets make sure you have enough and that they are clean and polished if necessary. Roll silverware wraps and have a stash of folded napkins for champagne presentation.
- Set-up olives and cherries.
- Make sure you have all the Bar glassware you need and check with your Bar Back if you need anything else before you open.
- Scores Happy Hour is from 5:00 pm to 8:00 pm Wednesday at the eastside and Thursday on the westside . Guests receive 2 for 1 cocktails, beer or wine by the glass. Your point of sale is programmed for Happy Hour during this time. Guests receive both beverages upon ordering. You must ring in both beverages per order on Micros/Posi-touch.

P103

## **Point of Sale/Accounting Controls**

Bartenders are responsible for all point of sale transactions and accounting procedures for their shift.

- A significant portion of your training period will deal with Micros operations, our point of sale system. Your trainer will explain and guide you through all the necessary point of sales functions involving...

  - Opening/closing checks
  - Ordering
  - Entering tips
  - End of the shift closeout

- ### Comp Chit Procedures

All complimentary purchases, spills and voids must be written up on a comp chit pad, and signed by a Manager at the time the situation occurs. After receiving the comp chit, signed by a Manager, enter it into the computer immediately. A Manager will occasionally check and clear the computer of these promos throughout your shift.

Due to the nature of our business we have a large number of complimentary checks. We monitor them very closely and so will you.

Nothing is dispensed or served without being rung up in the computer first. And always remember that nothing is given away or comped without a Managers approval, which means a Managers signature on a comp chit! It is your responsibility to follow this strict procedure. Failure to comply will result in suspension or dismissal from Scores.

- ### Cash Drops/Pick-Ups

Try to keep as little money as you can in your register. Inform the night

P104

auditor that it is time to make a "Drop." Once the money is taken from your register, write on the back of your register reconciliation form...

1.    How much money was taken.
2.    Who received the money.
3.    What time it was taken.

● Computer Closing Procedures

After last call, and after all credit card transactions are closed, and after Manager has closed any promos you may close your register.  Make sure all promo slips are attached to the proper chits.

Eastside on your Micros screen...touch "Report Function" touch "Employee Checkout."  Swipe your card and go to "Pay Screen" touch "CC Tips Paid" and enter amount of your credit card tips (you will see this on the checkout sheet) take that amount of cash out of your register and place in tip box.  If you worked with another Bartender the credit card tips need to be split (minus 20% for Bar Backs) and the other Bartenders portion put in an envelope with their name.  Give to Night Auditor to put in the safe.

Westside, your manager will print out your closing report. Check the amount of your tips on your report and take that amount of cash out of your register and place in tip box.(rest)If you worked with another Bartender the credit card tips need to be split (minus 20% for Bar Backs) and the other Bartenders portion put in an envelope with their name. Give to Night Auditor to put in the safe.

P105

● <u>Closing Procedures</u>

In addition to your computer closing procedures you are also responsible for the following bar closing procedures...

- We follow a strict bottle for bottle par and requisition system. You must keep all empty liquor, house wine and champagne bottles. When its time to fill your nightly liquor order you will use the daily bar requisition sheet that is pre-dated for your convenience. Record each of your empty bottles on the sheet (and the number of bottles for each brand). Be sure to write legibly and neatly and sign the sheet at each stage of the process as indicated on the form. A designated Manager will check each step of the process and sign verifying that everything was done properly.
- Lock-up you bar upon receiving your nightly order. Wipe down all your bottles that are in use as you put them in their proper storage units.

- Clean and wipe you napkin/straw caddies, candles and store in designated space. Wipe down your bar top and all surfaces on your back bar including coolers and storage units and their doors. Store your menus and beverage lists in their designated space.

Always remember...

- Entertainers must pay for dinners at the time they order, no exceptions.
- Keep a nice clean bar at all times...napkins under glasses and ashtrays clean.
- All open tabs must have a signed credit card slip kept behind the bar, no exceptions.
- On each shift keep an employee tab open on Micros for non-alcoholic beverages (soda-juice-bottled water). Employees consume them free of charge, but they must be rung up. No Red Bull!

P106

### III.  BAR BACKS

You are the backbone of our bar operations and keep it running smoothly.  You are responsible for the following...

- **Opening Side Work**: All bars must be ready to open 15 minutes prior to the Showroom opening.  Set up all bars with glassware, bar equipment, ice, napkins, straws, and beverages.  Cut fruit and set-up condiment trays for all the bars.  Make sure Main and Restaurant bars have ample candle fuel for the shift.  All H2O, house wines and house champagne must be delivered to all bars prior to opening.  Check beer coolers to make sure beer was delivered the night before.  Bring coolers up to par as necessary before opening.  **It is your responsibility to assist in putting the finishing touches on the Happy Hour buffet.  Put hot water in chafing dish and light sterno by 4:45 PM. Check buffet throughout Happy Hour... replenish napkins, forks, clean plates, as needed.  Check food on buffet, when items are running low, inform chef and refill when chef requests.  Breakdown buffet at end of Happy Hour and store equipment neatly in appropriate storage space (skirting and skirting clips, etc.)**

- Empty waste baskets and reline them with new trash bags.  Take dirty glasses and dishes to the dishwasher and replace with clean bus tubs.  Keep the floor behind the bar free of debris and bottle caps.

- Bring food orders from kitchen to the Showroom for Bartenders and Cocktail Servers.

- Assist Cocktail Servers and Floor Hosts with table and floor maintenance, throughout the shift.  Pick-up empty glasses and replace dirty ashtrays on tables.  Pick-up debris on the floor, sweep or run push sweeper when

P107

necessary.

- Throughout shift, Bar Backs are responsible for sorting and boxing beer bottles and keeping boxes neatly stored in the basement.

- Supply beer runs to the bars at 2:00am.

- **<u>Closing side work</u>**: Make sure all trash, dirty dishes and glassware are taken to kitchen at end of the shift. Assist Managers with liquor requisition at the end of the shift.

- Remember to respond in a positive way to all requests from your Managers, Floor Hots, Bartenders and Cocktail Servers. It is your job to assist them in the smooth operation of the club.

## IV.  <u>FLOOR HOSTS</u>

The Floor Hosts are responsible for assisting Scores' Managers in operating the Showroom which involves the following...

- Warmly greeting guests as they enter the Showroom and assisting them in their seating options and taking them to their seats.

- Responsible for keeping tables and chairs neatly organized in the Showroom and maintaining legal and safe walking aisles for our guests and employees.

- Overseeing service in the Showroom, and making sure guests are being served promptly and efficiently.

- Overseeing bar service, making sure the bars are properly stocked at all times, and that bar service is operating in a timely fashion.

- Assist Managers in insuring that all employees in the bar operation are working at peak performance.

P108

● Make yourself proficient in all aspect of this training manual as you are responsible in assisting Managers in its operation.

● Handle Diamond Dollar transactions for the guests in an efficient and professional manner.  Make sure all slips are properly signed and kindly tell your guests the rules of Diamond Dollar usage.

**The following Diamond Dollar procedures are to be followed at all times...**

1.  When a customer purchases Diamond Dollars the customer must present a valid signed credit card and a drivers license or alternative acceptable form of ID with a photograph and signature.
2.  The charge for the Diamond Dollars will be processed by the Diamond Dollar cashiers, the customer will be presented with the credit card voucher for signature and a Scores Diamond Dollar invoice.
3.  The signature on both the credit card voucher and Scores invoice must be identical to the signature on the credit card and the drivers license or alternative photo ID.
4.  The Diamond Dollar cashiers are to take a photocopy of both the drivers license or alternative form of photo ID and back of a credit card, (on the same sheet of paper), and attached it to their paperwork that is sent to the corporate office.

If a customer does not have a photo ID available and we do not know the guest, then the following procedure is to be followed:

The customer is to be asked to sign a charge slip, which is to be run through the blue credit card imprinter and filled in with the date, amount to be charged and authorization approval number.  Next complete and sign an address verification form. Once the address verification form is completed by the customer, a Manager should call and receive an address verification and authorization approval # for the charge.  A photocopy of the front and back of the credit card is to be attached to the address verification form.  Please

P109

see section entitled "Bible" for telephone numbers and merchants numbers.

At no time are Diamond Dollars to be sold without the signatures on the credit card voucher or Scores Diamond Dollar invoice matching the drivers license, credit card signatures or address verification sheet. **If a Diamond Dollar purchase is re-charged to the company, the employee who made the sale will have to pay back the total amount of the charge.**

● Floor Hosts must be prepared to handle guest inquiries and, you are referred to the "Hospitality" section of this manual, which you must become proficient. As host in the Showroom, it is your responsibility to insure that each guest is having a positive experience, and you must orchestrate all aspects of the guests service, from start to finish, to insure this. When necessary, as business dictates, you may have to take orders, clear tables, deliver drinks and whatever is necessary to make it happen.

Tips for the Professional Floor Host...

1. **Always look a customer in the eyes when talking to them.**

2. **When greeting a customer always address them as Sir or Gentlemen.** This will establish yourself as a professional. For example, "Gentlemen, how are you doing this evening?" Do not talk with guests in the same way that you talk with your friends. Be professional, use the right words.

3. **Introduce yourself by name and let them know that you will be their host for this evening.** This will give the customer someone to relate to and hopefully this will be the beginning of a long relationship between you and that customer.

4. **After you sit the customer make sure you pass by his table every 30 to 45 minutes to ask them how everything is going and if there is something you can do for them.** 30 to 45 minutes is just enough time that your not being a pest and that you show them that they are not forgotten

P110

about. Even if they don't tip you at first, by showing them that you didn't forget about them, they won't forget about you.

5.      **The key to asking a customer if you can do anything for them is the word** *please*. For example, after sitting them down and you are about to walk away you say, "If there is anything else I can do for you, *please* don't hesitate to ask". This will show the customer that you appreciate them and you are at their service.

6.      **Learn the customer's name.** This is important for their second visit. This will help you in building a relationship with them by showing them that you remember them. It will make them feel at home in the club.

7.      **Try to become the customer's friend.** Every customer that frequents the club has the potential of becoming a very big asset that spends a lot of money. People in general will spend more money around their friends than they would around someone who they just know as an employee in the establishment.

8.      **Not every customer is for every host.** After meeting a customer and it seems that you won't get along with them, don't just ignore them. Let another host know how you feel and ask them to take over where you left off. Just because you don't get along with them doesn't mean another host won't.

9.      **Never ignore a customer because of the way he is dressed or because he did not tip you.** Some of my biggest customers looked like they didn't have money and they didn't tip the first or second time. It was the third or fourth time after building a relationship with them I realized how good they could be.

10.     **When a customer is leaving, always ask them how their time in the club was.** Express that it was a pleasure to meet them or it was nice to see them again, and to get home safe. This will make the customer feel well liked and cared for.

P111

# SERVICE IS THE HANDLE, SALES IS THE PUMP

Why do restaurants, bars or clubs fail and close their doors? Despite the popular notion to the contrary, "bad food" or "poor service" never caused a restaurant or club to close its doors.

The bottom line is that businesses fail every day *not* because they couldn't "serve" their guests but because *they couldn't cover their costs*. While we are fortunate in our business that our beautiful entertainers lure many of our guests in the door, and "service" may create word-of-mouth traffic in our club, we can't forget that we are not the only "gentlemen's club" in town, and "service" alone won't sustain any company, even a "not for profit" one.

Service *and* sales (combined with cost control) *is* what makes and keeps us successful, our staff employed and our business in operation. **SERVICE IS THE HANDLE. SALES IS THE PUMP.**

We are not suggesting that you ignore the importance of service in our operation. **Service is the most important thing we "sell."** *Service is our invisible product,* good service adds value to the purchase and service is what ultimately brings our customers back. Nobody makes a "bad" *anything*, so service is the one thing we can always do better than our competitors, no matter how big their advertising budget is. But the premise of this manual is simple: *Selling is an integral part of the service process.* **No business provides service without aiming for the pocketbook somewhere along the line.**

P112

# SALES TECHNIQUES

## HOW TO SELL

You cannot sell anything unless you first learn all about your products. Product knowledge is the key to selling. Know your food menus, beverage and wine lists.

After you are armed with our product knowledge and you want a guest to buy something, you must first sell yourself. We understand that you are unique and that you must find your own sales style. **Here are the "Seven Keys," guaranteed to help you sell...**

1.  Present yourself in a positive and professional manner. When you greet your guest...smile make and maintain eye contact and introduce yourself and welcome them to Scores. Be sure to use positive body language, don't slouch, and keep smiling. Be ready and willing to do almost anything, within reason, to make your guests happy.

2.  Avoid yes or no questions. If you do, there is a 50% chance you'll hear "no." For example, **"would you like to start with a drink?"** The guest must answer yes or no. Instead, try **"would you prefer wine or a cocktail to start with today?"** The guest must choose between the two options, both of which will benefit you. Try using this technique to sell anything to your guests. Ask these questions with confidence. There should be no question in your mind if the guest will select one of your suggested options. **Enthusiastic sellers sell the most.** Get excited about our champagne, wine, beverages and food menus!

3.  See yourself as a salesperson, not an order taker. Order taking demonstrates indifference to your guests. Indifference is seen or interpreted by your guests as **Bad Service. Suggest! Sell! Serve! Don't be a walking vending machine.**

4.  Guide your guests. Guiding your guests is the secret to controlling your tables instead of vice versa - master this and you will no longer trespass upon

Page 24

P113

that unique piece of service real estate know as "the weeds!"

## Use Your Props

- Remember this is show business and no good actor goes on "stage" without using props.
- Props are menus, wine lists, table tents you can use to point out specific items and a great way to initiate a suggestion.
- Drinks or food being delivered to an adjacent table can be a great sales prop in addition to the menu.  Many guests will say, *"I want one of those."*

## Recognize Your Opportunities

In order to guide your guests into trying something they might enjoy you must first identify the opportunities you have to suggestively sell!

## Observe*Anticipate*Prioritize

When your station is full, don't get nervous, get excited!  Your station is full of opportunities to suggest and sell and make money.  The more you suggest the easier it is to control your station and stay on top and not get in "the weeds."

It is imperative to *Observe* your station at all times. *Anticipate* your guests' needs. *Prioritize* which tables need attention First? Second? Third?  And then *Act* to take care of those guests needs immediately.

5.    Use the right words.  We all learned a long time ago there are "right" words and "wrong" words to use when we ask for things... Wrong: "gimme that"

P114

Right: "please pass the salt" In the hospitality business there are wrong and right words and phrases as well.

### *The Wrong Questions*
*Ya want something to drink?*
*Ready to order honey?*
*Whatta ya need pal?*
*Is everything ok?*
*Alright, lets start with you?*
*Do you want another?*
*What was that you're drinking?*

A.   Questions like these only serve the person asking the question, not the guest.
B.   Not only do these questions reflect service indifference, they also limit sales opportunities.
C.   Take your time with every guest, acknowledge them with a warm smile, make eye contact, and talk to them not at them.

### Use Descriptive Adjectives

If you want your guests to drink wine don't say: *"Want some wine tonight?"* This

forces the guest to say yes or no right there, and he'll probably say no, since you did not make it sound appealing or offer any choices.

Page 26

P115

Listen to the difference when we use words that leave the questions open: *"Have you had a chance to look over our wine List?," "We have a great selection, our Robert Mondavi Reserve Cabernet and Far Niente Chardonnay are very popular."* Now the guest is enticed to ask you more questions about your wine list. Using the right words and phrases creates "mental pictures" in your guests' minds and makes it easier for you to sell.

### Words That Increase Beverage Sales

#### Beer

| | |
|---|---|
| Ice Cold | Lighter |
| Smooth | Special |
| Crisp | Popular |

#### Cocktail

| | |
|---|---|
| Fresh Fruit | Tropical |
| Hand Mixed | Creamy |
| Famous | Special |

#### Wine & Champagne

| | |
|---|---|
| Dry | Full Bodied |
| Vintage | Robust |
| Mellow | Semi-Dry |
| Elegant | Fruity |

6. **People remember the first and last thing you say.** That's a fact. You will increase the odds of a guest buying a particular food or drink item if you mention it twice, once at the beginning of your greeting and again at the end.

Page 27

P116

For instance, if you want to increase your champagne sales, greet your guests with a statement like this: *"Hello, can I get you something from the bar? A glass of champagne, wine or a cocktail? Our house champagne is Scores"* Notice how we mentioned champagne in general first, then a specifice champagne last. This gives the guest a subtle psychological "tug" to consider our suggestions.

Use this greeting with every guest. Substitute whatever beverage you want to sell as the first and last drink you mention. You'll be amazed how well it works.

7.   **There is another tool to use that sells, and it could be the most effective one of all when combined with the other "sales keys." We call it "The Scores Nod."** Quite simply that means that you slowly nod your head up and down as you make beverage or food suggestions to your guest. Studies show that guests almost always agree to the suggestion when its accompanied by this discreet body language.

Try the "Scores Nod." You won't believe how well it works.

### Suggestive Selling

While we are enthusiastic about all of our menu items & wines, not all of them can possibly appeal equally to all of your guests. While you should never denigrate your least favorite items, you will gain rapport with a table by pointing out those items you like the most, and by encouraging your guests to try them. When the bartender or kitchen does its job and proves you right in your suggestions, you will have gained the trust and support of your guests, and they will be grateful to you for having steered them in the right direction. This bond will pay off for you in your ability to sell all the extras. **Suggestive sellers earn the best gratuities.**

Table maintenance is not only important from the standpoint of neatness and cleanliness, but doing it successfully will allow you to sell a lot more. By removing all signs of past consumption (straws, empty glasses, dirty plates, empty wine bottles, etc.) You will have psychologically convinced your guests that they did not consume as much as they did, thereby making it easier for you to suggest additional items. You should never return to the service station or enter the kitchen empty handed, so look for signs of past consumption on other tables too.

P117

## Upselling

Upselling is very simple... when your taking a customer's order and they ask for a scotch and water, for example, you respond with the question "will that be Chivas Regal or Johnny Walker Black?"  Always respond with a more expensive product, offering two suggestions, so they cannot say no, and the guest must choose between the two options, both of which will benefit you.

You can use upselling in almost any sales situation and when you do Scores' sales increase, our guests get a better product, thus guest satisfaction is increased and your gratuity as well.

## Cross Selling

While your main priority is selling food and beverages, we sell many other products, services and Scores' merchandise. When you receive this manual you will receive a list of humidor and Scores merchandise products you will be required to learn, in addition to the food and beverage menus.  As we keep emphasizing ... **You can't sell what you don't know.**

We train all Scores' sales/service team members in all areas of the club the importance and value of "cross selling", the art of employees working in one area using "suggestive selling" by recommending products and merchandise in other areas of the club.

**"Cross selling" benefits everyone...**  You recommend Diamond Dollars, cigars and the Scores video to your guests, Susan at reception suggests whole Maine lobster to the guest upon arrival, and John the doorman tells our guest about our cigar humidor and recommends Hennessy XO or Louis XIII Cognac to accompany his cigar selection.  **When all Scores' sales/service members utilize "cross selling", Scores' sales increase, guest satisfaction increases and everyone's gratuities increase as a result!**

*We* say "serve" all you want, but if were not **selling** anything, were out of business!

Page 29

Serve on.  Be friendly.  Open the door for our guests.  Pull out their chairs.  Smile.  Use their names.  All of these things are extremely critical.  ***But if they don't buy anything we're out of business!***

The best way to get to know our guests and make them comfortable is talk to them.  The best thing to talk to them about is our products and merchandise.  After all, that's why they're here And the best way to get your customers to buy what they came in for is to learn how to sell it to them.  **Anyone can be an "order-taker."  It requires service to sell.**

You have many opportunities when you are talking to your guests to utilize "suggestive selling" and "cross selling."  It's not being pushy, it is simply a matter of confidence, knowing our products and "suggesting" them in your conversation at the right time to your guest.  When they like your suggestions, you will have gained their support and trust, and they will be grateful to you for having steered them in the right direction.  This bond will pay off for you in your ability to sell all the extras.  **SUGGESTIVE SELLERS EARN THE BEST GRATUITIES.**

P119

# HOSPITALITY

P120

# HOSPITALITY/SUPERIOR SERVICE - PRIORITY ONE

In our competitive industry, business' come and go as fast as Bill Gates earns another buck!  Those who lead the industry and remain a cut above the rest, get there by providing their guests with the finest service and the friendliest hospitality. Great food, beverages and inviting surroundings are not enough.

It takes well trained and motivated employees, working as a team, combined with great food and beverages and inviting surroundings, to create the total winning atmosphere that makes our guests want to return, and makes us a successful business.  This is a people industry... Employees relating positively to guests, and guests in return relating positively to employees.  How you relate to your guests will be the determining factor, the key to our continued success and yours!

## When serving our guests, always remember...

A guest is the most important person in any business.

A guest is not dependent on us.  We are dependent on him.

A guest is not an interruption of our work.  He is the purpose of it.

A guest does us a favor when he comes in.  We aren't doing him a favor by waiting on him.

A guest is an essential part of our business - not an outsider.

A guest is not just money in the cash register.  He is a human being with feelings and deserves to be treated with respect.

A guest is a person who comes to us with his needs and wants.  It is our job to fill them.

A guest deserves the most courteous attention we can give him.  They are the lifeblood of this and every business.  They pay our salaries.  Without guests

Page 32

P121

we would have to close our doors. **DON'T EVER FORGET IT!**

Our goal is very simple. To make our guests happy. To accomplish this goal, we must be able to provide our guests not only with the very best recreation and services available, but also with the most entertaining and pleasant atmosphere in town. We can do this by offering our guests outstanding values of foods and beverages of consistently high quality, and professional, efficient, and hospitable service, all in uniquely distinctive and interesting environments. We need to respond to the needs of our guests like we respond to the needs of guests in our own homes.

## UNCLE JOHNNY

Everyone has been privileged to know an Uncle Johnny in their family. He's the uncle that always made you feel welcome the minute you walked into his home. Gave you a handshake or a hug, took your coat, made sure you immediately got the best seat on the couch. Almost before you sat down you had your favorite drink in your hand and you never had to ask for a refill. You never left Uncle Johnny's house hungry, and you could never wait to go back for another visit. Uncle Johnny was the perfect host.

If you retain nothing else in this handbook, always remember Uncle Johnny ... always treat each and every one of your guests as you would treat them if they were a guest in your own home and like your Uncle Johnny treated you!

P122

## *Its time to open/get ready for Uncle Johnny!*

## GUEST RELATIONS

### *Scores "Golden Rule":*

Always treat each and every one of your guests like they are a guest in your own home, and like your "Uncle Johnny" treated you!

### *Verbal Communication:*

Exercising positive verbal communication is an excellent way to extend courtesy. Never assume a defensive attitude when answering questions or explaining a situation to a guest, vendor or a fellow employee. Patience and empathy are essential in good verbal communication.

### *Greeting Guests:*

1. A friendly greeting will set a positive tone for any experience...smile, make and maintain eye contact and give them your own personal welcome to Scores.
2. Be sure to use your name.
3. Learn guests names and always try to address them by their first name.
4. Use positive body language.
5. Use the "Scores Nod."
6. Offer your assistance to a guest who seems to be confused (prior to being asked).
7. Don't hesitate to compliment a person sincerely.
8. Let our guests know you care.
9. Always go the extra mile for our guests.
10. Listen. Learn their likes and dislikes. What they like to drink and eat.
11. Talk to your guests, the best way to get to know them is to talk about Scores

P123

and our products.

12.   Check back, follow up.  After you think you have satisfied the guest, ask if everything is to their satisfaction.


### _Handling Guests Complaints:_

Evaluate the situation.  Is this a major or minor problem?  If it is a minor problem, do you feel comfortable handling the situation?  If you do not, or it is a major situation, call on a Manager immediately.

Most guests are reasonable if they are treated in a sincere, sensitive, fair, friendly, professional and apologetic manner.  When their complaint is handled immediately and without a "fuss," chances are they will respect you (and us) for correcting any errors and/or alleviating their problem situation.

P124

# BIBLE

## IMPORTANT ADDRESSES AND PHONE NUMBERS

### Scores East:

333 East 60th street
New York, NY 10022
Between 1st & 2nd Avenues

Phone: 212.421.3600
Fax: 212.319.5330

### Scores West:

536 West 28th street
New York, NY 10001
Between 10th and 11th Avenues

Phone: 212.868.4900
Fax:  212.868.4414

### Scores Corporate NYC Office:

533-535 West 27th Street, 2nd Floor
New York, NY 10001

Phone: 212.868.4900
Fax: 212.868.4414

## CLUB OPERATIONAL HOURS

Eastside....
- Wednesday: 5:00 p.m. till 4:00 a.m.(Happy Hour)
- Thursday through Tuesday 7:00p.m. Till 4:00a.m.

Westside....
- Thursday: 5:00p.m. till 4:00a.m.(Happy Hour)
- Friday through Wednesday 7:00p.m.till 4:00p.m.

P126

## RESTAURANT SERVING HOURS

Eastside....
- Wednesday: 5:00pm till 2:00am
- Thursday through Tuesday: 7:00pm till 2:00am

With the exception of Sunday When the restaurant is closed.

Westside.....
- Thursday: 5:00pm till 2:00am
- Friday through Wednesday: 8:00pm till 2:00am

## SCORES EXECUTIVE DIAMOND HAPPY HOUR

Eastside on Wednesday/Westside on Thursday

Featuring $10.00 reduced admission, two for one cocktails and our delectable complimentary buffet

## CUSTOMER DRESS CODE

Absolutely no:    Hats
T-shirts
Sweats
Gym shorts
Ripped jeans
Sneakers

A collared shirt is preferred. Jackets are not required. Must have a neat appearance (shirts buttoned and tucked in).

## ADMISSION MEMBERSHIP INFORMATION

## ADMISSION

Eastside....
- Wednesday 5:00pm to 8:00pm ........................ $10.00 per person
- Thursday through Tuesday 7:00pm to 4:00am ............ $30.00 per person

Westside....
- Thursday 5:00pm to 8:00pm ..................... $10.00 per person
- Friday through Wednesday 8:00pm to 4:00am ............ $30.00 per person

P127

## RESTAURANT/HOTEL CARDS

Honor as stated on individual card.

## RESTAURANT DINERS

There is <u>no</u> admission fee if a guest is dining in our Restaurant.  Inform the doorman so that he may escort the guest to the restaurant and introduce them to the Maitre'D.

## POSITION INQUIRIES

● Auditions for Entertainers are held Monday through Saturday, 9 p.m. till 12p.m. The young lady must check in at front desk upon arrival.  Manager on duty will oversee the audition with the House Mom.  Inform her that she must bring a nice dress, a T-bar or G-string, and 3" to 5" closed toe heels, no open toe or platform shoes are allowed.

● All other job applicants must come in person and fill out an application whenever the club is open.  Interviews on the eastside are guaranteed and conducted every Tuesday from 8:00p.m to 10:00 p.m. Interviews on the westside are guaranteed and conducted every Wednesday from 8:00p.m to 10:00p.m. We recommend prospective employees bring a resume if possible.

## VALET PARKING  (Where applicable)

Regular Guests
Available through our doormen. $20.00 charge for all cars, $25.00 charge for all trucks and SUV's.

Employees...
$15.00 charge.

P128

# CREDIT CARD INFORMATION

## Credit Cards

We accept Visa, MasterCard, Discover, Diners Club, Carte Blanche, JCB. There is a $15.00 minimum at the door for credit cards. Have a Floor Manager call in all credit cards for authorization.

## We Do Not Accept

Personal checks, Scores money or Diamond Dollars at the door.

## Lost Credit Cards

If a customer calls claiming that he lost a credit card, tell them to call the club back during the day, Monday through Friday from 10:00a.m. to 5:00p.m.

# SCORES GIFT CERTIFICATES

## ISSUANCE/ACCEPTANCE AND CONTROL PROCEDURES

Scores gift certificates are available for purchase in *$50.00 and $100.00* denominations. Gift certificates and the gift certificate control sheet are kept in the safe in the Manager's Office. Only Managers with access to the safe are permitted to handle gift certificate transactions. The following are procedures for issuance and acceptance of gift certificates:

P129

## ISSUANCE:

1. Gift certificate control sheet must be completely filled out by a Manager.

2. An authorized manager signature should appear on both the gift certificate and the control sheet.

3. Date purchased should be printed on the back, lower right corner of the certificate.

4. Gift certificates become valid 24 hours after the date of purchase.

## ACCEPTANCE:

1. Gift certificates should only be accepted if the signature that appears on the gift certificate matches that of the issuing manager signature on the control sheet.

2. The hostess accepting the gift certificate should:
   a. Sign the gift certificate control sheet.
   b. Sign the gift certificate (back left corner).
   c. Place in cash drawer.
   d. Give to night auditor upon cashout.

3. The face value of the gift certificate presented should be paid in cash to the holder.

## CONTROL

1. Copies of the Control must should be sent over to the corporate office whenever there's a new purchase.
2. A copy of each gift certificate must be kept in the Club's manager's office safe.

P130