# EXHIBIT H

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 07 civ. 8718 (RMB)

-----------------------------------x

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,

BLERTA VIKKI, DANIELLE OWIMRIN, on behalf

of themselves and all others similarly

situated,

         Plaintiffs,

   - against -

SCORES HOLDING COMPANY, INC.; GO WEST

ENTERTAINMENT, INC., a/k/a SCORES WEST

SIDE; and SCORES ENTERTAINMENT, INC.,

a/k/a SCORES EAST SIDE,

         Defendants.

-----------------------------------x

         February 7, 2008

         2:00 p.m.

         Deposition of JOHN NEILSON,
taken by Plaintiffs, pursuant to Notice,
held at the offices of Outten & Golden
LLP, 3 Park Avenue, New York, New York,
before Jineen Pavesi, a Registered
Professional Reporter, Registered Merit
Reporter, Certified Realtime Reporter and
Notary Public of the State of New York.

1

2    A P P E A R A N C E S :

3

4    OUTTEN & GOLDEN LLP

5    3 Park Avenue

6    New York, New York 10016

7                    Attorneys for Plaintiffs

8

9    BY:         TAMMY MARZIGLIANO, ESQ.

10               tm@outtengolden.com

11

12

13    GREENBERG TRAURIG, LLP

14    200 Park Avenue

15    New York, New York 10166

16                    Attorneys for Defendants

17

18    BY:         JERROLD F. GOLDBERG, ESQ.

19

20

21

22

23

24

25

b1b0377c-488a-49ed-a2d4-3e812409068b

1                    NEILSON

2      the Scores trademark to adult and

3      entertainment nightclubs, I work with EMS

4      to determine if a potential licensee

5      should or shouldn't become a licensee.

6           Q.        What does EMS stand for?

7           A.        Entertainment Management

8      Systems, I believe, Services.

9           Q.        Entertainment Management

10     Services?

11          A.        That's the way you have it

12     here, we always refer to it as EMS.

13          Q.        But is that correct, sir, is

14     Services correct?

15          A.        I couldn't tell you whether it

16     is services or systems, it is one of the

17     two.

18          Q.        Does anyone report to you in

19     your position as director and president?

20          A.        No, Scores Holding has no

21     employees.

22          Q.        Who do you report to?

23          A.        Board of directors.

24          Q.        Who is on the board of

25     directors?

1              NEILSON

2      A.      Curtis Smith, Elda Auerbach,

3  and myself.

4      Q.      You're also on the board of

5  directors?

6      A.      Yes.

7      Q.      Who owns Scores Holding

8  Company?

9      A.      It is a public company trading

10 on the --  over-the-counter bulletin

11 board, it has approximately 630 plus

12 shareholders.

13     Q.      Who is the majority

14 shareholder?

15     A.      You would have to define

16 majority.

17     Q.      Who owns the most amount of

18 shares, to the best of your knowledge, in

19 Scores Holding Company?

20     A.      Again, that's not a very clear

21 question.

22     Q.      Do you know whether there is

23 someone that owns a majority, a higher

24 percentage of shares --

25     A.      There is nobody in Scores

```
 1              NEILSON
 2   Holding that owns over 50 percent.
 3       Q.     If you know, how many shares
 4   does Richard Goldring own?
 5       A.     He would probably own around 40
 6   percent; if you look it up in the last
 7   10-K you will see the exact number, it is
 8   filed with the SEC.
 9       Q.     Where is Scores Holding Company
10   incorporated?
11       A.     Utah.
12       Q.     When was it incorporated?
13       A.     Probably in the early
14   Seventies.
15       Q.     Where is the corporate offices
16   located?
17       A.     New York City.
18       Q.     What is the address?
19       A.     533 West 27th Street.
20       Q.     Who owns the building?
21       A.     A company called Westside
22   Realty of New York, Inc.
23       Q.     Who leases the building?
24       A.     Actually, let me go back.
25       Q.     Sure.
```

```
 1                    NEILSON
 2        A.       The actual registered office
 3   address is in Fort Lauderdale, not in New
 4   York.
 5                 Again, if you define the
 6   question, it has an office in New York,
 7   but the registered office, the office in
 8   which all correspondence relating to the
 9   company is sent on an official basis, is
10   in Fort Lauderdale.
11        Q.       What's that address?
12        A.       901 Northeast 3rd Street, Fort
13   Lauderdale, Florida 33301.
14        Q.       The office in New York, the 533
15   West 27th Street, what's there?
16        A.       What's there?
17        Q.       Yes.
18        A.       An office comprising
19   approximately 300 square feet.
20        Q.       Are there any employees there?
21        A.       Curtis Smith works out of that.
22        Q.       Curtis Smith?
23        A.       Curtis Smith.
24        Q.       What's his title?
25        A.       He is the CEO, and if I am in
```

1                       NEILSON

2       Scores Baltimore, Scores Chicago, Scores

3       Las Vegas, Scores Westside, Scores

4       Eastside, Scores New Orleans and Scores

5       Miami?

6           A.        The only information that we

7       have in Scores Holding and through the

8       conversations and negotiations that take

9       place with EMS in relation to these

10      licensing agreements is that we deal

11      directly with the owner, we do not

12      participate in their operation, we do not

13      participate in their policies, we do not

14      advise or discuss with them how they run

15      their businesses.

16                     Our pure and sole

17      responsibility is that we let them enter

18      in a license agreement that allows them to

19      use the name; in return they pay a fee,

20      and the only control factor that we have

21      is to maintain that the trademark is not

22      damaged in any way by the licensee, that

23      the licensee only uses the trademark in

24      the way in which they have licensed it

25      for.

1                    NEILSON
2        Q.        Are you privy, though, to the
3    policies and procedures that go on?
4        A.        No, absolutely not; two
5    reasons; firstly, it is illegal in most
6    states for anybody who isn't on the liquor
7    license and we are on no liquor licenses,
8    to participate in those areas.
9                  Secondly, as a licensing
10   company, we're not involved in the
11   day-to-day management or operation of
12   those businesses.
13       Q.        Are you --
14       A.        Nor do we desire to be.
15       Q.        Are you privy to the day-to-day
16   operations of Scores Westside?
17       A.        Minimally.
18       Q.        Tell me what you are privy to,
19   talking about Scores Westside?
20       A.        They operate as an adult
21   entertainment club in New York City using
22   the name Scores West.
23       Q.        Their name is Scores West?
24       A.        Scores West.
25       Q.        Do you know who owns Scores

Page 32

1                          NEILSON

2     West?

3          A.        Yes.

4          Q.        Who owns Scores West?

5          A.        Richard Goldring, Elliot Osher.

6          Q.        Where is Scores West located?

7          A.        528 West 28th Street.

8          Q.        Do you know whether Scores West

9     is incorporated?

10         A.        Yes, it is.

11         Q.        Do you know when it was

12    incorporated?

13         A.        Without referring to the

14    corporate documents, I couldn't verify the

15    exact date.

16         Q.        Do you know whether Scores West

17    owns any properties?

18         A.        Define properties.

19         Q.        Real property.

20         A.        Define real property.

21         Q.        Any land, any buildings, any

22    other entities.

23         A.        No, Go West only owns the

24    fixtures and fittings and equipment in the

25    location.

Page 33

1                       NEILSON
2       Q.       Who is the corporate officers
3    of Scores West?
4       A.       Richard Goldring and Elliot
5    Osher.
6       Q.       Who is the president of Scores
7    West?
8       A.       Richard Goldring.
9       Q.       Who is the CEO of Scores West?
10      A.       I don't know if they have one.
11      Q.       Do you know if they have a
12   controller at Scores West?
13      A.       I don't think they have a
14   controller.
15      Q.       Do you know whether Scores West
16   has any bank accounts?
17      A.       I don't know.
18      Q.       Do you know whether Scores West
19   has an accountant?
20      A.       I don't know.
21      Q.       Do you know whether Scores West
22   issues any paychecks?
23      A.       Yes, it does.
24      Q.       Do you know for whom?
25      A.       Employees of Go West.

Page 34

1                          NEILSON

2        Q.        So I'm clear, the employees at

3   Go West, their paychecks are from Go West,

4   it says from Go West, is that what you're

5   saying?

6        A.        I believe so.

7        Q.        Do you know how many employees

8   work at Go West?

9        A.        No.

10       Q.        Scores West?

11       A.        No.

12       Q.        I want to be clear; is it Go

13  West or Scores West?

14       A.        Corporate name is Go West

15  Entertainment, Inc.; establishment's name

16  is Scores West, refers to as Scores West

17  or Scores Westside.

18       Q.        Do you know Go West, the

19  corporation's assets, what they are?

20       A.        No.

21       Q.        Do you know if Go West has an

22  employee handbook?

23       A.        Yes.

24       Q.        Does Scores Holding Company

25  have an employee handbook?

1                    NEILSON

2       A.        No.

3       Q.        Does EMS have an employee

4   handbook?

5       A.        Not to my knowledge.

6       Q.        Do you know if Go West has a

7   human resource department?

8       A.        Not to my knowledge.

9       Q.        Do you know whether Go West can

10  purchase merchandise?

11      A.        I don't understand the

12  question.

13      Q.        Similar merchandise, novelty

14  items, baseball caps, things like that?

15      A.        Still don't understanding the

16  question.

17      Q.        Do you know whether they

18  purchase merchandise, do they purchase

19  merchandise, for example, with the Scores

20  logo from Scores Holding Company or do

21  they purchase it elsewhere?

22      A.        From Scores Holding Company.

23      Q.        Who runs Scores Westside, Go

24  West?

25      A.        Richard Goldring.

1                       NEILSON

2        Q.        Who runs the day-to-day

3    operations of Go West?

4        A.        Richard Goldring.

5        Q.        Who has authority at Go West to

6    hire workers?

7        A.        I don't know.

8        Q.        Who sets the rate of pay for

9    workers at Go West?

10       A.        I don't know.

11       Q.        Do you know who signs the

12   paychecks for Go West employees?

13       A.        Richard Goldring.

14       Q.        Would it be fair to say that he

15   sets the rate of pay for these employees

16   at Go West?

17       A.        I don't know.

18       Q.        If he did not, who do you

19   believe would set the rate of pay for

20   employees at Go West?

21       A.        Mr. Goldring or one of his

22   subordinate managers.

23       Q.        Who tells workers what to do at

24   Go West?

25       A.        Managers.

1                        NEILSON

2        Q.        How many managers are at Go

3    West?

4        A.        I couldn't give you an exact

5    number at this time.

6        Q.        An estimate, is there more than

7    12?

8        A.        I am not going to estimate a

9    number that I don't know.

10       Q.        Is it more than 12, to the best

11   of your knowledge?

12       A.        I doubt it.

13       Q.        What role, if any, do you play

14   in Go West?

15       A.        Mr. Goldring will from time to

16   time ask my advice on certain matters.

17       Q.        Like what?

18       A.        Business decisions, decisions

19   relating to the operation of the business,

20   ideas, suggestions.

21       Q.        Could you give me an example,

22   please.

23       A.        Should we make this invitation

24   red or blue, should I talk to this person

25   about doing a promotion, how can I make

1                    NEILSON

2    the club more profitable, how can I deal

3    with competitive issues, things like that.

4         Q.        Thank you.

5                    Who has the power at Go West to

6    fire employees?

7         A.        I don't know.

8         Q.        If it is not Mr. Goldring, who

9    do you believe would have the power to

10   fire employees?

11        A.        One of his managers.

12        Q.        Would the ultimate decision, if

13   you know, fall on Mr. Goldring?

14        A.        I doubt it.

15        Q.        The other entity that you

16   mentioned was Scores Eastside.

17                  Is there another name for it or

18   is that it, Scores Eastside?

19        A.        Scores East, Scores Eastside;

20   if you look at the license agreement, you

21   will see the specific name we gave them.

22        Q.        Is it 333 East 60th Street?

23        A.        That's the corporation.

24        Q.        Is it incorporated; that would

25   be yes?

Page 39

1                    NEILSON
2       A.      Yes.
3       Q.      Do you know where it is
4   incorporated, referring now to Scores
5   Eastside?
6       A.      New York.
7       Q.      Do you know the address?
8       A.      Which address?
9       Q.      Its principal place of
10  business.
11      A.      333 East 60th Street, strangely
12  enough.
13      Q.      Do you know whether Scores
14  Eastside, whether the corporation owns any
15  properties?
16      A.      Again, define properties.
17      Q.      Real property, do they own any
18  buildings, any land.
19      A.      No.
20      Q.      Does Scores Eastside manage any
21  properties?
22      A.      No.
23      Q.      Who is the owner of Scores
24  Eastside?
25      A.      Richard Goldring and Elliot

1                    NEILSON

2     Osher.

3          Q.        Who is the president of the

4     corporation?

5          A.        Richard Goldring.

6          Q.        Who is the CEO of the

7     corporation?

8          A.        I don't know that they have

9     one.

10         Q.        Do you know if they have a

11    controller?

12         A.        I don't know.

13         Q.        Do you know if this corporation

14    has any bank accounts?

15         A.        I don't know.

16         Q.        Do you know if this corporation

17    has an accountant?

18         A.        I don't know.

19         Q.        Do you know if this corporation

20    issues any payroll checks?

21         A.        Yes, it does.

22         Q.        To whom do they issue checks?

23         A.        Employees.

24         Q.        Do you know how many employees

25    are at Scores Eastside?

Page 41

1                       NEILSON
2        A.        No.
3        Q.        Do you know from what bank
4    account these payroll checks are issued
5    from?
6        A.        No.
7        Q.        Do you know whether Scores
8    Eastside has a human resource department?
9        A.        Don't know.
10       Q.        Do you know whether this
11   corporation, Scores Eastside, has any
12   assets?
13       A.        Define assets.
14       Q.        Property, equipment, money.
15       A.        The only assets it has is the
16   fixtures, fittings and property at the
17   location.
18       Q.        Do you know whether Scores
19   Eastside has an employee handbook?
20       A.        Yes, it does.
21       Q.        Is it the same employee
22   handbook that Scores Westside has?
23       A.        Similar.
24       Q.        What are the differences?
25       A.        The Scores East handbook refers

Page 42

1                    NEILSON

2   to Scores East and the Scores West refers

3   to Scores West.

4       Q.        But the policies and procedures

5   within it are the same substantively

6   speaking?

7       A.        Substantively speaking, yes.

8       Q.        Do you know whether Scores

9   Eastside has any subsidiaries?

10      A.        No.

11      Q.        Do they purchase their

12  merchandise from Scores Holding Company?

13      A.        Yes.

14      Q.        Who runs the day-to-day

15  operations of Scores Eastside?

16      A.        Richard Goldring.

17      Q.        Who has the authority to hire

18  the workers at Scores Eastside?

19      A.        I don't know.

20      Q.        Who has authority to fire

21  workers at Scores Eastside?

22      A.        I don't know.

23      Q.        Who issues the paychecks at

24  Scores Eastside?

25      A.        I don't know.

Page 43

NEILSON

1

2   Q.       Who signs the paychecks at
3   Scores Eastside?
4   A.       Richard Goldring.
5   Q.       Who directs the workers on what
6   to do?
7   A.       Management team.
8   Q.       At Scores Eastside?
9   A.       The management team.
10  Q.       Does anyone else have the power
11  to direct the workers at the Scores
12  Eastside?
13  A.       Not that I know of.
14  Q.       Would Mr. Goldring have the
15  power to direct the workers at Scores
16  Eastside?
17  A.       He owns the business, I would
18  imagine so.
19  Q.       Do you know whether Mr.
20  Goldring sets the company policies at the
21  Scores Eastside?
22  A.       I don't know.
23  Q.       Do you know whether he does at
24  the Scores Westside?
25  A.       I don't know.