# EXHIBIT K

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, on
behalf of themselves and all others
similarly situated,

                Plaintiffs,

- against -

SCORES HOLDING COMPANY, INC., GO WEST
ENTERTAINMENT, INC., a/k/a SCORES WEST
SIDE; and SCORES ENTERTAINMENT, INC.,
a/k/a SCORES EAST SIDE,

                Defendants.
Case No. 07 Civ. 8718 (RMB)
------------------------------------x


        200 Park Avenue
        New York, New York


        January 24, 2008
        4:05 p.m.


    Deposition of TALIA BUMB, before

Marlene Lee, CSR, CRR, a Notary Public of the

State of New York.




    ELLEN GRAUER COURT REPORTING CO. LLC
      126 East 56th Street, Fifth Floor
        New York, New York 10022
            212-750-6434
            REF: 86554

```
 1    A P P E A R A N C E S:
 2

 3    OUTTEN & GOLDEN LLP
 4    Attorneys for the Witness and Plaintiffs
 5        Three Park Avenue
          New York, New York  10016
 6
      BY:  TAMMY MARZIGLIANO, ESQ.
 7         212-245-1000                (Telephone)
           tm@outtengolden.net         (E-mail)
 8         212-977-4005                (Fax)
 9

10

11    GREENBERG TRAURIG LLP
12    Attorneys for the Defendants
13        200 Park Avenue
          New York, New York  10166
14
      BY:  NEIL A. CAPOBIANCO, ESQ.
15         212-801-9302                (Telephone)
           capobiancon@gtlaw.com       (E-mail)
16         212-805-5501                (Fax)
17
18
19
20
21
22
23
24
25
```

1                     BUMB
2       Q.    Which was during training?
3       A.    Yes.
4       Q.    Tell me about -- tell me what
5  happened when you got to the club on that
6  Sunday for training.  What time did you get
7  there?
8       A.    I don't remember what time I came
9  in.
10      Q.    What happened once you got there?
11      A.    Once I got there, I met with
12 Anelise.
13      Q.    Were you already in your uniform?
14      A.    No.  I changed into my uniform when
15 I got there.
16      Q.    Where did you get the uniform from?
17      A.    From Alberto.
18      Q.    When did Alberto give you the
19 uniform?
20      A.    He gave it to me my first day of
21 training.
22      Q.    On that Sunday?
23      A.    Yeah.
24      Q.    So did you first speak to Alberto
25 on that Sunday?  Or did you first speak to

                        BUMB

Anelise?

    A.    I don't recall who I spoke with first.

    Q.    But at some point Alberto gave you the uniform.

    A.    Yes.

    Q.    Did you have any conversation at the time he gave you the uniform?

    A.    He said it will be taken out of my check.

    Q.    He said that?

    A.    Yeah.

    Q.    Did you ever notice if it was taken out of your check?

    A.    I never -- I never looked at the -- yeah.  I never checked to see, I mean.

    Q.    Did he say how much would be taken out of your check?

    A.    He said it would be $50 out of the first check and $50 out of the second check.

    Q.    Did you ever have any response to that?

    A.    What do you mean?  What do you mean by that?

1                    BUMB
2        Q.    When he told you that you'd have
3   $50 taken out of your first check and $50 taken
4   out of your second check for the uniform -- is
5   that what HE told you?
6        A.    Yes.
7        Q.    -- did you respond in any way to
8   that statement?
9        A.    No.  Not that I recall.
10       Q.    But you never looked at your
11  paycheck to see if $50 was ever taken out of
12  it?
13       A.    No.
14       Q.    Did you have any other conversation
15  with Alberto on that Sunday night when you
16  first went for training?
17       A.    I'm sure I did.
18       Q.    Anything that you remember?
19       A.    Not anything I remember.
20       Q.    But you also said you spoke to
21  Anelise that night.
22       A.    Yes.
23       Q.    Tell me what happened when you
24  spoke to Anelise.
25       A.    She was training me, so she was

1                          BUMB
2      Q.    What area of the club were you
3  working in?
4      A.    The main floor.
5      Q.    Where is the main floor in relation
6  to the bar?
7      A.    It's in front of the bar, like down
8  the steps in front of the bar.
9      Q.    Right by the stage?
10     A.    Yeah.
11     Q.    What were you told at the end of
12 training?  Were you told to come back on
13 another day or to report for work?
14     A.    Yeah.  They told me to come back
15 another day.
16     Q.    And when was that?
17     A.    I can't remember what day that was.
18     Q.    How much longer after that Sunday
19 was it?
20     A.    Maybe a day or two.
21     Q.    And what was your purpose for
22 coming back that subsequent day?
23     A.    Another day of training.
24     Q.    With someone else?
25     A.    I can't remember who it was with.

1              BUMB

2     Q.    But it was with someone else?

3     A.    It could have been Anelise again,
4  but I'm not sure.  It could have been someone
5  else.

6     Q.    And did you go back to Go West on
7  that second day of training?

8     A.    Yes.

9     Q.    And what time did you get there?

10    A.    I can't remember.

11    Q.    How long did you stay?

12    A.    I can't remember.

13    Q.    Did you learn anything on the
14  second day of training that you didn't learn
15  the first day of training?

16    A.    I may have.

17    Q.    Do you recall what?

18    A.    No.

19    Q.    Do you recall speaking to anyone on
20  that second day of training?

21    A.    Yeah.  I spoke to people.  I just
22  don't remember specifically who.

23    Q.    Did you discuss any work-related
24  issues?

25    A.    I don't remember anything

1                         BUMB
2    specifically.
3         Q.    Did you -- was Alberto there on
4    that second day?
5         A.    I can't remember.
6         Q.    How -- what happened at the end of
7    the day?  At the end of your training on that
8    day?
9         A.    At the end of my training on that
10   day?  Oh, yeah.  Alberto was there, because
11   that's the day they told me I was, like,
12   officially -- could officially start.  I was
13   done with training, and my next day -- the next
14   time I worked would be a regular work day.
15   Yeah.
16        Q.    So he told you, you were done with
17   training?
18        A.    Yes.
19        Q.    Do you know how he reached that
20   conclusion?
21        A.    No.
22        Q.    Did he tell you, "You know enough?"
23   or "you're fully trained"?
24        A.    I don't really recall the
25   conversation.

```
1                    BUMB
2     Q.   Do you remember any of the
3  bartenders who you personally handed it to?
4     A.   I remember one bartender named
5  Rose.
6     Q.   Rose?
7     A.   Yeah.
8     Q.   Anyone else?
9     A.   That's the only name I remember.
10    Q.   And what about the barbacks?  Did
11 you physically hand money to the barbacks as
12 well?
13    A.   I don't recall.
14    Q.   Do you remember the names of any of
15 the barbacks?
16    A.   No, I don't.  I know I gave the
17 money for the barbacks to someone.  I just
18 can't remember if we gave it to a manager to
19 give to them, or directly to the barback.  I
20 know I gave money to them.  I just can't
21 remember who I gave it to directly.
22    Q.   Was anybody else involved in this
23 tip-sharing?
24    A.   I only recall the waitresses,
25 barbacks, bartenders, and the managers being
```

1                           BUMB
2     there.
3         Q.    Did the manager get a share of the
4     tips?
5         A.    Not that I know of.
6         Q.    Did this process happen on every
7     day that you worked there?
8         A.    Yes.
9         Q.    And did you work till cash-out on
10    every day that you worked?
11        A.    Yes, I did.
12        Q.    And --
13        A.    Except the training days.
14        Q.    Right.  The training days you
15    didn't work that late.
16        A.    Correct.
17        Q.    But the days starting after
18    training, you worked all the way till cash-out.
19        A.    Yes.
20        Q.    So after the cash-out, after you've
21    given the monies to the bartenders and
22    barbacks, then what happens?
23        A.    Then we go change into our street
24    clothes and go home.
25        Q.    When do you clock out?

1                              BUMB
2         A.    After we -- well, I would always
3    forget to clock out.  Honestly, I don't know.
4         Q.    Do you know when you were supposed
5    to clock out?
6         A.    No.
7         Q.    So you went directly from counting
8    your money, telling the manager what your --
9    how much tips you earned that evening, handing
10   the shares to the bartender and the barbacks,
11   to changing your clothes --
12        A.    Yes.
13        Q.    --and leaving?
14        A.    Yes.
15        Q.    And that's the process you followed
16   every evening that you worked?
17        A.    Yeah.
18        Q.    Do you remember the names of any of
19   the managers that oversaw or sat there when you
20   were counting your tips?
21        A.    I only remember Alberto.
22        Q.    How many days in total did you
23   work, other than training?
24        A.    Total time I was there?
25        Q.    Yeah.

1                      BUMB
2      A.    I'd say approximately --
3  approximately around 10 days or something.
4      Q.    Tell me what the work outfit looked
5  like.
6      A.    It was a black corsette and a short
7  black skirt.
8      Q.    Did you ever wear it to or from
9  work?
10     A.    No.
11     Q.    Did you ever wear it outside of
12 work?
13     A.    No.
14     Q.    Did you ever wear any outfit like
15 it outside of work?
16     A.    No.
17     Q.    Have you ever seen any other woman
18 wearing an outfit like it, like out for an
19 evening?
20     A.    No.
21     Q.    Do you know what time you were
22 scheduled to work on any of your days of work?
23     A.    I know for happy hour I had to be
24 there at 4:00.  And the other nights, either
25 seven or eight o'clock.

1                          BUMB
2      Q.    When you say "seven or eight," you
3   don't remember?  Or it varied?
4      A.    It varied.
5      Q.    When you worked happy hour, what
6   time did you leave?
7      A.    I'd say around 4:30 in the morning.
8      Q.    And what was happy hour?
9      A.    Where they open the club early so
10  people could come after work and have drinks.
11     Q.    But other than being open earlier,
12  did it vary -- did what was happening in the
13  club or your job vary at all from other nights
14  when it wasn't happy hour?
15     A.    No.
16     Q.    Basically it was your same job.
17  You just had to report to work earlier?
18     A.    Yes.
19     Q.    Did you arrive at work on time?
20     A.    Yes.
21     Q.    Did your manager -- did anyone ever
22  speak to you about your arrival time at work?
23     A.    No.
24     Q.    Did you ever arrive to work in your
25  work outfit?

1                    BUMB
2     A.   I understand it's a breakdown of my
3  pay and a breakdown of the various tabs and
4  things I pay out.
5     Q.   What do you understand about your
6  pay was calculated?
7     A.   Like, your hourly rate.  It looks
8  like they accounted for my cash tips and my
9  credit card tips.
10     Q.   How did you receive your cash tips?
11     A.   I got it at the end of the night.
12     Q.   So after you shared tips with the
13  bartender and the barbacks, you took home cash
14  every night you worked?
15     A.   Yes.
16     Q.   And the amount of those cash tips
17  was recorded; right?
18     A.   Yes.  Yes.
19     Q.   And then you also received tips by
20  credit card?
21     A.   Yes.  We received credit card tips.
22  But not that night.  They were put into the
23  check.
24     Q.   Right.  But did you ever -- do you
25  know whether the amount of tips in credit card

1             BUMB
2  tips shown on this paycheck is the accurate
3  amount of what you earned?
4       A.    I don't know.
5       Q.    Let's look at the line that says
6  "Regular."
7       A.    Uh-huh.
8       Q.    What do you understand by that
9  line?
10      A.    "Regular."  It looks like that's
11 the hourly -- hourly wage.
12      Q.    And what did you make per hour?
13      A.    It says there, Scores, 4.60.
14      Q.    4.60 an hour?
15      A.    Yes.
16      Q.    And you understood that by reading
17 this pay stub?
18      A.    Yes.
19      Q.    What is the next entry?
20      A.    Hours per unit.  Stated number of
21 hours that were accounted for.
22      Q.    So what's the number of hours
23 that's written?
24            (Brief interruption.)
25            (Discussion off the record.)

1                        BUMB
2        Q.    Do you understand the question?
3        A.    Yes.  57.73 hours.
4        Q.    And then under the heading marked
5    "Current," what's the number that's there?
6        A.    265.56 hours.  I don't think I'm
7    reading that right, though.
8              Hours per unit.
9        Q.    Do you see where it says "Total"
10   down at the bottom?
11       A.    Yes.
12       Q.    It says 871.29?
13       A.    Yes.
14       Q.    Do you understand what that is?
15       A.    Now I think I don't understand what
16   this is, because I don't think I worked that
17   many hours.
18       Q.    If you received 4.60 per hour and
19   you worked 57.73 hours, what's in that next
20   column?
21       A.    Oh.  That's the amount.  I
22   understand.  Yeah.  That's how many hours I
23   worked.  That's how much money was accumulated
24   from the hours and pay rate.
25       Q.    So you made $265.56 for working