# EXHIBIT Q

Vikki Exhibit 1

STAGE NAME Marissa                    ENTERTAINER ID# G0117

# 333 EAST 60th STREET INC.
333 EAST 60TH STREET * NEW YORK, NY 10022

## SCORES EAST
## APPLICATION FOR ENTERTAINERS/ INDEPENDENT CONTRACTOR

POSITION DESIRED: Dancer                ARE YOU EMPLOYED NOW?: School

HAVE YOU EVER PERFORMED AT SCORES?: No

### PERSONAL INFORMATION

NAME: [redacted] Gore  Blerta           SOC. SEC.# REDACTED
      LAST        FIRST    MIDDLE

PRESENT ADDRESS: REDACTED     Brooklyn      Ny        11219
                 STREET       CITY          STATE     ZIP

PERMANENT ADDRESS: _____
                   STREET        CITY         STATE    ZIP

PHONE NUMBER: _____ ARE YOU 18 YEARS OR OLDER? YES X  NO___

ARE YOU EITHER A U.S. CITIZEN OR AN ALIEN AUTHORIZED TO WORK IN THE UNITED STATES? YES X  NO___

DATE OF BIRTH: 06.25.1984    HEIGHT: 5-6                    WEIGHT: 115

HAVE YOU EVER BEEN CONVICTED OF A FELONY OR MISDEMEANOR WITHIN THE LAST 5 YEARS: NO___ YES:___

IF YES, PLEASE DESCRIBE: _____

IDENTIFICATION: ___ DRIVERS LICENSE # _____ OTHER: _____

**PLEASE CHECK THE SHIFTS YOU ARE AVAILABLE TO WORK.**

|           | 5-2 | 7-4 |
|-----------|-----|-----|
| MONDAY    |     |     |
| TUESDAY   |     |     |
| WEDNESDAY |     |     |
| THURSDAY  |     |     |
| FRIDAY    |     |     |
| SATURDAY  |     |     |
| SUNDAY    |     |     |

RESERVED FOR PICTURE

PAGE 2

## EXPERIENCE

| COMPANY | POSITION | DATES | REASON FOR LEAVING |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

____ I understand and agree that I may be required to take one or more physical examinations as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.

____ I consent to take such test(s) at such time as designated by the company and to release the company, it's directors, Officers, Agents or employees from any claim arising in the connection with the use of such test(s).  YES____ NO____

____ I consent to having a background check performed by the Company as a condition of entering into an Independent Contractor Agreement or continuation of that agreement. YES____ NO____

____ I understand that should my application be accepted, I will be an independent contractor, not an employee, and that all aspects of the relationship will be governed by an Independent Contractor Agreement.

** You will not be denied contractor status solely because of a conviction record, unless the offense is related to the job for which you have applied.

IN CASE OF EMERGENCY PLEASE NOTIFY: **FREnd**   **Elda**   _____   REDACTED
                                    RELATIONSHIP   NAME         ADDRESS         PHONE

I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT FALSIFIED STATEMENTS ON THIS APPLICATION AUTOMATIC ARE GROUNDS FOR AUTOMATIC TERMINATION OF THE INDEPENDNET CONTRACTOR AGREEMENT.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND FOR THE REFERENCES LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE ALL PARTIES FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM ANY SUCH PERSON PROVIDING THE SAME TO YOU.

I UNDERSTAND AND AGREE THAT IF THE INDEPENDENT CONTRACTOR AGREEMENT IS FOR NO DEFINITE PERIOD AND MAY BE TERMINATED AT ANY TIME WITH OUT PRIOR NOTICE.

DATE: 04.04.05   SIGNATURE: _Blando_____

### DO NOT WRITE BELOW THIS LINE

INTERVIEWED BY:_____

_____DATE:_____

POSITION HIRED FOR:_____

_____HIRE DATE:_____

APPROVED:_____

PIC ID_____   SS____

COMMENTS:

*Vikki Exhibit 2*

# 333 East 60th Street, Inc.
333 East 60th Street, New York, New York 10022

## Entertainer Independent Contractor Agreement

As an Entertainer and independent contractor for 333 East 60th Street, Inc. dba Scores, ("Scores"), located at 333 East 60th Street, New York, New York 10022, I agree to conform to the following state and city regulations governing the operation of adult entertainment nightclubs in New York City.

1. While working I am to only dance topless in the areas designated by Management as adult entertainment areas within Scores and outside of these areas I am to remain fully clothed at all times.

2. While dancing on stage or for a customer I am not permitted to engage in any simulated acts of masturbation, sexual intercourse or sodomy, or to touch or fondle my genitals, pubic region or anus.

3. While dancing for a customer I am not permitted to engage in fondling and/or touching any part of their body that is likely to cause sexual arousal to the customer.

4. While working I am to sign in and sign out at the front door reception desk when arriving or leaving work. I am not to have my boyfriend, husband or partner visit me while at work at Scores or leave Scores with a customer and I am not to knowingly meet or socialize with Scores' customers outside of Scores.

5. While working at Scores I am to immediately report to Scores' Management any improper physical or verbal advance or suggestion of any kind made to me by either a customer or staff member.

I confirm that I am an independent contractor and not an employee of Scores. As an independent contractor:

    A.    I have the right to perform services for others during the term of this Agreement and will not be required to devote my full time to providing these services to Scores.

    B.    I will not receive any employee benefits, such as employee pension plan, employee health plan, vacation pay, sick pay or any other fringe benefit plan that may be offered by Scores to its actual employees.

    C.    I will pay all my own business expenses that I incur while performed under this Independent Entertainer Agreement.

D. I am responsible for the payment of my own income taxes and FICA, (Social Security and Medicare taxes), incurred while performing under this Independent Contractor Agreement.

E. I will provide all dresses and other supplies required by me to carry out my work as an entertainer at Scores.

F. I agree that in the event that a customer disputes a credit card charge with Scores then Scores will have the right to either withhold payment due to me or deduct any amounts paid to me from the disputed charge from any future payments due to me.

G. I agree that either party may terminate this Agreement effective immediately by giving written notice of termination, with or without cause.

H. I agree that violation of any part of this agreement is grounds for automatic termination.

I. This Agreement does not create a partnership or employee relationship and the laws of the state of New York shall govern this Agreement. This is the entire agreement between the parties.

Signature:

_Blerta Gore_  Date: _11.15.2005_

Print Name: _Blerta Gore_

Address:

REDACTED

REDACTED

_Brooklyn_  ZIP: _11204_

*Vikki Ex. 3*

STAGE NAME _____           ENTERTAINER ID# **G 0001**

# 333 EAST 60th STREET INC.
333 EAST 60TH STREET * NEW YORK, NY 10022

## APPLICATION FOR ENTERTAINERS

POSITION DESIRED: _____     ARE YOU EMPLOYED NOW?: _____

HAVE YOU EVER PERFORMED AT SCORES?: _____

### PERSONAL INFORMATION

NAME: __Gore__ __Blerta__ _____   SOC. SEC.# [REDACTED]
         LAST       FIRST       MIDDLE

PRESENT ADDRESS: [REDACTED] __Brooklyn__ __NY 11204__
                    STREET       CITY        STATE    ZIP

PERMANENT ADDRESS: _____
                    STREET       CITY        STATE    ZIP

PHONE NUMBER: [REDACTED] _____ ARE YOU 18 YEARS OR OLDER?  YES _X_  NO ___

ARE YOU EITHER A U.S. CITIZEN OR AN ALIEN AUTHORIZED TO WORK IN THE UNITED STATES?  YES _X_  NO ___

DATE OF BIRTH: __06 . 25 . 84__   HEIGHT: __5 . 6__           WEIGHT: __110__

HAVE YOU EVER BEEN CONVICTED OF A FELONY OR MISDEMEANOR WITHIN THE LAST 5 YEARS:  NO ___   YES: ___

IF YES, PLEASE DESCRIBE: _____

IDENTIFICATION: _____ DRIVERS LICENSE # _____  OTHER: _____

**PLEASE CHECK THE SHIFTS YOU ARE AVAILABLE TO WORK.**

|           | 5-2 | 7-4 |
|-----------|-----|-----|
| MONDAY    |     |     |
| TUESDAY   |     |     |
| WEDNESDAY |     |     |
| THURSDAY  |     |     |
| FRIDAY    |     |     |
| SATURDAY  |     |     |
| SUNDAY    |     |     |

RESERVED FOR PICTURE

PAGE 2

## EXPERIENCE

| COMPANY | POSITION | DATES | REASON FOR LEAVING |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

_____ I understand and agree that I may be required to take one or more physical examinations as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.

_____ I consent to take such test(s) at such time as designated by the company and to release the company, it's directors, Officers, Agents or employees from any claim arising in the connection with the use of such test(s).   YES____ NO____

_____ I consent to having a background check performed by the Company as a condition of entering into an Independent Contractor Agreement or continuation of that agreement.  YES____ NO____

_____ I understand that should my application be accepted, I will be an independent contractor, not an employee, and that all aspects of the relationship will be governed by an Independent Contractor Agreement.

** You will not be denied contractor status solely because of a conviction record, unless the offense is related to the job for which you have applied.

IN CASE OF EMERGENCY PLEASE NOTIFY:_____
                                              RELATIONSHIP    NAME                ADDRESS            PHONE

I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT FALSIFIED STATEMENTS ON THIS APPLICATION AUTOMATIC ARE GROUNDS FOR AUTOMATIC TERMINATION OF THE INDEPENDNET CONTRACTOR AGREEMENT.

I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND FOR THE REFERENCES LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE ALL PARTIES FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM ANY SUCH PERSON PROVIDING THE SAME TO YOU.

I UNDERSTAND AND AGREE THAT IF THE INDEPENDENT CONTRACTOR AGREEMENT IS FOR NO DEFINITE PERIOD AND MAY BE TERMINATED AT ANY TIME WITH OUT PRIOR NOTICE.

DATE:_____ SIGNATURE_____

## DO NOT WRITE BELOW THIS LINE

INTERVIEWED BY:_____DATE:_____

POSITION HIRED FOR:_____HIRE DATE:_____

APPROVED:_____

PIC ID____    SS____

COMMENTS:

*VIKKI Ex. 4*

# 333 East 60th Street, Inc.
333 East 60th Street, New York, New York 10022
## SCORES EAST
### Entertainer / Independent Contractor Agreement

As an Entertainer and independent contractor for 333 East 60th Street, Inc. dba Scores, ("Scores"), located at 333 East 60th Street, New York, New York 10022, I agree to conform to the following state and city regulations governing the operation of adult entertainment nightclubs in New York City.

1. While working I am to only dance topless in the areas designated by Management as adult entertainment areas within Scores and outside of these areas I am to remain fully clothed at all times.

2. While dancing on stage or for a customer I am not permitted to engage in any simulated acts of masturbation, sexual intercourse or sodomy, or to touch or fondle my genitals, pubic region or anus.

3. While dancing for a customer I am not permitted to engage in fondling and/or touching any part of their body that is likely to cause sexual arousal to the customer.

4. While working I am to sign in and sign out at the front door reception desk when arriving or leaving work. I am not to have my boyfriend, husband or partner visit me while at work at Scores or leave Scores with a customer and I am not to knowingly meet or socialize with Scores' customers outside of Scores.

5. While working at Scores I am to immediately report to Scores' Management any improper physical or verbal advance or suggestion of any kind made to me by either a customer or staff member.

I confirm that I am an independent contractor and not an employee of Scores. As an independent contractor:

   A. I have the right to perform services for others during the term of this Agreement and will not be required to devote my full time to providing these services to Scores.

   B. I will not receive any employee benefits, such as employee pension plan, employee health plan, vacation pay, sick pay or any other fringe benefit plan that may be offered by Scores to its actual employees.

   C. I will pay all my own business expenses that I incur while performed under this Independent Entertainer Agreement.

D. I am responsible for the payment of my own income taxes and FICA, (Social Security and Medicare taxes), incurred while performing under this Independent Contractor Agreement.

E. I will provide all dresses and other supplies required by me to carry out my work as an entertainer at Scores.

F. I agree that in the event that a customer disputes a credit card charge with Scores then Scores will have the right to either withhold payment due to me or deduct any amounts paid to me from the disputed charge from any future payments due to me.

G. I agree that either party may terminate this Agreement effective immediately by giving written notice of termination, with or without cause.

H. I agree that violation of any part of this agreement is grounds for automatic termination.

I. This Agreement does not create a partnership or employee relationship and the laws of the state of New York shall govern this Agreement. This is the entire agreement between the parties.

Signature: *[signed]*    Date: 01.09.2005

Print Name: Blerta Gore

Address:
REDACTED

Brooklyn NY 11219

ZIP: _____

Vikki Exhibit 5

**Form W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name: Blerta Gore

Business name, if different from above

Check appropriate box: ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ ............  ☐ Exempt from backup withholding

Address: REDACTED

City, state, and ZIP code: Brooklyn NY 11204

List account number(s) here (optional)

Requester's name and address (optional)

**Part I — Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: REDACTED
or
Employer identification number

**Part II — Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here ▶ Signature of U.S. person ▶ Blerta Gore    Date ▶ 02.3.05

**Purpose of Form**

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form W-9 (Rev. 1-2003)

9595 ☐ VOID ☐ CORRECTED

*Vikki Ex. 9*

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | | |
|---|---|---|---|---|
| 333 East 60th St, Inc.<br>533-535 W.27th St<br>New York, NY 10001<br><br>212-868-4900 | $<br>2 Royalties<br>$<br>3 Other income<br>$ | **2005**<br>Form 1099-MISC | Miscellaneous Income | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | Copy A<br>For Internal Revenue Service Center |
|---|---|---|---|---|
| 20-0211028 | REDACTED | $ | $ | File with Form 1096. |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|---|
| BLERTA GORE | $ 35806.00 | $ | |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
|---|---|---|---|
| REDACTED | | $ | |

| City, state, and ZIP code | 11 | 12 | |
|---|---|---|---|
| BROOKLYN, NY 11219 | | | |

| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|
| | | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | NY 20-0211028 | $ |

Form 1099-MISC                                          42-0071227                    Department of the Treasury - Internal Revenue Service

333 East 60th St, Inc. DD$ 2005-2006
Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005

Page: 1

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 1/7/05 | | 77000 | DD$ PAYOUT | 306.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 306.00 |
| 1/7/05 | | 78000 | FEE | 16.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 16.00 |
| 1/11/05 | | 77000 | DD$ PAYOUT | 612.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 612.00 |
| 1/12/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 1/14/05 | | 77000 | DD$ PAYOUT | 630.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 630.00 |
| 1/14/05 | | 78000 | FEE | 96.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 96.00 |
| 1/18/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 1/19/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 1/20/05 | | 78000 | FEE | 160.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 160.00 |
| 1/21/05 | | 77000 | DD$ PAYOUT | 702.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 702.00 |
| 1/21/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 1/26/05 | | 78000 | FEE | 160.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 160.00 |
| 1/27/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 1/28/05 | | 77000 | DD$ PAYOUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 1/28/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 1/31/05 | | 77000 | DD$ PAYOUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 2/16/05 | | 78000 | FEE | 64.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 64.00 |
| 2/17/05 | | 78000 | FEE | 96.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 96.00 |
| 2/18/05 | | 77000 | DD$ PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 2/24/05 | | 77000 | DD$ PAYOUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 3/10/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 3/23/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 3/25/05 | | 77000 | DD$ Payout | 558.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 558.00 |

11/8/07 at 11:03:50.26

**333 East 60th St, Inc. DD$ 2005-2006**
**Cash Disbursements Journal**
For the Period From Jan 1, 2005 to Dec 31, 2005

Page: 2

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 3/25/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/20/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/21/05 | | 77000 | DD$ Payment | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 4/21/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/22/05 | | 77000 | DD$ PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 5/3/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/5/05 | | 77000 | DD$ Payout | 396.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 396.00 |
| 5/5/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 5/10/05 | | 77000 | DD$ Payout | 378.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 378.00 |
| 5/11/05 | | 77000 | DD$ Payout | 360.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 360.00 |
| 5/17/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/18/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/19/05 | | 77000 | CK | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 5/19/05 | | 77000 | | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 5/20/05 | | 77000 | | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 5/24/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/25/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/26/05 | | 77000 | DD$ PAYOUTS | 774.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 774.00 |
| 5/26/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/3/05 | | 77000 | DD PAYOUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 6/7/05 | | 77000 | DD PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 6/7/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 6/9/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |

333 East 60th St, Inc. DD$ 2005-2006
Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005

Page: 3

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/10/05 | | 77000 | DD PAYOUT | 612.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 612.00 |
| 6/10/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/13/05 | | 77000 | DD PAYOUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 6/14/05 | | 77000 | DD PAYOUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 6/14/05 | | 77000 | DD PAYOUT | 1,656.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,656.00 |
| 6/14/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 6/16/05 | | 77000 | DD$ Payout | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 6/22/05 | | 77000 | DD$ PAYOUT | 468.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 468.00 |
| 6/23/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 6/28/05 | | 77000 | DD$ PAYOUT | 972.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 972.00 |
| 6/30/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 7/1/05 | | 77000 | DD PAYOUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 7/1/05 | | 78000 | FEE | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 7/5/05 | | 77000 | DD$ PAYOUT-House Account | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 7/13/05 | | 77000 | DD$ PAYOUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 7/13/05 | | 78000 | FEE | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/11/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/16/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/17/05 | | 77000 | DD$ PAYOUT | 234.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 234.00 |
| 8/17/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/20/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 8/20/05 | | 78000 | FEES | 16.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 16.00 |
| 8/22/05 | | 77000 | DD$ Payout | 1,170.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,170.00 |

11/8/07 at 11:03:50.30

**333 East 60th St, Inc. DD$ 2005-2006**
**Cash Disbursements Journal**
For the Period From Jan 1, 2005 to Dec 31, 2005

Page: 4

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 8/22/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 8/25/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 8/26/05 | | 77000 | DD$ PAYOUT | 432.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 432.00 |
| 8/26/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 8/31/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 9/2/05 | | 77000 | DD$ PAYOUT | 576.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 576.00 |
| 9/2/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 9/6/05 | | 77000 | DD$ PAYOUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 10/18/05 | | 77000 | DD$ PAY OUT | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 10/18/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 10/19/05 | | 77000 | DD$ PAY OUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 10/19/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 10/20/05 | | 77000 | DD$ PAY OUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 10/20/05 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 10/26/05 | | 77000 | DD$ PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 10/26/05 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 11/3/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/7/05 | | 77000 | DD$ PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 11/7/05 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 11/9/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/16/05 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 11/17/05 | | 77000 | DD$ PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 11/17/05 | | 77000 | DD$ PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |

*Vikki Exhibit 10*

| ☐ VOID  ☐ CORRECTED | | |
|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code, and telephone no.<br>333 EAST 60TH STREET INC<br>533-535 WEST 27TH STREET<br>NEW YORK, NY 10001<br><br>TEL NO. : (212)868-4900 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2006**<br>Form 1099-MISC | Miscellaneous Income |
| PAYER'S Federal identification number<br>20-0211028 | RECIPIENT'S identification number<br>REDACTED | 4 Federal income tax withheld<br>$ | Copy C<br>For Payer |
| RECIPIENT'S name<br>BLERTA GORE-VIKKI | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| Street address (including apt. no.)<br>REDACTED | 7 Nonemployee compensation<br>$ 20994.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code<br>BROOKLYN, NY 11219 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| Account number (optional)<br>004-20274-060093 | 2nd TIN not. ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**       41-1628061       Department of the Treasury - Internal Revenue Service

*EMPLOYER COPY* (watermark)

333 East 60th St, Inc. DDS 2005-2006
Cash Disbursements Journal
For the Period From Jan 1, 2006 to Dec 31, 2006

Page: 1

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 1/19/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 1/20/06 | | 77000 | DDS PAY OUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 1/20/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 1/22/06 | | 78000 | FEES | 16.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 16.00 |
| 1/24/06 | | 77000 | DDS PAY OUT | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 1/24/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 1/26/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 1/27/06 | | 77000 | DDS PAY OUT | 1,116.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,116.00 |
| 1/27/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 1/31/06 | | 77000 | DDS PAY OUT | 252.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 252.00 |
| 1/31/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 2/1/06 | | 77000 | DDS PAY OUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 2/1/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 2/2/06 | | 77000 | DDS PAY OUT | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 2/2/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 2/15/06 | | 77000 | DDS PAY OUT | 126.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 126.00 |
| 2/15/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 2/21/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 3/1/06 | | 77000 | DDS PAY OUT | 972.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 972.00 |
| 3/1/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 3/3/06 | | 77000 | DDS PAY OUT | 828.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 828.00 |
| 3/17/06 | | 77000 | DDS PAY OUT | 450.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 450.00 |
| 3/17/06 | | 78000 | FEES | 64.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 64.00 |

11/8/07 at 11:04:45.01

### 333 East 60th St, Inc. DD$ 2005-2006
### Cash Disbursements Journal
For the Period From Jan 1, 2006 to Dec 31, 2006

Page: 2

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 3/23/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 3/24/06 | | 77000 | DD$ PAY OUT | 900.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 900.00 |
| 3/24/06 | | 78000 | FEES | 64.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 64.00 |
| 3/26/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 3/27/06 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 3/28/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 3/29/06 | | 77000 | DD$ PAY OUT | 342.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 342.00 |
| 3/29/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 3/31/06 | | 77000 | DD$ PAY OUT | 864.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 864.00 |
| 3/31/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/4/06 | | 77000 | DD$ PAY OUT | 270.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 270.00 |
| 4/4/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/6/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/12/06 | | 77000 | DD$ PAY OUT | 1,224.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,224.00 |
| 4/12/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/19/06 | | 77000 | DD$ PAY OUT | 270.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 270.00 |
| 4/19/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/20/06 | | 77000 | DD$ PAY OUT | 432.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 432.00 |
| 4/20/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 4/26/06 | | 77000 | DD$ PAY OUT | 540.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 540.00 |
| 4/26/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 4/28/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 5/3/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |

333 East 60th St, Inc. DD$ 2005-2006
Cash Disbursements Journal
For the Period From Jan 1, 2006 to Dec 31, 2006
Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 5/4/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 5/8/06 | | 77000 | DD$ PAY OUT | 630.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 630.00 |
| 5/8/06 | | 78000 | FEES | 112.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 112.00 |
| 5/9/06 | | 77000 | DD$ PAY OUT | 720.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 720.00 |
| 5/9/06 | | 78000 | FEES | 144.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 144.00 |
| 5/10/06 | | 78000 | FEES | 80.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 80.00 |
| 5/16/06 | | 78000 | FEES | 80.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 80.00 |
| 5/18/06 | | 77000 | DD$ PAY OUT | 594.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 594.00 |
| 5/18/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 5/21/06 | | 78000 | FEES | 20.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 20.00 |
| 5/24/06 | | 77000 | DD$ PAY OUT | 1,386.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 1,386.00 |
| 5/24/06 | | 78000 | FEES | 144.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 144.00 |
| 5/25/06 | | 78000 | FEES | 80.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 80.00 |
| 5/30/06 | | 78000 | FEES | 32.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 32.00 |
| 5/31/06 | | 78000 | FEES | 32.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 32.00 |
| 6/1/06 | | 78000 | FEES | 32.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 32.00 |
| 6/6/06 | | 77000 | DD$ PAY OUT | 1,226.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 1,226.00 |
| 6/8/06 | | 78000 | FEES | 144.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 144.00 |
| 6/9/06 | | 78000 | FEES | 32.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 32.00 |
| 6/14/06 | | 77000 | DD$ PAY OUT | 720.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 720.00 |
| 6/14/06 | | 78000 | FEES | 160.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 160.00 |
| 6/15/06 | | 78000 | FEES | 20.00 | |
| | | 10200 | BLERTA GORE VIKKI | | 20.00 |
| 6/21/06 | | 77000 | CASHOUT | 450.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 450.00 |

11/8/07 at 11:04:45.04

333 East 60th St, Inc. DD$ 2005-2006

Page: 4

Cash Disbursements Journal

For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: 1) Vendor IDs from G0117 to G0117. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/21/06 | | 78000 | FEE | 160.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 160.00 |
| 6/22/06 | | 78000 | FEE | 20.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 20.00 |
| 6/22/06 | | 77000 | CASHOUT | 378.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 378.00 |
| 6/27/06 | | 78000 | Fees | 40.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 40.00 |
| 6/28/06 | | 78000 | Fees | 160.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 160.00 |
| 7/6/06 | | 77000 | DD$ Payout | 216.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 216.00 |
| 7/19/06 | | 78000 | Fees | 20.00 | |
| | | 10100 | BLERTA GORE VIKKI | | 20.00 |
| | Total | | | 20,994.00 | 20,994.00 |