# EXHIBIT S

# 333 East 60th Street, Inc.

333 East 60th Street, New York, New York 10022

## SCORES EAST

## Entertainer / Independent Contractor Agreement

As an Entertainer and independent contractor for 333 East 60th Street, Inc. dba Scores, ("Scores"), located at 333 East 60th Street, New York, New York 10022, I agree to conform to the following state and city regulations governing the operation of adult entertainment nightclubs in New York City.

1. While working I am to only dance topless in the areas designated by Management as adult entertainment areas within Scores and outside of these areas I am to remain fully clothed at all times.

2. While dancing on stage or for a customer I am not permitted to engage in any simulated acts of masturbation, sexual intercourse or sodomy, or to touch or fondle my genitals, pubic region or anus.

3. While dancing for a customer I am not permitted to engage in fondling and/or touching any part of their body that is likely to cause sexual arousal to the customer.

4. While working I am to sign in and sign out at the front door reception desk when arriving or leaving work. I am not to have my boyfriend, husband or partner visit me while at work at Scores or leave Scores with a customer and I am not to knowingly meet or socialize with Scores' customers outside of Scores.

5. While working at Scores I am to immediately report to Scores' Management any improper physical or verbal advance or suggestion of any kind made to me by either a customer or staff member.

I confirm that I am an independent contractor and not an employee of Scores. As an independent contractor:

A. I have the right to perform services for others during the term of this Agreement and will not be required to devote my full time to providing these services to Scores.

B. I will not receive any employee benefits, such as employee pension plan, employee health plan, vacation pay, sick pay or any other fringe benefit plan that may be offered by Scores to its actual employees.

C. I will pay all my own business expenses that I incur while performed under this Independent Entertainer Agreement.

GW 0234

D.  I am responsible for the payment of my own income taxes and FICA, (Social Security and Medicare taxes), incurred while performing under this Independent Contractor Agreement.

E.  I will provide all dresses and other supplies required by me to carry out my work as an entertainer at Scores.

F.  I agree that in the event that a customer disputes a credit card charge with Scores then Scores will have the right to either withhold payment due to me or deduct any amounts paid to me from the disputed charge from any future payments due to me.

G.  I agree that either party may terminate this Agreement effective immediately by giving written notice of termination, with or without cause.

H.  I agree that violation of any part of this agreement is grounds for automatic termination.

I.  This Agreement does not create a partnership or employee relationship and the laws of the state of New York shall govern this Agreement. This is the entire agreement between the parties.

Signature:

_____  Date: _01.04. 2005_

Print Name: _Blerta  Gore_

Address:

_928  59 St  Ap 6_

_Brooklyn  Ny  11219_

_____ ZIP: _____

GW 0235