

| | | |
|---|---|---|
| Wayne N. Outten | OUTTEN & GOLDEN | Allegra L. Fishel |
| Anne Golden | | Lewis M. Steel |
| Adam T. Klein | | Kathleen Ryan |
| Laurence S. Moy | *Advocates for Workplace Fairness* | Deborah L. McKenna |
| Gary Phelan | | René S. Roupinian |
| Kathleen Peratis | | |
| Piper Hoffman | | Rachel M. Bien |
| Justin M. Swartz | | Cara E. Greene |
| Jack A. Raisner | April 2, 2008 | Carmelyn P. Malalis |
| Wendi S. Lazar | | Stephanie M. Marnin |
| | | Tammy Marzigliano |
| | | Ossai Miazad |
| | | ReNika C. Moore |
| | | Linda A. Neilan |
| | | Tara Lai Quinlan |
| | | Anjana Samant |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**By Hand Delivery**
Honorable Richard M. Berman
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**
p2

Re: *Diaz et al. v. Scores Holding Co., Inc. et al.*,
    <u>07 Civ. 8718 (RMB) (THK)</u>

Dear Judge Berman:

We represent Plaintiffs and the putative class in the above referenced matter. We write to respectfully request a one week extension to file Plaintiffs' opposition to Defendants' Motion to Dismiss, and Plaintiffs' reply memorandum in further support of their Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, both of which are currently due on Monday, April 14, 2008 at 12:00 p.m.

Under the current briefing schedule, Plaintiffs have less than one half of one business day to respond to Defendants' cross-motion and to draft their reply brief. Although Plaintiffs want these motions to be fully briefed as soon as possible, we respectfully submit that this is not enough time to review Defendants' submissions and prepare an adequate response. Defendants do not oppose this request but request a commensurate extension to their time to file their reply memorandum.

The parties propose the following revised briefing schedule:

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 301   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

Honorable Richard M. Berman
April 2, 2008
Page 2 of 2

|  | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' opposition to Defendants' Motion to Dismiss and Plaintiffs' reply memorandum in further support of their Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA | April 14, 2008 | April 21, 2008 |
| Defendants' reply memorandum in further support of their Motion to Dismiss | April 17, 2008 | April 24, 2008 |

     This is Plaintiffs' first request to extend this briefing schedule. This extension will not affect any deadlines in this matter, other than deadlines related to the briefing of these motions. Thank you in advance for you attention to this matter.

Respectfully submitted,

Tammy Marzigliano

cc:    Jerrold F. Goldberg
       Eric B. Sigda
       Richard J. Burch

Application Granted

SO ORDERED:
Date: 4/3/08
Richard M. Berman, U.S.D.J.