UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, and SUSAN LEVIN on behalf of themselves and all others similarly situated,

      Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE, ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE

      Defendants.
——————————————————————X

No. 07 Civ. 8718 (RMB)(THK)

**DEFENDANTS' NOTICE OF CROSS-MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed the annexed Declaration of Irika Sargent with exhibits ("Sargent Decl.") dated April 11, 2008 and the accompanying Memorandum of law in support of the instant motion, and all prior pleadings and proceedings heretofore had herein, Defendants Scores Holding Company Inc., Go West Entertainment, Inc. a/k/a Scores West Side, Entertainment Management Services, Inc., and 333 East 60th Street, Inc. a/k/a Scores East Side, by their attorneys Greenberg Traurig, LLP, will move this Court, pursuant to Rules 12(b)(1), 12(b)(6), 12(b)(7) before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order (1) dismissing Plaintiffs' New York State Labor Law claims and (2) dismissing plaintiffs Danielle Owimrin and Susan Levin from the action for failing to appear at court-ordered depositions.

NY 238,643,884v3 4/11/2008

Dated: April 11, 2008

                                        Respectfully submitted,

                                        **GREENBERG TRAURIG, LLP**

                                 By: _/s/ Eric B. Sigda_____
                                        Jerrold F. Goldberg (JG-7471)
                                        Eric B. Sigda (ES-1827)

                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 801-9200

                                        *Attorneys for Defendants Scores Holding Company Inc., Go West Entertainment, Inc. a/k/a Scores West Side, Entertainment Management Services, Inc., and 333 East 60th Street, Inc. a/k/a Scores East Side*

To:    Adam T. Klein, Justin M. Swartz, Tammy Marzigliano, and Anjana Samant, Esqs.
         Outten & Golden LLP
         *Attorneys for Plaintiffs and the Putative Collective Action and Putative Class*
         3 Park Avenue, 29th Floor
         New York, New York 10016
         (212) 245-1000

         Richard J. Burch, Esq.
         Bruckner Burch PLLC
         *Attorneys for Plaintiffs and the Putative Collective Action and Putative Class*
         1415 Louisiana, Suite 2125
         Houston, Texas 77002
         (713) 877-8788