# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, on
behalf of themselves and all others
similarly situated,

                 Plaintiffs,

     - against -

SCORES HOLDING COMPANY, INC., GO WEST
ENTERTAINMENT, INC., a/k/a SCORES WEST
SIDE; and SCORES ENTERTAINMENT, INC.,
a/k/a SCORES EAST SIDE,

                 Defendants.
Case No. 07 Civ. 8718 (RMB)
------------------------------------x

               200 Park Avenue
               New York, New York

               January 24, 2008
               4:05 p.m.

             Deposition of TALIA BUMB, before

Marlene Lee, CSR, CRR, a Notary Public of the

State of New York.

      ELLEN GRAUER COURT REPORTING CO. LLC
        126 East 56th Street, Fifth Floor
          New York, New York 10022
             212-750-6434
            REF: 86554

1    A P P E A R A N C E S:

2


3    OUTTEN & GOLDEN LLP

4    Attorneys for the Witness and Plaintiffs

5        Three Park Avenue
         New York, New York  10016

6

     BY:  TAMMY MARZIGLIANO, ESQ.
7         212-245-1000           (Telephone)
          tm@outtengolden.net    (E-mail)
8         212-977-4005           (Fax)

9


10


11   GREENBERG TRAURIG LLP

12   Attorneys for the Defendants

13       200 Park Avenue
         New York, New York  10166

14

     BY:  NEIL A. CAPOBIANCO, ESQ.
15        212-801-9302           (Telephone)
          capobiancon@gtlaw.com  (E-mail)
16        212-805-5501           (Fax)

17

18

19

20

21

22

23

24

25

Page 36

BUMB

1
2      Q.    Which was during training?

3      A.    Yes.

4      Q.    Tell me about -- tell me what

5  happened when you got to the club on that

6  Sunday for training.  What time did you get

7  there?

8      A.    I don't remember what time I came

9  in.

10      Q.    What happened once you got there?

11      A.    Once I got there, I met with

12  Anelise.

13      Q.    Were you already in your uniform?

14      A.    No.  I changed into my uniform when

15  I got there.

16      Q.    Where did you get the uniform from?

17      A.    From Alberto.

18      Q.    When did Alberto give you the

19  uniform?

20      A.    He gave it to me my first day of

21  training.

22      Q.    On that Sunday?

23      A.    Yeah.

24      Q.    So did you first speak to Alberto

25  on that Sunday?  Or did you first speak to

Page 37

1                          BUMB

2    Anelise?

3         A.    I don't recall who I spoke with

4    first.

5         Q.    But at some point Alberto gave you

6    the uniform.

7         A.    Yes.

8         Q.    Did you have any conversation at

9    the time he gave you the uniform?

10         A.    He said it will be taken out of my

11    check.

12         Q.    He said that?

13         A.    Yeah.

14         Q.    Did you ever notice if it was taken

15    out of your check?

16         A.    I never -- I never looked at the --

17    yeah.  I never checked to see, I mean.

18         Q.    Did he say how much would be taken

19    out of your check?

20         A.    He said it would be $50 out of the

21    first check and $50 out of the second check.

22         Q.    Did you ever have any response to

23    that?

24         A.    What do you mean?  What do you mean

25    by that?

Page 38

1                            BUMB
2          Q.    When he told you that you'd have
3    $50 taken out of your first check and $50 taken
4    out of your second check for the uniform -- is
5    that what HE told you?
6          A.    Yes.
7          Q.    -- did you respond in any way to
8    that statement?
9          A.    No.  Not that I recall.
10         Q.    But you never looked at your
11   paycheck to see if $50 was ever taken out of
12   it?
13         A.    No.
14         Q.    Did you have any other conversation
15   with Alberto on that Sunday night when you
16   first went for training?
17         A.    I'm sure I did.
18         Q.    Anything that you remember?
19         A.    Not anything I remember.
20         Q.    But you also said you spoke to
21   Anelise that night.
22         A.    Yes.
23         Q.    Tell me what happened when you
24   spoke to Anelise.
25         A.    She was training me, so she was

Page 47

1                          BUMB

2        Q.     What area of the club were you

3   working in?

4        A.     The main floor.

5        Q.     Where is the main floor in relation

6   to the bar?

7        A.     It's in front of the bar, like down

8   the steps in front of the bar.

9        Q.     Right by the stage?

10       A.     Yeah.

11       Q.     What were you told at the end of

12  training?  Were you told to come back on

13  another day or to report for work?

14       A.     Yeah.  They told me to come back

15  another day.

16       Q.     And when was that?

17       A.     I can't remember what day that was.

18       Q.     How much longer after that Sunday

19  was it?

20       A.     Maybe a day or two.

21       Q.     And what was your purpose for

22  coming back that subsequent day?

23       A.     Another day of training.

24       Q.     With someone else?

25       A.     I can't remember who it was with.

1                          BUMB
2           Q.    But it was with someone else?
3           A.    It could have been Anelise again,
4      but I'm not sure.  It could have been someone
5      else.
6           Q.    And did you go back to Go West on
7      that second day of training?
8           A.    Yes.
9           Q.    And what time did you get there?
10          A.    I can't remember.
11          Q.    How long did you stay?
12          A.    I can't remember.
13          Q.    Did you learn anything on the
14     second day of training that you didn't learn
15     the first day of training?
16          A.    I may have.
17          Q.    Do you recall what?
18          A.    No.
19          Q.    Do you recall speaking to anyone on
20     that second day of training?
21          A.    Yeah.  I spoke to people.  I just
22     don't remember specifically who.
23          Q.    Did you discuss any work-related
24     issues?
25          A.    I don't remember anything

Page 49

1                              BUMB

2       specifically.

3              Q.    Did you -- was Alberto there on

4       that second day?

5              A.    I can't remember.

6              Q.    How -- what happened at the end of

7       the day?  At the end of your training on that

8       day?

9              A.    At the end of my training on that

10      day?  Oh, yeah.  Alberto was there, because

11      that's the day they told me I was, like,

12      officially -- could officially start.  I was

13      done with training, and my next day -- the next

14      time I worked would be a regular work day.

15      Yeah.

16             Q.    So he told you, you were done with

17      training?

18             A.    Yes.

19             Q.    Do you know how he reached that

20      conclusion?

21             A.    No.

22             Q.    Did he tell you, "You know enough?"

23      or "you're fully trained"?

24             A.    I don't really recall the

25      conversation.

Page 63

1                    BUMB

2          Q.    Do you remember any of the

3   bartenders who you personally handed it to?

4          A.    I remember one bartender named

5   Rose.

6          Q.    Rose?

7          A.    Yeah.

8          Q.    Anyone else?

9          A.    That's the only name I remember.

10         Q.    And what about the barbacks?  Did

11  you physically hand money to the barbacks as

12  well?

13         A.    I don't recall.

14         Q.    Do you remember the names of any of

15  the barbacks?

16         A.    No, I don't.  I know I gave the

17  money for the barbacks to someone.  I just

18  can't remember if we gave it to a manager to

19  give to them, or directly to the barback.  I

20  know I gave money to them.  I just can't

21  remember who I gave it to directly.

22         Q.    Was anybody else involved in this

23  tip-sharing?

24         A.    I only recall the waitresses,

25  barbacks, bartenders, and the managers being

Page 64

1                        BUMB

2    there.

3          Q.    Did the manager get a share of the

4    tips?

5          A.    Not that I know of.

6          Q.    Did this process happen on every

7    day that you worked there?

8          A.    Yes.

9          Q.    And did you work till cash-out on

10   every day that you worked?

11         A.    Yes, I did.

12         Q.    And --

13         A.    Except the training days.

14         Q.    Right.  The training days you

15   didn't work that late.

16         A.    Correct.

17         Q.    But the days starting after

18   training, you worked all the way till cash-out.

19         A.    Yes.

20         Q.    So after the cash-out, after you've

21   given the monies to the bartenders and

22   barbacks, then what happens?

23         A.    Then we go change into our street

24   clothes and go home.

25         Q.    When do you clock out?

1                          BUMB
2          A.    After we -- well, I would always
3    forget to clock out.  Honestly, I don't know.
4          Q.    Do you know when you were supposed
5    to clock out?
6          A.    No.
7          Q.    So you went directly from counting
8    your money, telling the manager what your --
9    how much tips you earned that evening, handing
10   the shares to the bartender and the barbacks,
11   to changing your clothes --
12         A.    Yes.
13         Q.    --and leaving?
14         A.    Yes.
15         Q.    And that's the process you followed
16   every evening that you worked?
17         A.    Yeah.
18         Q.    Do you remember the names of any of
19   the managers that oversaw or sat there when you
20   were counting your tips?
21         A.    I only remember Alberto.
22         Q.    How many days in total did you
23   work, other than training?
24         A.    Total time I was there?
25         Q.    Yeah.

Page 66

1                          BUMB

2        A.    I'd say approximately --

3   approximately around 10 days or something.

4        Q.    Tell me what the work outfit looked

5   like.

6        A.    It was a black corsette and a short

7   black skirt.

8        Q.    Did you ever wear it to or from

9   work?

10       A.    No.

11       Q.    Did you ever wear it outside of

12  work?

13       A.    No.

14       Q.    Did you ever wear any outfit like

15  it outside of work?

16       A.    No.

17       Q.    Have you ever seen any other woman

18  wearing an outfit like it, like out for an

19  evening?

20       A.    No.

21       Q.    Do you know what time you were

22  scheduled to work on any of your days of work?

23       A.    I know for happy hour I had to be

24  there at 4:00.  And the other nights, either

25  seven or eight o'clock.

Page 67

1                    BUMB

2        Q.    When you say "seven or eight," you

3   don't remember?  Or it varied?

4        A.    It varied.

5        Q.    When you worked happy hour, what

6   time did you leave?

7        A.    I'd say around 4:30 in the morning.

8        Q.    And what was happy hour?

9        A.    Where they open the club early so

10  people could come after work and have drinks.

11       Q.    But other than being open earlier,

12  did it vary -- did what was happening in the

13  club or your job vary at all from other nights

14  when it wasn't happy hour?

15       A.    No.

16       Q.    Basically it was your same job.

17  You just had to report to work earlier?

18       A.    Yes.

19       Q.    Did you arrive at work on time?

20       A.    Yes.

21       Q.    Did your manager -- did anyone ever

22  speak to you about your arrival time at work?

23       A.    No.

24       Q.    Did you ever arrive to work in your

25  work outfit?

Page 75

1                         BUMB

2          A.    I understand it's a breakdown of my

3    pay and a breakdown of the various tabs and

4    things I pay out.

5          Q.    What do you understand about your

6    pay was calculated?

7          A.    Like, your hourly rate.  It looks

8    like they accounted for my cash tips and my

9    credit card tips.

10         Q.    How did you receive your cash tips?

11         A.    I got it at the end of the night.

12         Q.    So after you shared tips with the

13    bartender and the barbacks, you took home cash

14    every night you worked?

15         A.    Yes.

16         Q.    And the amount of those cash tips

17    was recorded; right?

18         A.    Yes.  Yes.

19         Q.    And then you also received tips by

20    credit card?

21         A.    Yes.  We received credit card tips.

22    But not that night.  They were put into the

23    check.

24         Q.    Right.  But did you ever -- do you

25    know whether the amount of tips in credit card

95cdec69-5b25-43b0-8a30-42ab18959fd1

Page 76

1                          BUMB

2      tips shown on this paycheck is the accurate

3      amount of what you earned?

4           A.     I don't know.

5           Q.     Let's look at the line that says

6      "Regular."

7           A.     Uh-huh.

8           Q.     What do you understand by that

9      line?

10          A.      "Regular."  It looks like that's

11     the hourly -- hourly wage.

12          Q.     And what did you make per hour?

13          A.     It says there, Scores, 4.60.

14          Q.     4.60 an hour?

15          A.     Yes.

16          Q.     And you understood that by reading

17     this pay stub?

18          A.     Yes.

19          Q.     What is the next entry?

20          A.     Hours per unit.  Stated number of

21     hours that were accounted for.

22          Q.     So what's the number of hours

23     that's written?

24                 (Brief interruption.)

25                 (Discussion off the record.)

95cdec69-5b25-43b0-8a30-42ab18959fd1

Page 77

1                          BUMB

2          Q.     Do you understand the question?

3          A.     Yes.   57.73 hours.

4          Q.     And then under the heading marked

5     "Current," what's the number that's there?

6          A.     265.56 hours.   I don't think I'm

7     reading that right, though.

8                  Hours per unit.

9          Q.     Do you see where it says "Total"

10    down at the bottom?

11         A.     Yes.

12         Q.     It says 871.29?

13         A.     Yes.

14         Q.     Do you understand what that is?

15         A.     Now I think I don't understand what

16    this is, because I don't think I worked that

17    many hours.

18         Q.     If you received 4.60 per hour and

19    you worked 57.73 hours, what's in that next

20    column?

21         A.     Oh.   That's the amount.   I

22    understand.   Yeah.   That's how many hours I

23    worked.   That's how much money was accumulated

24    from the hours and pay rate.

25         Q.     So you made $265.56 for working