# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SIRI DIAZ, CAROLYN SIEGEL, TALIA
BUMB, BLERTA VIKKI, DANIELLE
OWIMRIN, SUSAN LEVIN, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

     -against-

SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a
SCORES WEST SIDE; SCORES
ENTERTAINMENT, INC., a/k/a SCORES
EAST SIDE, ENTERTAINMENT MANAGE-
MENT SERVICES, INC.; and 333 EAST 60th
STREET, INC. a/k/a SCORES EAST SIDE,

                Defendants.
----------------------------------------X

Case No. 07 Civ. 8718 (RMB)(THK)

### DECLARATION OF DESIREE NAPOLITANO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

***DESIREE NAPOLITANO*** hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I have worked for 333 East 60th Street, Inc. at Scores East Side since February 2004. I continue to work there presently. I am over eighteen years of age and under no legal disability. I provide this declaration based on my personal knowledge and voluntarily, without any threat or promise of reward having been made to me.

2. I work as a dancer or entertainer at Scores East Side, not on a regular basis but as my schedule permits. This may be one night per week, or up to five nights per week. My compensation consists of payments I receive from customers of Scores East Side, either in cash

or by Diamond Dollars issued to the customers by the club which the customers then pay to me in consideration for my dancing.

3. I pay a house fee to Scores for the opportunity to dance in the club on those nights I choose to work at the club. I also pay a music fee to the disc jockey and a makeup fee to the makeup artist for the services they render on my behalf.

4. I have no complaints about the compensation I receive while working at Scores. I believe the payment of a house fee, a music fee and a makeup fee is a proper expense for the opportunity to earn money from customers of Scores, and my receipt of cash or Diamond Dollar payments I receive from customers of Scores is fair and proper compensation for the dancing I perform at Scores. I have no objection to the method Scores uses to have us wear dresses and other outfits in which to dance.

5. I have no desire to challenge the method of my compensation at Scores, nor any desire to be represented by or be party to any litigation challenging the manner in which I am compensated for the entertainment services I provide to customers at Scores. I do not believe I have anything in common with regard to my work or compensation with bartenders and servers, and I do not want to be included in any lawsuit which includes those types of employees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2008

DESIREE NAPOLITANO