# EXHIBIT 5A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA
VIKKI, DANIELLE OWIMRIN, on behalf of themselves
and others similarly situated,

        Plaintiffs,

     -against-

SCORES HOLDING COMPANY, INC.; GO WEST
ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE, and
SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST
SIDE

        Defendants.

CIVIL ACTION NO.: 07 Civ. 8718(RMB)
----------------------------------------x

               200 Park Avenue
               New York, New York

               January 28, 2008
               10:10 a.m.

        DEPOSITION of BLERTA VIKKI, one of

the Plaintiffs herein, pursuant to Notice,

before Ronald A. Marx, a Notary Public of the

State of New York.

      ELLEN GRAUER COURT REPORTING CO. LLC
       126 East 56th Street, Fifth Floor
        New York, New York 10022
           212-750-6434
           REF: 86582

Page 2

```
1      A P P E A R A N C E S:

2

3      OUTTEN & GOLDEN LLP

4      Attorneys for Plaintiff

5           3 Park Avenue

6           New York, New York 10016

7      BY:  CARA E. GREENE, ESQ.

8           PHONE 212.245-1000

9           FAX 212.977.4005

10          E-MAIL ceg@outtengolden.com

11

12

13     GREENBERG TRAURIG, LLP

14     Attorneys for Defendant

15          Met Life Building

16          200 Park Avenue

17          New York, New York 10166

18     BY:  NEIL A. CAPOBIANCO, ESQ.

19          PHONE 212.801.9302

20          FAX 212.805.5501

21          E-MAIL capobiancon@gtlaw.com

22

23

24

25
```

1                         VIKKI

2    week.  You know, and if you couldn't work, you

3    just have to call and say -- you know, say to

4    the manager, "Sorry, I can't come to the work."

5         Q    Now, when you say you had to work

6    five nights, what do you mean by that?

7         A    I mean by that was a shift.  You

8    know, we had to work -- I mean, was working

9    there less than two years, you have to be at

10   work, because I used to work a lot, some -- like

11   some years.

12              And I had to work five nights a week,

13   and it's -- you know, it's a mandatory five

14   nights a week I had to work.

15        Q    What I'm trying to understand is did

16   you decide you had to work five nights a week --

17        A    No.

18        Q    -- or did somebody tell you you had

19   to work five nights?

20        A    Somebody told me I have to work five

21   nights a week.

22        Q    Who is it that told you you had to

23   work five nights a week?

24        A    The manager and the house mom.  I

25   mean, she gets manager from the -- whatever.

1aa375d5-28fd-4ad6-aefe-63663e501668

1                           VIKKI

2        Q     Who was the manager that told you

3   that?

4        A     Robert.

5        Q     Robert?

6        A     Yes.

7        Q     Okay.  And when did he tell you this?

8        A     Since beginning when I start.

9        Q     When did you start?

10       A     I start -- I worked there was

11   March '04.  February, March.  I mean, one of

12   those.

13       Q     Okay.  Now, is this something that

14   Robert told you before you started working?

15       A     No.  When you start working over

16   there, when you audition and start to work and,

17   you know -- I mean, the house mom or manager is

18   explained to you you have to work -- if you

19   going to get hired, you have to work five nights

20   a week, and this time until that time.

21       Q     I'm trying to understand when this

22   was told to you.

23       A     As soon you start it.  First day when

24   I started with Scores.

25       Q     So you had an audition, you said?

1                           VIKKI
2          A      Yes.
3          Q      And was this told to you before or
4    after the audition?
5          A      After.  After I got hired.
6          Q      After you got hired?
7          A      Yes.
8          Q      And was there a specific time you
9    were told to work?
10         A      Yes.
11         Q      What time was that?
12         A      6:30 I had to be in the dressing
13   room.
14         Q      6:30 you had to be in the dressing
15   room?
16         A      Yes.  By 7 o'clock I had to be on the
17   floor.
18         Q      And when did your shift end?
19         A      3 o'clock.
20         Q      3 o'clock in the morning?
21         A      Yes.
22         Q      Now, you said Robert told you this
23   before -- after your audition, but before you
24   started work?
25         A      Yes.

1                          VIKKI

2        Q      Is that yes?

3        A      Yes.

4        Q      And did Robert ever discuss when you

5    had to work or the number of days a week you had

6    to work after you started working?

7        A      What you mean by that?  Qualify the

8    question, please.

9        Q      Let me break it down.  After -- after

10   that first conversation you had with him, which

11   you said took place after your audition, did you

12   ever have a discussion with Robert again about

13   how many nights a week you needed to work?

14       A      I didn't have discussion like, but

15   when I was coming -- if I was -- I mean,

16   sometimes I couldn't work five nights a week,

17   and I was working three nights.

18              And when I was coming, he would come

19   after me and say, you know, "You should call.

20   Don't repeat anymore, you know.  I don't want

21   this to happen anymore.  You have to work five

22   nights since we hire -- we hired you."

23       Q      And how many times did you have that

24   kind of discussion that you just described?

25       A      I mean, it was not that many, because

1                          VIKKI
2    I was always, you know, on track.  I always --
3         Q      On track?
4         A      I always was on time, and I didn't
5    want, you know, myself to be in trouble, you
6    know.  But couple of times, you know.
7         Q      All right.  You also mentioned a
8    conversation with the house mom.  Who was the
9    house mom?
10        A      It's Lisa or Gina.
11        Q      Lisa or Gina?
12        A      Yes.
13        Q      Two different house moms?
14        A      Yes.
15        Q      What is it that Lisa told you about
16   how -- how -- when you had to work?
17        A      When they hired me, she has -- you
18   know, she was explaining all the rules of the
19   club.
20               You have to work five nights a week,
21   and when you're new you have to work two days a
22   week Sundays, because there was nobody, you
23   know, that -- nobody wants to work Sundays.
24               And she just said you have to work
25   two days a week Sundays, two nights a week

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2    Sundays for you to, you know -- to try to work

3    in Scores.

4         Q    So this was a conversation you had

5    with Lisa after your audition?

6         A    I mean, you know, the rules of the

7    club and everything.  You know.  I mean, how

8    the --

9         Q    Let me just break it down though.  I

10   want to understand.

11             You just described -- was that a

12   conversation you had with Lisa --

13        A    About --

14        Q    -- after your audition?

15        A    I had -- you know, about everything,

16   you know.  When I was working -- I mean, she has

17   to explain to me everything, you know, what I

18   should wear and stuff, you know, about the time,

19   about, you know, we have to work this kind of

20   shift.  That's what they're looking for.

21        Q    Let's just stick to the conversation

22   about when you needed to work.  Okay?

23             And I'm just asking you when that

24   conversation took place.

25        A    Soon I start.

1aa375d5-28fd-4ad6-aefe-63663e501668

Page 15

VIKKI

1
2    Q     After you started, did you have any
3    additional discussions with Lisa about when you
4    had to work?
5    A     No, because she explained to me first
6    time, and that was keeping that kind of shift.
7    Q     Let's talk about Gina then.  When did
8    you have any discussions with Gina about when
9    you needed to work?
10   A     She would explain to me same thing
11   that Lisa did because, you know, it's...
12   Q     When did she do that?
13   A     The first time I see her, you know,
14   because she was asking me, "Who hired you?"  And
15   she was explaining to me same thing what Lisa,
16   you know, explained to me.
17   Q     Was Gina there when you first
18   started?
19   A     No.  She was working different nights
20   a week.
21   Q     Okay.  Let me understand.  Gina asked
22   you who hired you?
23   A     "Who was over here that hired you?"
24   Yes.
25   Q     And what did you say in response to

Page 22

1                        VIKKI

2    exact, you know.  And on tips, you know.

3        Q     Plus tips?

4        A     Yes.

5        Q     Were you paid the same way as a

6    waitress and as hostess?

7        A     Yes, because I was getting tips as

8    the hostess.

9        Q     And prior to working at Marathon

10   Grill, where did you work?

11       A     Nowhere.

12       Q     Nowhere?

13       A     Yes.  Just came in this country.

14   Was --

15       Q     Where did you come from?

16       A     Albania.

17       Q     From Albania?

18       A     Yes.

19       Q     Did you work in Albania?

20       A     No.  I was in school there.

21       Q     So your first job upon coming to the

22   U.S. was at Marathon Grill?

23       A     Yes.

24       Q     And then your next job was at Scores?

25       A     Correct.

1aa375d5-28fd-4ad6-aefe-63663e501668

1                            VIKKI

2        Q      Now, did you ever work -- you said

3   you worked at the west side club.  Did you ever

4   work at the east side club?

5        A      Yes.

6        Q      When did you do that?

7        A      After nine months I work in the west

8   side I worked in the east side.

9        Q      But you started on the west side?

10       A      Yes.

11       Q      Now, when you started on the east

12   side, did anybody speak to you about what your

13   job would be on the east side?

14       A      They speak with me, the house mom,

15   but it was the same rules.

16       Q      Well, who was the house mom?

17       A      The same house mom.

18       Q      So they were the same house moms on

19   the east and the west side?

20       A      Yes, because the west side got

21   already house moms, you know.  They just open

22   up, and then they shared stuff until the west

23   side would get enough staff -- you know, staff

24   to work.

25       Q      So did Lisa or Gina -- was there a

1                              VIKKI

2     manager on the east side at that time?

3          A     It was the same manager, Robert.   In

4     the east side is the same manager, but he moves

5     back and forth.  He goes to west and east side.

6               That time he was on east side until

7     the west side could get -- you know.  I don't

8     know.  I was working there at that time.

9          Q     Did you have to apply for a position

10    on the east side?

11         A     No.  I just switched.  He said I

12    didn't have to apply.  If I was working Scores,

13    you can work any Scores.

14         Q     Did anyone request that you move to

15    the east side?

16         A     No.

17         Q     Did you decide you wanted to move to

18    the --

19         A     Yes.  I asked the manager.  He said

20    okay, no problem.

21         Q     You asked the manager if you could

22    work on the east side?

23         A     Yes.  I asked Robert.  I said, "I

24    want to work here."  He said, "That's fine.  I'm

25    going to talk to the managers on the west side."

1                          VIKKI
2          Q      Did you work at any other club
3     besides Scores West and Scores East?
4          A      I worked for a week in Florida
5     because they send us, Miami.  I don't know the
6     address, but they paid for us to go there when
7     they opened the club.
8          Q      So where in Miami did you work?
9          A      It was a Scores in Miami.  I don't
10    know what it was address, but I remember it was
11    Biscayne -- Biscayne Boulevard.
12                 I don't know -- they paid for us.
13    They paid everything.  They sent about 10, 15
14    girls.
15         Q      Did you work anywhere else other than
16    those three locations you just identified?
17         A      No.
18         Q      How did you learn to be a dancer?
19         A      What you mean?  Clarify the question,
20    please?
21         Q      Well, did you consider yourself a
22    dancer when you worked at the club?
23         A      Not really, no.
24         Q      What did you consider yourself to be?
25         A      I was going to school, and I was

1                            VIKKI

2    call the manager."

3              And I got dressed, went downstairs.

4    And, you know, I had to dance one song on the

5    stage.

6              And after that she say, "Go upstairs.

7    I'm going to come to the dressing room," and she

8    was like, "You hired."

9        Q    Okay.  So you got dressed.  By the

10   way, which -- which of the house moms was this;

11   do you remember?

12       A    Would be Lisa or Marguerite.  I think

13   it was both, because the club just opened.  It

14   was -- you know, it was crossing the street

15   together.  I really don't remember, but would be

16   one of those.

17       Q    Marguerite?

18       A    Marguerite, yes.

19       Q    So they told you to get dressed in

20   the dressing room?

21       A    Yes.  "When you're ready, let me

22   know.  We're going to go downstairs.  You're

23   going to dance one song on the stage, and you're

24   going to come up after that, upstairs again, and

25   I'm going to go from there.

1                            VIKKI

2              "If you're hired or not, the manager

3    is going to let me know," you know, and that's

4    what I did.  And I -- the manager said, "Okay.

5    She's hired."

6         Q      Who was the manager?

7         A      Was Robert.  The manager was Robert.

8    That I'm sure.

9         Q      Okay.  Now, when you got dressed in

10   the dressing room, did you have any clothes that

11   you brought?

12        A      Actually I had, but she was like,

13   "You can't wear these clothes.  I give you dress

14   for now, and when you get hired you going to buy

15   your own dresses.  You have to buy those

16   dresses.  We sell you here those kind of

17   dresses," because the circle -- designer or

18   something.

19              What I should say was you couldn't

20   wear any kind of dresses.  You know, they had to

21   be the dresses they accepted.

22        Q      What kind of clothes did you bring?

23        A      I brought, I mean, normal dress.  But

24   they don't -- you know, they have to -- had to

25   be more -- I mean, I really don't know -- how

1                        VIKKI

2    should I clarify that?

3              But they had to be -- I mean, the

4    kind of dresses, you know, that was -- that

5    uniform, not -- you know, my dress was too much

6    clothes.  Just like regular dress you can go out

7    for dinner.  It was not the kind of dress they

8    was looking for.

9        Q    So you had to -- I'm sorry.  You said

10   that -- what was -- what was the kind of dress

11   that you needed to wear?

12       A    You can't wear the dress to go out

13   for dinner.  That's for sure.  And you can't --

14   I understand pretty good what kind of dress it

15   would be.

16              If you can't wear the dress to go out

17   what's -- I mean, what kind of dress it have to

18   be?  It's pretty much --

19       Q    Well, how did the dress that you had

20   to wear compare to the dress that you brought?

21       A    It's completely two different, you

22   know.

23       Q    I understand that, and I'm asking

24   you, what was the difference between the dress?

25       A    Because my dress was a normal dress.

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2    It's, you know, normal.  You can go anywhere.  I

3    could go out for dinner with my dress.

4              But the dress they had was much -- I

5    don't know what word I should use for that.  It

6    was, you know, the type of dress they was

7    looking for, like more open up, you know, to

8    show off.

9                        MR. CAPOBIANCO:  I think she

10                    said up and up.

11   A      Open up.

12   Q      Oh, open up?

13   A      Yes. I mean, they know better.

14   Q      So aside from the dress, were there

15   other clothing you put on in the dressing room?

16   A      I had to put on the high heels, and

17   they told me you can't put those high heels,

18   because this was like closed high heels.

19             You have to be open up high heels,

20   like -- like a sandle.  I had like a -- you

21   know, like the part of the feet are, there

22   should not be closed.

23             They have to be open high heel, not

24   platform or whatever.  They had a certain type

25   of a high heel you had to wear over there.

1          VIKKI

2      Q      So you brought your own high heels?

3      A      Yes, but I couldn't wear those, and

4  they give me a pair of high heels when I

5  audition, and then when they hired me I had to

6  buy whatever, you know, there was to the uniform

7  I should buy over there, or I could buy it

8  anywhere, but have to be, you know, for them

9  part of the uniform, you know.

10     Q      What I'm trying to find out is what

11  was the difference between the high heels you

12  brought and the high heels you needed to wear at

13  the club?

14     A      Because my high heels what I brought

15  was not really high heels.  It was a high heel,

16  but a normal high heels you can wear every day,

17  what I should say.

18            And their high heels was like -- you

19  know, was really high heels, and you had to wear

20  like -- I don't know what I should explain.

21  Like how --

22     Q      You mean they showed more skin?

23     A      Yes.  You know, like much -- I don't

24  know how I should explain.

25     Q      Were there any other clothes besides

Page 35

1                          VIKKI

2     the dress and the high heels?

3          A     The underwear.

4          Q     Underwear.  What was the issue with

5     the underwear?

6          A     You have to wear the underwear they

7     were selling in the club.

8          Q     What kind of underwear was it?

9          A     What do you mean, what kind of

10    underwear?  It was --

11         Q     Did you bring your own underwear when

12    you came to the club?

13         A     Yes.  I couldn't wear those either,

14    because they have their own design.  You know --

15    I mean, I don't know.

16         Q     You mean Scores had its own design

17    for underwear?

18         A     Yes.  Somebody used to make those.

19         Q     What kind of -- what does it look

20    like?

21         A     It looks --

22         Q     What color was it?

23         A     Every color.  Different colors.

24         Q     You could get a lot of different

25    colors?

1aa375d5-28fd-4ad6-aefe-63663e501668

1          VIKKI

2     A     Yes.  It's not a matter about color.

3     Q     Did it look like your underwear?

4     A     No.

5     Q     Could you wear that underwear you got

6  from Scores elsewhere?

7     A     Not comfortable, but like personally

8  to me, no.  But I don't know if somebody else.

9  I couldn't wear it.

10     Q     But could you wear it?

11     A     I was not -- I don't know, like

12  comfortable.  I don't know what I should say.

13  Just not for --

14     Q     You're saying you didn't find that

15  underwear comfortable?

16     A     Yes.  I mean, I had to wear those to

17  work over there.  I had -- I didn't have any

18  other choice, but outside there I would not wear

19  it.

20     Q     Aside from the underwear, what else?

21  What -- was there anything else you needed to

22  put on in the dressing room?

23               MS. GREENE:  Objection.  Are

24          you still referring to the first

25          audition or just in general?

1aa375d5-28fd-4ad6-aefe-63663e501668

1                            VIKKI

2          Q      Well, let's talk about the first

3    audition.

4          A      What do you mean, first audition?

5          Q      The audition you had at Scores West.

6          A      It's the same.

7          Q      First time.

8          A      Yes.  It's the same thing with the

9    east side.  Was same uniform.  It's the same.

10         Q      But let me ask you this.  You talked

11   about the dress.

12         A      Yes.

13         Q      You talked about the high heels.  You

14   talked about the underwear.

15         A      Yes.

16         Q      Was there anything else you needed to

17   wear for your audition?

18         A      No.  That's it.

19         Q      Okay.  Now you -- and then you said

20   you came down the stairs?

21         A      Yes.

22         Q      And you --

23         A      The house mom.

24         Q      And you went on the stage?

25         A      Yes.

1                         VIKKI

2        A     Yes.

3        Q     Did you know that you were going to

4   take off -- have to take off your clothes when

5   you went on the stage before you she told you

6   that?

7        A     No.

8        Q     That was the first you knew?

9        A     Yes.

10       Q     And what else did Lisa or Marguerite

11  tell you after she told you you were hired?

12       A     What you mean?

13       Q     Did she tell you when you would start

14  or what time?

15       A     Yes.  Oh, yes.  She said, you know,

16  "You can start tonight or tomorrow."  And she

17  said, "Before you start I'm going to give you

18  audition, you know, about the club, the rules

19  and" -- and I didn't start that night, because I

20  didn't have, you know, the dress with me, and I

21  didn't have the money to pay, because I had to

22  pay for the dress to go to work.

23            Next day I start.  I bought the

24  dress.  I bought everything over there before I

25  started to work.  She would explain to me all

1                           VIKKI

2      the rules, you know, everything about the club.

3           Q      Okay.  So let me ask you.  Where did

4      you buy the dress?

5           A      At Scores.

6           Q      You bought it at Scores.  Did you

7      understand that you had to buy it from Scores?

8           A      Yes.

9           Q      Or did you understand you could buy

10     it somewhere else?

11          A      I had to buy from Scores, because I

12     couldn't find the dress what they were looking

13     for anywhere else.

14          Q      Did you have the money to buy the

15     dress?

16          A      I took a -- you know, I took it from

17     my account, I mean.

18          Q      So you had the money to buy the

19     dress?

20          A      Yes.

21          Q      Okay.  And what else did you have to

22     purchase to work your first night?

23          A      You mean what I should pay out, or

24     what you mean by that?

25          Q      Well, what did you have to buy to

Page 43

VIKKI

1  wear?

3      A      I had to pay for the dress.  I had to
4  pay for high heels.  I had to pay for underwear.
5  I have to pay for garters.

6      Q      Now, is a garter different from the
7  underwear, or is that the same thing?

8      A      No.  It's different from underwear.

9      Q      So there was underwear and there's a
10  garter?

11      A      Yes.

12      Q      Okay.  And you bought all of those
13  things from Scores?

14      A      Yes.

15      Q      Do you remember how much they were?

16      A      I remember dress was $180.  I
17  remember.  The high heels was $80, and the
18  underwear was 40, and the garter 20.

19      Q      And then once you purchased those
20  things, did they belong to you?

21      A      Yes.

22      Q      Were they all new when you purchased
23  them?

24      A      I believe yes.  But who knows?

25      Q      Now, while you were working at

1                      VIKKI
2    Scores, did you have to purchase any other
3    clothing?
4         A     Yes.  I couldn't wear -- if I was
5    wearing the one dress, I would say two weeks
6    they would come to me and say you have to change
7    your dress and buy a different dress, and I had
8    to buy it.
9         Q     Who was they?
10        A     They?  The manager.  They come to me
11   and say, "Blerta, you have to buy a new dress
12   because you're wearing this dress same -- you
13   know, every time."
14        Q     So how many dresses did you have to
15   buy?
16        A     Probably 20.
17        Q     20 dresses?
18        A     Yes.
19        Q     And did they all cost about $180?
20        A     Yes.
21        Q     Did you buy them all from Scores?
22        A     Yes.
23        Q     Did you ever look elsewhere for
24   dresses?
25        A     No, because I never -- I looked, but

<pre>
1                    VIKKI
2   I never found right ones, you know, that Scores
3   would accept it.
4        Q    So you looked elsewhere for dresses?
5        A    Yes, but I couldn't find the kind
6   of -- you know, that kind of -- type of dresses.
7        Q    And -- I'm sorry.  Did you say they
8   were all $180?
9        A    Yes.
10       Q    And the high heels, how many pairs of
11  high heels did you end up buying?
12       A    Be about ten to 15.  I mean, maybe
13  more.  I don't remember.  It's hard question.  I
14  had to look different.  I don't remember.
15       Q    Now, where did you purchase the high
16  heels from?
17       A    Scores.
18       Q    All from Scores?
19       A    (Indicating)
20       Q    Did you look anywhere else to
21  purchase high heels?
22       A    No.  It was just from Scores.
23       Q    Now -- and how many pairs of
24  underwear did you have to buy?
25       A    Plenty.  I don't remember how many.
</pre>

Page 46

1                         VIKKI

2       Q       Plenty.

3       A       I bought -- I don't remember.  It's a

4  hard question for me, because I don't remember.

5  It's --

6       Q       I'm just asking you to give an

7  estimate based on how many --

8       A       Could be 20 pairs or -- you know,

9  maybe.  I mean, I don't...

10      Q       And where did you purchase the

11 underwear from?

12      A       Scores.

13      Q       Did you look anywhere else for

14 underwear?

15      A       No, because I never found those

16 underwears.  It was completely new.

17      Q       What about the garters?  How many

18 garters did you have?

19      A       Garters, every three days one garter,

20 because always I was losing in Scores.

21      Q       You purchased them all from Scores?

22      A       Yes.

23      Q       So you bought a new garter every

24 three days?

25      A       You know, I was losing them.  I would

1aa375d5-28fd-4ad6-aefe-63663e501668

1                         VIKKI

2    forget them.  I was in the dressing room or

3    whatever.  Next day would be -- I don't know

4    where it is.

5         Q       And you always purchased it from

6    Scores?

7         A       (Indicating)

8         Q       Did you ever look anywhere else for

9    garters?

10        A       No.  It's a certain type of garters.

11   I couldn't find anywhere.  Like they made their

12   own design, you know.  It's --

13        Q       Now, the high heels that you

14   purchased, could you wear those high heels

15   outside of work?

16        A       To me, no, because I'm not

17   comfortable.  I would not -- they would not look

18   good.  Like personally I'm talking for myself.

19   I don't know for anybody else.

20        Q       They weren't your personal taste in

21   high heels?

22        A       No.

23        Q       But you say somebody else could have

24   worn such a thing?

25        A       Could be.  I don't know about

1aa375d5-28fd-4ad6-aefe-63663e501668

1                         VIKKI

2    somebody else.

3         Q      What about the dresses?  You said you

4    wouldn't wear those dresses outside?

5         A      Nobody will wear those dresses out.

6         Q      Nobody would wear those dresses?

7         A      No.  Completely not.

8         Q      This is New York.  Nobody would wear

9    those dresses out?

10         A      Could be New York, but I don't think

11    those dresses would be -- no.

12         Q      You don't think so.

13         A      Yes.  Thousand percent, no.

14         Q      Now, why did you ask to go from the

15    west side to the east side?

16         A      Why?  I just -- I just want to switch

17    clubs, you know, and -- I don't know.  Just

18    feel -- I got -- not tired, but I just felt to

19    switch clubs and just wanted to change, to move.

20         Q      Was there somebody that you wanted to

21    work with?

22         A      No.  Not really, but I just -- not

23    feeling, you know, myself there.  I just wanted

24    to move, you know.

25         Q      Was it easier for you to get to the

1                          VIKKI

2    east side club?

3        A      It was easy to get, because I was

4    taking the train, you know, from my house there.

5    It was easy than to the west side.  I had to --

6    you know, it's hard for me in the nighttime to

7    get back home.

8        Q      Okay.  Now, let me ask you that.  How

9    did you get to -- when you worked on the west

10   side, how did you get there?

11       A      By train and bus.

12       Q      Where did you live?  Where were you

13   living when you first started working?

14       A      Brooklyn.

15       Q      Where in Brooklyn?

16       A      Bensonhurst.  You want directly the

17   address?

18       Q      What was your address when you first

19   started working there?

20       A      I give you two addresses.  I don't

21   remember which.  One is 6412 20th Avenue,

22   Brooklyn, New York 11204.  I believe it's the

23   zip code.

24       Q      That was 20th Avenue?

25       A      Correct.

1aa375d5-28fd-4ad6-aefe-63663e501668

VIKKI

1
2    Q    Did you ever get a ride from anybody?
3    A    No.  Like when I was -- the train was
4    not working I had to take a cab.  I had to go to
5    work.

6         And if I would not go, they would
7    have fired me.  I called.  I said I don't know
8    how I'm going to get, you know.  "You have to
9    take cab ride or just take whatever."

10   Q    When you came -- when you worked on
11   the east side, how did you get to work?
12   A    By train.  I would take the N train
13   to Lexington and 60th Street, East 60.
14   Q    So it was just one train?
15   A    Yes.  And I had to walk two blocks,
16   two -- two or three blocks.  Two and a half
17   probably.
18   Q    Now, why did you leave Scores East?
19   A    I got pregnant.
20   Q    And did you decide to quit?
21   A    I told -- I give them notice.  I
22   said, "I can't work anymore.  I'm pregnant," and
23   that was it, but I have to give them notice,
24   like two weeks or a month.
25   Q    Who did you give notice to?

1                          VIKKI

2      A      To the manager.

3      Q      And who was the manager you gave

4  notice to?

5      A      Robert.  I give notice to Harvey, one

6  of the owners.

7      Q      You gave notice to Harvey?

8      A      Yes.  I told him too.  I see him once

9  in the club, and said I told manager -- I mean

10  Robert too.  I said I'm pregnant.  I can't work

11  anymore.  That was it.

12      Q      When you say you had to give notice,

13  who told you you had to give notice?

14      A      Who told me was the rules.  When I

15  got hired, they told me if you're going to leave

16  the club or anything, any type of -- if you're

17  going to move you have to give notice two weeks

18  to a month ahead.

19      Q      Who told you that?

20      A      The house mom.

21      Q      Who was that?

22      A      Was -- I mean, it was both.

23  Marguerite or Lisa.  On east side was Lisa.  I

24  mean, when I moved to the east side it was Lisa,

25  because I asked her when I got pregnant.

1                              VIKKI

2              I said, "Lisa, I'm pregnant."  She

3    was saying just tell Robert, you know, two

4    weeks, or Harvey, and that's what I did.  I gave

5    notice, and I am not working anymore.

6         Q     And you told them that you were

7    pregnant?

8         A     Yes.

9         Q     Now, what is Harvey's last name?

10        A     I don't know.

11        Q     But you knew him as one of the

12   owners?

13        A     I believe, yes.  Yes.  He -- that's

14   how you pretend yourself.  That's how he

15   pretend.  He was one of the owners.  I don't

16   know.

17              That's -- I mean, everybody -- you

18   know, even when we had to do our meetings, he

19   was one of the owners.  I don't know.

20        Q     When you say you had to do

21   meetings --

22        A     When there was a meeting in dressing

23   room, like every other week or every four days

24   or something, you had to -- all the girls

25   together in the dressing room.  Like some

1          VIKKI

2   things, whatever they had to do meeting.  I

3   don't -- you know.

4       Q     Okay.  Now, how frequent were these

5   meetings?

6       A     Once a week or twice a week or once

7   in two weeks.  Depends whatever they had to say

8   something to the girls or whatever they had to

9   talk to us.  They would do meetings in the

10  dressing room.

11      Q     Who -- who spoke during these

12  meetings?

13      A     Sometimes it would be the manager and

14  Harvey, one of the owners, and wherever --

15  sometimes was different people.

16           I don't remember.  I don't talk for

17  such.  I mean, whatever they had to talk about.

18  I don't remember.

19      Q     Do you remember any of the issues

20  that were discussed at these meetings?

21      A     I remember the issue had to sell

22  bottles all the time, about the VIP rooms.  They

23  were going after us.

24           You have to -- you know, they go

25  each -- after each girl.  "You went for this

1                          VIKKI

2     kind of hours.  If you going to go one more

3     time, if you're going to continue that, and

4     don't sell bottles, that's how we make the

5     money.  You have to push to sell bottles."  And

6     this was more particular meeting.  More going

7     after.

8              Q      You were talking about the VIP rooms.

9              A      Yes.

10             Q      What's that?

11             A      VIP room is -- that's a room.  And

12    you -- it's for an hour.  And you have to dance.

13    It's a private room.

14             Q      You danced in the private room?

15             A      Yes.

16             Q      And who decided or how was it

17    determined how much you would get paid to dance

18    in the private room?

19             A      The Scores would decide.  I would get

20    $500 and plus the room, whatever the room was,

21    1,500, 1,200.

22                    I don't know.  Was some money.  You

23    know, it was -- different rooms was different

24    prices, or I don't remember how the rooms were.

25             Q      You're talking about the room price?

1                        VIKKI

2        A     Yes.  I mean, I don't know about the

3   room prices, how they going to -- you know, how

4   they charge, but was about 12 to 1,500 or a

5   thousand.  I don't know how they -- about the

6   room.  I know I will make 500.

7        Q     You knew you would make $500 to go

8   into a room?

9        A     Yes.

10       Q     Always?

11       A     Always $500.  Yes.

12       Q     Could you negotiate more or less?

13       A     No, because I would be in trouble and

14   was not part of the -- no.

15       Q     That was for one hour?

16       A     Yes.

17       Q     When you say you would be in trouble,

18   what makes you think you would be in trouble?

19       A     Because if I was saying, you know,

20   for more, was -- you know, they would go after

21   me and say, "You know what?  You're fired.  Why

22   you ask the customer for more money?"

23       Q     Who is they?  Who was --

24       A     The staff.  Whatever.  The host could

25   be -- you know, was so many people over there,

1                              VIKKI

2      the host, because I want to talk to them," and

3      for a price and stuff.

4           Q     So what is it that the host would

5      explain to the customer?

6           A     They would explain the room and how

7      much would be the room.

8           Q     The room cost?

9           A     Yes.

10          Q     Okay.  What else?

11          A     How much I will get.

12          Q     How much for you?

13          A     Yes, and that's it.

14          Q     And what did you say about tip-out?

15          A     Tip-out.  I mean, the customer would

16     get two checks, one for the room and one -- I

17     mean, one for the room money and one for, you

18     know, my money.

19                I mean, you know, like two separate

20     checks.  One is 1,100 or 1,200 or 1,500,

21     whatever it goes to cost the room.

22                He has to sign two checks.  If he's

23     going to pay by credit card, because always he

24     had sign two checks.  One for room and one for

25     like the money I will get.  And...

1                              VIKKI

2        Q      All right.  So you're saying there

3   were two checks.

4               You mean the person -- he put it on

5   his credit card?

6        A      Yes.

7        Q      The customer would put it on his

8   credit card, and he had to sign twice?

9        A      Yes.

10        Q      And you understood one signing was

11   for the room and one was for your fee?

12        A      Yes.

13        Q      And did the host tell the customer

14   how much your fee was?

15        A      Yes.  500 for the girl and whatever

16   it was for the room.  It's -- price is --

17   depends which room, you know.  There was some

18   different rooms.  That's why.

19        Q      And what did you mean by tip-out?

20        A      By tip-out?

21        Q      Yes.

22        A      What I mean -- I mean I have to pay

23   the house fee with 180.

24        Q      The house fee was 180?

25        A      Yes.

1                          VIKKI

2        Q      Is that every day?

3        A      Exact.

4        Q      Okay.

5        A      You have to pay the DJ.  If I was --

6   if I was -- you know, he will put me off the

7   stage if I had to now go -- if I didn't want to

8   go on stage, I had to pay $100, and if I was

9   going -- you know, if I was going on stage I had

10  to pay 40, but it was never 40, because if I was

11  giving 40 he would put me more.  If I had to go

12  ten times he put me 20 times.  It would be 60 or

13  80 or whatever.

14       Q      You're talking about the DJ?

15       A      I mean, you say tip-out, what I

16  should tip out the entire night which -- I

17  mean --

18       Q      All right.  We can go into that

19  later.  Let me just go back to the private room

20  situation, okay?

21              You mentioned the tip-out at the

22  private room.

23              Was there a separate tip-out in

24  connection with the private room?

25       A      The tip-out -- end of -- the

1                              VIKKI

2    private -- when the room -- I mean, when hour is

3    finished I had to tip the host.

4              He was getting tip from customer, and

5    I had to tip him.  You know, if I will not tip

6    him, you know, they come to me, "Where's my

7    tip?"  Or --

8         Q     So did you decide how much to give

9    the host?

10        A     It's pretty much ten percent.  I have

11   to tip them.  Like figure 60, $80.

12        Q     Now, in addition to the money that

13   the customer puts on the credit card for your

14   fee, did the customer also give you money in the

15   room?

16        A     No.  The customer would tip me when

17   he signs the $500.  He will tip me right off

18   there.

19              Like if the room is 500, or is ten

20   percent -- is ten-percent surcharge, whatever it

21   costs.

22              He can pay by credit card.  If they

23   pay funny money, it's 500, but the charge is 600

24   on credit card, because it's ten-percent fee.

25              I don't know how that works for

1aa375d5-28fd-4ad6-aefe-63663e501668

1                              VIKKI

2      Scores.  I mean, when he signs my money, it's

3      600 on the credit card, but comes out to 500,

4      because they keep ten percent.

5              Q       What happens to that 500?

6              A       I take the 500, but when he tips

7      me -- I mean, he sign for 500, and he will say,

8      "I give you $100 tip or 200 or $50," whatever he

9      wants to tip me.  I never get that tip.  Host

10     gets the tip, but I never understood why is

11     that.

12             Q       The host would get the tip?

13             A       Yes.

14             Q       You mean on the credit card he would

15     put additional tip?

16             A       For me, and I would -- I never got

17     the tip.  Almost three years I work over there,

18     I never got a penny.

19             Q       You got the $500?

20             A       Yes.

21             Q       And how did you get the $500?

22             A       Funny money.

23             Q       It was in funny money?

24             A       Yes.

25             Q       So that was all you received from the

1                          VIKKI

2    customer?

3        A      Yes.

4        Q      Was the funny money?

5        A      Yes.

6        Q      Did you receive it all at once?

7        A      Yes.

8        Q      They would hand it to you before you

9    had to dance in the room?

10       A      No.  You would start dancing, and he

11   would come with the funny money.  The host will

12   come with the funny money after 10, 15 minutes,

13   20 minutes, 30 minutes, but he will come.

14       Q      The host would come into the room?

15       A      Yes.

16       Q      During -- while you were dancing --

17       A      Yes.

18       Q      -- the host would come into the room?

19       A      Yes.

20       Q      So you would get $500 in funny money?

21       A      Yes.

22       Q      Did some customers give you money

23   over and above that money?

24       A      (Indicating)

25       Q      Did --

VIKKI

1

2    A    No, because the customers always tip
3  me by credit card to the -- you know, and I
4  never got that money.  They never give it to me.
5           You know, not me, but to all the
6  girls, you know.  And I never asked.  But he was
7  saying, "I left your tip," and if I would say,
8  you know, to the customers I don't get the tip,
9  you know, I would get a large trouble.
10          If I was asking, you know, if he tip
11 with credit card where's my tip, I get in
12 trouble, like forget it.  And always -- I
13 never -- I never asked them.
14    Q    Okay.  Let me go to the issue of the
15 house fee.
16          Was the house fee always the same
17 amount of money?
18    A    It was 180.
19    Q    Always 180?
20    A    Saturdays was, I believe, 160 or 140.
21 I don't remember.  Because I --
22    Q    Saturdays was less?
23    A    Yes -- no.  Sundays.  I'm sorry.
24 Sundays was something -- I don't remember.  It's
25 been awhile for me I didn't work over there, and

1aa375d5-28fd-4ad6-aefe-63663e501668

1                    VIKKI

2    it's changed, you know.

3         Q    Let me ask you this.  Was the house

4    fee always the same amount of money?

5         A    I mean, six days a week was -- no.

6    I'm sorry.  Mondays was 160.  And rest of the

7    days and Sunday was same thing.

8              Monday or Sundays was probably 140,

9    160.  Sometimes was -- Sunday was a little busy.

10   I couldn't afford it.

11             I will pay probably $80, because -- I

12   mean, I couldn't, you know.  I'm going minus,

13   only I had to work those days.  I was...

14        Q    When did you pay the house fee?

15        A    To the house mom.

16        Q    When though?

17        A    When?  End of the night.

18        Q    The end of the night you paid the

19   house fee?

20        A    Yes.  I couldn't leave if I was not

21   paying the house fee.  I had to pay.

22        Q    Could you pay the house fee in funny

23   money?

24        A    Yes.

25        Q    Did you typically pay it with funny

1                        VIKKI

2    money?

3        A      Half and half.  Whatever, you know.

4    Sometimes, you know, I didn't have funny money

5    and will pay cash, and I would go home with

6    zero.  Depends on the night.

7              Or maybe I cashed funny money and I

8    think maybe I'm going to take -- I'm going to

9    make funny money later.

10             I never did it.  Was never busy, and

11   I had to pay with my money, the money I made the

12   night before.

13       Q      So you could end up with less money

14   than you started with?

15       A      Oh, yeah.  Of course.

16       Q      So you could actually loose money by

17   working a whole shift?

18       A      Not one time.  Some of the times.

19       Q      Excuse me?

20       A      It's -- yes.  So many times that

21   happened.

22       Q      That happened several times?

23       A      Yes.  Like sometimes -- I mean, I

24   will go to the manager.  I will say I can't -- I

25   can't pay.  I'm not going to pay 180.