# EXHIBIT 5B

1                              VIKKI
2        Q      So the DJ also would sign the receipt
3    book?
4        A      Yes.
5        Q      Okay.  And you would put down how
6    much you paid the DJ?
7        A      Correct.
8        Q      And what would you write down for
9    the --
10       A      DJ I write down.
11       Q      Just DJ?
12       A      Yes.
13       Q      Is there anyone else you had sign
14   your receipt book besides the house mom and the
15   DJ?
16       A      The makeup artist, the house mom tip.
17       Q      Let's start with the makeup artist.
18       A      Yes.
19       Q      Who was the makeup artist?
20       A      It's Kasha or Jennifer.
21       Q      Kasha?
22       A      Yes.  Or Jennifer.
23       Q      Is this at Scores East?
24       A      Yes.
25       Q      And what did Kasha or Jennifer do for

1                    VIKKI

2    you?

3         A      Jennifer and Kasha, they makeup

4    artist.  They will do my makeup.

5         Q      So when you arrived at the club, you

6    didn't have any makeup on?

7         A      No.  I would do makeup over there.

8         Q      You did it at the club?

9         A      Yes.

10        Q      You did it yourself or they did it

11   for you?

12        A      If I would do it myself, I could do

13   it.  I could use makeup or my makeup.  You know,

14   they would help me if I didn't have something,

15   and if I was just not feeling to do the makeup

16   they do it for me, and I would pay them.

17        Q      But could you decide to do your

18   makeup on your own?

19        A      Yes.

20        Q      And not pay the makeup artist?

21        A      Yes.  But you to tip them anyway.

22        Q      You had to tip them whether you used

23   them or not?

24        A      Yes.  If I was doing my own makeup,

25   you have to tip them $20.  And if they going to

1          VIKKI

2    do that for me I would tip them -- it was 40

3    makeup.

4          Q    Now, who is it -- who -- did anyone

5    ever tell you that you had to tip them --

6          A    Yes.

7          Q    -- whether or not you used them?

8          A    Yes.  First day I start, that's what

9    I explained to tip.  You know, they saying tip

10   the makeup artist.  You have to tip the DJ.  You

11   have to tip the house mom.  You have to tip

12   each.

13         Q    So you had to pay the house fee to

14   the house mom, and you had to pay the house mom

15   a tip?

16         A    Yes.

17         Q    And how much tip did you give the

18   house mom?

19         A    It was mandatory $5, but I had always

20   to give it to her $20, because --

21         Q    It was mandatory $5?

22         A    $5.  But, you know, she would do a

23   lot of stuff, you know, for us, and I would give

24   her 20.

25              She was nice.  If I need something,

1    VIKKI

2    she would help us.  She -- I would give her 20,

3    sometimes 40.  Depends, you know.

4    Q    What is it the house mom would do for

5    you?

6    A    You know, she would help.  I mean,

7    it's some things.  If we had headaches or -- you

8    know, she would get -- I mean, you know, if we

9    needed something.  Different ways, you know, but

10   it helps.

11           Or if I have something to sew, you

12   know, like a dress or a -- she will help me, you

13   know.

14           Or if I had to buy, you know,

15   something, you know, she will give it to me.  If

16   I had to buy a garter, that's what I have to --

17   you know, from the house mom.

18   Q    She would sell you things?

19   A    Yes.

20   Q    Okay.

21   A    She would bring us, you know, like

22   candies or like desserts, you know, when I had a

23   break.  I mean, she was nice.

24   Q    Now, did you ever have a problem with

25   the dress, like it needed some mending or sewing

1                          VIKKI

2       Q       How big was the locker?

3       A       Was not big.  Was just a little

4  locker.  I would -- like a gym locker.

5       Q       How many dresses could you fit in a

6  locker?

7       A       Four.  Three, four.  If I would want

8  stay nice, I only keep one or two, but...

9       Q       Now, when you left Scores East, did

10  you take all of the stuff out of your locker?

11      A       Yes.

12      Q       So you still have your dresses?

13      A       Yes.

14      Q       So you said it was a mandatory $5 tip

15  to the house mom?

16      A       Right.

17      Q       And who informed you of that

18  mandatory tip?

19      A       It was rules of the club.

20      Q       Who told you that?

21      A       The house mom.  She would say, "It's

22  $5 mandatory to makeup artist, and $5 mandatory

23  to me," to the house mom.  That's for house mom.

24              And she would say, "It's $40 for DJ.

25  If you want to keep off the stage it's a hundred

VIKKI

1

2    dollars."  She would say if you --

3       Q    I missed what you said.  You said the

4    DJ was $40?

5       A    $40.  If don't know want to go -- if

6    you --

7       Q    On the stage?

8       A    If you go on stage it's $40.  If you

9    don't want to keep on the stage it's a hundred

10   dollars.

11           And if you on stage, it doesn't

12   matter.  If you go all night on the stage -- I

13   mean, in the end, when you going to go home, if

14   you go to the VIP room for two hours, you still

15   have to pay him $100.

16           Doesn't matter if you -- if you went

17   all night long on the stage.  You go more than

18   two hours, two hours is enough.  He needs -- you

19   have to pay him a hundred dollars.

20       Q    You paid him less if you went on the

21   stage?

22       A    40.  I will pay him 60 because, you

23   know -- I would say I will -- he was -- I mean,

24   that's how he works for tips.

25       Q    Now -- so you would tip the DJ?

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2      A      Yes.

3      Q      Now, did you ever tip the DJ to play

4  certain music that you wanted played?

5      A      Sometimes, yes.  Because he was

6  saying, "I don't have that song," you know.  He

7  will play that kind of trick, and I would say,

8  "All right.  I'm going to tip you at the end.

9  I'll give you $20."

10      Q      And then he would have the music?

11      A      Yes.

12      Q      Or did you bring your own music?

13      A      No.  I never bring my own music.  He

14  had, you know.

15                      MR. CAPOBIANCO:  I'd like to

16                  have this marked as Vikki Exhibit 1.

17                      (Vikki Exhibit 1, application,

18                  was marked for identification, as of

19                  this date.)

20      Q      Now, Ms. Vikki, when you first went

21  to Scores to apply for the job, did you fill out

22  any paperwork at that time?

23      A      I don't remember. I remember on east

24  side, but I don't remember.

25      Q      Now, this document that we marked as

1aa375d5-28fd-4ad6-aefe-63663e501668

1           VIKKI
2    Vikki Exhibit 1, is this in your handwriting?
3         A     This one, yes.
4         Q     Yes.  And this address here, 928 59th
5    Street, was that one of your addresses?
6         A     Yes.  It's one of -- I used to live
7    with my aunt a long time.  I just see I
8    remember.  Since when I moved to New York, the
9    first address I had.
10         Q     So this was the address you had when
11    you first moved to New York?
12         A     Yes.
13         Q     Okay.
14         A     I'm sorry.  I didn't -- I didn't
15    remember this address.  It's been awhile.
16         Q     How long did you live at that
17    address?
18         A     About a month.
19         Q     One month.  So do you think -- was
20    this the application you filled out when you
21    first started?
22         A     Because I put this address, because
23    my aunt were not moving anywhere.  That's why I
24    put the address.
25              You know, it was like anything I

1                           VIKKI

2       A       You couldn't work.

3       Q       You put your real name on this

4  document, didn't you?

5       A       Yes, because it's a document.  You

6  know, I have to say, you know, but you can't --

7  you know, couldn't use your real name.  Like to

8  work over there you had to have a stage name.

9       Q       Okay.  So does it mean that when you

10  spoke with fellow dancers they knew you as

11  Marissa?

12       A       Yes.

13       Q       Or was it a name that you were

14  supposed to use when a customer asked you your

15  name?

16       A       Correct.  Or if they would call me on

17  stage, I had to use Marissa.  In Scores they

18  have to call me Marissa, not my real name.

19       Q       That's what everyone called you?

20       A       Correct.

21       Q       Okay.  Did you have any friends when

22  you worked at Scores?

23       A       Friends like a worker?  Yeah.  We

24  would say, "Hi.  How are you?"

25       Q       But I mean, did you ever tell anyone

1                        VIKKI
2    what your real name was?
3          A      (Indicating)
4          Q      Even those friends called you
5    Marissa?
6          A      Marissa.
7          Q      Did you have any friends that you saw
8    outside of work?
9          A      I was not hanging out too much.  I
10   was working.  You know, I had work and home.
11         Q      Did you ever go out with friends,
12   anybody from work after work?
13         A      No.
14         Q      Never went anywhere in the
15   neighborhood for a bite to eat or anything?
16         A      No.
17         Q      You went straight home?
18         A      Correct.
19         Q      Now, did you work any specific days
20   of the week?
21         A      I worked six days a week.
22         Q      You worked six days a week?
23         A      Correct.
24         Q      When was that?
25         A      Almost two years and a half, almost

1aa375d5-28fd-4ad6-aefe-63663e501668

1                           VIKKI

2       three years.

3           Q       You worked six days a week every

4       week?

5           A       Yes.   Except two times I took

6       vacation, probably two weeks.

7           Q       You took vacation two times for two

8       weeks?

9           A       About there.

10          Q       Now, did you decide you wanted to

11      work six days?

12          A       Actually you know, they was decide

13      five days a week, but sometimes like example, if

14      they did not have enough girls for Monday or

15      Wednesday or whatever, you know, if I want to

16      take it, they would say, "Could you please come

17      to work," you know -- or Wednesday was happy

18      hours five to seven.

19                  They open the bar five o'clock, and

20      house mom say, "Can you please, Marissa, come to

21      work?  Be here 4:30."  "Yeah.  Okay."

22          Q       So the house mom called you Marissa?

23          A       Yes.

24          Q       So the house mom would ask you if

25      could work a certain day?

1          VIKKI

2    A      The manager will ask me.

3    Q      The manager, not the house mom?

4    A      No.  The house mom will ask me, but

5    the manager, Robert, will say "Marissa, please,"

6    or in the beginning when I started you have to

7    work.  I mean --

8    Q      Then later on it became please?

9    A      Yes.  "Please can you?"  I mean -- I

10   will say no, I can't work.  He said no.  They

11   would start, you know.

12          They will say why I do -- I mean,

13   "You know, you have to work.  You have to help

14   me," you know.

15   Q      Did you ever tell him no, you

16   couldn't work, you had something else planned?

17   A      Because -- I mean, I told him couple

18   of times, and they said, "We need the girls for

19   this kind of shift."

20          If you not working for four, five

21   years, you know, like you couldn't say like I'm

22   a new girl.

23          I was working there almost, you know,

24   three years and a half, two years.  And would

25   say okay, you know.  I didn't want to.  They

1                          VIKKI

2    host?

3         A      Correct.

4         Q      Okay.  So for two hours you could

5    make a thousand dollars minus 120?

6         A      Correct.

7         Q      So then couldn't you have evenings

8    where you made more than a thousand dollars?

9         A      Because after two hours you going to

10   be in the a VIP room, you're going to dance for

11   two hours.

12              I will not have any more energy to

13   stay on high heels to go to the floor.  I would

14   be tired, to stay in dressing room until 3 a.m..

15   Time will come I go home.

16        Q      So you could just sit in the dressing

17   room and not go out on the floor?

18        A      I will go on the floor.  You know,

19   I'll go, but sometimes, you know, it's just --

20   customers said, you know, it's -- I don't want

21   it, you know.

22              I don't want, I mean, to dance or I

23   just want to look or just sit, whatever.  It's

24   not like you're going to make -- you can make

25   probably a hundred more of that, but not very

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2    often.

3                  MS. GREENE:  Could you read

4              that last question and answer,

5              please?

6                      (The requested portion was read

7              back)

8        Q       Let me ask you this.  Could you

9    decide when you wanted to take a break in the

10   dressing room?

11       A       I could decide to go for five minutes

12   or ten minutes, and if I was taking for longer,

13   the manager will come, everbody outside the

14   dressing room on the floor.

15              And, you know, I had to go on the

16   floor, so I had to ask.  You know, I have

17   customer, but if he don't want to get a dance, I

18   couldn't do anything.

19              I just sitting in the bar, and

20   wherever new customer will come, you know, I'll

21   go ask again, or after ten minutes I will say,

22   "You ready now?"  Or "Would you like?"

23              But I couldn't stay for entire

24   dressing room.  Nobody will let me.  Like I will

25   come -- you have to go on the floor.  It's

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2    not -- you know, you can't stay there.

3         Q     Now, at the end of the evening you

4    would have some cash and you would have some

5    diamond dollars?

6         A     Yes.

7         Q     Did you have to -- did anyone record

8    how much cash you made?

9         A     What you mean?  I don't understand

10   the question.

11        Q     Well, did anyone ever ask you how

12   much cash you made that evening and was -- did

13   someone write it down on a piece of paper?

14                    MS. GREENE:  Objection.

15        Q     Do you understand the question?

16        A     I don't understand what you mean by

17   that.

18        Q     Okay.  So the end of the evening

19   comes.  You have some cash and you have some

20   diamond dollars, right?

21        A     (Indicating)

22        Q     Do you have any other thing of value

23   besides cash and diamond dollars?

24        A     First of all, I mean, I will make

25   probably $40 in cash, and 95 percent was diamond

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2    dollars.

3        Q      95 percent was diamond dollars?

4        A      Yes.  If I have cash at the end of

5    the night, it be will be probably cash I took

6    with me in case for -- you know, for my money.

7               I mean, I took -- I always have --

8    was taking cash with me.  If anything happened,

9    I have to have cash with me, because whatever I

10   was cashing in the funny money, I will not get

11   cash.

12              I get checks and, you know, how I

13   knew I was getting cash the shift I was working,

14   I had to have cash with me.

15       Q      Okay.  So you say you may have

16   brought your own cash?

17       A      Yes.

18       Q      But aside from the cash you brought

19   yourself, you could get tipped cash by

20   customers?

21       A      It would be five percent.

22       Q      A small amount, but you could still

23   have cash?

24       A      Yes.

25       Q      My question is, from the cash that

1aa375d5-28fd-4ad6-aefe-63663e501668

1                          VIKKI

2        A      I had to go to the office, you know.

3        Q      To the office?

4        A      Yes.  And there was a time between

5   nine to ten or seven to nine.  I don't remember.

6   You know, between seven or eight to ten,

7   whatever, you know, wherever they would make a

8   DJ -- the DJ would make a call, like they doing

9   diamond dollars.

10              But that was between, I could say,

11  7:30 to 10:00 or depends.  You know, like not

12  more than 10:00, 10:30 to be, but always the DJ

13  will say the funny money now.  They're doing

14  funny money.

15       Q      And the DJ would make that

16  announcement.  You could go down to the office?

17       A      Yes.

18       Q      Where was the office?

19       A      It was -- soon as you walked to the

20  club, and it's on the right.  Right before you

21  go to the restrooms.

22       Q      And so you go to the -- you would go

23  to the office and you would do what?  Give --

24       A      I would wait on the line.  I would

25  say one by one.  And I would give the diamond

1                              VIKKI
2      dollars, and he will give a check, and the check
3      will be cashed after two weeks.
4          Q      Would you get a check right there?
5          A      Yes.
6          Q      Would you get a check right then and
7      there?
8          A      Yes.
9          Q      And so you've given the diamond
10     dollars and then you'd get a check.
11              Did you have to sign a piece of
12     paper?
13         A      Correct.  Yes.  I have to.  I had to.
14         Q      So if you turned in a thousand
15     dollars in diamond dollars, how much would the
16     check be for?
17         A      It's -- they keep -- I mean, it was
18     ten percent.  They keep ten percent.  They put
19     in -- I mean, after awhile, they took
20     20 percent.
21              You know, they had -- if I -- you
22     know, they'll keep 20 percent.  They change it
23     back to ten percent, but between ten and
24     20 percent they'll keep for the funny money.
25         Q      So it went to 20 percent for awhile?

1                      VIKKI

2        A      Yes.

3        Q      This is on the east side?

4        A      Both clubs.  It was -- when I was

5    working on the east side some -- you know, then

6    maybe it was about three or four months they

7    were charging 20 percent, 20 percent, and then

8    went back to 10 percent.

9        Q      So you go with the diamond dollars.

10   You give in, let's say, a thousand dollars in

11   diamond dollars.

12               You get back a check right away

13   that's made payable to you?

14       A      Yes.

15       Q      It has your name on it?

16       A      Yes.

17       Q      It doesn't say Marissa?

18       A      No.

19       Q      It has your name on it?

20       A      Correct.

21       Q      Does it have an address on it?

22       A      No.  I don't remember.  No.  The

23   date.

24       Q      Was there any taxes taken out of the

25   check?

1                            VIKKI

2       A       I had to pay and -- but it was ten

3  percent.   I told you what they had to.

4       Q       No.   I understand the ten percent.

5  I'm asking you if there were any taxes deducted

6  from the check.

7               If you put in a thousand dollars, how

8  much would the check be for?

9       A       They could keep 10 percent or

10  20 percent, whatever, you know, and I'll get the

11  rest.   End of year I would pay the taxes, 1099,

12  but not, you know...

13      Q       They didn't deduct the taxes while

14  you were working there?

15      A       No.

16      Q       Okay.   So every day that you worked

17  you would cash in the diamond dollars and get a

18  check?

19      A       If I had it, you know.   I mean,

20  whatever I had, yes.   Or some -- you know,

21  sometimes it was holiday.   The banks was not

22  open.   We couldn't cash the money, funny money.

23  We were working, but couldn't cash it.

24      Q       No.   I'm not talking about the

25  diamond dollars.

1                         VIKKI

2     after 4 a.m. in the morning.

3          Q      They always did it anyway?

4          A      Yes.

5          Q      But you understood that the rule was

6     that you couldn't serve alcohol after 4 o'clock

7     in the morning?

8          A      Yes.

9          Q      Now, did you understand that --

10    that -- look at Number 5 here.

11               If you had -- if any customer made

12    any improper physical or verbal advance to you,

13    that you were supposed to report that to Scores

14    management?

15         A      I don't understand this question.

16    What you mean?  Can you clarify it, please?

17         Q      Let me read Number 5.

18         A      I can read Number 5, but it's too

19    complicated.  I don't understand clearly the

20    question.

21         Q      You can read Number 5, but you don't

22    understand my question?

23         A      I mean, it's too complicated.  You

24    know, like I -- I don't...

25         Q      Well, let me just read for the record

1aa375d5-28fd-4ad6-aefe-63663e501668

1                            VIKKI

2      Number 5.

3                "While working at Scores, I am to

4      immediately report to Scores management any

5      improper verbal or physical advance or

6      suggestion of any kind made to me by either a

7      customer or staff member."

8                When you were working at Scores, did

9      anyone make an improper physical advance to you?

10           A      Physical advance.  What --

11           Q      Did they touch you inappropriately?

12           A      No.

13           Q      -- customer?  Never had that occur?

14           A      No.

15           Q      By a customer or a staff member?

16           A      No.  I will not let them, you know.

17     With a staff I will keep, you know, the

18     distance.

19                Just say hi, bye, and the customer

20     no.  I was -- you know, the rules.  He will not

21     touch me.

22           Q      Did you understand that there were

23     rules that Scores imposed on the customers?

24           A      Yes.

25           Q      Okay.  Did you understand that if

1              VIKKI

2    some customer violated those rules, you could

3    report them to the manager or to some member of

4    management?

5         A    Yes.  I will do.

6         Q    Did you ever report a customer to a

7    member of management?

8         A    Yes.

9         Q    Why?

10        A    I mean, sometimes, you know, they

11   will be like, "Oh, no.  I'm not looking for a

12   dance, "or, you know -- I mean, probably was

13   drunk, you know.

14        Q    What -- what was it that you were

15   reporting to management?

16        A    You know, he was like probably like

17   more he wanted touch more, like more aggressive,

18   I should say.

19             And I will leave the room.  I will

20   not report.  I will report and leave the room.

21   That's it.

22        Q    Leave the private room?

23        A    Yes.  I not going back.  I don't care

24   who was.  Maybe, you know, because some of the

25   customers they be regulars over there, and host

1                       VIKKI

2   accept, you know, like they have their own girl,

3   you know, if the customer is coming there for

4   ten years, but I will not accept that.  No.  I

5   will just leave the room, not get my money and

6   not go back, period.

7        Q     Okay.

8        A     And I -- you know, couple of times

9   that's what I did.  I left the room, and that is

10  it.

11       Q     Let's look at Number A -- well, first

12  of all, above A it says, "I confirm that I am an

13  independent contractor and not an employee of

14  Scores."

15             Is that something you understood when

16  you worked for Scores, that you were an

17  independent contractor?

18       A     No.

19       Q     You didn't understand that?

20       A     No.

21       Q     Did you think you were an employee?

22       A     Yes.

23       Q     And did you say that to them?

24       A     Yes.

25       Q     And who did you say that to?

Page 124

VIKKI

1

2   A      I said it to everybody.

3   Q      Everybody?

4   A      I said to house mom.  I said to the

5   manager.  If I'm an employee -- if I'm

6   independent contractor, why -- you know, like

7   what I will say, for example, like even when you

8   go to the VIP room, you can't -- why you have

9   to -- I have to go and sell the bottles,

10  champagne or whatever.

11          If I'm an independent contractor, I

12  pay the house fee, and I will do whatever, you

13  know, because I don't want to drink.  I don't

14  want to get drunk.

15          Why I have to down the champagne in

16  front of the customers?  You know, if you don't

17  want to buy, you don't want to buy, you know.  I

18  mean, it's -- you know, if I was independent or

19  if I was not, you know.

20  Q      Did you get a fee for selling a

21  bottle in the VIP room?

22  A      No.  And if I would not sell a

23  bottle, they will come after me.  "This is not

24  nice, not working properly.  You have to -- you

25  know, that's how we make our money, you know.

1aa375d5-28fd-4ad6-aefe-63663e501668

1                           VIKKI
2   That's why you work here."
3               I mean, I don't feel drinking, and
4   sometimes I did pour, you know, the champagne or
5   the bottle of vodka, whatever drink he'll get.
6               You know, I will pour in the bucket,
7   whatever, but he would see.  Sometimes he would
8   say, "Oh, cheers.  Let's drink this shot."
9               You know, I don't want to drink.  I
10  don't want to get drunk, because that's not why
11  I'm going over there.
12              You drink a glass of wine, but you
13  can't drink two bottles of wine or you can't
14  drink three bottles of champagne.  You cannot,
15  or is a drink I don't like it.
16              Or if the customer says, "No, I don't
17  want to pay for champagne, you stick out with a
18  pen and paper.  No.  He don't want.  We push.
19  "No, you have to pay."
20              You have to say -- go outside.  The
21  host will call out, say no, you have to sell it.
22  You have to sell it.
23      Q       Let's look at Number A.  It says, "I
24  have the right to perform services for others
25  during the term of this agreement, and will not

1          VIKKI

2    be required to devote my full time to providing

3    these services to Scores."

4              Did you understand that you were

5    permitted to work for other clubs at the same

6    time you were working for Scores?

7         A    What you mean by that?  I was

8    permitted to work for other --

9         Q    That you were permitted to also dance

10   or be an entertainer at other clubs besides

11   Scores while you were working for Scores.

12        A    No.  I couldn't work for the other

13   clubs.

14        Q    You didn't -- you couldn't work?

15        A    No.

16        Q    Why not?

17        A    Because will not let me.  If they

18   going to find out, they will fire me.

19        Q    Who told you that?

20        A    Who told me that?  Was a part of

21   the -- that was explained the first day I sat

22   with one of the -- you know, the house mom told

23   me, "You can't work for no other club.  If they

24   find out you're going to get fired."

25        Q    The next one says, "I will not

1                           VIKKI

2      receive any employee benefits, such as employee

3      pension plan, employee health plan, vacation

4      pay, sick pay or any other fringe benefit plan

5      that may be offered by Scores to its actual

6      employees."  Was that true?

7           A     I don't understand that question.

8           Q     Well, did you receive any employee

9      benefits while you worked for Scores?

10          A     I don't remember.

11          Q     Well, for example, when you went on

12     vacation, did you get vacation pay?

13          A     No.

14          Q     Number C says, "I will pay all my own

15     business expenses that I incur while performed

16     under this independent entertainer agreement."

17               Did you pay your business expenses

18     when you worked for Scores?

19                    MS. GREENE:  Objection.

20          A     I don't understand that question.

21     Clarify the question, please?

22          Q     Well, if you purchased dresses, did

23     you -- did you pay for the cost of the dress?

24          A     Of course, yes.

25          Q     When you took the bus, who paid the

1aa375d5-28fd-4ad6-aefe-63663e501668

Page 135

1                                VIKKI

2    giving written notice of termination with or

3    without cause."

4            Did you understand that you could

5    quit at any time or they could let you go at any

6    time, with or without notice?

7        A    No.  It's not true.

8        Q    It's not true.  Why not?

9        A    Because you can't quit.  I'm just

10   going to quit because if -- you know, what I

11   would say.

12           If you just not -- if you're going to

13   quit, at least -- like example this.  I work

14   tonight.  I don't want to work anymore.  I have

15   a thousand funny money with me, right?

16           And if I not going tomorrow, after

17   tomorrow they going to call me, you know.

18   Because they never going to cash the money for

19   me.

20           And that money is -- you know, that's

21   why I have to let them know, you know.  I can't

22   work.  Like two weeks in advance.

23       Q    Now, when you resigned, did you have

24   to put something in writing?

25       A    What you mean by that?

Page 136

1                          VIKKI

2        Q      You said you were resigning.  You

3   quit because you were -- you were pregnant.  You

4   told them you quit.

5        A      Yes.

6        Q      Did you have to sign -- put anything

7   in writing, saying "I resign" or --

8        A      I give it -- yes.  I put the letter.

9   Like I give it to the -- in the office.  I don't

10  remember exactly.

11       Q      You did write a letter?

12       A      Yes.

13       Q      Saying you were leaving?

14       A      Yes.

15       Q      Did you keep a copy of that letter?

16       A      I nevet got copy.  I don't have a

17  copy.

18       Q      Now, did anybody at Scores West or

19  Scores East ever provide you with any training?

20       A      What you mean, training?

21       Q      Well, did they show you how to do

22  your job?

23       A      I took -- to teach me, you mean?

24       Q      Yes.

25       A      No, but, you know, like -- I'm sorry.

Page 137

1                          VIKKI

2     In beginning when I start working over there, I

3     was uncomfortable to take my dress off, and they

4     would scream at me, "You have to take the dress

5     off, you know, or we'll fire you," you know.

6          Q      But did they know how to do it?

7          A       Yeah.  I mean, they will show me.

8     Nobody danced for me.  I can see, but they were

9     saying to me, "Look at this girl what she do.

10    That is what you should do."

11         Q      So they pointed to somebody else as

12    an example?

13         A       "See what she does?  That's what you

14    should do.  Take the dress off, you know.  This

15    is a topless, you know."

16         Q      Did you ever get a handbook from

17    Scores East or Scores West?

18         A       What you mean by handbook?

19         Q      A booklet.

20         A       Regarding what?

21         Q      Regarding house rules or suggestions

22    for how you can make more money or anything like

23    that.

24         A       No.  They would explain to us by

25    speaking, but no.

1                       VIKKI

2       Q     Now, did you ever wear your dress to

3  or from Scores?

4             The dress you had to wear while you

5  were working there, did you ever come to work

6  wearing that dress?

7       A     No.

8       Q     Did you ever have to carry a dress

9  with you?

10      A     What you mean, carry?

11      Q     Bring it from home.

12      A     Yes, because I had to wash it, and if

13  I -- I wear that dress, you know, I have to wash

14  it and iron it or dry clean, and I have to bring

15  it.

16      Q     So you just carried it on the subway?

17      A     Oh, no.  I put it in a bag.

18      Q     No.  You put it in a bag, but then

19  you carried the bag on the subway?

20      A     Yes.  You couldn't carry even, you

21  know.

22      Q     So you never left Scores East or West

23  wearing the dress?

24      A     Absolutely not.

25      Q     You changed in the changing room?

Page 139

1                              VIKKI

2        A      Yes.

3        Q      Dressing room?

4        A      It was not to wear outside.

5        Q      Excuse me?

6        A      Those dresses completely -- you

7    couldn't wear the dress even -- no.

8        Q      Well, did anyone tell you that you

9    weren't allowed to wear that dress outside?

10       A      Nobody.  I mean, I don't remember,

11   but I would not wear it.

12       Q      You mean for your own personal

13   reasons you wouldn't wear that dress anywhere

14   else?

15       A      Yes.  It -- I don't remember if they

16   tell me or -- told me or not, but I would not

17   wear it.

18              Not me, but none of the girls would

19   not wear it.  It was just not to wear like

20   dinner dress or, you know.

21              MR. CAPOBIANCO:  I'd like to

22              have this marked as Vikki 3.

23              (Vikki Exhibit 3, application

24              for entertainers, was marked for

25              identification, as of this date.)

Page 140

1                       VIKKI
2        Q     Now, is this document in your
3   handwriting?
4        A     Yes.
5        Q     I see the second page doesn't appear
6   to be filled out.
7              Do you remember starting to fill out
8   an application and never finishing it?
9        A     I don't remember.
10       Q     This entertainer number at the top, G
11  0001, was that ever your ID number?
12       A     I don't remember.
13       Q     Well, the other application we looked
14  at said G 00117.
15             Do you remember either of these
16  numbers?
17       A     I don't remember this one.  I don't
18  remember.  I don't know.
19       Q     Well, do you remember 117?
20       A     117 I do remember, but I don't
21  remember that.  That one probably was something
22  GO, but I don't remember, you know.  It's been
23  awhile.
24       Q     Okay.
25             MR. CAPOBIANCO:  I'd like to

1aa375d5-28fd-4ac 6-aefe-63663e501668

1                         VIKKI

2    may only charge $20 for a dance?

3        A    Yes.

4        Q    Okay.  And that if you charged more

5    than that you'll get fired?

6        A    House mom will tell you that, too.

7    Even Robert or house mom, you know.  First day

8    it starts, she explains no negotiation.

9    Don't -- you know, it's $20.  You know,

10   everything, all the -- what you should do.

11       Q    Well, you said it was $20 for a

12   dance, but it was $500 for a room?

13       A    Yes.

14       Q    And the house mom told you that that

15   was not negotiable?

16       A    No -- yes.  I mean is not --

17       Q    I'm sorry.

18       A    Okay.

19       Q    Which house mom is it that said this

20   to you?

21       A    It's both Lisa or Gina.  Both working

22   for club, and both had the same rooms.

23       Q    They both told you that you couldn't

24   negotiate a different amount for a dance?

25       A    No.

1                           VIKKI

2       Q       Or for the room?

3       A       No.

4       Q       I mean, they told you that?

5       A       Yes.

6       Q       When was this?

7       A       When they asked -- the day they hired

8   me.  And, you know, she explained to me

9   everything.

10      Q       Now, it's your understanding that you

11  received this $20 as a fee for the dance?

12      A       I received those $20 per dance.

13      Q       Okay.  And now, do you ever receive

14  cash for a dance?

15      A       Sometimes.  But not that very often.

16  Maybe five percent.

17      Q       Do customers ever give you -- did

18  they ever give you more than $20 for a dance?

19      A       No.

20      Q       Never?

21      A       No.

22      Q       How long is the dance?

23      A       One song.

24      Q       One song.

25      A       Or maybe a little bit more because --

1                          VIKKI

2    one song.

3        Q     I mean, if a customer wanted you to

4    dance for another song, could you do that?

5        A     Yes.

6        Q     Did that ever happen?

7        A     Sometimes.  But not very often.

8        Q     Now, did you understand that when you

9    received the $20 as diamond dollars, that that

10   was worth $18 to you?

11       A     Yes.

12       Q     That you understood?

13       A     Because it's -- yes.  It's -- since I

14   start I was going ten percent, 20 percent that

15   would get from the funny money, and I do

16   understand that.

17       Q     So at the time you actually received

18   the diamond dollars, the $20 in diamond dollars,

19   you knew that you would only be getting $18 in

20   U.S. currency for that?

21       A     Yes.  I believe, yes.

22       Q     Now, the money you received for doing

23   dances or going into the VIP room, that was

24   money you received from the customers of Scores,

25   right?

1            VIKKI

2        A      As I'm saying, Robert.  He was the

3    GM, because this was not his fault, but that's

4    how the club rules, you know, that people.

5        Q      Now, how many times did Robert ever

6    come over to you and say they needed you right

7    now to dance on the stage?

8        A      Many times.

9        Q      Many times?

10       A      Yes.

11       Q      Well, how many -- how many times a

12   year did that happen?

13       A      I don't know exactly, but happen a

14   lot of times.

15       Q      How many?

16       A      I don't remember like how many.

17       Q      Can you give me an estimate of how

18   many times it happened during the time you

19   worked there?

20              Did it happen once or ten times or a

21   hundred times?

22       A      50 times probably.

23       Q      50 times you were told you had to

24   dance?

25       A      Yes.

1                          VIKKI

2        Q      On the stage?

3        A      Yeah.

4        Q      Nobody wanted to dance on the stage?

5                  MS. GREENE:  Objection.

6        Q      Do you understand that question?

7        A      No.  I don't understand the question.

8        Q      Did -- was it -- was dancing on stage

9    something that a lot of the dancers didn't want

10   to do?

11       A      Because a lot of the dancer probably

12   it was busy, and I really don't know, and we had

13   to go even if -- I don't know how they work over

14   there.  Honestly I don't know.  I don't know.  I

15   never understood.  I don't know.

16       Q      You never understood what?

17       A      How the stage works.  Probably -- I

18   don't know.  It's very difficult to explain, but

19   if I was not going on the stage it would be a

20   big problem.

21       Q      Did you ever refuse to go on the

22   stage?

23       A      Yes.  I did a couple of times.  I

24   never -- I went.  You know, I start -- got -- I

25   said what I said, and they said, "I'm sorry.

1                    VIKKI

2    Stage."

3        Q    You mean you tried to refuse, and

4    they said go on the stage anyway?

5        A    Yes.

6        Q    Who did that?  Who did you try to

7    refuse to?

8        A    Try to refuse to the DJ.  I said,

9    "I'm not going.  Don't call me."  I said, "I'm

10   paying you enough."

11            The house mom came and managers came,

12   and I went to the dressing room.  I said, "I'm

13   paying him.  I don't know, you know.

14            They said like, "But I don't have any

15   girls to put on stage.  You have to go."  And

16   I'm like explaining like why it have to be me.

17       Q    You said that to whom?

18       A    To the house mom, to the manager, to

19   the DJ, two or three of them.

20       Q    All three of them you said "Why does

21   it have to be me?"

22       A    Yes.

23       Q    What did they say?

24       A    "I'm sorry.  It's all you."

25       Q    It's all you?

Page 181

VIKKI

1

2    A    Yes.  "All you to come to the stage.
3  Just you.  Stage is yours now."  You know, had
4  to.

5    Q    Now, do you know -- did you know any
6  of the bartenders when you worked there?

7    A    I know by face, but not by names.

8    Q    Did you ever discuss how the diamond
9  dollars worked for the bartenders?

10    A    No.

11    Q    No.  So do you know if they ever even
12  received diamond dollars, the bartenders?

13    A    No.

14    Q    What about the cocktail waitresses?
15  Do you know if they received diamond dollars?

16    A    I don't know.

17    Q    And do you know, if they did receive
18  diamond dollars, how it worked for them?

19    A    I don't know.

20    Q    Did you ever have to buy any clothes
21  for a theme night?

22    A    Yes.

23    Q    What was the theme night?

24    A    It was Christmas, Halloween, Super
25  Bowl, Valentine's Day.

1                         VIKKI

2        Q     You worked all four of those days?

3        A     We start the week or two weeks early

4    for those.  Days will come.

5        Q     Tell me the days again?  Christmas,

6    Halloween --

7        A     Super Bowl.

8        Q     Super Bowl.

9        A     And Valentine's Day.  We start two

10   weeks or ten days or week and a half until the

11   day will come.

12       Q     What did you have to buy for

13   Christmas?

14       A     Like a Santa Claus like outfit.  Like

15   lingerie.  Lingerie.  Like --

16       Q     Lingerie?

17       A     Lingerie.

18       Q     Santa Claus lingerie?

19       A     Yes.  I can't -- I don't know how to

20   actually explain to you, but lingerie.

21       Q     You bought Santa Claus lingerie from

22   where?

23       A     Scores.

24       Q     How much did that cost?

25       A     It was 100, a 120, 80, depending.

Page 183

1                        VIKKI

2    Depends which lingerie I like.  I don't

3    remember.

4          Q     Did you buy it every Christmas?

5          A     Yes.  Of course.  Yes.

6          Q     You bought one outfit or more than

7    one outfit?

8          A     I bought about three.

9          Q     Three Christmas outfits?

10         A     Yes, because you can't wear every day

11   same outfit.  You have to change.

12         Q     What did you wear for Halloween?

13         A     I don't remember.  But I think -- I

14   was -- I don't remember.  I really don't

15   remember.  I bought couple of costumes, three or

16   four costumes, but I can't remember what it was.

17         Q     What about for Valentine's Day?

18         A     Would be lingerie.

19         Q     Any specific kind of lingerie?

20         A     I bought it in Scores.  I mean,

21   specifically I bought it over there.  Whatever,

22   you know, they sell I bought it.  I don't know

23   how to explain the specific.

24         Q     Well, it -- were -- any of the

25   lingerie you had for Christmas, could you use

Page 184

1                      VIKKI

2      those for Valentine's Day?

3           A      No.

4           Q      No?

5           A      Had to be different type.  Different.

6           Q      How many Valentine's Day outfits did

7      you buy?

8           A      You would buy three, because, you

9      know, we would start ten days or two weeks or a

10     week.  You can't wear -- you have to change it.

11          Q      And what did you have to wear for the

12     Super Bowl?

13          A      Like a -- what do you call them?

14     Like whatever T -- like T-shirt.  Like, you

15     know, I should say, like a type of shirt but

16     not -- that goes up.

17                 Have to be -- have to be open and,

18     you know, enough to go -- I mean, you -- like

19     your Jersey team or Philadelphia.  Depends.

20     Would be a Super Bowl shirt.

21          Q      You mean a football shirt?

22          A      Yes.

23          Q      And did you have to buy one of those?

24          A      I don't remember that.  I don't know.

25     I don't remember.

Page 185

1                          VIKKI

2       Q       Well, were you able to use these

3    special outfits from one year and the next year?

4       A       Possibly, but no.  You know, no.  I

5    always -- every year I bought -- I worked over

6    there I got new outfits every time when those

7    days will come up.

8       Q       Now, did you ever buy any dresses at

9    Scores that cost $40?

10      A       $40.  I never remember that, no.  No.

11      Q       What was the least you paid for a

12   dress at Scores?

13      A       The minimum I believe -- I'm not

14   sure.  Hundred dollars, because I remember once

15   was a hundred dollars, because it was like on

16   sale.

17      Q       So it's -- what was the most you paid

18   for a dress?

19      A       180.

20      Q       180.  Now, did you ever not show up

21   for one of your scheduled shifts?

22      A       No.  I came sometimes late couple of

23   times because the trains, you know.  And I got

24   in trouble.

25              They were saying to me, "Next time if

1          VIKKI

2    you do you're going to -- you know, we'll

3    suspend you," and -- but --

4        Q      Before we talk about lateness, let me

5    talk about -- did you ever have a shift you were

6    supposed to go for and you never went to it?

7        A      No.  I -- always I was on.  I

8    never -- I always show up.

9        Q      You never called in sick?

10       A      No.  What I remember, it's no.

11       Q      You never called in sick or had some

12   type of personal emergency that --

13       A      I will go sick to work, and when they

14   see me I was sick.  You know, I still try to

15   work.

16              If you can't work you go home, and

17   after that I had to deal for my house fee.  But

18   "See, I told you I can't work."  Those kind

19   of...

20       Q      Well, did you ever have a personal

21   emergency or something that caused you not to be

22   able to go into work?

23       A      I don't remember.

24       Q      Now, when you said you got in trouble

25   for being late, who spoke to you about your