# EXHIBIT 7

| Form **1099-MISC** | ☐ CORRECTED (if checked) | (keep for your records) | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>GO WEST ENTERTAINMENT, INC.<br>533-535 W. 27TH STREET<br>NEW YORK, NY 10001 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2004**<br>Form 1099-MISC  Department of the Treasury — IRS | **Miscellaneous Income**<br>39-1908647 | |
| | 3 Other income<br>$ | 4 Fed. Inc. tax withheld<br>$ | Copy B<br>For Recipient | |
| PAYER'S Federal identification number<br>13-4171900 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>Blerta Gore<br><br>1022 77th st.<br><br>Brooklyn, NY 11228 | | 7 Nonemployee compensation<br>$  16038.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payor made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

### Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on **Schedule SE (Form 1040)**. See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see **Form 1040-ES**, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.



4  MISBI1   NTF 2560585   Copyright 2004 Greatland/Nelco – Forms Software Only

1099-MISC
39-1908647

11/8/07 at 10:54:13.24                                                                                                          Page: 1

Go West Ent. DD$ 2006
Cash Disbursements Journal
For the Period From Jan 1, 2004 to Dec 31, 2004

Filter Criteria includes: 1) Vendor IDs from WG0017 to WG0017. Report order is by Date. Report is printed in Detail Format.

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 8/4/04 | | 78000 | FEE | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 8/5/04 | | 77000 | DD$ Payout | 540.00 | |
| | | 10200 | Blerta Gore | | 540.00 |
| 8/7/04 | | 78000 | FEE | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 8/10/04 | | 77000 | DD$ Payout | 270.00 | |
| | | 10200 | Blerta Gore | | 270.00 |
| 8/11/04 | | 77000 | DD$ Payout | 270.00 | |
| | | 10200 | Blerta Gore | | 270.00 |
| 8/25/04 | | 78000 | FEE | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 8/27/04 | | 77000 | DD$ Payout | 288.00 | |
| | | 10200 | Blerta Gore | | 288.00 |
| 9/3/04 | | 77000 | DD$ Payout | 288.00 | |
| | | 10200 | Blerta Gore | | 288.00 |
| 9/4/04 | | 78000 | Fees | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 9/8/04 | | 77000 | DD$ Payout | 684.00 | |
| | | 10200 | Blerta Gore | | 684.00 |
| 9/8/04 | | 78000 | Fee | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 9/9/04 | | 77000 | DD$ Payout | 450.00 | |
| | | 10200 | Blerta Gore | | 450.00 |
| 9/9/04 | | 77000 | DD$ Payout | 504.00 | |
| | | 10200 | Blerta Gore | | 504.00 |
| 9/9/04 | | 78000 | Fee | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 9/23/04 | | 77000 | DD$ Payout | 288.00 | |
| | | 10200 | Blerta Gore | | 288.00 |
| 9/30/04 | | 77000 | DD$ Payout | 270.00 | |
| | | 10200 | Blerta Gore | | 270.00 |
| 10/1/04 | | 77000 | DD$ Payout | 558.00 | |
| | | 10200 | Blerta Gore | | 558.00 |
| 10/5/04 | | 77000 | DD$ Payout | 396.00 | |
| | | 10200 | Blerta Gore | | 396.00 |
| 10/6/04 | | 77000 | DD$ Payout | 252.00 | |
| | | 10200 | Blerta Gore | | 252.00 |
| 10/6/04 | | 78000 | FEE | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 10/7/04 | | 78000 | FEE | 48.00 | |
| | | 10200 | Blerta Gore | | 48.00 |
| 10/18/04 | | 77000 | DD$ Payout | 630.00 | |
| | | 10200 | Blerta Gore | | 630.00 |
| 10/19/04 | | 77000 | DD$ Payout | 216.00 | |
| | | 10200 | Blerta Gore | | 216.00 |