# EXHIBIT 8



EXHIBIT
VIKKI
8 for D
Rin 1/28/08

| 9595 | ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. Go West Entertainment, Inc. 533-535 W. 27th Street New York, NY 10011  212-868-4900 | | 1 Rents $ | OMB No. 1545-0115 **2005** Form 1099-MISC | **Miscellaneous Income** |
| | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| PAYER'S Federal identification number 13-4171900 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name Blerta Gore | | 7 Nonemployee compensation $ 1736.00 | 8 Substitute payments in lieu of dividends or interest $ | |
| Street address (including apt. no.) 1022 77th st. | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code Brooklyn, NY 11228 | | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. NY 13-4171900 | 18 State income $ |

Form **1099-MISC**                48-0971237                Department of the Treasury - Internal Revenue Service

11/8/07 at 10:55:05.49                                                                                                              Page: 1

Go West Ent. DD$ 2006
## Cash Disbursements Journal
For the Period From Jan 1, 2005 to Dec 31, 2005

Filter Criteria includes: 1) Vendor IDs from WG0017 to WG0017. Report order is by Date. Report is printed in Detail Format.

| Date    | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---------|---------|------------|------------------|--------------|---------------|
| 6/18/05 |         | 78000      | Fee              | 96.00        |               |
|         |         | 10200      | Blerta Gore      |              | 96.00         |
| 8/6/05  |         | 78000      | FEES             | 96.00        |               |
|         |         | 10200      | Blerta Gore      |              | 96.00         |
| 8/6/05  |         | 78000      | FEES             | 32.00        |               |
|         |         | 10200      | Blerta Gore      |              | 32.00         |
| 11/4/05 |         | 77000      | DD$ PAY OUT      | 1,512.00     |               |
|         |         | 10200      | Blerta Gore      |              | 1,512.00      |
|         | Total   |            |                  | 1,736.00     | 1,736.00      |