# EXHIBIT 9

COPY

1

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE SOUTHERN DISTRICT OF NEW YORK
     ---------------------------------------x
 3   SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA
     VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf
 4   of themselves and others similarly situated,

 5                    Plaintiffs,

 6        -against-

 7   SCORES HOLDING COMPANY, INC.; GO WEST
     ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE;
 8   SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST
     SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.;
 9   and EAST 60th STREET, INC. a/k/a SCORES EAST
     SIDE,
10
                      Defendants.
11
     CIVIL ACTION NO.: 07 Civ. 8718(RMB)
12   ---------------------------------------x

13                    200 Park Avenue
                      New York, New York
14

15                    April 3, 2008
                      12:45 p.m.
16

17        DEPOSITION of SIRI DIAZ, one of the

18   Plaintiffs herein, pursuant to Notice, before

19   Ronald A. Marx, a Notary Public of the State of

20   New York.

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                     212-750-6434
25                  REF: 87181
```

2

```
 1    A P P E A R A N C E S:
 2
 3    OUTTEN & GOLDEN LLP
 4    Attorneys for Plaintiff
 5         3 Park Avenue
 6         New York, New York 10016
 7    BY:  ALLEGRA FISHEL, ESQ., ESQ.
 8         PHONE 212.245-1000
 9         FAX 212.977.4005
10         E-MAIL afishel@outtengolden.com
11
12
13    GREENBERG TRAURIG, LLP
14    Attorneys for Defendant
15         Met Life Building
16         200 Park Avenue
17         New York, New York 10166
18    BY:  ERIC B. SIGDA, ESQ.
19         PHONE 212.801.9386
20         FAX 212.805.9386
21         E-MAIL sigdae@gtlaw.com
22
23
24
25
```

```
                                                       54
  1                         DIAZ
  2      Q     How many different kinds of stockings
  3  do you think you bought?
  4      A     I don't remember.
  5      Q     Could you choose the kind of
  6  stockings, fishnets, regular, whatever, that you
  7  could wear there?
  8      A     I suppose so.
  9      Q     How did you obtain the boots?
 10      A     I already had them.
 11      Q     What kind of boots were they?
 12      A     Just regular knee-highs, winter
 13  boots.
 14      Q     I didn't hear.
 15      A     Winter boots.
 16      Q     What color were they?
 17      A     Black.
 18      Q     How long had you had the boots before
 19  you started working at Scores West Side?
 20      A     I don't know.  I'm not sure.  Maybe a
 21  year.
 22      Q     Do you still have the boots?
 23      A     Yes.
 24      Q     Do you still wear the boots?
 25      A     Sporadically.
```

```
                                                        58

 1                         DIAZ
 2        A     Magdy.
 3        Q     Magdy.  Did you have to pay Magdy or
 4   pay anybody?
 5        A     I'm not sure if I paid.
 6        Q     Did all the bartenders -- withdrawn.
 7              Were all the bartenders female?
 8        A     Yes.
 9        Q     Did all the bartenders wear a similar
10   corset and skirt to the one that you wore?
11        A     Yes.
12        Q     Did you wear your work outfit to
13   work, or did you change at Scores West Side?
14        A     I changed at Scores.
15        Q     Did all of the bartenders change, or
16   did some of them come to work in their work
17   outfit?
18        A     To my knowledge all of them changed.
19        Q     Did the waitresses wear similar work
20   outfits?
21        A     Yes.
22        Q     How many waitresses were there, do
23   you think?
24        A     Up to 20, I believe.  There was a
25   lot.
```

```
 1                      DIAZ
 2      A    No.
 3      Q    Did you serve food at the bar as
 4 well?
 5      A    Occasionally.
 6      Q    Could a customer pay for food with
 7 diamond dollars?
 8      A    No.
 9      Q    Was a customer supposed to tip you
10 with diamond dollars?
11      A    If they chose to.
12      Q    Were you often tipped in diamond
13 dollars?
14      A    Pretty frequently, yes.
15      Q    Every time you worked were you tipped
16 in diamond dollars?
17      A    I wouldn't say every time.
18 Sometimes.
19      Q    Do you think it happened on more than
20 five occasions?
21      A    Yes.
22      Q    What's the largest tip you ever
23 received in diamond dollars?
24      A    That I can remember, it was 80.
25      Q    And the lowest tip you would have
```

```
                                                          74
1                        DIAZ
2    dollars?
3         A     No.
4         Q     Did you cash all your diamond dollars
5    in?
6         A     I think I did.
7         Q     The tip box for bartenders, lock box,
8    was that used by you and the other bartenders
9    working in the main bar?
10        A     The two of us, yes.
11        Q     And the bartender at the restaurant
12   bar would not have been using that lock box,
13   correct?
14        A     No.
15              THE WITNESS:  Can I run to the
16         bathroom again?
17              MR. SIGDA:  Yes.  Of course.
18              THE WITNESS:  Thank you.
19              (Recess taken)
20   CONTINUED DIRECT EXAMINATION BY MR. SIDGA:
21        Q     I'm going to show you a pay stub, but
22   before I go there, going to the diamond dollars,
23   I take it you cashed in all your diamond dollars
24   that you had received?
25        A     I think so, yes.
```

```
                                                         81
 1                        DIAZ
 2   your pay check?
 3       A    When they were starting to put the
 4   credit card tips on the credit -- on the pay
 5   stubs.  For the most part we all did.
 6       Q    What kind of questions did you have?
 7       A    I'm never really sure if I asked
 8   anyone.  So -- I don't really remember the
 9   situation.  I remember -- well, for -- sometimes
10   I went to see why my check was zero.
11       Q    Sometimes you went to see what?
12       A    Why my check said zero if I had
13   credit card tips.
14       Q    Who did you speak to about that?
15       A    I don't remember who I spoke to, but
16   it might have been Tony, and I was told that it
17   was going towards taxes.
18       Q    Okay.  Do you recall if you asked
19   anybody else any questions about your pay check
20   or pay stub?
21       A    No.
22       Q    Besides the time that you mentioned
23   earlier in which you received a thousand dollars
24   in your pay check, was there ever a time when
25   you brought to a manager's attention that the
```

```
                                                      82
 1                         DIAZ
 2     check was in error, that the check was
 3     incorrect?
 4          A     I may have when they first started
 5     doing the credit card tips.
 6          Q     What do you recall about that?
 7          A     Well, again, questioning why it was
 8     zero when I had -- I had credit card tips.
 9          Q     Did you ever ask anybody in
10     management or say to somebody in management that
11     they credited you with the wrong hours?
12          A     No.
13          Q     Did you ever ask anybody in
14     management or say to anybody in management that
15     the amount of the pay check was incorrect?
16          A     That's the time that it was a
17     thousand dollars.
18          Q     Other than that time.
19          A     Again, when I had credit card tip
20     money and they said zero.
21                MR. SIGDA:  Let's mark this as
22          Diaz Number 7.
23                (Diaz Exhibit 7, pay stub, was
24          marked for identification, as of this
25          date.)
```

```
                                                              98
 1                          DIAZ
 2       Q     Do you have any idea how they run
 3  Scores East Side?
 4       A     No.
 5       Q     Have you been in contact with anybody
 6  or -- withdrawn.
 7       A     Can I clarify something?
 8       Q     Hold on.  You said you wanted to
 9  clarify something?
10       A     I don't remember if I sent a MySpace
11  message.
12       Q     I'm sorry?
13       A     I don't remember if I might have sent
14  a MySpace message to Brianna, who used to work
15  there, to see how she was doing.
16       Q     I'm sorry.  I didn't hear you.
17       A     I may have sent a MySpace message, so
18  I guess that's a form of an e-mail, to Brianna
19  to see how she was doing, because she moved.
20       Q     Who is Brianna?
21       A     She's used to be a bartender there.
22             MR. SIGDA:  Off the record.
23             (Discussion off the record.)
24       Q     What is a MySpace message?
25       A     It's --
```