# Exhibit AAA

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Anjana Samant (AS 5163)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807) (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC. a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07-8718 (RMB)<br><br>**Notice of Deposition Pursuant to Rule 30(b)(6)** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of a witness or witnesses that defendants Scores Holding Company, Inc.; Go West Entertainment, Inc. a/k/a Scores West Side; and Scores Entertainment, Inc. a/k/a Scores East Side (collectively referred to as "Defendants" or "Scores"), designates as a corporate representative(s) before an officer authorized by law to administer oaths, at the law offices of Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, New York, on **January 18, 2008 at 10:00 a.m.**, or any adjourned date thereof, and continuing from day to day until completion. The deposition testimony will be recorded by

stenographic means.

Unless otherwise stated, the time period of the inquiry is limited to September 17, 2001, through to the present. "Class Members," as used herein, means all Scores employees in New York who have received part of their compensation as tips between September 17, 2001 and the date of final judgment in this matter. "Scores," as used herein, means Defendants collectively and/or any of Defendants.

The areas of inquiry of Scores corporate representative(s) will be as follows:

1.  Corporate, ownership, management, and/or organizational structure (current and historical) of Scores Holding Company, Inc.; Go West Entertainment, Inc. a/k/a Scores West Side; and Scores Entertainment, Inc., a/k/a Scores East Side and the relationship, if any, between and/or among the Defendants;

2.  Corporate, ownership, management and/or organizational structure (current and historical) of 333 East 60th Street Inc. and Entertainment Management Services, Inc. and the relationship, if any, between and/or among these entities and any Defendant(s);

Dated: New York, New York
       January 15, 2008

By /s/ Tammy Marzigliano
   Tammy Marzigliano

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Anjana Samant (AS 5163)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
*Attorneys for Plaintiffs*