# Exhibit EEE

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, on
behalf of themselves and all others
similarly situated,

                      Plaintiffs,

         - against -

SCORES HOLDING COMPANY, INC., GO WEST
ENTERTAINMENT, INC., a/k/a SCORES WEST
SIDE; and SCORES ENTERTAINMENT, INC.,
a/k/a SCORES EAST SIDE,

                      Defendants.
Case No. 07 Civ. 8718 (RMB)
------------------------------------x

                200 Park Avenue
                New York, New York

                January 24, 2008
                4:05 p.m.

       Deposition of TALIA BUMB, before
Marlene Lee, CSR, CRR, a Notary Public of the
State of New York.

    ELLEN GRAUER COURT REPORTING CO. LLC
     126 East 56th Street, Fifth Floor
       New York, New York 10022
          212-750-6434
          REF: 86554

Page 2

1  A P P E A R A N C E S:

2

3  OUTTEN & GOLDEN LLP

4  Attorneys for the Witness and Plaintiffs

5      Three Park Avenue
       New York, New York  10016
6
   BY:  TAMMY MARZIGLIANO, ESQ.
7       212-245-1000              (Telephone)
        tm@outtengolden.net       (E-mail)
8       212-977-4005              (Fax)

9

10

11 GREENBERG TRAURIG LLP

12 Attorneys for the Defendants

13     200 Park Avenue
       New York, New York  10166
14
   BY:  NEIL A. CAPOBIANCO, ESQ.
15      212-801-9302              (Telephone)
        capobiancon@gtlaw.com     (E-mail)
16      212-805-5501              (Fax)

17

18

19

20

21

22

23

24

25

```
 1                     BUMB
 2      Q.   Which was during training?
 3      A.   Yes.
 4      Q.   Tell me about -- tell me what
 5 happened when you got to the club on that
 6 Sunday for training.  What time did you get
 7 there?
 8      A.   I don't remember what time I came
 9 in.
10      Q.   What happened once you got there?
11      A.   Once I got there, I met with
12 Anelise.
13      Q.   Were you already in your uniform?
14      A.   No.  I changed into my uniform when
15 I got there.
16      Q.   Where did you get the uniform from?
17      A.   From Alberto.
18      Q.   When did Alberto give you the
19 uniform?
20      A.   He gave it to me my first day of
21 training.
22      Q.   On that Sunday?
23      A.   Yeah.
24      Q.   So did you first speak to Alberto
25 on that Sunday?  Or did you first speak to
```

Page 37

1                     BUMB
2  Anelise?
3       A.    I don't recall who I spoke with
4  first.
5       Q.    But at some point Alberto gave you
6  the uniform.
7       A.    Yes.
8       Q.    Did you have any conversation at
9  the time he gave you the uniform?
10      A.    He said it will be taken out of my
11 check.
12      Q.    He said that?
13      A.    Yeah.
14      Q.    Did you ever notice if it was taken
15 out of your check?
16      A.    I never -- I never looked at the --
17 yeah.  I never checked to see, I mean.
18      Q.    Did he say how much would be taken
19 out of your check?
20      A.    He said it would be $50 out of the
21 first check and $50 out of the second check.
22      Q.    Did you ever have any response to
23 that?
24      A.    What do you mean?  What do you mean
25 by that?

1                    BUMB

2      Q.    When he told you that you'd have
3 $50 taken out of your first check and $50 taken
4 out of your second check for the uniform -- is
5 that what HE told you?

6      A.    Yes.

7      Q.    -- did you respond in any way to
8 that statement?

9      A.    No. Not that I recall.

10     Q.    But you never looked at your
11 paycheck to see if $50 was ever taken out of
12 it?

13     A.    No.

14     Q.    Did you have any other conversation
15 with Alberto on that Sunday night when you
16 first went for training?

17     A.    I'm sure I did.

18     Q.    Anything that you remember?

19     A.    Not anything I remember.

20     Q.    But you also said you spoke to
21 Anelise that night.

22     A.    Yes.

23     Q.    Tell me what happened when you
24 spoke to Anelise.

25     A.    She was training me, so she was

Page 39

```
 1                    BUMB
 2   showing me how to use the computer system and
 3   how to serve the drinks and interact with the
 4   bartender, et cetera.
 5       Q.    Did she explain any other aspect of
 6   the job to you?
 7       A.    Yeah, I'm sure she did.
 8       Q.    Anything that you can remember?
 9       A.    Not that I recall at this time.
10       Q.    What did she tell you about how you
11   should interact with the bartender?
12       A.    What did she tell me about
13   interacting with the bartender?
14       Q.    Yes.
15       A.    She was showing me, like, how to --
16   the computer prints out our order, and how do I
17   take the order to the bartender so that they
18   can make the drinks.
19       Q.    Okay.  Anything else?
20       A.    Not that I recall at this time.
21       Q.    How long was your time there for
22   training on that Sunday?
23       A.    For a couple of hours.
24       Q.    And were you in uniform at that
25   time?
```

1               BUMB

2     Q.    Are the bartenders counting their
3  tips?
4     A.    Yes.
5     Q.    The barbacks?
6     A.    No.
7     Q.    They're waiting to receive tips
8  from you and the bartenders?
9     A.    Yes.
10    Q.    Did they get tips from any other
11 source?
12    A.    I'm not sure.  I don't know.
13    Q.    Who physically gave the money to
14 the bartenders?
15    A.    During what transaction?
16    Q.    This cash-out procedure you're
17 talking about.
18    A.    Who gave money physically to the
19 bartenders?
20    Q.    Who physically gave your portion of
21 tips to the bartender?
22    A.    We personally, physically, gave it.
23    Q.    So you personally handed it to the
24 bartender?
25    A.    Yes.

```
 1                       BUMB
 2      Q.    Do you remember any of the
 3 bartenders who you personally handed it to?
 4      A.    I remember one bartender named
 5 Rose.
 6      Q.    Rose?
 7      A.    Yeah.
 8      Q.    Anyone else?
 9      A.    That's the only name I remember.
10      Q.    And what about the barbacks?  Did
11 you physically hand money to the barbacks as
12 well?
13      A.    I don't recall.
14      Q.    Do you remember the names of any of
15 the barbacks?
16      A.    No, I don't.  I know I gave the
17 money for the barbacks to someone.  I just
18 can't remember if we gave it to a manager to
19 give to them, or directly to the barback.  I
20 know I gave money to them.  I just can't
21 remember who I gave it to directly.
22      Q.    Was anybody else involved in this
23 tip-sharing?
24      A.    I only recall the waitresses,
25 barbacks, bartenders, and the managers being
```

1          BUMB
2  there.
3      Q.    Did the manager get a share of the
4  tips?
5      A.    Not that I know of.
6      Q.    Did this process happen on every
7  day that you worked there?
8      A.    Yes.
9      Q.    And did you work till cash-out on
10 every day that you worked?
11     A.    Yes, I did.
12     Q.    And --
13     A.    Except the training days.
14     Q.    Right.  The training days you
15 didn't work that late.
16     A.    Correct.
17     Q.    But the days starting after
18 training, you worked all the way till cash-out.
19     A.    Yes.
20     Q.    So after the cash-out, after you've
21 given the monies to the bartenders and
22 barbacks, then what happens?
23     A.    Then we go change into our street
24 clothes and go home.
25     Q.    When do you clock out?

Page 65

```
 1                    BUMB
 2      A.    After we -- well, I would always
 3 forget to clock out.  Honestly, I don't know.
 4      Q.    Do you know when you were supposed
 5 to clock out?
 6      A.    No.
 7      Q.    So you went directly from counting
 8 your money, telling the manager what your --
 9 how much tips you earned that evening, handing
10 the shares to the bartender and the barbacks,
11 to changing your clothes --
12      A.    Yes.
13      Q.    --and leaving?
14      A.    Yes.
15      Q.    And that's the process you followed
16 every evening that you worked?
17      A.    Yeah.
18      Q.    Do you remember the names of any of
19 the managers that oversaw or sat there when you
20 were counting your tips?
21      A.    I only remember Alberto.
22      Q.    How many days in total did you
23 work, other than training?
24      A.    Total time I was there?
25      Q.    Yeah.
```