# Exhibit FFF

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA
VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf
of themselves and others similarly situated,

            Plaintiffs,

   -against-

SCORES HOLDING COMPANY, INC.; GO WEST
ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE;
SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST
SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.;
and EAST 60th STREET, INC. a/k/a SCORES EAST
SIDE,

           Defendants.

CIVIL ACTION NO.: 07 Civ. 8718(RMB)
------------------------------------------x

           200 Park Avenue
           New York, New York

           April 3, 2008
           12:45 p.m.

     DEPOSITION of SIRI DIAZ, one of the Plaintiffs herein, pursuant to Notice, before Ronald A. Marx, a Notary Public of the State of New York.

     ELLEN GRAUER COURT REPORTING CO. LLC
      126 East 56th Street, Fifth Floor
        New York, New York 10022
           212-750-6434
           REF: 87181

Page 2

```
 1  A P P E A R A N C E S:

 2

 3  OUTTEN & GOLDEN LLP

 4  Attorneys for Plaintiff

 5       3 Park Avenue

 6       New York, New York 10016

 7  BY:  ALLEGRA FISHEL, ESQ., ESQ.

 8       PHONE 212.245-1000

 9       FAX 212.977.4005

10       E-MAIL afishel@outtengolden.com

11

12

13  GREENBERG TRAURIG, LLP

14  Attorneys for Defendant

15       Met Life Building

16       200 Park Avenue

17       New York, New York 10166

18  BY:  ERIC B. SIGDA, ESQ.

19       PHONE 212.801.9386

20       FAX 212.805.9386

21       E-MAIL sigdae@gtlaw.com

22

23

24

25
```

1                   DIAZ

2 management questions about your check?

3       A       I asked about -- yes.

4       Q       What did you ask about?

5       A       There was one time I got a check for
6 a thousand dollars. It was payable to me, and I
7 knew that was incorrect, so I spoke to Spiro
8 about it, and said he would take care of it.

9       Q       Was it incorrect or was it correct?

10      A       No. It was incorrect.

11      Q       Were your credit card tips reflected
12 on your check?

13      A       How so?

14      Q       Did your check include your credit
15 card tips?

16      A       In what was payable to me?

17      Q       Yes.

18      A       Not until after January.

19      Q       How were credit card tips paid to you
20 before January?

21      A       We would have to wait and get them in
22 cash.

23      Q       How did you receive them in cash?

24      A       We'd have to wait, and then they
25 would be given -- they would be given to us by a

```
                                              Page 80
 1                    DIAZ
 2  manager, and he would divide it himself.  He
 3  would take out the portion for the barback, and
 4  then divide it in three.
 5      Q     Was that done at the -- was that done
 6  at the end of each night, or was that done in a
 7  separate time?
 8      A     That was done each night.
 9      Q     Was it done in the same way that the
10  cash tips were divided?
11      A     What do you mean?
12      Q     Were tips via credit card divided the
13  same way that tips received in cash were
14  divided?
15      A     The same formula of dividing it by
16  three, and taking out the money for the
17  barbacks?
18      Q     Yes.
19      A     Yes.
20      Q     And up until January, you would
21  receive the tips paid on credit cards that same
22  night at the end of the night?
23      A     Correct.
24      Q     Did you have -- did you ever have any
25  other questions to anyone in management about
```

1             DIAZ

2 your pay check?

3     A    When they were starting to put the
4 credit card tips on the credit -- on the pay
5 stubs. For the most part we all did.

6     Q    What kind of questions did you have?

7     A    I'm never really sure if I asked
8 anyone. So -- I don't really remember the
9 situation. I remember -- well, for -- sometimes
10 I went to see why my check was zero.

11    Q    Sometimes you went to see what?

12    A    Why my check said zero if I had
13 credit card tips.

14    Q    Who did you speak to about that?

15    A    I don't remember who I spoke to, but
16 it might have been Tony, and I was told that it
17 was going towards taxes.

18    Q    Okay. Do you recall if you asked
19 anybody else any questions about your pay check
20 or pay stub?

21    A    No.

22    Q    Besides the time that you mentioned
23 earlier in which you received a thousand dollars
24 in your pay check, was there ever a time when
25 you brought to a manager's attention that the

1                    DIAZ

2  check was in error, that the check was

3  incorrect?

4      A      I may have when they first started

5  doing the credit card tips.

6      Q      What do you recall about that?

7      A      Well, again, questioning why it was

8  zero when I had -- I had credit card tips.

9      Q      Did you ever ask anybody in

10 management or say to somebody in management that

11 they credited you with the wrong hours?

12     A      No.

13     Q      Did you ever ask anybody in

14 management or say to anybody in management that

15 the amount of the pay check was incorrect?

16     A      That's the time that it was a

17 thousand dollars.

18     Q      Other than that time.

19     A      Again, when I had credit card tip

20 money and they said zero.

21             MR. SIGDA:  Let's mark this as

22         Diaz Number 7.

23             (Diaz Exhibit 7, pay stub, was

24         marked for identification, as of this

25         date.)