# Exhibit HHH

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Anjana Samant  (AS 5163)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas  77002
Telephone:  (713) 877-8788

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN
LEVIN, on behalf of themselves and all others
similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST
ENTERTAINMENT, INC. a/k/a SCORES WEST
SIDE; SCORES ENTERTAINMENT, INC., a/k/a
SCORES EAST SIDE; ENTERTAINMENT
MANAGEMENT SERVICES, INC.; and 333 EAST
60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

## ERRATA SHEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blerta Vikki, being duly sworn deposes and says: The following are corrections made to my transcript of my deposition held on January 28, 2008 at 10:10 am in the **Diaz, et al., v. Scores Holding Company, Inc., et al**, matter.

| Page Number | Line Number | Revisions | Reason for change |
|---|---|---|---|
| 9 | 7 | Delete: "by" | extra word |
| 9 | 8 | Add: pronoun "I" | missing |
| 10 | 10 | Change: ""was" to "from" | typo |
| 12 | 14 | Change: "but" to "about" | typo |
| 27 | 12 | Delete: "." punctuation | typo |

| | | | |
|---|---|---|---|
| 34 | 14 | Change: "what' to "that" | typo |
| 44 | 12 | Reverse "dress" and "same" | typo |
| 59 | 8 | Change: "how works" to "how it works" | typo |
| 92 | 12 | Delete: "was" Change: "decide" to "decided" | typo |
| 92 | 24 | Add: "you" | typo |
| 157 | 21 | Change: "got" to "get" | typo |
| 159 | 17-20 | Change: "cannot" to "can" | clarification |
| 162 | 24 | Change: "sometimes" to "sometime" | clarification |
| 167 | 14 | Change: "that" to "they" | typo |
| 169 | 22 | Change: "had to pay to house fees" to "had to pay two house fees" | typo |
| 177 | 4 | Change: "Melissa" to "Marissa" | typo |
| 177 | 20 | Change: "he" to "I" | typo |
| 191 | 14-23 | A: "I believe yes, but I never – I never, you know, read all. It was given to us the time we working, you know. And it was not like I take it home and read it over there. Like I don't understand, you know, all of the questions what we signed up." Correction: Yes, I did see this document | I thought I was being asked about an employment document |
| 191 | 24-25 | A: "Prob – yeah." Correction: No, I did not sign my declaration without reading it first. | I thought I was being asked about an employment document |
| 193 | 22-23 | A: "$40 probably was a DJ. I don't remember" Clarification: House fee was usually $180 and would pay DJ between $40 and $100. | clarification |
| 194 | 6-7 | A: "I don't remember, but I -- I don't know." Correction: Yes, at least 75% were Diamond Dollars. | I recalled the answer to the question |
| 195 | 14-16 | A: "No" Correction: Yes, I know who prepared my declaration. | Because I thought I was being asked about an employment document, I answered "No." |
| 195 | 17-19 | A: "No" Correction: Yes, I saw a copy of my declaration before I signed it. | Because I thought I was being asked about an employment document |

| | | | |
|---|---|---|---|
| 195 | 20-23 | A: "I signed this in the dressing room, and I went out."<br><br>Correction: I signed this document at my home. | Because I thought I was being asked about an employment document |
| 196 | 5-8 | A: I didn't even read that. That was - you had to sign, and I just signed it."<br><br>Correction: Yes, I had a say in what was written in my declaration. | Because I thought I was being asked about an employment document |
| 204 | 25 | Change: "he" to "you" | typo |

Sworn to before me on the
12 day of March, 2008

_Blerta Vikki_
Blerta Vikki

_(signature)_
Notary Public

JAMES YU
Notary Public, State of New York
New York County REG #01YU6170895
My Commission Expires July 23, 2011