# Exhibit PPP

**IMPORTANT NOTICE ABOUT YOUR RIGHT
TO JOIN A LAWSUIT SEEKING TO RECOVER
UNPAID OVERTIME WAGES FROM DUANE READE**

TO: **ALL CURRENT OR FORMER DUANE READE ASSISTANT STORE MANAGERS WHO WORK OR HAVE WORKED OVERNIGHT SHIFTS AT ANY TIME BETWEEN OCTOBER 6, 2003 AND OCTOBER 6, 2006.**

RE: **YOUR RIGHT TO JOIN A LAWSUIT SEEKING TO RECOVER UNPAID OVERTIME COMPENSATION**

DATE: **January 30, 2007**

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HON. GERARD E. LYNCH, DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.

1. **WHY YOU ARE GETTING THIS NOTICE**

This Notice is to tell you that there is a lawsuit you may be eligible to join because you might be "similarly situated" to the named Plaintiffs. This Notice will also tell you how your overtime rights under the Federal Fair Labor Standards Act may be affected by this lawsuit. This Notice will also tell you how to join the lawsuit if you think you are entitled to back overtime payments and want to participate.

2. **DESCRIPTION OF THE LAWSUIT**

A lawsuit has been brought by Plaintiffs Kelvin Damassia, Arnold Caballero, Dayanand Baldeo, Marlon Fergus, Mohammed Hoque, Muhammed Khawaja, Ifeyani Malu, Mourad Mansy, Mazwell Okeke and Delfin Ruiz against Duane Reade in the United States District Court for the Southern District of New York in Manhattan (the case number is 04 Civ. 8819 (GEL)). The Plaintiffs all worked for Duane Reade as assistant managers on the overnight shift. In their lawsuit they claim that Duane Reade misclassified them and other overnight assistant store managers as being "exempt" employees and did not pay them overtime.

Plaintiffs' lawyers in this case are:

Adam Klein, Esq.
Linda Neilan, Esq.
ReNika Moore, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor (corner of 34th Street)
New York, NY 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
Email: og@outtengolden.com

Federal overtime laws require that, when an employee (who is non-exempt from the overtime laws) work more than 40 hours per week, their employers must pay them one and one-half times

his or her regular hourly pay rate for every hour over 40 in a week. The former overnight assistant store managers who are Plaintiffs claim that during their employment with Duane Reade, they almost always worked more than 40 hours per week but were misclassified as exempt employees and were not paid overtime at the rate of one and one-half times per hourly rate for the hours they worked in excess of 40. Plaintiffs are suing Duane Reade under federal law for overtime pay. They are also asking for "liquidated damages" under the federal law (double the amount of allegedly unpaid wages) and attorneys' fees.

Duane Reade has denied these charges. Specifically, Duane Reade claims that Plaintiffs were executive or adminsitrative employees and were performing work that by its nature qualifies them as exempt from the overtime requirements of the law.

3.      WHO CAN JOIN THE LAWSUIT

Mr. Damassia and Mr. Caballero are suing on their own behalf, but also on behalf of other employees that are similar to them. Current and former assistant store managers who worked overnight shifts at Duane Reade from October 6, 2003 to October 6, 2006 are eligible to join the lawsuit.

This Notice is to locate persons who wish to join this case and are eligible to join this case and has no other purpose. Your right to participate in this suit will depend upon a later decision by the federal Court that you and the representative Plaintiffs are actually "similarly situated."

4.      YOUR RIGHT TO JOIN THE LAWSUIT

If you fit the definition above, that is, if you are a current or former assistant manager who worked overnight shifts at Duane Reade at any time between October 6, 2003 to October 6, 2006, you may have the right to participate in this lawsuit.

5.      HOW TO JOIN THIS LAWSUIT

Enclosed is a postcard called a "Consent Form." If you want to join this lawsuit, it is extremely important that you read, sign and return the Consent Form. The Consent Form is pre-addressed and postage paid for your convenience. Should the enclosed Consent Form be lost or misplaced, please contact Plaintiffs' lawyers. If you have any questions about filling out or sending in the Consent Form, you may contact the Plaintiffs' lawyers:

Adam Klein, Esq.
Linda Neilan, Esq.
ReNika Moore, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor (corner of 34th Street)
New York, NY 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
Email: og@outtengolden.com

6.      NO RETALIATION IS ALLOWED

It is a violation of Federal law for Duane Reade or any of its related entities to fire, discipline, or in any manner discriminate or retaliate against any employee for taking part in this case. If you

believe that you have been retaliated against in any way as a result of your receiving this notification, considering whether to join this lawsuit or actually joining this lawsuit, you may contact a lawyer.

7.    **EFFECT OF JOINING THIS SUIT**

If you join this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. You will be a party to this case, and may be required to cooperate in the discovery process, which may include producing relevant documents in your possession and testifying as a witness. You will also be bound by, and will share in, any settlement or verdict that may be reached on behalf of the class. In other words, if you join this lawsuit it will determine your rights.

8.    **NO LEGAL EFFECT IN NOT JOINING THIS SUIT**

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class. You will not be entitled to share any amounts recovered by the class. You will be free to file your own lawsuit. However, the pendency of this suit will not stop the running of the statute of the limitations as to any claims you might have until you opt-in to it. You may lose some or all of any claim you may have for overtime if you do not act, either by joining this lawsuit or commencing your own lawsuit.

9.    **FURTHER INFORMATION**

Further information about this Notification or the lawsuit may be obtained from Plaintiffs' lawyers at:

Adam Klein, Esq.
Tarik Ajami Esq.
ReNika Moore, Esq. Outten
& Golden LLP
3 Park Avenue, 29th Floor (corner of 34th Street)
New York, NY 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
Email: og@outtengolden.com