# Exhibit UUU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IGOR KHAIT, et al., individually and on behalf
of all others similarly situated,

                                      Plaintiffs,          **ORDER MODIFYING PROPOSED NOTICE TO PROSPECTIVE COLLECTIVE ACTION MEMBERS**

      - v -

WHIRLPOOL CORPORATION, et al.,          CV-06-6381 (NGG)(VVP)

                                      Defendants.
-----------------------------------------------------------------x

       The parties have agreed upon a form of notice to be sent to potential plaintiffs who may wish to join as members of this collective action. The notice is clear in virtually all respects, but the court directs that the following modifications be made to the proposed notice before it is mailed or otherwise disseminated.

       In the paragraph responding to question 13, the last sentence shall read as follows:

**If your signed Consent to Join Form is not postmarked by (60 days from mailing of the Notice), you will not participate in this lawsuit, you will not share in a monetary recovery, and you will not be bound by any settlement or judgment.**

       The court also notes the following typographical errors. In the paragraph on the first page within the block headed "YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT" and next to the phrase "DO NOTHING," the word "clam" in the last sentence should read "claim." In the paragraph responding to question 14, the word "chose" should read "choose."

                                                          SO ORDERED:

                                                      *Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated: Brooklyn, New York
         November 7, 2007