UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, and SUSAN LEVIN on behalf of themselves and all others similarly situated, :

      Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE, ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE

      Defendants.
———————————————————X

No. 07 Civ. 8718 (RMB)(THK)

**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY**

  PLEASE TAKE NOTICE that on April 18, 2008, Defendant Go West Entertainment, Inc. a/k/a Scores West Side filed a voluntary petition for bankruptcy under Chapter 11 in the United States Bankruptcy Court, Southern District of New York, Petition No. 08-11420. Accordingly, this action is stayed pursuant to 11 U.S.C. § 362.

            Respectfully submitted,

            _____
            Jerrold F. Goldberg (JG-7471)
            Greenberg Traurig, LLP
            200 Park Avenue
            New York, New York
            goldbergj@gtlaw.com
            (212) 801-9200

Dated: April 23, 2008

To: Justin M. Swartz
   Outten & Golden LLP
   3 Park Avenue, 29th Floor
   New York, New York 10016
   Telephone: (212) 245-1000

NY 238,777,279v1