**Greenberg Traurig**

Jerrold F. Goldberg
Tel. (212) 801-9209
Fax (212) 801-6400
goldbergj@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

April 23, 2008

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**

    Re:    **Diaz et al. v. Scores Holding Co., Inc. et al.
07 Civ. 8718 (RMB) (THR)**

Dear Judge Berman:

On behalf of Defendant Go West Entertainment, Inc. a/k/a Scores West Side ("Go West"), enclosed please find a courtesy copy of Go West's Notice of Bankruptcy and Automatic Stay.

                              Respectfully submitted,

                              Jerrold F. Goldberg

Enclosure

cc: Justin Swartz, Esq.

> Parties are directed to apprise the Court by Noon today re: what effect, if any, the Notice of Bankruptcy has on pending Motions re: Scores EAST.
>
> **SO ORDERED:**
> Date: 4/24/08
> Richard M. Berman, U.S.D.J.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

NY 238,777,137v1