## OUTTEN & GOLDEN LLP

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

*Advocates for Workplace Fairness*

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant


APR 24 2008

MEMO ENDORSED

**By Hand Delivery**
Honorable Richard M. Berman
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

Re:   *Diaz et al. v. Scores Holding Co., Inc. et al.*, 07 Civ. 8718 (RMB) (THR)

Dear Judge Berman:

We represent Plaintiffs and the putative class in the above referenced action. We write, pursuant to the Court's Order of today, to address what effect, if any, the recently filed Notice of Bankruptcy ("Notice") has on pending motions regarding Scores East.

It is Plaintiffs' initial understanding that the Notice has no effect on this case as to any Defendant other than Go West Entertainment, Inc., a/k/a Scores West Side, and that the matter should proceed against the other Defendants -- Scores Holding Company, Inc., Scores Entertainment, Inc., a/k/a Scores East Side, Entertainment Management Services, Inc., and 333 East 60th Street, Inc., a/k/a Scores East Side.

Therefore, because Plaintiffs properly allege that Scores Holding Company, Inc., which has not filed for bankruptcy, jointly employed workers at both Scores locations, Scores East Side and Scores West Side, the Notice has no bearing on the motions before the Court -- as to either location.

Please understand that, given the time constraints, Plaintiffs have not researched this issue. We plan to hire bankruptcy counsel to advise us. If the Court would like a full



Honorable Richard M. Berman
April 24, 2008
Page 2 of 2

briefing on this issue, Plaintiffs would be glad to provide it.

Respectfully submitted,

Justin M. Swartz

cc: Jerrold F. Goldberg, Esq. (via email)
Eric Sigda, Esq. (via email)
Richard J. Burch, Esq.

> The Court would very much like (+ hereby directs) the input of bankruptcy counsel (as to the current motions, etc) with regard to Go West's Bankruptcy filing -- in writing by 5/1/08 @ noon. This order applies to both Pls + Defs.
>
> SO ORDERED:
> Date: 4/25/08
> Richard M. Berman, U.S.D.J.