UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––X
SIRI DIAZ, CAROLYN SIEGEL, TALIA      :
BUMB, BLERTA VIKKI, DANIELLE              No. 07 Civ. 8718
OWIMRIN, and SUSAN LEVIN on behalf of  :  (RMB)(THK)
themselves and all others similarly situated,
                                       :  NOTICE OF MOTION TO
            Plaintiffs,                   WITHDRAW AS COUNSEL
                                       :
    -against-
                                       :
SCORES HOLDING COMPANY, INC.; GO
WEST ENTERTAINMENT, INC. a/k/a         :
SCORES WEST SIDE; and SCORES
ENTERTAINMENT, INC., a/k/a SCORES      :
EAST SIDE, ENTERTAINMENT
MANAGEMENT SERVICES, INC.; and         :
333 EAST 60th STREET, INC. a/k/a
SCORES EAST SIDE                       :

            Defendants.                :
––––––––––––––––––––––––––––––––X

PLEASE TAKE NOTICE, that upon the annexed affirmation of Jerrold F. Goldberg dated June 2, 2008 in support of the motion, Greenberg Traurig, LLP, counsel of record to the defendants, Scores Holding Company, Inc., Go West Entertainment, Inc. a/k/a Scores West Side (although as to Go West the action is stayed); Entertainment Management Services, Inc.; and 333 East 60th Street, Inc. a/k/a Scores East Side (collectively, the "Scores Defendants"), will move this Court, before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on the 11th day of June, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and N.Y.S.B.A Code of Professional

NY 238,812,182v1

Responsibility DR 2-110(C)(1)(f), permitting Greenberg Traurig, LLP to withdraw as counsel for the Scores' Defendants in this action, together with any other and further relief as the Court deems just and proper.

Dated: New York, New York
      June 2, 2008

GREENBERG TRAURIG, LLP

By: /s/ Jerrold F. Goldberg
Jerrold F. Goldberg
(JG-7471)
Attorneys for the Defendant
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
(212) 801-9200

TO:    Outten & Golden
         3 Park Avenue, 29th Floor
         New York, New York 10016

         Bruckner Burch, PLLC