# Greenberg Traurig

Eric B. Sigda
sigdae@gtlaw.com
212-801-9386



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

JUN 2008

June 26, 2008

**VIA HAND DELIVERY**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Diaz v. Scores Holding Co., et al.
            Civil Action No.: 07 Civ. 8718 (RMB)(THK)

Dear Judge Katz:

    We represent Defendants in the above-referenced action. We write to request an extension of the June 30, 2008 discovery cutoff date.

    As you know, Plaintiffs have filed an action against Defendants alleging wage and hour violations under the Fair Labor Standards Act ("FLSA") and the New York State Labor Law. Plaintiffs have been granted conditional certification under the FLSA to represent a class consisting of two categories of individuals, one group who are W-2 tipped employees, such as cocktail servers, bartenders and waitresses, and a second group who are entertainers (and whom defendants have treated as independent contractors), at two clubs, one which was operated by defendant Go West Entertainment and one which is currently operated by defendant 333 East 60th Street, Inc. Go West had its liquor license revoked, closed the club and filed for bankruptcy, which bankruptcy proceeding is now pending in the U.S. Bankruptcy Court for the Southern District of New York. The New York State Liquor Authority has advised defendant 333 that its liquor license will also be revoked (as a related entity such revocation is automatic under State law).

    Given these issues, defendants have not been able to comply with discovery under the existing schedule and the parties seek an extension thereto, to December 31, 2008. Plaintiffs' counsel joins in the request for such an extension. Defendants have produced to plaintiffs the names and addresses of all potential class members from the 333 club. The parties are hopeful that after notices are sent, and class members have an opportunity to "opt in" to the class, settlement negotiations might be more fruitful.

ALBANY
AMSTERDAM
ATLANTA
BERLIN
BOCA RATON
BOSTON
BRUSSELS
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
Strategic Alliances

Greenberg Traurig, LLP | Attorneys at Law | MetLife Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com

Hon. Theodore H. Katz
June 26, 2008
Page 2

      We should also note that we, as defendants' counsel, have a pending motion to withdraw as counsel, which Judge Berman has indicated he will not grant until defendants obtain alternate counsel. A conference is scheduled before Judge Berman on July 24, 2008.

      Therefore, we request that the Court extend discovery to December 31, 2008.

      Respectfully,

      Jerrold Goldberg

cc:    Justin M. Swartz, Esq.
       Tammy Marzigliano, Esq.
       Outten & Golden LLP
       3 Park Avenue, 29th Floor
       New York, New York 10016
       (212) 245-1000
       Attorneys for Plaintiffs

*[Handwritten: The discovery deadline is extended to December 31, 2008. Keep the Court apprised of future developments.]*

6/27/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE