**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Anjana Samant (AS 5163)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807) (admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE,<br><br>Defendants. | STIPULATION<br><br>Jury Trial Demanded<br><br>No. 07 Civ. 8718 (RMB) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the statute of limitations for all individuals who worked at the Scores club on the West Side of New York City ("West Side Workers") to file claims under the Fair Labor Standards Act against any Defendant (as listed in the caption above) are tolled from from June 23, 2008 through July 23, 2008. Nothing in this Tolling Stipulation shall waive the West Side Workers' argument that they are entitled to further tolling. By entering into this Stipulation, Defendants Scores Holding Company, Inc., Entertainment Management Services, Inc. and 333

East 60th Street, Inc. do not, except as set forth herein, waive any defenses to liability for such claims, including defenses to joint employer status. Further, given the pendency of the bankruptcy proceeding, this Stipulation shall not bind Go West Entertainment, Inc.

Dated: June 30, 2008

By: _____  
    Justin M. Swartz (JS-7989)

**OUTTEN & GOLDEN LLP**  
3 Park Avenue, 29th Floor  
New York, New York 10016  
Tel.: (212) 245-1000  
*Class Counsel*

**BRUCKNER BURCH PLLC**  
Richard J. Burch (Texas Bar No. 24001807)  
(admitted *pro hac vice*)  
1415 Louisiana, Suite 2125  
Houston, Texas 77002  
Telephone: (713) 877-8788

*Class Counsel*

By: _____  
    Jerrold F. Goldberg (JG-7471)

**GREENBERG TRAURIG LLP**  
200 Park Avenue, 34th Floor  
New York, NY 10166  
(212)801-9200

*Counsel for Defendants*

SO ORDERED:

*Richard M. Berman*  
U.S.D.J  
7/3/08