Berman (J)

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **BRUCKNER BURCH PLLC** |
| Adam T. Klein (AK 3293) | Richard J. Burch (Texas Bar No. |
| Justin M. Swartz (JS 7989) | 24001807) (admitted *pro hac vice*) |
| Anjana Samant (AS 5163) | 1415 Louisiana, Suite 2125 |
| Tammy Marzigliano (TM 2934) | Houston, TX 770002 |
| Cara E. Greene (CG 0722) | Telephone: (713) 877-8788 |
| 3 Park Avenue, 29th Floor | |
| New York, NY 10016 | |
| Telephone: (212) 245-1000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB,
BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN
LEVIN, on behalf of themselves and all others
similarly situated,

                 Plaintiffs,

-against-

(RMB)

SCORES HOLDING COMPANY, INC.; GO WES
ENTERTAINMENT, INC. a/k/a SCORES WEST
SIDE; SCORES ENTERTAINMENT, INC., a/k/a/
SCORES EAST SIDE; ENTERTAINMENT
MANAGEMENT SERVICES, INC.; and 333 EAST
60th STREET, INC. a/k/a SCORES EAST SIDE.

                 Defendants.

STIPULATION

Jury Trial Demanded

No. 07 Civ. 8718

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the statute of limitations for all individuals who worked at the Scores club on the West Side of New York City ("West Side Workers") to file claims under the Fair Labor Standards Act against any Defendant (as listed in the caption above)

1

are tolled from July 25, 2008 through September 25, 2008. Nothing in this Tolling Stipulation shall waive the West Side Workers' argument that they are entitled to further tolling. By entering into this Stipulation, Defendants Scores Holding Company, Inc., Entertainment Management Services, Inc. and 333 East 60th Street, Inc. do not, except as set forth herein, waive any defenses to liability for such claims, including defenses to joint employer status. Further, given the pendency of the bankruptcy proceeding, this Stipulation shall not bind Go West Entertainment, Inc.

Dated: August 5, 2008

By: _____  By: _____
      Tammy Marzigliano (TM-2934)        Eric B. Sigda (ES-1827)

**OUTTEN & GOLDEN LLP**  **GREENBERG TRAURIG LLP**
3 Park Avenue, 29th Floor  200 Park Avenue, 34th Floor
New York, NY 10016  New York, NY 10166
Telephone: (212) 245-1000  Telephone: (212) 801-9200
*Class Counsel*  *Counsel for Defendants*

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, TX 77002
Telephone: (713) 877-8788

*Class Counsel*

SO ORDERED:

Richard M. Berman
U.S.D.J
8/7/08