| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Adam T. Klein (AK 3293) <br> Justin M. Swartz (JS 7989) <br> Tammy Marzigliano (TM 2934) <br> Cara E. Greene (CG 0722) <br> 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> Telephone:  (212) 245-1000 | **BRUCKNER BURCH PLLC** <br> Richard J. Burch (Texas Bar No. 24001807) <br> (admitted *pro hac vice*) <br> 1415 Louisiana, Suite 2125 <br> Houston, Texas  77002 <br> Telephone:  (713) 877-8788 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN**, on behalf of themselves and all others similarly situated,

   **Plaintiffs**,

   -against-

**SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.**

   **Defendants.**

No. 07 Civ. 8718 (RMB)

---

**NOTICE OF FILING OF CONSENTS TO BECOME**
**PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1. Lisa A. Clark
2. Emily Arroyo
3. Christina Bryan
4. Jalyn Janvier
5. Noeline Nee
6. Diana Ramirez
7. Jamie Smerina
8. Morgan Stivers
9. Lian Tal

Dated: August 8, 2008
   New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**


  /s/ Tammy Marzigliano
Tammy Marzigliano
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**