**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas  77002
Telephone:  (713) 877-8788

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN,** on behalf of themselves and all others similarly situated,

      **Plaintiffs,**

      -against-

**SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC.** a/k/a **SCORES WEST SIDE;** and **SCORES ENTERTAINMENT, INC.,** a/k/a **SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.;** and **333 EAST 60th STREET, INC.** a/k/a **SCORES EAST SIDE.**

      **Defendants.**

No. 07 Civ. 8718 (RMB)

**NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1. Merissa Bua
2. René P. Burt
3. Jennifer Caras
4. Beverly Daros
5. Maia Hrvatin
6. Alisa Ibragimova
7. Maria Cristina Lima
8. Amanda Moraes
9. Lauren J. Morganstein
10. Mellisa Moeller
11. Anellies Nunez
12. Bethany O'Shei
13. Nichole Sawyer

    14. Chelsea Schwartz
    15. Tynetta Thomas
    16. Leemor Weiss

Dated: August 19, 2008
       New York, New York

                     Respectfully Submitted,

                     **OUTTEN & GOLDEN, LLP**

                     __/s/ Tammy Marzigliano__
                     Tammy Marzigliano
                     3 Park Avenue, Floor 29
                     New York, NY 10016
                     PH: 212-245-1000
                     FAX: 212- 977-4005

                     **ATTORNEYS FOR PLAINTIFFS**