| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Tammy Marzigliano (TM 2934)<br>Cara E. Greene (CG 0722)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **BRUCKNER BURCH PLLC**<br>Richard J. Burch (Texas Bar No. 24001807)<br>(admitted *pro hac vice*)<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002<br>Telephone: (713) 877-8788 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07 Civ. 8718 (RMB)<br><br>**CONSENT TO BE A**<br>**PARTY PLAINTIFF** |

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

_Chelsea Schwartz_
Print name

_6041 Rhonda Rd._
Address

_Lynchburg, VA, 24502_
City, State, and Zip Code

| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Tammy Marzigliano (TM 2934)<br>Cara E. Greene (CG 0722)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **BRUCKNER BURCH PLLC**<br>Richard J. Burch (Texas Bar No. 24001807)<br>(admitted *pro hac vice*)<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002<br>Telephone: (713) 877-8788 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

_LYNETTA THOMAS_____
Print name

_130 Vanderbilt Ave_____
Address

_SI  NY  10304_____
City, State, and Zip Code

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

Leemor Weiss
Print name

320 Harrison Ave
Address

Hasbrouck Hts NJ 07604
City, State, and Zip Code