**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN,** on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>**SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.**<br><br>　　　　　　Defendants. | No. 07 Civ. 8718 (RMB) |

**NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

　　The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1. Molavén Duarte
2. Denise Fernandez
3. Magdalena Sariwati
4. Cassandra Schaub
5. Sheena Weber

Dated: August 26, 2008
　　　　New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**

  /s/ Tammy Marzigliano
Tammy Marzigliano
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**