**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07 Civ. 8718 (RMB)<br><br>**CONSENT TO BE A PARTY PLAINTIFF** |

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

Jessica Altman
Print name

14 Anne Dr
Address

Selden, NY 11784
City, State, and Zip Code

| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Tammy Marzigliano (TM 2934)<br>Cara E. Greene (CG 0722)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **BRUCKNER BURCH PLLC**<br>Richard J. Burch (Texas Bar No. 24001807)<br>(admitted *pro hac vice*)<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002<br>Telephone: (713) 877-8788 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_Yolanda Rodriguez_
Signature

_Iolanda Rodriguez_
Print name

_22 Depew Place_
Address

_SI NY 10309_
City, State, and Zip Code

*Change of mind. I will do. Thanks.*

**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_Jaclyn M. Root_
Signature

_JACLYN M. ROOT_
Print name

_1136 Sherman Ave C6_
Address

_Bronx, NY 10456_
City, State, and Zip Code

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Adam T. Klein (AK 3293) <br> Justin M. Swartz (JS 7989) <br> Tammy Marzigliano (TM 2934) <br> Cara E. Greene (CG 0722) <br> 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> Telephone: (212) 245-1000 | **BRUCKNER BURCH PLLC** <br> Richard J. Burch (Texas Bar No. 24001807) <br> (admitted *pro hac vice*) <br> 1415 Louisiana, Suite 2125 <br> Houston, Texas 77002 <br> Telephone: (713) 877-8788 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

Bayley vonSuskil
Print name

104 Bridle Bit Ct
Address

Cary NC 27513
City, State, and Zip Code

| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>Tammy Marzigliano (TM 2934)<br>Cara E. Greene (CG 0722)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **BRUCKNER BURCH PLLC**<br>Richard J. Burch (Texas Bar No. 24001807)<br>(admitted *pro hac vice*)<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002<br>Telephone: (713) 877-8788 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07 Civ. 8718 (RMB)<br><br>**CONSENT TO BE A<br>PARTY PLAINTIFF** |

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_Lisa Williams_
Signature

_Lisa Williams_
Print name

_366 S 5th Apt 21_
Address

_brooklyn, NY 11211_
City, State, and Zip Code