| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **BRUCKNER BURCH PLLC** |
| Adam T. Klein (AK 3293) | Richard J. Burch (Texas Bar No. 24001807) |
| Justin M. Swartz (JS 7989) | (admitted *pro hac vice*) |
| Tammy Marzigliano (TM 2934) | 1415 Louisiana, Suite 2125 |
| Cara E. Greene (CG 0722) | Houston, Texas  77002 |
| 3 Park Avenue, 29th Floor | Telephone:  (713) 877-8788 |
| New York, New York 10016 | |
| Telephone:  (212) 245-1000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN,** on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

**SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE;** and **SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.;** and **333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.**

        Defendants.

No. 07 Civ. 8718 (RMB)

---

**NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1. Jessica Altman
2. Iolanda Rodriguez
3. Jaclyn M. Root
4. Bayley VonSuskil
5. Lisa Williams

Dated: August 26, 2008
      New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**

  /s/ Tammy Marzigliano
Tammy Marzigliano
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**