| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **BRUCKNER BURCH PLLC** |
| Adam T. Klein (AK 3293) | Richard J. Burch (Texas Bar No. 24001807) |
| Justin M. Swartz (JS 7989) | (admitted *pro hac vice*) |
| Tammy Marzigliano (TM 2934) | 1415 Louisiana, Suite 2125 |
| Cara E. Greene (CG 0722) | Houston, Texas  77002 |
| 3 Park Avenue, 29th Floor | Telephone:  (713) 877-8788 |
| New York, New York 10016 | |
| Telephone:  (212) 245-1000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN**, on behalf of themselves and all others similarly situated,

       Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; and SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE.; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

       Defendants.

No. 07 Civ. 8718 (RMB)

---

**NOTICE OF FILING OF CONSENTS TO BECOME
PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS**

      The following plaintiffs are hereby joined to the instant action by their signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1. Lauren M. Arensen
2. Roxana Brarda
3. Carisa Graham
4. Anna Kuzminova
5. Amanda Shults
6. Jennifer Waligora
7. Tamara Young

Dated: September 2, 2008
       New York, New York

Respectfully Submitted,

**OUTTEN & GOLDEN, LLP**

___/s/ Tammy Marzigliano_____
Tammy Marzigliano
3 Park Avenue, Floor 29
New York, NY 10016
PH: 212-245-1000
FAX: 212- 977-4005

**ATTORNEYS FOR PLAINTIFFS**