**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Tammy Marzigliano (TM 2934)
Cara E. Greene (CG 0722)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**BRUCKNER BURCH PLLC**
Richard J. Burch (Texas Bar No. 24001807)
(admitted *pro hac vice*)
1415 Louisiana, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.<br><br>Defendants. | No. 07 Civ. 8718 (RMB)<br><br>**CONSENT TO BE A<br>PARTY PLAINTIFF** |

I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

__ANGELA Courtney_____
Print name

__808 Tam O'Shanter Dr._____
Address

__Las Vegas, NV. 89109_____
City, State, and Zip Code

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **BRUCKNER BURCH PLLC** |
| Adam T. Klein (AK 3293) | Richard J. Burch (Texas Bar No. 24001807) |
| Justin M. Swartz (JS 7989) | (admitted *pro hac vice*) |
| Tammy Marzigliano (TM 2934) | 1415 Louisiana, Suite 2125 |
| Cara E. Greene (CG 0722) | Houston, Texas 77002 |
| 3 Park Avenue, 29th Floor | Telephone: (713) 877-8788 |
| New York, New York 10016 | |
| Telephone: (212) 245-1000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SIRI DIAZ, CAROLYN SIEGEL, TALIA BUMB, BLERTA VIKKI, DANIELLE OWIMRIN, SUSAN LEVIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

SCORES HOLDING COMPANY, INC.; GO WEST ENTERTAINMENT, INC. a/k/a SCORES WEST SIDE; SCORES ENTERTAINMENT, INC., a/k/a SCORES EAST SIDE; ENTERTAINMENT MANAGEMENT SERVICES, INC.; and 333 EAST 60th STREET, INC. a/k/a SCORES EAST SIDE.

Defendants.

No. 07 Civ. 8718 (RMB)

**CONSENT TO BE A PARTY PLAINTIFF**

  I consent to be a party Plaintiff in the above captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) as described in the Court Authorized Notice that accompanied this form. I hereby designate Outten & Golden LLP to represent me in the suit.

_____
Signature

Vanesa Reynafe
Print name

2247 Harman St
Address

Ridgewood, NY 11385
City, State, and Zip Code