**TARTER KRINSKY & DROGIN LLP**
ATTORNEYS AT LAW

RECEIVED
JUL 14 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

*Conference is adjourned to 9/15 at 9:30 a.m. FINAL extension*

Dated 7/13/10

SO ORDERED:
Date: 7/14/10    Richard M. Berman
Richard M. Berman, U.S.D.J.

VIA FAX (212) 805-6717

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Rm. 650
New York, NY 10007-1312

Re:  Siri Diaz, et al. v. Scores Holding Company, Inc., et al.
     No. 07 Civ. 8718 (RMB) (THK)

Dear Judge Berman:

We represent the individual defendants in the above referenced action. I am writing on behalf of all of the parties to request that the conference regarding this matter scheduled for Thursday, July 15, 2010, be continued to a later date. The parties have been engaged in settlement discussions that arose as a result of the last mediation session. An additional extension of time would afford the parties an opportunity to continue to make progress and schedule another session with the mediator directly as needed. Plaintiffs' counsel and counsel for defendant Scores Holding Company joins in this request.

In connection with the continuation of the hearing, the dates for discovery, the tolling period and the time to respond to Plaintiff's Third Amended Complaint would be continued as in the past.

This is the second request for an adjournment of this conference. The Court granted the previous request.

Thank you for your consideration in this matter.

Respectfully submitted,

**MEMO ENDORSED**   Richard L. Steer

Richard L. Steer
(RS 0300)

RLS/cv

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

00280484.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/10

Honorable Richard M. Berman
July 13, 2010
Page 2

cc: Justin Swartz, Esq. via fax (212) 977-4005
Zachary Hummel, Esq. via fax (212) 904-0558